**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

**JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES AND TO**
**ESTABLISH A BRIEFING SCHEDULE**

Pursuant to Local Rule 7.1(b)(4), Plaintiff States[1] and Defendants[2] respectfully request leave to file preliminary injunction briefing with excess pages and to establish a briefing schedule. As grounds for this motion the parties state the following:

1.  As alleged in the Plaintiff States' complaint, this case raises significant and urgent challenges to the Defendants' efforts to impose new conditions on U.S. Department of Agriculture ("USDA") funding provided to the Plaintiff States.

2.  Plaintiff States intend to file a motion for preliminary injunction. Addressing the basis for those challenges and the alleged widespread need for emergency relief encompassing 20 states and the District of Columbia requires more than the standard twenty pages.

3.  The parties have conferred and seek leave of court to establish the following agreed-upon briefing schedule and page limits:

---

[1] Plaintiff States include Massachusetts, California, Illinois, Wisconsin, Colorado, Connecticut, Delaware, District of Columbia, Hawai'i, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, Oregon, Rhode Island, Virginia, Vermont, and Washington.
[2] Defendants are the U.S. Department of Agriculture, Brooke Rollins in her official capacity as Secretary of the U.S. Department of Agriculture, and the United States of America.

a.   Plaintiff States will file their motion for a preliminary injunction, supported by a memorandum of law of up to 35 pages on March 30, 2026;

b.   Defendants will file an opposition to the motion for preliminary injunction of up to 40 pages on April 13, 2026; and

c.   Plaintiff States will file a reply of up to 20 pages on April 20, 2026.

4.   The parties believe that this briefing schedule will allow the issues to be fully and comprehensively briefed and presented to the Court.

WHEREFORE, the parties jointly request that the Court order the following briefing schedule subject to the following page limits:  Plaintiff States will file their motion for a preliminary injunction, supported by a memorandum of law of up to 35 pages by March 30, 2026; Defendants will file an opposition to the motion for preliminary injunction of up to 40 pages by April 13, 2026; Plaintiff States will file a reply of up to 20 pages by April 20, 2026.

Respectfully submitted,

**Plaintiffs,**

ANDREA JOY CAMPBELL
  *Attorney General of Massachusetts*

By: */s/ Nita K. Klunder*
Nita K. Klunder (BBO No. 689304)
  *State Trial Counsel*
Hannah C. Vail (BBO No. 698577)
Jak Kundl (BBO No. 713951)
  *Assistant Attorneys General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2394
Nita.Klunder@mass.gov

KWAME RAOUL
  *Attorney General of Illinois*

By: */s/ Vikas Didwania*
Vikas Didwania*
Aleeza Strubel
  *Complex Litigation Counsels*
Michael M. Tresnowski
  *Assistant Attorney General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(312) 814-3000
Vikas.Didwania@ilag.gov

2

Hannah.Vail@mass.gov
Jak.Kundl@mass.gov

*Counsel for the Commonwealth of
Massachusetts*

ROB BONTA
  *Attorney General of California*

/s/ Brian Bilford
BRIAN BILFORD*
Deputy Attorney General
MICHAEL L. NEWMAN*
Senior Assistant Attorney General
JOEL MARRERO
Supervising Deputy Attorney General
ALYSSA ZHANG*
LUKE FREEDMAN*
DANIEL SHEEHAN*
Deputy Attorneys General
Brian.Bilford@doj.ca.gov
Michael.Newman@doj.ca.gov
Joel.Marrero@doj.ca.gov
Alyssa.Zhang@doj.ca.gov
Luke.Freedman@doj.ca.gov
Daniel.Sheehan@doj.ca.gov

*Counsel for Plaintiff State of California*

Aleeza.Strubel@ilag.gov
Michael.Tresnowski@ilag.gov

*Counsel for the State of Illinois*

JOSHUA L. KAUL
  *Attorney General of Wisconsin*

By: */s/ Lynn K. Lodahl*
Lynn K. Lodahl*
  *Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, WI 53707
(608) 264-6219
lynn.lodahl@wisdoj.gov

*Counsel for the State of Wisconsin*

3

PHILIP J. WEISER
  *Attorney General of Colorado*

By: */s/ Sam Wolter*
Sam Wolter*
  *Assistant Attorney General*
Kristopher Brambila
  *Senior Assistant Attorney General*
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
Samuel.wolter@coag.gov
Kristopher.brambila@coag.gov

*Counsel for the State of Colorado*


WILLIAM TONG
  *Attorney General of Connecticut*

By: */s/ Andrew M. Ammirati*
Andrew M. Ammirati*
  *Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5090
Andrew.Ammirati@ct.gov


