**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

**[PROPOSED] PRELIMINARY INJUNCTION**

This matter comes before the Court on Plaintiffs Massachusetts, California, Illinois, Wisconsin, Colorado, Connecticut, Delaware, District of Columbia, Hawaiʻi, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, Oregon, Rhode Island, Virginia, Vermont, and Washington's ("Plaintiff States") motion for preliminary injunction. (Doc No. ___.) Having reviewed Plaintiff States' complaint and the memorandum of law, declarations, and evidence in support of the motion, as well as any papers filed in opposition to this motion, in accordance with Federal Rule of Civil Procedure 65, and for good cause shown, the Court finds that Plaintiff States have satisfied the requirements for the issuance of a preliminary injunction, and finds that: Plaintiff States have established a substantial likelihood of success on the merits of their claims; Plaintiff States will be irreparably harmed absent a preliminary injunction; and the public interest and balance of the equities strongly favor entry of a preliminary injunction.

It is hereby ordered that Plaintiff States' motion for a preliminary injunction is GRANTED. It is further ORDERED as follows:

1

1.      Defendants[1] are hereby preliminarily enjoined from implementing or enforcing through any means the following provisions (together, the "Enjoined Conditions") of the U.S. Department of Agriculture's (USDA) General Terms and Conditions (Doc No. 1-1; Doc No. 1-2), or any substantially identical provisions, against Plaintiff States, including their local jurisdictions, subdivisions, and instrumentalities, as to any USDA administered funding:

a.  The term "policies" in Section 12.2:[2,3]

b.  Section 12.2.2 in its entirety;

c.  Section 12.2.4 in its entirety;

d.  Section 13.5 in its entirety;

e.  Section 13.8 in its entirety; and

f.  Section 13.10 in its entirety.

2.      Defendants are preliminarily enjoined from taking any adverse action against Plaintiff States, including their local jurisdictions, subdivisions, and instrumentalities, based on an alleged violation of the Enjoined Conditions. Such prohibited actions include but are not limited to withholding or terminating federal funding.

3.      Defendants are preliminary enjoined from giving further effect to any actions already taken to enforce the Enjoined Conditions against Plaintiff States, including their local jurisdictions, subdivisions, and instrumentalities.

---

[1] This Order binds Defendants' officers, agents, employees, attorneys, and other persons who are in active concert or participation with anyone described in Rule 65(d)(2)(A) or (B). Fed. R. Civ. P. 65(d)(2).

[2] Section numbers here correspond to USDA's General Terms and Conditions for Federal Awards (Doc No. 1-1) and also encompass the corresponding sections (§§ 11.2, 12.6, 12.9, 12.11) in USDA's General Terms and Conditions for Mutual Interest Agreements (Doc No. 1-2).

[3] The relevant portion of Section 12.2 will accordingly read as follows: "The recipient must comply, and certifies that it will comply, with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal award, to include the following without limitation:".

4.      Defendants shall immediately take every step necessary to effectuate this preliminary injunction, including clearing any administrative, operational, or technical hurdles to implementation.

5.      Defendants shall provide notice of the Court's preliminary injunction within 24 hours of entry to all Defendants, their employees, and anyone acting in concert with them. Within 48 hours of entry, Defendants shall file on the Court's electronic docket a Status Report documenting the actions that they have taken to comply with this preliminary injunction, including a copy of the relevant notice/s provided to all affected employees, contractors, and grantees.

The preliminary injunction shall be in effect until further order of this Court. The Court retains jurisdiction to monitor Defendants' compliance with this Preliminary Injunction Order. The Court will not require that the Plaintiff States post a bond in accordance with Federal Rule of Civil Procedure 65(c).

DATED this _____ day of _____ 2026.

_____
THE HONORABLE MYONG J. JOUN
United States District Court Judge

3