**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:26-cv-11396-MJJ |

## <u>DECLARATION OF NITA K. KLUNDER</u>

Pursuant to 28 U.S.C. § 1746, I, Nita K. Klunder, do hereby state:

1.      I am an Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts.  I am admitted to the U.S. District of Massachusetts and I appear on behalf of the Commonwealth of Massachusetts in this action.

2.      I submit this declaration in support of Plaintiff States' Motion for a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65.

3.      I make the following statements of my own knowledge or a review of files in my possession.

4.      I have attached to this declaration true and correct copies of publicly promulgated or issued documents and factual declarations, as follows:

5.      Attached as **Exhibit 1** is a true and accurate copy of the Memorandum re: *The Golden Age of Civil Rights* to All USDA Employees (Jan. 8, 2026), accessed online at https://intranet.usda.gov/sites/default/files/media/documents/The%20Golden%20Age%20of%20 Civil%20Rights%20Memorandum%201.08.26.pdf.

1

6.      Attached as **Exhibit 2** is a true and accurate copy of the Food & Nutrition Service Standard Terms and Conditions (March 23, 2026), accessed online at https://fns-prod.azureedge.us/sites/default/files/resource-files/grant-standard-terms-conditions-2026.pdf.

7.      Attached as **Exhibit 3** is a true and accurate copy of a letter from USDA Secretary Brooke L. Rollins to Governor Gavin Newsom (March 27, 2025), accessed online at https://www.usda.gov/sites/default/files/documents/ca-letter.pdf.

8.      Attached to this declaration as **Exhibit 4** is a true and accurate copy of a letter from USDA Secretary Brooke L. Rollins to Governor Janet Mills (April 2, 2025), accessed online at https://www.usda.gov/sites/default/files/documents/maine-letter.pdf.

9.      Attached as **Exhibit 5** is a true and accurate copy of the following public reporting:  Daniel Ruetenik, *DOGE mischaracterizes a study as transgender and USDA cancels it*, CBS News (March 10, 2025), accessed online at https://www.cbsnews.com/news/doge-mischaracterizes-study-as-transgender-usda-cancels-it/.

10.     Attached as **Exhibit 6** is a true and accurate copy of a social media post by Secretary Brooke Rollins on X.com (March 7, 2025), accessed online at https://x.com/SecRollins/status/1898198215000027497.

11.     Attached as **Exhibit 7** is a true and accurate copy of USDA Food and Nutrition Service Memo CRD 01-2026, *Modifying the FNS Instruction 113-1: Civil Rights Compliance and Enforcement – Nutrition Programs and Activities* (March 3, 2026), accessed online at https://www.fns.usda.gov/cr/compliance-enforcement.

12.     Attached as **Exhibit 8** is a true and accurate copy of my email correspondence with counsel for the Defendants, Michael Fitzgerald of the Department of Justice.

13.     Attached as **Exhibit 9** is a true and accurate copy of the Declaration of Abby McClelland, Colorado Department of Human Services.

14.     Attached as **Exhibit 10** is a true and accurate copy of the Declaration of Cassandra Moseley, Colorado State University.

15.     Attached as **Exhibit 11** is a true and accurate copy of the Declaration of Brett Reeder, Colorado Department of Public Health and Environment.

16.     Attached as **Exhibit 12** is a true and accurate copy of the Declaration of Brehan Riley, Colorado Department of Education.

17.     Attached as **Exhibit 13** is a true and accurate copy of the Declaration of Samantha Kostman-Fesler, Colorado Department of Human Services.

18.     Attached as **Exhibit 14** is a true and accurate copy of the Declaration of Peter Hadler, Connecticut Department of Social Services.

19.      Attached as **Exhibit 15.** is a true and accurate copy of the Declaration of Marcia Pessolano, State of Connecticut Department of Public Health.

20.     Attached as **Exhibit 16** is a true and accurate copy of the Declaration of Sara Beckwith, Department of Health for the District of Columbia.

21.     Attached as **Exhibit 17** is a true and accurate copy of the Declaration of Rachel Sadlon, District of Columbia Office of the State Superintendent of Education.

22.     Attached as **Exhibit 18** is a true and accurate copy of the Declaration of Stephanie Staats, Delaware Department of Health and Social Services.

