**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. |

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 3



*Secretary Brooke L. Rollins*

Washington, D.C. 20250

March 27, 2025

Governor Gavin Newsom
1021 O Street, Suite 9000
Sacramento, CA 95814

Dear Governor Newsom:

This is to inform you that, at the direction of President Donald J. Trump, the United States Department of Agriculture is undertaking a review of its research and other education-related funding in California for compliance with the Constitution, federal laws including Titles VI and IX, and the priorities of the Trump Administration. The Department of Agriculture will be working in tandem with other Departments and agencies primarily responsible for ensuring state educational, research, and other such entities to ensure compliance with the Constitution, federal laws, including Titles VI and IX, and the priorities of this Administration, and to correct and remediate any violations.

In particular, the Department of Agriculture will support the U.S. Department of Education (ED) in its investigation into the California Department of Education (CDE) for alleged violations of the Family Educational Rights and Privacy Act (FERPA). As the ED reported today, FERPA gives parents the right to access their children's education records, but the California Department of Education has allegedly abdicated the responsibilities FERPA imposes, due to a new California state law that prohibits school personnel from disclosing records about a child's "gender identity" to that child's parent. USDA will support ED's investigation and efforts to vigorously protect parents' rights and ensure that students do not fall victim to a radical transgender ideology that often leads to family alienation and irreversible medical interventions.

Similarly, we will be reviewing our federal funding with respect to other related matters under investigation.

We look forward to the State's cooperation with all federal reviews and future compliance with federal law and policy.

Sincerely,

Brooke L. Rollins
U.S. Secretary of Agriculture