**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 5

DOGE mischaracterizes a study as transgender, and USDA cancels it - CBS News



### ◉CBS NEWS

U.S.    Iran Latest    Intel Hearing    World    Politics    HealthWatch    MoneyWatch    Entertainment

Politics

# DOGE mischaracterizes a study as transgender, and USDA cancels it

By Daniel Ruetenik

March 10, 2025 / 1:19 PM EDT / CBS News

⊞ Add CBS News on Google

Last Friday, Agriculture Secretary Brooke Rollins stated on X that a $600,000 grant to Southern University in Louisiana was being revoked for studying "menstrual cycles in transgender men," in the latest mischaracterization of a grant that was then canceled by the Trump administration's Department of Government Efficiency team, known as DOGE.

DOGE highlighted the Rollins post, reposting it on the official doge.gov website and on X.

The grant was actually intended for research on the potential health risks posed by synthetic feminine hygiene products and for developing alternatives using natural fibers and fabrics, according to the project's documentation, which was publicly filed on the USDA website.

According to that documentation, the goals of the grant were to develop sustainable feminine hygiene products using regenerative cotton, wool, and industrial hemp while enhancing education through an extension program that teaches women and girls about menstrual health and reusable products. It also would have funded a fiber

processing center for locally grown fibers in Louisiana — potentially benefiting a state with some of the highest unemployment and poverty rates in the country.

The USDA's decision to cancel the grant appears to have been a result of the grant being flagged to the Trump administration by the American Principles Project, a conservative think tank.

Cailey Myers, a spokesperson for the American Principles Project, said in an email to CBS News, "This grant clearly denies biological reality — men don't menstruate," but did not provide any evidence the grant funded research into "menstrual cycles in transgender men."

A USDA spokesperson confirmed this reasoning in a statement emailed to CBS News, saying the taxpayer-funded education component of the grant "prioritized women identifying as men who might menstruate."





"This mission certainly does not align with the priorities and policies of the Trump Administration, which maintains that there are two sexes: male and female," the statement said.

Case 1:26-cv-11396-MJJ   Document 44-5   Filed 03/30/26   Page 4 of 11

While <u>the grant</u> language does include a single sentence acknowledging that transgender men are among those who menstruate, there was no indication that they were the focus of the grant or even part of it. The passing reference to transgender men in the original grant application appears to be the sole justification for its cancellation.

The description of the grant's goals, objectives and project methods contains no mention of prioritizing transgender men and focuses solely on the development of menstrual products made from natural fibers. The grant repeatedly notes that it would focus on efforts to "educate young women and adolescent girls" about menstrual hygiene products.

The USDA, asked in a follow-up question whether it had any evidence that the study prioritized transgender men, did not respond.



The true purpose of the project, according to the grant, was to "address the growing concerns and issues surrounding menstruation, including the potential health risks posed to users of synthetic feminine hygiene products."

According to 2022 study <u>published</u> in the journal Current Environmental Health Reports, there have only been limited studies on the risks of environmental contamination from synthetic hygiene products, despite the potential for toxic chemical exposure. Some of the <u>concerns</u> include whether exposure to heavy metals and PFAS chemicals could be harmful or cancer causing.

Dr. Samii Kennedy Benson, who oversaw the program, told the local NBC affiliate WVLA the program held potential for U.S. farmers.

Case 1:26-cv-11396-MJJ    Document 44-5    Filed 03/30/26    Page 5 of 11

"Our local fiber processing facility will benefit local farmers who often grow fibers on a smaller scale and so we'll also have that ability to provide something local," Benson said.

CBS affiliate WAFB in Baton Rouge also underline(covered the project).

In an email, Benson told CBS News that she received notification her grant had been canceled on Saturday but had not been aware of why until contacted by CBS News.

Southern University, which is a public historically Black land-grant university in Baton Rouge, Louisiana, told CBS News "the term 'transgender men' was only used once to state that this project, through the development of safer and healthier FHPs [feminine hygiene products], would benefit all biological women."

