**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 6

Case 1:26-cv-11396-MJJ    Document 44-6    Filed 03/30/26    Page 2 of 2



← Post

Secretary Brooke Rollins ✔
@SecRollins                                                ⋯

🚨CANCELLED: $600,000 grant to study "menstrual cycles in transgender men"

Keep sending us tips. THANK YOU, @approject! The insanity is ending and the restoration of America is underway. 🇺🇸💪❤️



Agriculture Dept. gave university $600K to study menstruation issues, including in tra...

From thecollegefix.com

9:24 PM · Mar 7, 2025 · **2.9M** Views

💬 3.8K          ⟲ 16K          ♡ 72K          🔖 1.8K          ⬆️

💬  **Read 3.8K replies**

## New to X?

Sign up now to get your own personalized timeline!



**G** Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## What's happening



Music · Trending
**Usher**

Trending in United States
**$ENLV**

Sports · Trending
**Will Wade**

Sports · Trending
**Kenny Smith**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ⋯    © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in          Sign up