**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 8

| | |
|---|---|
| **From:** | Fitzgerald, Michael (USAMA) |
| **To:** | Klunder, Nita (AGO) |
| **Cc:** | Vail, Hannah (AGO); Kundl, Jak (AGO); aaron.bibb@wisdoj.gov; lynn.lodahl@wisdoj.gov; vikas.didwania@ilag.gov; michael.tresnowski@ilag.gov; Strubel, Aleeza; joel.marrero@doj.ca.gov; daniel.sheehan@doj.ca.gov; alyssa.zhang@doj.ca.gov; brian.bilford@doj.ca.gov; Nicole.Allan@doj.ca.gov |
| **Subject:** | RE: Request for 7.1 Conference - Commonwealth of Massachusetts v. U.S. Dep"t of Agriculture |
| **Date:** | Thursday, March 26, 2026 4:45:18 PM |

> CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Nita, thanks for checking – USDA does not agree to stay the Challenged Conditions.

Best,
Mike

**Michael L. Fitzgerald**

Assistant United States Attorney

U.S. Attorney's Office

1 Courthouse Way, Ste. 9200

Boston, MA 02210

office: (617) 748-3266

cell: (617) 304-6392

---

**From:** Klunder, Nita (AGO) <nita.klunder@mass.gov>
**Sent:** Thursday, March 26, 2026 4:10 PM
**To:** Fitzgerald, Michael (USAMA) <Michael.Fitzgerald2@usdoj.gov>
**Cc:** Vail, Hannah (AGO) <Hannah.Vail@mass.gov>; Kundl, Jak (AGO) <Jak.Kundl@mass.gov>; aaron.bibb@wisdoj.gov; lynn.lodahl@wisdoj.gov; vikas.didwania@ilag.gov; michael.tresnowski@ilag.gov; Strubel, Aleeza <Aleeza.Strubel@ilag.gov>; joel.marrero@doj.ca.gov; daniel.sheehan@doj.ca.gov; alyssa.zhang@doj.ca.gov; brian.bilford@doj.ca.gov; Nicole.Allan@doj.ca.gov
**Subject:** [EXTERNAL] RE: Request for 7.1 Conference - Commonwealth of Massachusetts v. U.S. Dep't of Agriculture

Hey Mike,

As you can imagine, we're working to finalize our brief. I know you had anticipated talking with USDA today. Could you let us know their position on staying the Challenged Conditions?

Thanks,
Nita

**From:** Fitzgerald, Michael (USAMA) <Michael.Fitzgerald2@usdoj.gov>
**Sent:** Wednesday, March 25, 2026 4:32 PM
**To:** Klunder, Nita (AGO) <nita.klunder@mass.gov>
**Cc:** Vail, Hannah (AGO) <Hannah.Vail@mass.gov>; Kundl, Jak (AGO) <Jak.Kundl@mass.gov>; aaron.bibb@wisdoj.gov; lynn.lodahl@wisdoj.gov; vikas.didwania@ilag.gov; michael.tresnowski@ilag.gov; Strubel, Aleeza <Aleeza.Strubel@ilag.gov>; joel.marrero@doj.ca.gov; daniel.sheehan@doj.ca.gov; alyssa.zhang@doj.ca.gov; brian.bilford@doj.ca.gov; Nicole.Allan@doj.ca.gov
**Subject:** RE: Request for 7.1 Conference - Commonwealth of Massachusetts v. U.S. Dep't of Agriculture

<div style="background:yellow">

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

</div>

Thanks very much, Nita.  Attached is the filing with my signature block and just two nitpicky edits adding the word "alleged" since this is a joint filing.  If you're good with this, then this is good to file for Defendants.

