**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 9

## DECLARATION OF ABBY MCCLELLAND

I, Abby McClelland, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of Colorado. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

### Professional Background

2. The Colorado Department of Human Services (CDHS) is responsible for the administration of the Supplemental Nutritional Assistance Program (SNAP), throughout Colorado.

3. I am currently employed by CDHS as the Director of the Food and Energy Assistance Division and have held this position since June 2024. The Food and Energy Assistance Division lives within CDHS' Office of Economic Security.

4. Prior to my most recent employment with CDHS, I was responsible for data analysis on various federal and state benefit programs, including SNAP, for CDHS and the Boulder County Department of Human Services. I also worked extensively with the SNAP program in my seven years of experience as an administrative benefits attorney for Neighborhood Legal Services in Los Angeles, California.

5. I have a Juris Doctorate and a Masters in Public Policy from the University of California, Los Angeles.

6. As the Division Director of Food and Energy Assistance for CDHS, I am responsible for the administration of several federal and State social service programs that provide

1

critical financial, food, and employment and training support to individuals and families with low income. I oversee the SNAP program for the state of Colorado.

**Background on SNAP in Colorado and Other Nutritional Programs**

7.      Colorado operates the federal Supplemental Nutrition Assistance Program (SNAP) authorized under the Food and Nutrition Act of 2008, 7 U.S.C. § 2011 et seq. SNAP is the nation's largest nutrition assistance program and is designed to "permit low-income households to obtain a more nutritious diet" through normal channels of trade. 7 U.S.C. § 2011. SNAP benefits are 100 percent federally funded, while administrative costs are shared between the federal government and the State. The program operates as an entitlement: eligible households that apply must receive benefits. *See* 7 U.S.C. § 2014(a). SNAP is the second largest social services program in Colorado after Colorado's Medicaid program, and serves as a core component of Colorado's anti-poverty and public health infrastructure. SNAP benefits stretch food budgets, allowing individuals and families to afford nutritious food, including more fruits, vegetables, and other healthy foods.

8.      Colorado's SNAP Program is overseen by CDHS and is administered by the State's 64 counties pursuant to a USDA-approved State Plan of Operation. For Federal Fiscal Year 2025, Colorado has issued approximately $120 million in SNAP benefits per month, totaling over $1.4 billion annually in federally funded food assistance. These benefits help about 600,000 Coloradoans each month.[1] The majority of SNAP recipients in Colorado spend the majority if their benefits within the first two weeks of issuance. This rapid expenditure cycle means that any disruption in funding would immediately reverberate through local economies and food supply chains.

---

[1] USA Facts, *How many people receive SNAP benefits in Colorado every month?*, https://usafacts.org/answers/how-many-people-receive-snap-benefits-in-the-us-every-month/state/Colorado/ (last visited Mar. 10, 2026).

2

9.    Colorado's SNAP Program serves more than one in nine Coloradans and is Colorado's most effective anti-hunger intervention.

10.    Colorado's SNAP Program plays a particularly critical role in supporting children. Approximately 300,000 SNAP recipients in Colorado are children each month. Research has shown that children with access to SNAP experience improved long-term health, higher educational attainment, and improved lifetime earnings outcomes.[2] Any disruption in benefits would therefore have not only immediate nutritional consequences but long-term developmental and economic consequences.

11.    In addition to improving access to healthier foods, Colorado's SNAP Program serves as an anti-poverty program. Colorado SNAP benefits are critical to Coloradans in need, particularly for low-income communities, those working low-wage jobs, and older adults on fixed incomes. Nutrition benefits allow Coloradans to use their limited financial resources to cover other necessary expenses including housing, healthcare, and childcare. The amount of SNAP benefits a household receives depends on the household size, countable income, and monthly expenses, such as housing and utilities.

12.    Colorado's SNAP Program functions not only as a nutrition benefit but as a public health intervention. Food insecurity in Colorado is associated with poor general health, poor oral health, and poor mental health.[3] For households receiving Medicaid, loss of SNAP benefits would likely increase healthcare costs borne by the State and federal government. Because SNAP allows families to redirect limited income toward rent, medications, and preventive care, the loss of SNAP

---

[2] Center on Budget and Policy Priorities, *SNAP Works for America's Children*, https://www.mecep.org/wp-content/uploads/2016/10/CBPP-Maine-SNAP-Children-report-9-29-2016.pdf (last visited Mar. 10, 2026).
[3] Colorado Health Institute, *An Uneven Burden: Food Insecurity in Colorado*, https://www.coloradohealthinstitute.org/research/uneven-burden-food-insecurity-colorado (last visited March 10, 2026).

benefits would increase financial instability and negatively affect medication adherence and chronic disease management, placing additional strain on Colorado's healthcare delivery systems.

13.    CDHS also administers related programs such as the SNAP Outreach Program (known federally as SNAP Outreach), an optional federal-State program that Colorado has chosen to operate to promote awareness of and participation in SNAP amongst eligible Coloradans. Colorado's SNAP Outreach Program seeks to ensure that all eligible individuals are aware of and receiving SNAP. Colorado's SNAP Outreach Program oversees a network of statewide contractors conducting targeted outreach and application assistance.

