**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 10

**DECLARATION OF CASSANDRA MOSELEY**

I, Cassandra Moseley, declare as follows:

1. I am a resident of Colorado. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the vice president for research at Colorado State University and chief research officer for the CSU System ("CSU"). I have been the vice president for research at CSU since January 2024. Prior to coming to CSU, I held multiple executive leadership roles in the Office of the Vice President for Research and Innovation at University of Oregon. I was also a faculty member with a federally sponsored research portfolio. I received a Ph.D. from Yale University and a B.A. from Cornell University.

3. As the senior research officer for CSU, I oversee CSU's federally sponsored research portfolio.

4. CSU includes Colorado State University, Colorado State University – Pueblo, and Colorado State University – Global. CSU maintains business records in the ordinary course of CSU's business which include, *inter alia*, records concerning federal research and training grants from the United States Department of Agriculture ("USDA").

5. As an 1862 land-grant university, CSU has received annual funding from the USDA as part of the land-grant university system since 1887. Those funds include non-discretionary federal formula funding called "capacity grants" (such as the Hatch Act, Smith–Lever Act, and McIntire–Stennis Cooperative Forestry Research Program), competitive research grants, and funding resulting from cooperative agreements with multiple agencies across the USDA. Those funds support the State Agricultural Experiment Stations, through which agricultural research is conducted, as well as the Cooperative Extension program, which provides support

1

personnel to communities in need in critical areas such as family nutrition, commercial horticulture and landscape management, environmental stewardship, food safety and functionality, and positive youth development. USDA has obligated the following grant amounts to CSU in recent fiscal years:

|  | FY22-2023 | FY2023-2024 | FY2024-2025 |
|---|---|---|---|
| USDA-USFS-Forest Research | $ 41,839,421 | $ 26,420,498 | $ 32,894,869.29 |
| USDA-APHIS-Animal Plant Health Inspection Service | $ 71,974,565 | $ 5,550,817 | $ 3,691,581 |
| USDA-NIFA-National Institute of Food and Agriculture | $ 12,838,601 | $ 17,871,771 | $ 11,087,520 |
| USDA-AMS-Agricultural Marketing Service | $ 31,189,465 | $ 318,628 | $ 258,546 |
| USDA-NRCS-Natural Resources Conservation Service | $ 3,905,917 | $ 18,043,654 | $ 8,143,177 |
| USDA-USFS-Rocky Mtn. Research Station - CO | $ 7,842,547 | $ 9,211,192 | $ 7,789,968 |
| USDA-ARS-Agricultural Research Service | $ 3,879,040 | $ 3,230,176 | $ 5,024,448 |
| USDA-USFS-Forest Research & Development | - | - | $ 6,973,619 |
| USDA-OCE-Office of the Chief Economist | - | - | $ 5,259,000 |
| USDA-US Department of Agriculture | $ 1,917,303 | $ 2,191,122 | $ 971,858 |
| USDA-APHIS-National Wildlife Research Center | $ 2,106,039 | $ 866,606 | $ 1,571,408 |
| USDA-USFS-Rocky Mountain Region | - | $ 637,568 | $ 2,227,361 |
| USDA-USFS-International Programs | $ 719,934 | $ 104,343 | $ 832,552 |
| USDA-USFS-Rocky Mountain Research Station – MT | - | $ 100,000 | $ 1,314,511 |
| USDA-USFS-Northern Research Station | $ 769,775 | $ 239,829 | $ 329,590 |
| USDA-FSA-Farm Service Agency | $ 981,129 | - | $ 279,347 |
| USDA-Foreign Agricultural Service | $ 85,000 | $ 698,910 | $ 34,998 |
| USDA-USFS-Pacific NW Research Station | $ 741,356 | $ 10,000. | $ 55,000 |

