# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 11

## DECLARATION OF Brett Reeder, Nutrition Services Branch Director

I, Brett Reeder, pursuant to 28 U.S.C. § 1746, hereby declare:

1.    I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

2.    I am the Nutrition Services Branch Director at the Colorado Department of Public Health and Environment (CDPHE). My job duties include oversight of both the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC) and the Child and Adult Care Food Program (CACFP) in Colorado. In this role, I oversee the staff who serve as the Colorado WIC and Colorado CACFP liaisons to the Department of Agriculture Food and Nutrition Service (USDA-FNS), ensuring the successful delivery of approximately $87 million in WIC Program benefits (including infant formula reimbursement) and $33 million in CACFP program reimbursements. It also includes managing professional state staff who ensure program integrity according to federal regulations, overseeing benefit delivery and local agency operations, and producing program budgets, policies, evaluation processes, and contracts.

3.    I have been employed by CDPHE since June 2022, and I have served as Nutrition Services Branch (NSB) Director since then. Before starting at CDPHE, I worked in both state government and nonprofits focused on food and nutrition security and early childhood.

4.    WIC and CACFP are foundational components in achieving the CDPHE mission to advance Colorado's health and protect the places where we live, learn, work, and play. The programs ensure that our youngest Coloradans and their families have the essential food and nutrition required to grow and thrive during the most critical developmental years. These targeted supports directly feed into CDPHE's broader vision of a healthy and sustainable

Colorado where current and future generations can reach their full potential. Through the delivery of food that meets the specific nutritional needs of our clients both at home and in institutional settings, high-quality nutrition education, comprehensive breastfeeding support, and strategic referrals to other essential services, WIC and CACFP create a preventive health bridge that empowers families to lead healthier lives, ultimately securing a more resilient and thriving future for the entire state.

### Colorado's Annual Receipt of WIC Funding

5.    CDPHE is the primary grantee of WIC funding for Colorado.

6.    As part of my regular job duties, I oversee federal grant managers who manage the Colorado WIC program. I have reviewed past and present award documents for these grants that were issued to CDPHE and am familiar with their contents.

7.    USDA-FNS has allocated the following amounts of WIC administrative, food, and breastfeeding peer counseling funding to CDPHE in recent federal fiscal years (FFY):

| Funding Type | FFY 2023 | FFY 2024 | FFY 2025 | FFY 2026 |
|---|---|---|---|---|
| WIC Administrative Funds | $26,204,845 | $26,993,287 | $27,164,940 | $27,582,993* |
| WIC Food Funds | $59,826,667 | $65,160,453 | $69,007,539 | $69,566,500* |
| Breastfeeding Peer Counseling (three-year awards) | $1,158,140 | $1,146,879 | $1,228,088 | $1,232,168* |

*FFY2026 funding has not been fully distributed. As of 03/10/2026, we have received $38,915,407 in WIC Food Funds, and $17,078,428 in WIC Administrative Funds. Breastfeeding Peer Counseling fund dollars were announced, but will not be distributed until our budget is approved.*

8.    WIC funds for food and administration are a combination of an annual appropriated grant, regional operational adjustment funds, and reallocated funds. USDA-FNS disburses WIC funds quarterly, with approximately one-third of the total allocated in the first quarter and the remaining balance distributed in smaller increments over the following quarters.

CDPHE received the FFY26 notice of award for our annual appropriated grant on September 18, 2025, and expects to receive additional adjustment award documents from USDA-FNS for FY2026 in March and final documentation in July after final reallocated funds are distributed.

9. These funds are used to provide direct, local service delivery through subcontracts with public health agencies and federally-qualified health centers, to support systems to accurately certify participants and issue/redeem food benefits, to maintain state infrastructure (staff, technology, data, contracts) that ensures program integrity, and to fund food benefits, infant formula, breast pumps, nutrition education materials, and language services to clients.

10. Each year, Colorado has approximately 96,103 participants enrolled in the WIC program, further divided as follows: 55,006 children; 21,466 women; and 19,631 infants (2025).

### Colorado's Annual Receipt of CACFP Funding

11. In Colorado, CACFP is administered by CDPHE, which distributes federal funds to qualifying and participating programs. Qualifying and participating programs submit monthly claims for reimbursement to CDPHE based on the number and category of meals and snacks they serve each month.

12. As part of my regular job duties, I oversee federal grant managers who manage the Colorado CACFP program. CACFP provides reimbursement for nutritious meals and snacks to eligible and participating child care centers, family day care homes, "at-risk" after-school care programs, emergency shelters, and adult day health care centers. I have reviewed past and present award documents for these grants that were issued to CDPHE and am familiar with their contents.