*Counsel for the State of Connecticut*

KATHLEEN JENNINGS
  *Attorney General of the State of Delaware*

By: */s/ Ian R. Liston*
Ian R. Liston
  *Director of Impact Litigation*
Rose E. Gibson
Vanessa L. Kassab
  *Deputy Attorneys General*
Delaware Department of Justice

JENNIFER DAVENPORT
  *Attorney General for the State of New Jersey*

By: */s/ Jessica L. Palmer*
Jessica L. Palmer*
  *Assistant Attorney General*
Dianna Shinn*
Jonathan Allen*
  *Deputy Attorneys General*
New Jersey Office of the Attorney General
Division of Law – Environmental & Clean Energy Practice Group
25 Market Street
Trenton, New Jersey 08625-0093
(609) 696-4607
jessica.palmer@law.njoag.gov
dianna.shinn@law.njoag.gov
jonathan.allen@law.njoag.gov

*Counsel for the State of New Jersey*


RAÚL TORREZ
  *Attorney General of New Mexico*

By: */s/ Amy Senier*
Amy Senier (BBO No. 672912)
  *Senior Counsel*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
505-490-4060
asenier@nmdoj.gov


*Counsel for the State of New Mexico*

LETITIA JAMES
  *Attorney General for the State of New York*

By: */s/ Natasha M. Korgaonkar*
Rabia Muqaddam*
  *Chief Counsel for Federal Initiatives*
Natasha M. Korgaonkar (BBO 704129)
Matthew Faiella*
  *Special Counsel*
28 Liberty St.

820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov

*Counsel for the State of Delaware*


BRIAN L. SCHWALB
  *Attorney General for the District of
  Columbia*


By: */s/ Samantha Hall*
Samantha Hall
  *Assistant Attorney General*
Office of the Attorney General
for the District of Columbia
400 Sixth Street NW
Washington, D.C. 20001
(202) 788-2081
samantha.hall@dc.gov

*Counsel for the District of Columbia*


ANNE E. LOPEZ
  *Attorney General for the State of Hawaiʻi*


By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*


ANTHONY G. BROWN
  *Attorney General for the State of Maryland*


By: */s/ James C. Luh*
James C. Luh
  *Senior Assistant Attorney General*
Office of the Attorney General

New York, NY 10005
(212) 416-6557
rabia.muqaddam@ag.ny.gov
Natasha.korgaonkar@ag.ny.gov
matthew.faiella@ag.ny.gov

*Counsel for the State of New York*


DAN RAYFIELD
  *Attorney General for the State of Oregon*


By: */s/ Leanne Hartmann*
Leanne Hartmann, MA BBO #667852
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Leanne.Hartmann@doj.oregon.gov

*Counsel for the State of Oregon*


PETER F. NERONHA
  *Attorney General of Rhode Island*


By: */s/ Paul T.J. Meosky*
Paul T.J. Meosky*
  *Special Assistant Attorney General*
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2064
pmeosky@riag.ri.gov

*Counsel for the State of Rhode Island*


CHARITY R. CLARK
  *Attorney General of Vermont*


By: */s/ Jonathan T. Rose*
Jonathan T. Rose
  *Solicitor General*
Office of the Attorney General

5

200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.maryland.gov

*Counsel for the State of Maryland*

AARON M. FREY
  *Maine Attorney General*

By: */s/ Katherine W. Thompson*
Katherine W. Thompson*
  *Special Counsel*
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel.: 207-626-8455
Fax: 207-287-3145
Kate.thompson@maine.gov

*Counsel for the State of Maine*

DANA NESSEL
  *Attorney General of Michigan*

By: */s/ Neil Giovanatti*
Neil Giovanatti*
  *Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov

*Counsel for the State of Michigan*

KEITH ELLISON
  *Attorney General for the State of Minnesota*

  By: */s/ Brian S. Carter*
Brian S. Carter
*Special Counsel*
445 Minnesota Street, Suite 1400

109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

JAY JONES
  *Attorney General of Virginia*

By: /s/ Tillman J. Breckenridge
Tillman J. Breckenridge*
  *Solicitor General*
202 N. 9th Street
Richmond, Virginia 23219
Tel: (804) 786-2071
Fax: (804) 786-1991
solicitorgeneral@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

NICHOLAS W. BROWN
  *Attorney General of Washington*

*By: /s/ Zane Muller*
Zane Muller
Erica Franklin
  *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104-3188
206-464-7744
Zane.Muller@atg.wa.gov
Erica.Franklin@atg.wa.gov

*Counsel for the State of Washington*

6

St. Paul, Minnesota, 55101
(651) 300-7403
Brian.carter@ag.state.mn.us

*Counsel for the State of Minnesota*

*\*pro hac vice applications forthcoming*


**Defendants,**

LEAH B. FOLEY
United States Attorney

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
 (617) 748-3266
michael.fitzgerald2@usdoj.gov

7

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF)

*/s/ Nita K. Klunder*
Nita K. Klunder