23.     Attached as **Exhibit 19** is a true and accurate copy of the Declaration of Fabrice Veron, University of Delaware.

24.     Attached as **Exhibit 20** is a true and accurate copy of the Declaration of Joanne White, Delaware Division of Public Health.

25.     Attached as **Exhibit 21** is a true and accurate copy of the Declaration of Aimee F. Beam, Delaware Department of Education.

26.     Attached as **Exhibit 22** is a true and accurate copy of the Declaration of Charles L. Isbell, Jr., University of Illinois Urbana-Champaign.

27.     Attached as **Exhibit 23** is a true and accurate copy of the Declaration of Stephanie Bess, Illinois Department of Human Services.

28.     Attached as **Exhibit 24** is a true and accurate copy of the Declaration of Tony Sanders, Illinois State Board of Education.

29.     Attached as **Exhibit 25** is a true and accurate copy of the Declaration of Jessica Ramos, Illinois Department of Human Services.

30.     Attached as **Exhibit 26** is a true and accurate copy of the Declaration of Kasey Reagan, Illinois Department of Natural Resources.

31.     Attached as **Exhibit 27** is a true and accurate copy of the Declaration of Patrick L. Davis, Illinois Department of Natural Resources.

32.     Attached as **Exhibit 28** is a true and accurate copy of the Declaration of Denise Barton, University of Massachusetts.

33.     Attached as **Exhibit 29** is a true and accurate copy of the Declaration of Rachel Colchamiro, Massachusetts Department of Public Health.

34.     Attached as **Exhibit 30** is a true and accurate copy of the Declaration of William Bell, Massachusetts Department of Elementary and Secondary Education.

35.     Attached as **Exhibit 31** is a true and accurate copy of the Declaration of Stephanie Cooper, Massachusetts Executive Office of Energy and Environmental Affairs.

36.     Attached as **Exhibit 32** is a true and accurate copy of the Second Declaration of William Bell, Massachusetts Department of Elementary and Secondary Education.

37.     Attached as **Exhibit 33** is a true and accurate copy of the Declaration of Gloria Brown Burnett, Maryland Department of Human Services.

38.     Attached as **Exhibit 34** is a true and accurate copy of the Declaration of Patrick G. O'Shea, University of Maryland, College Park.

39.     Attached as **Exhibit 35** is a true and accurate copy of the Declaration of Julie Fletcher, Maryland State Department of Education.

40.     Attached as **Exhibit 36** is a true and accurate copy of the Declaration of Josh E. Kurtz, Maryland Department of Natural Resources.

41.     Attached as **Exhibit 37** is a true and accurate copy of the Declaration of Ian Yaffe, Maine Department of Health and Human Services.

42.     Attached as **Exhibit 38** is a true and accurate copy of the Declaration of Puthiery Va, Maine Center of Disease Control and Prevention.

43.     Attached as **Exhibit 39** is a true and accurate copy of the Declaration of Jane McLucas, Maine Department of Education.

44.     Attached as **Exhibit 40** is a true and accurate copy of the Declaration of Nancy McBrady, Maine Department of Agriculture, Conservation and Forestry.

45.     Attached as **Exhibit 41** is a true and accurate copy of the Declaration of Elizabeth Hertel, Michigan Department of Health and Human Services.

46.     Attached as **Exhibit 42** is a true and accurate copy of the Declaration of Shashank Priya, Michigan State University.

47.     Attached as **Exhibit 43** is a true and accurate copy of the Declaration of Diane Golzynski, Michigan Department of Education.

48.     Attached as **Exhibit 44** is a true and accurate copy of the Declaration of Timothy Boring, Michigan Department of Agriculture and Rural Development.

49.     Attached as **Exhibit 45** is a true and accurate copy of the Declaration of M. Scott Bowen, Michigan Department of Natural Resources.

50.     Attached as **Exhibit 46** is a true and accurate copy of the Declaration of Shaneen Moore, Minnesota Department of Children, Youth, and Families.

51.     Attached as **Exhibit 47** is a true and accurate copy of the Declaration of Patricia Thielen, Minnesota Department of Natural Resources.

52.     Attached as **Exhibit 48** is a true and accurate copy of the Declaration of Kelly Straka, Minnesota Department of Natural Resources.