A statement from Southern University said the grant was reviewed by researchers from throughout the country before going forward.

Although the overall dollar amount of the grant is small in the larger context of government spending, it was posted by a Trump Cabinet secretary and re-shared by DOGE. As a result, the tweets reached over 5 million people on X by Sunday evening. It was also covered by Fox News and other conservative outlets.

Since DOGE first began posting to its "wall of receipts," news organizations have found numerous mistakes in both the claims of money saved and the descriptions of programs being shut down.

In one instance, a contract was alleged to have been worth $8 billion, but was in fact worth just $8 million. Additionally, hundreds of millions of contracts and grants have been removed from the "wall of receipts" after reporters exposed errors including double or triple postings of the same contract.

DOGE has also claimed credit for the sale of a building in Washington, D.C., that was sold at auction under the Biden administration.

Hundreds of millions of dollars in contracts have been canceled due to inclusion of phrases or words that the Trump administration believes are associated with

Case 1:26-cv-11396-MJJ    Document 44-5    Filed 03/30/26    Page 6 of 11

diversity, equity or inclusion, or DEI — initiatives Mr. Trump is seeking to ban by executive order — or for conflicting with his executive order declaring that the federal government recognizes only "two sexes, male and female."

## More from CBS News



**⊙CBS** POLITICS
Paul calls Mullin a "man with anger issues" in confirmation hearing



**⊙CBS** POLITICS
How the military is using AI in war



**⊙CBS** TEXAS
North Texas lawmakers slam DHS shutdown as TSA lines grow



**⊙CBS** DETROIT
Slotkin proposes legislation to limit Defense Department's use of AI

## Go deeper with The Free Press



**THE FREEPRESS**
Elon Musk Left DOGE, but Democrats Want to Close the 'Self-Dealing' Loophole



**THE FREEPRESS**
How Elon Musk Unleashed Chaos Inside the NIH

In: **Department of Government Efficiency    Politics**
**United States Department of Agriculture**

© 2025 CBS Interactive Inc. All Rights Reserved.

WEEKLY FINANCIAL SOLUTIONS

3/19/26, 10:27 AM
Case 1:26-cv-11396-MJJ    Document 44-5    Filed 03/30/26    Page 7 of 11
DOGE mischaracterizes a study as transgender, and USDA cancels it - CBS News

**Residents in Massachusetts With Credit Card Debt Could Be in for a Big Surprise**

SMART LIFESTYLE TRENDS

**Massachusetts Houses Built Before 2004 Can Get New Windows**

Check your zip code now and see how to save thousands!

Learn More


HOMEBUDDY

**Here's The Estimated Walk In Shower Price in 2026**

Learn More

AIRLINES DEALS

**Flight Attendant Reveals How Seniors Can Fly Business Class For The Price Of Economy**

Americans, You'll Want To Check This Out ASAP!

LYMOW

**Tired of Pre-Mowing? Master Tall and Thick Grass Easily**

Introducing the world's first Lymow Pro real rotary blades. The unique grass-lifting airflow system vacuums grass upright for a cleaner cut, while effectively mulching leaves and grass.

Learn More


LYMOW

**Cut More, Do Less: 16-Inch Ultra-Wide Mowing Power**

Finish your yard work in record time. The 16-inch cutting width ensures maximum coverage with every pass, delivering professional results with half the effort.

Learn More


CONSUMER ADVISORY REPORT

**Thousands of Timeshare Owners Are Finally Getting Out With Refunds**

See if your resort is on the cancel list.