Best,
Mike

**Michael L. Fitzgerald**
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
office: (617) 748-3266
cell: (617) 304-6392

**From:** Klunder, Nita (AGO) <nita.klunder@mass.gov>
**Sent:** Wednesday, March 25, 2026 4:11 PM
**To:** Fitzgerald, Michael (USAMA) <Michael.Fitzgerald2@usdoj.gov>
**Cc:** Vail, Hannah (AGO) <Hannah.Vail@mass.gov>; Kundl, Jak (AGO) <Jak.Kundl@mass.gov>; aaron.bibb@wisdoj.gov; lynn.lodahl@wisdoj.gov; vikas.didwania@ilag.gov; michael.tresnowski@ilag.gov; Strubel, Aleeza <Aleeza.Strubel@ilag.gov>; joel.marrero@doj.ca.gov; daniel.sheehan@doj.ca.gov; alyssa.zhang@doj.ca.gov; brian.bilford@doj.ca.gov; Nicole.Allan@doj.ca.gov
**Subject:** [EXTERNAL] RE: Request for 7.1 Conference - Commonwealth of Massachusetts v. U.S. Dep't of Agriculture

Hi Mike,

Thanks for the call today. Please take a look at the attached. If you could add your signature block and revert, I'll get it on file. Let us know if you want to make any changes.


Nita

---

**From:** Fitzgerald, Michael (USAMA) <Michael.Fitzgerald2@usdoj.gov>
**Sent:** Wednesday, March 25, 2026 1:56 PM
**To:** Klunder, Nita (AGO) <nita.klunder@mass.gov>
**Cc:** Vail, Hannah (AGO) <Hannah.Vail@mass.gov>; Kundl, Jak (AGO) <Jak.Kundl@mass.gov>; aaron.bibb@wisdoj.gov; lynn.lodahl@wisdoj.gov; vikas.didwania@ilag.gov; michael.tresnowski@ilag.gov; Strubel, Aleeza <Aleeza.Strubel@ilag.gov>; joel.marrero@doj.ca.gov; daniel.sheehan@doj.ca.gov; alyssa.zhang@doj.ca.gov; brian.bilford@doj.ca.gov; Nicole.Allan@doj.ca.gov
**Subject:** RE: Request for 7.1 Conference - Commonwealth of Massachusetts v. U.S. Dep't of Agriculture

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thanks, Nita – yes, 2:30 ET works for me.  If others will be joining and you don't mind sending an invite for then, that would be great.  Otherwise I can give you a ring directly.

Best,
Mike

**Michael L. Fitzgerald**
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
office: (617) 748-3266
cell: (617) 304-6392

---

**From:** Klunder, Nita (AGO) <nita.klunder@mass.gov>
**Sent:** Wednesday, March 25, 2026 1:54 PM

**To:** Fitzgerald, Michael (USAMA) <Michael.Fitzgerald2@usdoj.gov>
**Cc:** Vail, Hannah (AGO) <Hannah.Vail@mass.gov>; Kundl, Jak (AGO) <Jak.Kundl@mass.gov>; aaron.bibb@wisdoj.gov; lynn.lodahl@wisdoj.gov; vikas.didwania@ilag.gov; michael.tresnowski@ilag.gov; Strubel, Aleeza <Aleeza.Strubel@ilag.gov>; joel.marrero@doj.ca.gov; daniel.sheehan@doj.ca.gov; alyssa.zhang@doj.ca.gov; brian.bilford@doj.ca.gov; Nicole.Allan@doj.ca.gov
**Subject:** [EXTERNAL] RE: Request for 7.1 Conference - Commonwealth of Massachusetts v. U.S. Dep't of Agriculture

Hi Mike,

If you have time in the next hour, that would be optimal. I'm not sure yet who else is free to join from Plaintiffs side, but I'm free until 3pm eastern. Otherwise, I could do after 4:30.

Nita

---

**From:** Fitzgerald, Michael (USAMA) <Michael.Fitzgerald2@usdoj.gov>
**Sent:** Wednesday, March 25, 2026 1:49 PM
**To:** Klunder, Nita (AGO) <nita.klunder@mass.gov>
**Cc:** Vail, Hannah (AGO) <Hannah.Vail@mass.gov>; Kundl, Jak (AGO) <Jak.Kundl@mass.gov>; aaron.bibb@wisdoj.gov; lynn.lodahl@wisdoj.gov; vikas.didwania@ilag.gov; michael.tresnowski@ilag.gov; Strubel, Aleeza <Aleeza.Strubel@ilag.gov>; joel.marrero@doj.ca.gov; daniel.sheehan@doj.ca.gov; alyssa.zhang@doj.ca.gov; brian.bilford@doj.ca.gov; Nicole.Allan@doj.ca.gov
**Subject:** RE: Request for 7.1 Conference - Commonwealth of Massachusetts v. U.S. Dep't of Agriculture

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Nita,

Thanks for reaching out – I'll be the government attorney you can coordinate with on this matter moving forward.  Do you have a couple minutes this afternoon to briefly confer on these requests?