14.    Another CDHS-administered nutrition benefit program, Disaster SNAP, is available to eligible Coloradans when a major disaster is declared by the President and Individual Assistance is approved. In these types of emergencies, program eligibility criteria are simplified, providing households impacted by a disaster who would not normally be eligible for SNAP with one month of food benefits based on their residency, income, and disaster impact. This program was most recently activated in Colorado for the 2021 Marshall Wildfires, which destroyed over 1,000 homes.

15.    Colorado SNAP and Disaster SNAP all use the same Electronic Benefit Transfer (EBT) system, which provides participants with a card, similar to a debit card, used to purchase groceries at participating retail vendors.

16.    On or about January 15, 2026 I received a notification that USDA had released General Terms and Conditions ("Conditions") that would be applicable to all USDA grants.

17.    CDHS has not received notification that the Conditions now apply to funds for Colorado's SNAP program. At the same time, CDHS has also not received notification that the Conditions do not apply to those funds.

4

18.     I am deeply concerned that USDA's Conditions, as applied to SNAP funding would impose requirements unrelated to SNAP's statutory purpose of alleviating hunger and would create operational conflicts with Colorado law. The Conditions require Colorado to comply with federal "policies" and other conditions on federal funding, including (1) federal policies on anti-discrimination that differ dramatically from our long-standing interpretations of federal laws, (2) the Executive Order on diversity, equity, and inclusion programs, (3) the Executive Order on gender identity, as well as (4) the prohibition on using grant funds "towards educational programs that deprive women and girls of fair athletic opportunities" and "towards programs that allow illegal aliens to obtain taxpayer-funded benefits."

19.     The Conditions do not define or explain the terms used therein.

20.     SNAP is governed by detailed federal statutes and regulations that define eligibility, benefit calculation, and nondiscrimination requirements. Conditioning SNAP funding on compliance with executive orders or policy interpretations that alter eligibility, nondiscrimination frameworks, or program operations risks directly conflicting with this statutory entitlement structure. *See* 7 U.S.C. § 2014(a) ("Assistance under [SNAP] *shall be furnished to all eligible households* who make application for such participation.") (emphasis added); *see also* 7 U.S.C. §§ 2011, 2024(d). The Conditions would require Colorado to modify eligibility systems, outreach efforts, or program administration to conform to such conditions, which would disrupt the uniform statewide administration required under federal SNAP regulations.

21.     In my years with CHDS, I am not aware of CDHS staff ever being required by USDA to certify CDHS's compliance with unnamed Federal anti-discrimination policies as a precondition of receiving USDA funding. I am also not aware of CDHS staff ever being required

5

by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

22.     CDHS operates its programs in compliance with Federal anti-discrimination laws and regulations.

23.     My understanding is CDHS is uncertain what is required by the 2026 Conditions and therefore may be unable to certify compliance with USDA's Conditions.

24.     In order to comply with any understanding of the Conditions that differs from existing Federal anti-discrimination laws and regulations, CHDS would require additional resources, both time and money, to establish new guidelines and train employees on how to comply with the Conditions.

25.     Moreover, compliance with "policies" that erase the existence of transgender people thereby denying them full and equal enjoyment of goods or services of a place of public accommodation would violate civil rights laws in Colorado. *See, e.g.*, § 24-43-601, C.R.S.

**Human Costs of Potential Termination of SNAP Benefits**

26.     If CDHS is unable to comply with USDA's new funding conditions, the State would be unable to receive entire funding streams to which USDA now claims the Conditions apply.  If USDA were to terminate or reduce its federal funding for Colorado's SNAP Program based on these conditions or based on Colorado's inability to certify compliance with them, this would cause direct, immediate, and irreparable harm across Colorado, both at the State and local level.

27.     Colorado relies heavily on federal funding to operate the SNAP Program. SNAP benefits are entirely federally funded, and the federal government reimburses approximately 50 percent of allowable administrative costs. USDA's longstanding federal funding has shaped

Colorado's SNAP Program's program design and funding expectations for decades. Because benefit costs alone exceed $1.4 billion annually, Colorado does not possess the fiscal capacity to replace lost federal SNAP funding with State general funds. Even short-term disruption would create immediate budgetary shortfalls at both the State and county levels. Counties rely on federal administrative reimbursements to fund eligibility workers, call centers, fraud prevention systems, and EBT infrastructure. The sudden withdrawal of these funds would necessitate layoffs, contract terminations, and system shutdowns.

28.     SNAP is a significant economic driver in Colorado. With over $120 million distributed monthly in Colorado, SNAP supports billions in downstream economic activity across grocery retailers, agricultural producers, transportation providers, and food manufacturers. Over 3,200 retailers are authorized SNAP vendors in Colorado.[4] Failure to fund SNAP benefits will harm these businesses as well as nonprofits and social services agencies that support already-overwhelmed food banks and other community-based organizations that will simply not be able to meet the significant surge in need, nor make up for the loss of over $120 million in benefits issued monthly. SNAP is the largest anti-hunger program in Colorado. Abrupt cessation of benefits would result in immediate revenue losses to these businesses and would disproportionately affect rural and low-income urban communities where SNAP spending constitutes a meaningful share of grocery sales.