2

| | | | |
|---|---|---|---|
| USDA-ERS-Economic Research Service | $ 299,600 | $ 214,687 | $ 3,600 |
| USDA-USFS-Rocky Mtn. Research Station - UT | $ 200,223 | $ 76,000 | $ 130,448 |
| USDA-USFS-Pacific Southwest | $ 371,963 | - | - |
| USDA-RD-Rural Development | - | - | $ 300,000 |
| USDA-USFS-Southern Research Station | $ 152,000 | $ 56,400 | - |
| USDA-FNS-Food and Nutrition Service | $ 45,000 | $ 45,000 | $ 58,400 |
| USDA-RMA-Risk Management Agency | - | - | $ 44,142 |
| USDA-USFS-International Institute for Tropical Forestry | $ 16,000 | $ 22,000 | - |
| USDA-USFS-Forest Health Protection | - | $ 32,900 | - |
| USDA-USFS-Southwestern Region | - | $ 26,112 | - |
| Grand Total | $ 181,874,879 | $ 85,968,213 | $ 89,275,946 |

6.   The programs funded by these grants are vital to educating the food scientists of the future; advancing agricultural research; improving the productivity of Colorado's food system; helping farmers, ranchers, and forest landowners develop better tools and practices; and addressing nutrition disparities across the state. For example, USDA grant funds:

- Supported the development of steam-flaked corn (the basis for cattle nutrition), most wheat varieties grown in Colorado (including wheat stem sawfly resistant wheat), and phytosanitary research (facilitating international export of crops).

- Provide vital funding to the Colorado State Forest Service, housed and operated by CSU, to provide extensive forest landowner assistance and forest management services to reduce wildfire risk and respond to insect outbreaks.

- Support positive youth development statewide with nearly 100,000 4-H members and 10,000 volunteers engaged in evidence-based programs that improve community resilience and prosperity.

3

- Underpin critical services to communities such as AgrAbility, which provides behavioral and physical health support services to rural residents.

- Support baseline emergency management training/resources for biosecurity, wildfire, drought, and infrastructure disaster response.

- Support CSU Extension's non-credit programs, which are significant resources for workforce development centers in Colorado, ensuring a vibrant workforce.

- Support staff salaries and activities at the ten State Agricultural Experiment Stations.

- Support approximately fifty percent of the faculty in the College of Agricultural Sciences.

7.    At CSU, each State Agricultural Experiment Station specializes in the crops and agricultural challenges of the region in which it is located and maintains long-standing partnerships with farmers and others in the food and agricultural industries that support rural innovation and workforce development. CSU's Extension County offices provide essential services to people throughout Colorado, in partnership with local county governments. The locally based approach of CSU's State Agricultural Experiment Stations and Extension County offices facilitates the work of CSU's highly trained professionals in providing support to communities for unexpected challenges and responding to unanticipated opportunities, enhances the international competitiveness of Colorado farmers and ranchers with cutting edge research focused on local conditions and prompt response to unanticipated challenges, ensures a safe and healthy food supply with its teachings and trainings in communities and households, and aids in other important issues, such as assisting rural communities with mental health and any emerging needs related to the health of rural communities.

8.    Withholding these funds would have a substantial impact throughout the state of Colorado. CSU would have to shut down all ten agricultural research stations, lay off all

agricultural experiment station staff, and approximately half of the agricultural sciences faculty; CSU would no longer be able to maintain high value long-term research in cattle nutrition, wheat and potato breeding, food safety, irrigation, soil health, and agricultural biosecurity that is essential for food security and safety in Colorado; CSU would no longer be able to train the next generation of food and agricultural scientists at both the undergraduate and graduate level, creating a significant threat to continued food security and safety nationwide; CSU would be required to close most, if not all, of its CSU Extension County offices serving the sixty-four counties within the state of Colorado; signature training programs like 4-H youth development, agribusiness management, agriculture water resource efficiency, food safety, beginning farmer and rancher success programs, regional economic development, and nutrition education programs would end.