13. USDA-FNS has allocated the following amounts of CACFP administrative, food and audit funding to CDPHE in recent fiscal years:

| Funding Type | FFY 2023 | FFY 2024 | FFY 2025 | FFY 2026 |
|---|---|---|---|---|
| Administrative (SAE) Funds | $764,015 | $1,080,356 | $1,201,677 | $529,093* |
| Sponsor Admin Funds | $1,056,709 | $1,104,045 | $1,236,622 | $946,606* |
| Audit Funds | $742,005 | $884,819 | $611,837 | $627,363* |
| Food Funds | $28,852,441 | $30,972,129 | $33,459,084 | $17,303,589* |

*FFY2026 funding has not been fully distributed. We have currently (as of 03/13/2026) received 2 quarters worth of funding. We anticipate receiving additional dollars in April and July.

14.    Funds for CACFP are distributed quarterly. Food funds are comprised of Block meals funds and Cash-in-Lieu funding. As CACFP is an entitlement program, these funds can be adjusted if needed to accommodate reimbursements. Sponsor administrative costs are tied to a predetermined formula per eligible participant and are set by the federal government. Administrative and audit funds are awarded based on a funding formula. Additional reallocated funds may be available to supplement administrative funds if needed.

15.    These funds are used to reimburse program participants for the healthy meals and snacks served in child and adult care centers, family day care homes, at-risk school programs, and children and adults in emergency shelters. These funds are also used to support the necessary state infrastructure (staff, technology, data management, contracts) to ensure program compliance with federal regulations.

16.    Each year, CACFP provides reimbursement for approximately 15,167,057 meals, further divided as follows: 10,581,176 in child care centers, 2,553,452 in family child care homes, 1,407,761 in after-school programs, and 624,668 in adult day care centers (2025).

### Harms to the State Caused by USDA-FNS's New Funding Conditions

17.    I am aware that USDA-FNS issued new General Terms and Conditions, with an effective date of December 31, 2025, that purport to apply to all of USDA-FNS's grants and

cooperative agreements (the "Conditions"). The Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and *policies* for the duration of the Federal awards," including two of President Trump's Executive Orders. The Conditions do not define or identify the applicable "policies" to which the recipient must certify. Among other things, the Conditions also prohibit the recipient from directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The Conditions do not define what constitutes a "benefit" in this context.

18.     CDPHE does not understand what is required of it under the Conditions.

19.     In my years with CDPHE, I am not aware of CDPHE staff ever being required by USDA-FNS to certify CDPHE's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving WIC or CACFP funding. I am also not aware of CDPHE staff ever being required by USDA-FNS to verify that no "illegal aliens" will obtain any "taxpayer-funded benefit" as a result of its WIC or CACFP programs. I am aware that, under 7 CFR 246.9(c)(3) and 8 U.S.C. § 1615(c)(1), state agencies have the *option* to limit participation in these programs to United States citizens, nationals, and qualified aliens, but are not required to do so.

20.     CDPHE operates its programs in compliance with Federal anti-discrimination laws and regulations.

21.     If the Conditions apply to future funding awarded or disbursed to CDPHE's WIC or CACFP program, my understanding is that CDPHE may be unable to certify compliance with them.

22.     If CDPHE is unable to receive or spend future disbursements of the already awarded FY2026 WIC or CACFP funds, and/or awards for future years, vital services and benefits for Coloradans will be cut. This includes essential nutrition, infant formula, health

services, and breastfeeding support for pregnant mothers, postpartum mothers, and children. It also includes the potential loss of nutritious meals at child and adult care centers, family day care homes, at-risk school programs and children in emergency shelters. Losing any of these funds would increase the risk of negative long-term health consequences, greater food and nutrition insecurity, and reduced access to healthy foods like milk, whole grains, and fruits and vegetables for these populations.

23.     CDPHE does not have any other appropriation in its budget that could immediately cover the loss of WIC or CACFP funding. A loss or delay in WIC or CACFP funding would therefore require suspension of all local WIC service delivery and issuance/redemption of WIC food benefits for participants, as well as the suspension of CACFP reimbursements for nutritious meals served in child and adult care facilities until funding was reinstated.

24.     The longer CDPHE cannot access funds because it cannot certify compliance with the new Conditions, the greater the risk that programs will be interrupted or terminated.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 23, 2026 in Denver, Colorado.

Brett Reeder
Nutrition Services Branch Director
Colorado Department of Public Health and
Environment