53.     Attached as **Exhibit 49** is a true and accurate copy of the Declaration of Kathryn Weeks, Minnesota Department of Children, Youth, and Families.

54.     Attached as **Exhibit 50** is a true and accurate copy of the Declaration of Christopher LaRegina, New Jersey Department of Agriculture.

55.     Attached as **Exhibit 51** is a true and accurate copy of the Declaration of Stephen C. Matis, New Jersey Department of Environmental Protection.

56.     Attached as **Exhibit 52** is a true and accurate copy of the Declaration of Niki Kozlowski, New Mexico Health Care Authority.

57. Attached as **Exhibit 53** is a true and accurate copy of the Declaration of Janis Gonzales, New Mexico Center for Healthy and Safe Communities.

58. Attached as **Exhibit 54** is a true and accurate copy of the Declaration of Niki Kozlowski, New Mexico Health Care Authority.

59. Attached as **Exhibit 55** is a true and accurate copy of the Declaration of Christopher Tricarico, Board of Education of the City School District of the City of New York.

60. Attached as **Exhibit 56** is a true and accurate copy of the Declaration of Jessica Amaya Hoffman, Oregon Department of Human Services.

61. Attached as **Exhibit 57** is a true and accurate copy of the Declaration of Irem Tumer, Oregon State University.

62. Attached as **Exhibit 58** is a true and accurate copy of the Declaration of Tiare Sanna, Oregon Health Authority.

63. Attached as **Exhibit 59** is a true and accurate copy of the Declaration of Tenneal Wetherell, Oregon Department of Education.

64. Attached as **Exhibit 60** is a true and accurate copy of the Declaration of Kacey KC, Oregon Department of Forestry.

65. Attached as **Exhibit 61** is a true and accurate copy of the Declaration of Kimberly Merolla-Brito, Rhode Island Department of Human Services.

66. Attached as **Exhibit 62** is a true and accurate copy of the Declaration of Bethany D. Jenkins, University of Rhode Island.

67. Attached as **Exhibit 63** is a true and accurate copy of the Declaration of Drew Echelson, Rhode Island Department of Elementary and Secondary Education.

68.     Attached as **Exhibit 64** is a true and accurate copy of the Declaration of Scott Marshall, Rhode Island Department of Environmental Management.

69.     Attached as **Exhibit 65** is a true and accurate copy of the Declaration of Kristine Campagna, Rhode Island Department of Health.

70.     Attached as **Exhibit 66** is a true and accurate copy of the Declaration of Charles Green, Virginia Department of Agriculture and Consumer Services.

71.     Attached as **Exhibit 67** is a true and accurate copy of the Declaration of Mary Rose Krueger, Vermont Agency of Education.

72.     Attached as **Exhibit 68** is a true and accurate copy of the Declaration of Carla Reyes, Washington State Department of Social and Health Services.

73.     Attached as **Exhibit 69** is a true and accurate copy of the Declaration of Brittany Tybo, Washington State Department of Health.

74.     Attached as **Exhibit 70** is a true and accurate copy of the Declaration of Dorota Grejner-Brzezinska, University of Wisconsin-Madison.

75.     Attached as **Exhibit 71** is a true and accurate copy of the Declaration of Paula Tran, Wisconsin Department of Health Services.

76.     Attached as **Exhibit 72** is a true and accurate copy of the Declaration of Thomas McCarthy, Wisconsin Department of Public Instruction.

77.     Attached as **Exhibit 73** is a true and accurate copy of the Declaration of Mark Aquino, Wisconsin Department of Natural Resources.

78.     Attached as **Exhibit 74** is a true and accurate copy of the Second Declaration of Paula Tran, Wisconsin Department of Health Services.

79.    Attached as **Exhibit 75** is a true and accurate copy of the Declaration of Kimberly Frinzell, California Department of Education.

80.    Attached as **Exhibit 76** is a true and accurate copy of the Declaration of Stephen McGrattan, New York State Department of Agriculture and Markets.

81.    Attached as **Exhibit 77** is a true and accurate copy of the Declaration of Michael Cole, Massachusetts Department of Transitional Assistance.

82.    Attached as **Exhibit 78** is a true and accurate copy of the Declaration of Chad B. Walton, University of Hawai'i.