Learn More

SMART TRAVEL TIPS

**Seniors Above 55 Years of Age Can Now Fly Business Class For The Price of Economy Using This**

Learn More


US HEALTH SPOTLIGHT

**Most Put Parents in Assisted Living, But This Son Knew Better**

This doctor found what Japanese have always known

Learn More

TOP BATHROOM REMODELS

**Massachusetts: These New Bathrooms Are Cheap (See Prices)**

**Retirees Are Getting New Bathrooms At A Fraction Of The Price, Thanks To This**

Learn More

HOME & GARDEN

**Ohio Inventor Makes Pressure Washers Obsolete (Experts Impressed)**

Learn More

GREENSPROUT

**12 Things To Cut When Living On Retirement Income**

SLEEP DIGEST PUBLICATION

**Side Sleepers Get Achy Shoulders, Few Know This "Side Sleeper" Trick**

SILVER YEARS REVIEW

**Memory Loss Has Been Linked To These Common Foods. Are You Eating Them?**

TOP BATHROOM REMODELS

**Massachusetts Homeowners Are Paying Less For New Bathrooms (See Prices)**

**Homeowners can now getting their dream bathroom on a budget, thanks to this.**

Click Here

HOMEBUDDY

**Here's The Average Price of a 6-Hour Gutter Upgrade**

Learn More

LOOPNET

**Put your commercial listing in front of millions of searchers**

**Move your commercial property off the market fast. Reach the right audience at the right time in the right place.**

HEALTHFRONTLINE

**Top Memory Experts: Avoid These 3 Foods Like the Plague**

3/19/26, 10:27 AM
Case 1:26-cv-11396-MJJ    Document 44-5    Filed 03/30/26    Page 9 of 11
DOGE mischaracterizes a study as transgender, and USDA cancels it - CBS News

SINUS INSTITUTE

## Stuffy Nose Isn't From Allergies. Meet the Real Enemy

Learn More

SMARTER ADVISORS

## Investing and Planning for Retirement Can be Overwhelming

Answer these few questions, so you can be matched with an advisor. It only takes a few minutes.

Learn More



CBS NEWS NETWORK
Cbs News

## Democrats walk out of Epstein briefing with Bondi

Watch "Democrats walk out of Epstein briefing with Bondi", a video on CBSNews.com. View more videos and watch CBS News, a live news stream featuring original CBS News reporting.



CBS NEWS NETWORK
Cbs News

## Jury rules against deputies who sued Afroman

Watch "Jury rules against deputies who sued Afroman", a video on CBSNews.com. View more videos and watch CBS News, a live news stream featuring original CBS News reporting.

HEALTHFRONTLINE

## Common Habit Has Been Linked To Memory Worse. Have You Done This?

Learn More

DR. MARTY

## Worst Toxic Foods For Dogs: Stop Feeding Them This Immediately

It's a common mistake loving dog owners make (especially with older pups) and it could shorten their life

Read More

SPINEHEALTHMAGAZINE

## Warehouse Worker, 67, Can Sit Comfortably All Day Now. His GP Had No Idea What He Found.

Learn More

BLINGBLING FINANCE

## MASSACHUSETTS Introduces New Benefit for "Senior Drivers"

Important Policy Change Could Help Drivers Save More

Learn More

Case 1:26-cv-11396-MJJ Document 44-5 Filed 03/30/26 Page 10 of 11

BANKRATE

## Where Should You Put Your Savings to Earn the Most Interest?

Learn More

SPINEHEALTHMAGAZINE

## Clinics Have Used Vibrating Pads For Sciatica Relief For Years. Now It's Available at Home.

Learn More

**Featured**

Iran War Coverage

2026 Illinois Primary Results

Printable March Madness Bracket

NCAA Tournament Schedule

**Follow Us On**

YouTube

Facebook

Instagram

X

**Privacy**

Privacy Policy

California Notice

Your Privacy Choices

Terms of Use

**More from CBS News**

Newsletters

Podcasts

Download Our App

Brand Studio

Sitemap


**Company**

About Paramount

Advertise With Paramount

Join Our Talent Community

Help

Feedback

Contact the Ombudsman


Copyright ©2026 CBS Interactive Inc. All rights reserved.