Best,
Mike

**Michael L. Fitzgerald**

Assistant United States Attorney

U.S. Attorney's Office

1 Courthouse Way, Ste. 9200

Boston, MA 02210

office: (617) 748-3266

cell: (617) 304-6392

---

**From:** Klunder, Nita (AGO) <nita.klunder@mass.gov>
**Sent:** Monday, March 23, 2026 2:40 PM
**To:** George, Abraham (USAMA) <Abraham.George@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Farquhar, Rayford (USAMA) <Rayford.Farquhar@usdoj.gov>
**Cc:** Vail, Hannah (AGO) <Hannah.Vail@mass.gov>; Kundl, Jak (AGO) <Jak.Kundl@mass.gov>; Bibb, Aaron J. <aaron.bibb@wisdoj.gov>; Lodahl, Lynn K. <lynn.lodahl@wisdoj.gov>; Didwania, Vikas <vikas.didwania@ilag.gov>; Tresnowski, Michael <michael.tresnowski@ilag.gov>; Strubel, Aleeza <Aleeza.Strubel@ilag.gov>; Joel Marrero <joel.marrero@doj.ca.gov>; Daniel Sheehan <daniel.sheehan@doj.ca.gov>; Alyssa Zhang <alyssa.zhang@doj.ca.gov>; Brian Bilford <brian.bilford@doj.ca.gov>; Nicole.Allan@doj.ca.gov
**Subject:** [EXTERNAL] Request for 7.1 Conference - Commonwealth of Massachusetts v. U.S. Dep't of Agriculture

Good afternoon, Counsel,

Massachusetts, California, Illinois, Wisconsin, and several other states filed a complaint today in *Commonwealth of Massachusetts et al. v. U.S. Dep't of Agriculture, et al.*, No. 26-cv-11396 (D. Mass.) challenging §§ 12.2, 13.5, 13.8, and 13.10 of the U.S. Department of Agriculture's General Terms and Conditions for Federal Awards (and the corresponding terms at §§ 11.2, 12.6, 12.9, and 12.11 of the U.S. Department of Agriculture's General Terms and Conditions for Mutual Interest Agreements) (collectively, the "Challenged Conditions").  A copy of the filed complaint is attached here for your reference.

I am writing pursuant to Local Rule 7.1 in an attempt to meet and confer with the appropriate government attorneys on these issues, and to determine whether Defendants would be willing to stay the Challenged Conditions as to Plaintiff States and their subdivisions and instrumentalities during the pendency of this litigation in an effort to avoid unnecessary motion practice.  If Defendants are unwilling to enter such a stipulation, Plaintiff States intend to pursue a preliminary injunction.  To that end, would you please let us know Defendants' positions on the following:

Whether the Defendants are willing to stay the Challenged Conditions as to Plaintiff States and their subdivisions and instrumentalities during the pendency of this litigation?

- If not,
  - whether the Defendants will assent to a motion for leave to file a 35-page memorandum of law in support of our motion for preliminary injunction?
  - Whether the Defendants intend to oppose the motion for preliminary injunction?

Please let us know if the United States has a position on the substantive or scheduling requests that we should convey to the court.  Given the need for prompt resolution, please let us know Defendants' position by **Wednesday, March 25th**.  And please let us know if there is a different office or individual we should contact to the extent you are not the appropriate contacts for this matter.

Thanks very much for your attention,
Nita

**Nita Klunder**
State Trial Counsel
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Tel: (617) 963-2394
nita.klunder@mass.gov
Pronouns: she/her