29.     Termination of SNAP benefits would produce immediate food insecurity for approximately 600,000 Coloradans. Families would be forced to ration any remaining benefits, turn to lower cost, but less nutritious, alternatives, and in many cases, skip meals entirely. Termination of SNAP benefits will force individuals and families to scramble for alternatives,

---

[4] U.S. Dep't of Agric., *SNAP Retailer Management Year End Summary FY 2024*, https://www.fns.usda.gov/data-research/data-visualization/snap-retailer-management-dashboard-fy24 (last visited Mar. 10, 2026).

including possibly going into debt or failing to meet other financial commitments, like the cost of rent, utilities, and medications, to continue meeting their basic needs. Accordingly, a sudden loss of SNAP benefits would have cascading health consequences that extend beyond hunger alone.

30.    SNAP is also an economic driver for Colorado local businesses. If hundreds of thousands of Coloradans are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of retailers across Colorado. The negative impact extends to the agriculture industry, including farmers, growers, and producers.

**Fiscal Impacts on Colorado from the Loss of SNAP Benefits**

31.    In addition to direct harm to families, the loss of SNAP benefit funding would have a significant fiscal impact on Colorado itself.

32.    The loss of SNAP benefit funding will cause significant strain on Colorado's emergency food safety net, forcing Colorado to dedicate State resources to supporting community organizations, such as food banks, that will see sharply increased demand.

33.    Publicly available research has consistently demonstrated that food insecurity increases healthcare expenditures. Because many SNAP recipients are also Medicaid beneficiaries, increased healthcare utilization would directly increase public expenditures. Thus, termination or disruption of SNAP benefits would not only harm beneficiaries but would likely increase costs within Colorado's healthcare system, including Colorado's Medicaid program.

34.    Upon information and belief, Colorado does not readily have the fiscal resources available to replace federally funded SNAP benefits with equivalent state-funded benefits, nor could it do so without creating other downstream fiscal impacts.

**Administrative and Operational Burdens on CDHS**

8

35.    If CDHS was unable to certify compliance with the Conditions, and unable to receive funding for SNAP benefits, that would significantly erode trust between Colorado and its residents built over many years and through the dedication of significant resources.

36.    To properly effectuate its safety net programs, CDHS has devoted years of work to overcome stigma, misinformation, and other barriers to access. If households experience a disruption in benefits at this scale, they are likely to feel that the government has failed in fulfilling their responsibilities. CDHS, along with the 64 counties, have fostered trust with Colorado residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to the receipt of benefits. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust. If USDA terminates or withholds funding based on its novel imposition of these radical restrictions, it will have acted in disregard of those reliance interests of Colorado.

37.    CDHS anticipates that any disruption of SNAP funding would unduly burden its already limited administrative resources. CDHS would have to take significant steps to prepare for a disruption in SNAP benefits for an indefinite period. A disruption of any length will burden CDHS and the extent of this burden increases in relation to the duration of the disruption, as the scale of resources required to manage the disruption mount over time.

38.    The potential indefinite disruption to SNAP benefit issuances would result in additional administrative burden for CDHS as a result of the need for extensive consultation with the State's eligibility system and EBT vendor, system enhancements, additional policy guidance to counties, and communications to recipients.

39.    CDHS anticipates it would have to spend significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits. A significant number of staff across multiple Divisions would have to redirect their attention to this effort, in lieu of other important initiatives.

40.    If CDHS were unable to receive SNAP funding it would experience higher call volume, foot traffic and disruptions at CDHS and county SNAP offices as hungry individuals and families learn they cannot access their benefits. Local staff would need to explain to recipients that they will not receive the SNAP funds needed to feed their children and put food on the table. These local office staff will face significant burdens on their time and will likely need to divert their attention from other critical work.

**Impact on Colorado's Provision of Other Public Benefits**

41.    SNAP eligibility is integrated into Colorado's broader public benefits eligibility systems, including Colorado's Medicaid program and the Temporary Assistance to Needy Families and the Aid to the Needy and Disabled programs. Counties often determine eligibility for multiple programs simultaneously using shared technology platforms and caseworkers. A disruption in SNAP funding would therefore destabilize integrated eligibility operations, requiring system reprogramming, retraining of staff, and reissuance of public communications. This would divert resources from the administration of other safety net programs.

42.    CDHS will be required to reallocate significant operational resources to crisis management, including emergency policy development, coordination with USDA, legislative engagement, vendor contract renegotiation, and public communication strategies. This diversion would delay modernization initiatives, delay implementation of federal reporting requirements,

10

and impede improvements to other benefit delivery systems. The administrative disruption would be substantial even if SNAP funding were later restored.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed this 2͟2͟ day of March 2026.

Abby McClelland
Director, Food and Energy Division
Colorado Department of Human Services

11