### Capacity Grants

9. I am familiar with the Hatch Act and Hatch Act Multistate ("Hatch Act") Capacity Grant Program. Hatch Act grants provide funding to assist eligible universities in funding research at its State Agricultural Experiment Stations related to agriculture, rural development, and human nutrition.

10. I am familiar with the McIntire Stennis Forestry Act ("McIntire") Capacity Grant Program. McIntire grants provide funding to assist eligible universities in funding state-level forestry focusing on reforestation, forest management, health, and wood utilization.

11. I am familiar with the Smith-Lever Act ("Smith-Lever") Capacity Grant Program. Smith-Lever grants provide funding to assist eligible universities in funding programs aimed at delivering research-based education to the public.

12. I am familiar with the Animal Health and Disease Research ("AHDR") Capacity Grant Program. AHDR grants provide funding to assist eligible universities in funding research intended to improve livestock productivity, ensure food safety, and protect animal welfare.

13. Because Hatch Act, McIntire, Smith-Lever, and AHDR grants are formula funds and not competitive grants, each land-grant university is entitled to a specific allocation in each fiscal year that Congress appropriates funding.

14. Colorado has received the Capacity Grant Program funds (i.e., Hatch, McIntire Stennis, Smith-Lever, and ADHR funds) since the programs were authorized by Congress and Colorado State University became eligible.

15. Early in 2026, CSU received notice of the awards listed in the table below, resulting in $ 2,194,104 of quarterly funding throughout FY 2026. CSU anticipates receiving its next quarterly payment in April 2026.

| Capacity Grant Program | Award Amount |
|---|---|
| Animal Health Disease Research | $       136,200 |
| Hatch Multi-State | $     1,502,591 |
| Expanded Food and Nutrition Education | $       682,736 |
| McIntire-Stennis | $       481,640 |
| Renewable Resources Extension Act | $         57,312 |
| Smith-Lever | $     3,505,133 |
| Hatch Regular | $     2,342,674 |
| Smith-Lever Spec Needs | $         68,132 |
| **Grand Total** | $     **8,776,418** |

**Competitive Grants**

16. I am familiar with the USDA competitive grant programs listed in the table below. Colorado State University has active grants from each of these programs. These programs provide funding to assist grantees perform several research and technical activities, including:

- Post-fire regeneration of forests and drought stress tolerance in crops and rangelands;

6

- Wildfire risk reduction and forest restoration, including wildfire decision support, fire behavior modeling, and community wildfire defense;

- Agricultural sustainability and productivity, including precision agriculture, sustainable livestock management and agrovoltaics;

- Wildlife disease surveillance and biosecurity, including diagnostic tool development and surveillance networks;

- Avian influenza and other pathogens that are a threat to agriculture.

- Water resources, hydrology, and watershed management, including irrigation efficiencies, hydrologic modeling, and post-fire watershed response and restoration;

- Soil health, carbon cycling, and greenhouse gas accounting;

- Invasive species and pest/pathogen detection;

- Decision-support tools, modeling, and data systems, including national scale modeling and decision support systems for fire, water, and land management;

- Community resilience, outreach, and workforce development, including extension, outreach, and education.

17. CSU has applied for and received these funds from the USDA for decades.

18. CSU has over 700 open/active USDA awards. The total obligated amount of our current USDA Active grants is $425,056,112. These active awards have a remaining balance of $214,165,495.

| USDA Sponsor | Total Obligated | Total Received | Remaining Balance |
|---|---|---|---|
| USDA-USFS-Forest Research & Development | $166,873,864 | $60,259,992 | $106,613,872 |
| USDA-NIFA-National Institute of Food and Agriculture | $64,130,475 | $33,458,086 | $30,672,389 |
| USDA-APHIS-Animal Plant Health Insp Service | $80,458,496 | $53,165,479 | $27,293,017 |