83.    Attached as **Exhibit 79** is a true and accurate copy of the Declaration of John Melvin, California Department of Forestry and Fire Protection.

84.    Attached as **Exhibit 8**0 is a true and accurate copy of the Declaration of Terrance Lasher, Virginia Department of Forestry

85.    Attached as **Exhibit 81** is a true and accurate copy of the Declaration of Theresa A. Maldonado, University of California.

86.    Attached as **Exhibit 82** is a true and accurate copy of the Declaration of Brian Kaiser, California Department of Social Services.

87.    Pursuant to the Standing Order Regarding Motion Practice, a table of contents of the attached exhibits follows:

| Exhibit Number | Title |
|---|---|
| 1 | Memorandum re: *The Golden Age of Civil Rights* to All USDA Employees (Jan. 8, 2026) |
| 2 | Food & Nutrition Service Standard Terms and Conditions (March 23, 2026) |
| 3 | Letter from USDA Secretary Brooke L. Rollins to Governor Gavin Newsom (March 27, 2025) |
| 4 | Letter from USDA Secretary Brooke L. Rollins to Governor Janet Mills (April 2, 2025) |

| Exhibit Number | Title |
|---|---|
| 5 | Daniel Ruetenik, *DOGE mischaracterizes a study as transgender and USDA cancels it*, CBS News (March 10, 2025) |
| 6 | Social media post by Secretary Brooke Rollins on X.com (March 7, 2025) |
| 7 | USDA Food and Nutrition Service Memo CRD 01-2026, *Modifying the FNS Instruction 113-1: Civil Rights Compliance and Enforcement – Nutrition Programs and Activities* (March 3, 2026), |
| 8 | Email correspondence between Nita K. Klunder of the Massachusetts Attorney General's Office and Michael Fitzgerald of the Department of Justice |
| 9 | Declaration of Abby McClelland, Colorado Department of Human Services |
| 10 | Declaration of Cassandra Moseley, Colorado State University |
| 11 | Declaration of Brett Reeder, Colorado Department of Public Health and Environment |
| 12 | Declaration of Brehan Riley,  Colorado Department of Education |
| 13 | Declaration of Samantha Kostman-Fesler, Colorado Department of Human Services |
| 14 | Declaration of Peter Hadler, Connecticut Department of Social Services |
| 15 | Declaration of Marcia Pessolano, State of Connecticut Department of Public Health |
| 16 | Declaration of Sara Beckwith, Department of Health for the District of Columbia |
| 17 | Declaration of Rachel Sadlon, District of Columbia Office of the State Superintendent of Education |
| 18 | Declaration of Stephanie Staats, Delaware Department of Health and Social Services |
| 19 | Declaration of Fabrice Veron, University of Delaware |
| 20 | Declaration of Joanne White, Delaware Division of Public Health |
| 21 | Declaration of Aimee F. Beam, Delaware Department of Education |
| 22 | Declaration of Charles L. Isbell, Jr., University of Illinois Urbana-Champaign |
| 23 | Declaration of Stephanie Bess, Illinois Department of Human Services |
| 24 | Declaration of Tony Sanders, Illinois State Board of Education |
| 25 | Declaration of Jessica Ramos, Illinois Department of Human Services |
| 26 | Declaration of Kasey Reagan, Illinois Department of Natural Resources |
| 27 | Declaration of Patrick L. Davis, Illinois Department of Natural Resources |
| 28 | Declaration of Denise Barton, University of Massachusetts |
| 29 | Declaration of Rachel Colchamiro, Massachusetts Department of Public Health |
| 30 | Declaration of William Bell, Massachusetts Department of Elementary and Secondary Education |
| 31 | Declaration of Stephanie Cooper, Massachusetts Executive Office of Energy and Environmental Affairs |
| 32 | Second Declaration of William Bell, Massachusetts Department of Elementary and Secondary Education |
| 33 | Declaration of Gloria Brown Burnett, Maryland Department of Human Services |
| 34 | Declaration of Patrick G. O'Shea, University of Maryland, College Park |
| 35 | Declaration of Julie Fletcher, Maryland State Department of Education |
| 36 | Declaration of Josh E. Kurtz, Maryland Department of Natural Resources |
| 37 | Declaration of Ian Yaffe, Maine Department of Health and Human Services |
| 38 | Declaration of Puthiery Va, Maine Center of Disease Control and Prevention |