| | | | |
|---|---|---|---|
| USDA-NRCS-Natural Resources Conservation Service | $30,375,993 | $14,768,694 | $15,607,299 |
| USDA-USFS-Rocky Mtn. Research Station - CO | $29,963,287 | $20,790,051 | $9,173,237 |
| USDA-OCE-Office of the Chief Economist | $9,295,708 | $978,242 | $8,317,466 |
| USDA-AMS-Agricultural Marketing Service | $14,914,275 | $10,460,145 | $4,454,130 |
| USDA-US Department of Agriculture | $5,477,133 | $2,760,845 | $2,716,288 |
| USDA-ARS-Agricultural Research Service | $9,443,369 | $6,903,579 | $2,539,789 |
| USDA-USFS-Rocky Mountain Research Station - MT | $1,414,511 | $46,517 | $1,367,994 |
| USDA-APHIS-National Wildlife Research Center | $3,539,563 | $2,210,287 | $1,329,276 |
| USDA-USFS-Rocky Mountain Region | $1,637,829 | $600,468 | $1,037,361 |
| USDA-FSA-Farm Service Agency | $988,626 | $266,363 | $722,263 |
| USDA-USFS-Northern Research Station | $1,191,429 | $667,522 | $523,908 |
| USDA-USFS-Pacific NW Research Station | $906,356 | $428,266 | $478,090 |
| USDA-USFS-Rocky Mtn. Research Station - UT | $523,672 | $195,162 | $328,510 |
| USDA-RD-Rural Development | $300,000 | $- | $300,000 |
| USDA-ERS-Economic Research Service | $709,500 | $413,437 | $296,063 |
| USDA-Foreign Agricultural Service | $259,979 | $129,989 | $129,990 |
| USDA-USFS-International Programs | $2,182,615 | $2,062,187 | $120,428 |
| USDA-USFS-Southern Research Station | $208,400 | $147,731 | $60,669 |
| USDA-USFS-International Institute of Tropical Forestry | $135,989 | $75,953 | $60,036 |
| USDA-FNS-Food and Nutrition Service | $80,901 | $57,483 | $23,418 |
| USDA-RMA-Risk Management Agency | $44,142 | $44,140 | $2 |
| **Grand Total** | **$425,056,112** | **$210,890,617** | **$214,165,495** |

19. Since September 2024, CSU has applied for 130 USDA awards totaling $60,691,857 in FY 2026 funding.

20. In addition to using USDA funds themselves, recipients may pass USDA funds through to subgrantees to achieve USDA priorities. CSU passes approximately 42% of its grant funds on to subrecipient entities. CSU currently distributes $89M in USDA funding to 113 unique community-based organizations. The USDA funds issued to subrecipients are for programs, including:

- The Colorado Food Safety Program, which works to strengthen local agricultural integrity.

8

- Partnerships with the Colorado Department of Agriculture with the goal of advancing soil health conversations with farmers.

- Reducing the risk of wildland fire and mitigating damage to resources and property in high-priority areas.

- Projects focused on drought recovery, crop security, and crop quality.

21. Programs funded through subawards have a significant impact throughout the state of Colorado, furthering USDA priorities. For example:

- In 2025, Colorado Expanded Food and Nutrition Education Program (EFNEP), which was funded in part through subawards from CSU, enrolled 277 adults, reaching a total of 1,212 individuals within program families.  Key program outcomes included: 98% of participants enhanced their overall diet quality, 97% improved their food resource management practices, 84% adopted healthier physical activity habits, and 88% increased food safety practices.  Colorado EFNEP also enrolled 693 youth in 2025, including 577 third-grade students who completed the program, extending the program's impact by providing nutrition education materials to students' families.  Key program outcomes included: 93% of youth participants improved their knowledge or ability to choose healthy foods, 64% gained a better understanding of physical activity and improved their activity habits, and 98% demonstrated growth in at least one EFNEP core area (diet quality, physical activity, food safety, or food resource management).

- Research supported by the Colorado Agricultural Experiment Station compared a standard health education intervention to a novel mindfulness-based intervention in adolescents at risk for weight gain and type 2 diabetes.  Mindfulness training was shown to improve eating patterns like eating in response to stress immediately following the intervention

9

when compared to the standard health education participants. Notably, these improvements were observed up to ~1.5 years after the 6-week intervention. Follow-up studies involving families are currently underway.