| Exhibit Number | Title |
|---|---|
| 39 | Declaration of Jane McLucas, Maine Department of Education |
| 40 | Declaration of Nancy McBrady, Maine Department of Agriculture, Conservation and Forestry |
| 41 | Declaration of Elizabeth Hertel, Michigan Department of Health and Human Services |
| 42 | Declaration of Shashank Priya, Michigan State University |
| 43 | Declaration of Diane Golzynski, Michigan Department of Education |
| 44 | Declaration of Timothy Boring, Michigan Department of Agriculture and Rural Development |
| 45 | Declaration of M. Scott Bowen, Michigan Department of Natural Resources |
| 46 | Declaration of Shaneen Moore, Minnesota Department of Children, Youth, and Families |
| 47 | Declaration of Patricia Thielen, Minnesota Department of Natural Resources |
| 48 | Declaration of Kelly Straka, Minnesota Department of Natural Resources |
| 49 | Declaration of Kathryn Weeks, Minnesota Department of Children, Youth, and Families |
| 50 | Declaration of Christopher LaRegina, New Jersey Department of Agriculture |
| 51 | Declaration of Stephen C. Matis, New Jersey Department of Environmental Protection |
| 52 | Declaration of Niki Kozlowski, New Mexico Health Care Authority |
| 53 | Declaration of Janis Gonzales, New Mexico Department of Health |
| 54 | Second Declaration of Niki Kozlowski, New Mexico Health Care Authority |
| 55 | Declaration of Christopher Tricarico, Board of Education of the City School District of the City of New York |
| 56 | Declaration of Jessica Amaya Hoffman, Oregon Department of Human Services |
| 57 | Declaration of Irem Tumer, Oregon State University |
| 58 | Declaration of Tiare Sanna, Oregon Health Authority |
| 59 | Declaration of Tenneal Wetherell, Oregon Department of Education |
| 60 | Declaration of Kacey KC, Oregon Department of Forestry |
| 61 | Declaration of Kimberly Merolla-Brito, Rhode Island Department of Human Services |
| 62 | Declaration of Bethany D. Jenkins, University of Rhode Island |
| 63 | Declaration of Drew Echelson, Rhode Island Department of Elementary and Secondary Education |
| 64 | Declaration of Scott Marshall, Rhode Island Department of Environmental Management |
| 65 | Declaration of Kristine Campagna, Rhode Island Department of Health |
| 66 | Declaration of Charles Green, Virginia Department of Agriculture and Consumer Services |
| 67 | Declaration of Mary Rose Krueger, Vermont Agency of Education |
| 68 | Declaration of Carla Reyes, Washington State Department of Social and Health Services |
| 69 | Declaration of Brittany Tybo, Washington State Department of Health |
| 70 | Declaration of Dorota Grejner-Brzezinska, University of Wisconsin-Madison |
| 71 | Declaration of Paula Tran, Wisconsin Department of Health Services |

| Exhibit Number | Title |
|---|---|
| 72 | Declaration of Thomas McCarthy, Wisconsin Department of Public Instruction |
| 73 | Declaration of Mark Aquino, Wisconsin Department of Natural Resources |
| 74 | Second Declaration of Paula Tran, Wisconsin Department of Health Services |
| 75 | Declaration of Kimberly Frinzell, California Department of Education |
| 76 | Declaration of Stephen McGrattan, New York State Department of Agriculture and Markets |
| 77 | Declaration of Michael Cole, Massachusetts Department of Transitional Assistance |
| 78 | Declaration of Chad B. Walton, University of Hawai'i |
| 79 | Declaration of John Melvin, California Department of Forestry and Fire Protection |
| 80 | Declaration of Terrance Lasher, Virginia Department of Forestry |
| 81 | Declaration of Theresa A. Maldanado, University of California |
| 82 | Declaration of Brian Kaiser, California Department of Social Services |

Signed under the penalties of perjury on this 30th day of March, 2026 in Boston, Massachusetts.


*/s/ Nita K. Klunder*
Nita K. Klunder

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Nita K. Klunder
Nita K. Klunder