**Cooperative Agreements and Other Funding Mechanisms**

22. In addition to capacity grants and competitive research grants, CSU receives and administers significant funding through cooperative agreements, cost-reimbursable agreements, joint venture agreements, and grant programs from the USDA Forest Service ("USFS") programs along with USDA other agencies such as the Natural Resource Conservation Service, the Farm Services Agency. For example, these programs support forest health, wildfire risk mitigation, private landowner assistance, veterinary diagnostic services, and foundational research.

23. For example, the USFS Consolidated Payment Grant Program ("CPG") funds four interrelated programs administered by CSU's Colorado State Forest Service ("CSFS"). The Forest Stewardship Program provides professional planning and technical assistance to private forest landowners, supporting long-term forest productivity and healthy, resilient landscapes. The Forest Health Program reduces catastrophic forest loss resulting from insect and disease activity through aerial detection surveys, risk assessments, and coordinated treatment projects. The Cooperative Fire Protection Program provides support for wildfire risk reduction and fire adaptation statewide through partnerships with private landowners, communities, and local and state agencies. The Forest Legacy Program supports efforts to protect private lands through the acquisition of conservation easements on privately owned forestlands that are environmentally, economically, and socially critical, with CSFS responsible for program oversight, outreach, application review, monitoring, and easement enforcement.

24. The Natural Resource Conservation Services' Conservation Reserve Program ("CRP") is a national land conservation program incentivizing landowners to remove environmentally sensitive lands from agricultural production, replacing crops with plant species that help improve environmental health and quality. CRP funding currently supports CSFS nursery operations, growing seedlings for distribution throughout Colorado and the surrounding region for use in the program's conservation efforts.

25. Funding provided under the Infrastructure Investment and Jobs Act and the Bipartisan Infrastructure Law allows CSFS to support key activities, including forest stewardship, community forestry, forest health monitoring, and wildfire risk mitigation. These funds also allow CSFS to provide technical assistance to non-industrial private forest landowners qualifying for the Farm Service Agency's Emergency Forest Restoration Program following natural disasters, including site visits, damage evaluations, and completion of required application documentation.

26. Under the Good Neighbor Authority ("GNA"), CSFS holds a Master Agreement with the USFS and approximately 27 active supplemental project agreements, through which CSFS conducts state-managed forest restoration work on federal lands. GNA leverages federal, state, and third-party resources, streamlines cross-boundary restoration, and allows CSFS to retain and reinvest revenues generated through GNA projects into future landscape-level restoration work.

27. Pursuant to a cost-reimbursable agreement, CSFS staff collect field data for the Forest Inventory and Analysis ("FIA") Program, a congressionally mandated program under 16 U.S.C. § 1642e that provides the foundational forest data underlying major federal forest policy, management decisions, and wildfire hazard assessments nationwide. CSFS staff collect

11

data from approximately 20,000 monumented plots per year across federal, state, and private lands.

28. Finally, through joint venture agreements with USFS, CSU participates in many research initiatives including, for example, one evaluating the efficacy of remote sensing techniques to characterize forest structure across Colorado, Oregon, and Idaho.

29. The Colorado State University Veterinary Diagnostic Laboratories plays a major role in a statewide, national, and global animal and zoonotic disease surveillance system that seeks to protect the health of livestock, companion animals, and the general public.

30. As part of state and federal surveillance programs funded in part by the USDA, CSU's Veterinary Diagnostic Laboratory ("VDL") is a member of the National Animal Health Laboratory Network ("NAHLN"). Through NAHLN, the CSU VDL provides essential diagnostic services to the USDA and other agencies for detection of high-profile transboundary and emerging pathogens, including coronavirus, avian influenza virus, foot and mouth disease virus, chronic wasting disease, and bovine spongiform encephalopathy.

31. The loss of USDA funding supporting these programs would severely disrupt Colorado's capacity to manage forest health, reduce wildfire risk, support private landowners, maintain the statewide forest monitoring infrastructure on which federal and state decision-making depends, and conduct critical research necessary to inform the next generation of forest management practices and climate mitigation strategies.

### Funding Conditions

32. I am aware of the December 31, 2025, Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins stating that all USDA awards would be subject to

12

the USDA General Terms and Conditions ("GT&Cs") and that the GT&Cs "implement several of USDA's policy priorities."

33. On February 9, 2026, CSU received a notice of Modification to award 23-CS-11242306-091 expressly incorporating the December 31, 2025, GT&Cs. On February 27, CSU received a notice of Modification to award 9-GN-11020000-059, expressly incorporating the December 31, 2025, GT&Cs.  On March 2, 20226, CSU received notice of a new award 26-CR-11221611-024 which includes the December 31, 2025, GT&Cs. In early March, CSU received a Modification to award 2026-68013-45656 incorporating the December 31, 2025, GT&Cs.

34. Condition 12.2 requires grant recipients to "comply, and certify[y] that [recipients] will comply, with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal award." ("Policy Condition").

35. Condition 13.5 states that "No funding shall be used to promote gender ideology." The GT&Cs do not further define the term "gender ideology" or what conduct would constitute "promotion." ("Gender Ideology Condition").

36. Condition 13.8 states that "No funding shall be directed towards educational programs that deprive women and girls of athletic opportunities. No funding shall be directed towards male competitive participation in women's sports." ("Sports Condition").

37. Condition 13.10 states that "No funding shall be directed towards programs that allow illegal aliens to obtain taxpayer-funded benefits, provide public resources to meet the needs of illegal aliens, or provide incentives for illegal immigration by demonstrating the availability of public benefits." ("Immigration Condition").

13

38. In my years with CSU, I am not aware of CSU staff ever being required to comply with substantially similar funding conditions.

39. CSU operates its programs in compliance with Federal anti-discrimination laws and regulations.

40. CSU is uncertain what specific requirements are imposed by the Challenged Conditions.

41. If CSU does not reasonably believe it understands the conditions of a grant, my understanding is that CSU cannot certify compliance with the conditions.

42. If CSU is unable to comply with USDA's new funding conditions, it would be unable to receive FY2026 funds, including reimbursements for expenditures that happened prior to the change in terms and conditions, depriving CSU of $214,165,494.61, frustrating its ability to maintain the critical programs above.

43. Alternatively, if CSU adopts the broadest reading of the Challenged Conditions, the compliance burden would be significant. CSU has adopted civil rights compliance processes, including maintaining Title VI and Title IX compliance offices. To the extent the Challenged Conditions require revised or additional processes, CSU would bear the burden of developing that infrastructure. Moreover, the Immigration Condition imposes the likely impossible task of ensuring that CSU—in every corner of its campus programs—does not confer a "benefit" on any "illegal alien," however obliquely. Where CSU conducts research that improves public resources available to all, down to foods purchased from the local farmer's market, it would require immense resources to ensure that no "illegal alien" enjoyed those benefits.

44. Moreover, compliance with "policies" that erase the existence of transgender people would violate civil rights laws in Colorado. *See, e.g.*, C.R.S. § 24-34-601 (2)(a).

14

45. CSU does not have an alternative source of funding that could cover the loss of grants discussed above. If CSU cannot access federal funds, CSU will not have funds to immediately cover over 700 unique programs and research projects funded by the grants. This, in turn, will result in many of the harms articulated in Paragraph 8, above.

46. The longer CSU cannot access USDA funding, the greater the risk that additional programs will be interrupted or terminated.

47. Losing these USDA grants would severely obstruct and undermine CSU's mission even if the funding were restored at a later date.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 25, 2026, in Fort Collins, Colorado.


Cassandra Moseley
Cassandra Moseley

15