**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 12

## DECLARATION OF BREHAN RILEY

I, Brehan Riley, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of 18. I know the following facts based on my own personal knowledge, based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Executive Director of School Nutrition at the Colorado Department of Education. My job duties include leadership and coordination of the work of the School Nutrition Unit, which oversees all the child nutrition programs administered by CDE. I provide direction to directors overseeing program operations, financial management, training, and compliance.

3. I have been employed by CDE since October 31, 2011, and I have served as Executive Director since November 2023. Before starting at CDE, I served in the Colorado Department of Public Health and Environment, and my main duties were training and monitoring sponsors that implemented the Child and Adult Care Food Program.

## Background

4. The Colorado Department of Education (CDE) provides leadership, resources, support, and accountability to the state's 178 school districts, 1,888 schools, over 53,000 teachers, and over 3,200 administrators to help them build capacity to meet the needs of the state's approximately 905,000 public school students. In addition, CDE provides structural and administrative support to the Colorado School for the Deaf and the Blind and the Charter School Institute.

5. As the primary grantee of the National School Lunch Program, School Breakfast Program, Summer Food Service Program, Seamless Summer Option, Fresh Fruit and Vegetable

1

Program, and Special Milk Program (together, the "Child Nutrition Programs") in Colorado, Colorado Department of Education (CDE) administers a wide range of programs meant to ensure Colorado's children are provided with adequate nutrition.

6. As part of my regular job duties, I oversee federal grant managers who manage the Child Nutrition Programs. I have reviewed past and present award documents for these grants that were issued to the Colorado Department of Education and am familiar with their contents.

**Colorado's Annual Receipt of Child Nutrition Programs Funds**

7. The U.S. Department of Agriculture (USDA) administers the Child Nutrition Programs through its sub-agency, the Food Nutrition Service (FNS).

8. In total, FNS has obligated the following grant amounts to CDE in recent fiscal years:

|  | Federal FY 2023 | Federal FY 2024 | Federal FY 2025 |
|---|---|---|---|
| National School Lunch Program | $157,728,600 | $181,811,500 | $218,081,152 |
| School Breakfast Program | $45,263,325 | $55,440,975 | $66,969,928 |
| Special Milk Program | $107,713 | $59,317 | $55,163 |
| Fresh Fruit and Vegetable Program | $3,378,275 | $3,824,230 | $3,647,730 |
| Summer Food Service Program | $6,631,098 | $8,393,023 | $9,255,354 |
| Seamless Summer Options | Included above | Included above | Included above |
| Total Contributed from Federal Grants Listed Above | $213,109,011 | $249,529,045 | $298,009,327 |
| Total Contributed from State Funds (state match + Healthy School Meals for All Program) | $33,105,860 | $156,874,285 | $135,027,981 |
| CDE's Total Nutrition Budget | $246,214,871 | $406,403,330 | $433,037,308 |

2

| | | | |
|---|---|---|---|
| Federal Funds Percent of CDE's Nutrition Budget | 86% | 61% | 69% |
| | | | |

9.     The programs funded by these grants are essential to fuel development and learning for children. The benefits associated with the food provided by these programs are many and include improved nutrition and health, improved long-term educational attainment, healthier eating habits, and decreased absenteeism, tardiness, and disruptions in class.

10.     Participation in these programs is widespread, benefiting hundreds of thousands of children in Colorado. The table below reflects average participation per day in each of the programs:

| | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | 337,511 | 440,931 | 460,757 |
| School Breakfast Program | 140,093 | 187,485 | 203,036 |
| Summer Food Service Program; Seamless Summer Options; | Breakfast - 12,470  Lunch – 22,997 | Breakfast - 16,742  Lunch – 27,432 | Breakfast - 19,825  Lunch – 29,438 |

11.     1,822 schools in 207 School Food Authorities participate in at least one of the Child Nutrition Programs in Colorado.

12.     Approximately 185,000 breakfasts and 441,000 lunches are served in Colorado daily through the school meal programs. 1 in 7 Colorado children experience food insecurity (https://www.foodbankrockies.org/blog/latest-data-shows-continued-increases-in-food-insecurity/).  Approximately 14.3% of Colorado children—over 170,000 kids—live in food

3

insecure households (https://feedingcolorado.org/colorado-hunger-facts/). Food insecurity increased after pandemic support ended, rising to 11.2% of Coloradans in 2023 (https://feedingcolorado.org/colorado-hunger-facts/).

13.     School meals function as one of the largest anti-hunger programs for children in the state. Colorado's Healthy School Meals for All Program means all students can access breakfast and lunch regardless of income, reducing stigma and improving participation. Colorado voters strongly supported continuing these programs and funding them statewide, which showcases the importance school meals have in our communities.

14.     School meals improve health and wellbeing and support academic success.

15.     Beyond the benefits provided to children, the Child Nutrition Programs stimulate the local food economy. In fiscal year 2025, approximately $2.6 million of the Child Nutrition Programs funds were spent locally in Colorado. These funds support school food service jobs, local food purchasing, and school operations.

16.     In addition to the funds directly supporting the Child Nutrition Programs, which are primarily in the form of reimbursements, CDE has also applied for and received other USDA grants that complement and support the Child Nutrition Programs. The programs CDE is currently using include:

  a.  **Non-Competitive Technology Innovation Grant** - non-competitive, $373,134 (grant period: 9/2023-9/2026); $746,268 (grant period: 9/2024-9/2028). CDE uses this funding for school nutrition technology system updates in response to Congressional directives and FNS program and policy changes. The technology system oversees program applications, reimbursement claims, and program monitoring. The funding is also used for partial hosting and maintenance costs to

4

ensure continuity of operations and development of enhancements related to applications, claims processing, and system streamlining.

b. **State Formula Grant**, non-competitive, $1,049,935.00 (grant period: 9/2022-9/2026). CDE utilized State Agency Formula grant funds to expand farm to school programming in the child nutrition programs. A core focus of the grant was to build capacity at both the state and district levels. This involved several key objectives: training and technical assistance to districts, producer outreach, state agency staffing, and funding to districts in the form of mini grants that support expansion of farm to school programs. Strategic partnerships advanced objectives. A local non-profit helped to create connection events for districts and producers in two areas of the state.  After embarking on a year-long road mapping project, a contract with Colorado State University (CSU) extension led to a final report that documents the farm to school strategy for the state agency and stakeholders in the coming years. Without this funding it would not have been possible to strengthen farm to school programming, increase the quality of school meals, and build capacity which has created the foundation for success with the Healthy School Meals for All local food grant program expansion.

c. **Equipment Grant**, non-competitive for the state agency to receive, $129,026 (grant period: 6/2024-9/2026). CDE then competitively awards the grants to eligible school food authorities participating in the National School Lunch Program. These grants are typically made on a continuing basis and are vital to school districts to purchase much needed equipment for their school nutrition programs. If and when these funds are available again, CDE will apply to receive

5

them. These funds allow SFAs to:

    i.  Serve healthier school meals that meet the meal patterns with emphasis on more fruits and vegetables.

    ii.  Improve food safety.

    iii.  Support the establishment, maintenance, or expansion of the School Breakfast Program.

17.    CDE also receives funds from USDA to administer the Child Nutrition Programs. In fiscal year 2025, CDE received $2,631,460 from USDA. This money goes towards staff salaries to administer the programs, oversee the reimbursement system, conduct compliance monitoring, training, and software vendor contracts.

18.    On January 23, 2018, CDE entered into a Federal-State Agreement with FNS governing "Child Nutrition and Food Distribution Programs." FNS-74 ("Agreement"). The Agreement provides that it was effective until September 30, 2018, but that it "may be extended by FNS," and that such "extension[s] will be in the form of the annual grant award document announcing the grant amounts for each program for each Federal Fiscal Year." On October 14, 2025, CDE received the annual grant award document from FNS for fiscal year 2026, thereby extending the term of the Agreement. The Agreement provides: "The State agency will comply with [applicable] program statutes and program regulations…. The State agency also will comply with any FNS instructions, policy memoranda, guidance, and other written directives interpreting the program statutes and program regulations applicable to those programs." As to future changes, the Agreement stated, "[b]y continuing to operate the covered programs after the enactment or issuance of any [applicable] changed or new statutes, or regulations… changed or new instructions, policy memoranda, guidance and other written directives interpreting these

6

statutes or regulations, the State agency agrees to comply with them."

19.     If these funds were withheld, CDE would face an immediate budget shortfall which, if not remedied, would result in laying off staff and an inability to continue providing food sufficient to feed the children who rely on it. It would immediately remove the primary funding stream supporting school meal operations, which would destabilize school meal operations statewide. Meal reimbursements pay for food purchases, kitchen staff wages, equipment and supplies and program administration. The programs funded by these specific grants are described further below.

### National School Lunch Program

20.     I am familiar with the National School Lunch Program (NSLP). The NSLP provides funding to assist States to provide school lunches that meet nutritional standards.

21.     NSLP funding is administered in Colorado by CDE.

22.     Because NSLP is a mandatory entitlement, each State is entitled to reimbursement based on the number of meals served. Schools receive federal aid in the form of cash reimbursements for every lunch they serve that meets federal nutritional requirements, with the formula providing higher reimbursement for free and reduced-price meals served to eligible students. Eligibility is based on income eligibility and categorical eligibility which is based on participation in other programs (e.g., Medicaid).

23.     CDE has received NSLP funds for decades.

24.     In Colorado, NSLP is administered by school districts that operate the lunch program. CDE distributes federal funds to the school districts.

25.     The districts submit monthly claims for reimbursement to CDE based on the number and category of meals they serve each month.

7

26. CDE receives funding from USDA in quarterly allotments, which is then drawn down to pay the districts for their reimbursable monthly meal expenses. CDE received its last quarterly allotment on January 9, 2026 and is expecting its next quarterly allotment at the beginning of April 2026.

## School Breakfast Program

27. I am familiar with the School Breakfast Program (SBP). The SBP provides funding to assist States to provide school breakfasts that meet nutritional standards.

28. SBP funding is administered in Colorado by CDE.

29. Like NSLP, SBP is a mandatory entitlement, and CDE is entitled to reimbursement based on the number of meals served. SBP eligibility and reimbursement rates work the same as they do in NSLP.

30. CDE has received SBP funds for decades.

31. In Colorado, SBP is administered by school districts that operate the breakfast program. CDE distributes federal funds to the school districts.

32. The districts submit monthly claims for reimbursement to CDE based on the number and category of meals they serve each month.

33. The quarterly allotments CDE receives from USDA cover SBP reimbursement.

## Special Milk Program

34. I am familiar with the Special Milk Program (SMP). The SMP provides funding to reimburse States that provide milk to children in schools and childcare institutions that do not participate in other child nutrition meal service programs, or children in half-day programs that do not have access to the school meal programs.

35. SMP funding is administered in Colorado by CDE.

8

36.    Like NSLP, SMP is a mandatory entitlement, and CDE is entitled to reimbursement based on the number of half-pints of milk served. SMP eligibility and reimbursement works the same as it does for NSLP.

37.    CDE has received SMP funds for decades.

38.    In Colorado, CDE distributes SMP federal funds to participating schools and institutions.

39.    Participating districts submit monthly claims for reimbursement to CDE based on the number and category of half-pints of milk served each month.

40.    The quarterly allotments CDE receives from USDA cover SMP reimbursement.

## Summer Food Service Program

41.    I am familiar with the Summer Food Service Program (SFSP). SFSP provides children 18 years of age and younger with free, healthy meals over the summer months when they no longer have access to school meals. Meal sites include schools and other community locations, from parks to summer camps.

42.    Last summer, there were 82 sponsoring organizations supporting more than 616 meal sites across the state. On average, 29,438 kids received a meal daily, with 2,089,488 meals being served in total.

43.    SFSP funding is administered in Colorado by CDE.

44.    SFSP meals are reimbursed by USDA based on the source of the meals (prepared by the organizations, or purchased from a vendor), as well as the location of the site.

45.    CDE has received SFSP funds for decades.

46.    In Colorado, SFSP is administered by CDE, which distributes federal funds to SFSP sponsors.

47. Sponsoring organizations submit monthly claims for reimbursement to CDE based on the number and category of meals and snacks they serve each month.

48. The quarterly allotments CDE receives from USDA cover SFSP reimbursement.

**Seamless Summer Option**

49. I am familiar with the Seamless Summer Option (SSO). SSO allows schools to continue operating under the NSLP and SBP requirements into the summer.

50. SSO funding is administered in Colorado by CDE.

51. SSO meals are reimbursed by USDA under the same criteria and rates as NSLP.

52. CDE has received SSO funds for decades.

53. In Colorado, SSO is administered by CDE, which distributes federal funds to qualifying programs.

54. Qualifying programs submit monthly claims for reimbursement to CDE based on the number and category of meals they serve each month.

55. The quarterly allotments CDE receives from USDA cover SSO reimbursement.

**Fresh Fruit and Vegetable Program**

56. I am familiar with Fresh Fruit and Vegetable Program (FFVP). FFVP provides funding to make fresh fruits and vegetables available in elementary schools.

57. FFVP funding is administered in Colorado by CDE.

58. FFVP funds are provided to the states based on a percentage of overall FFVP funds available.

59. CDE has received FFVP funds for decades.

60. In Colorado, FFVP is administered by CDE, which distributes federal funds to school districts.

10

61.    School districts submit monthly claims for reimbursement to CDE based on the number and category of meals they serve each month.

62.    The quarterly allotments CDE receives from USDA cover FFVP reimbursement.

**Harms to the State Caused by USDA's Funding Condition**

63.    I am aware of the December 31, 2025 Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins stating that all USDA awards would be subject to the December 31, 2025 USDA General Terms and Conditions (the "2026 Conditions") and that the 2026 Conditions "implement several of USDA's policy priorities."

64.    The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context. Moreover, for FNS programs, this is directly contrary to 8 U.S.C. § 1615, which expressly requires equal access to school meal programs regardless of immigration status.

65.    In my years with CDE, I am not aware of CDE staff ever being required by USDA to certify CDE's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am unaware of CDE staff ever being required by USDA to certify that funds were not "used to promote gender ideology." I am also not aware of

11

CDE staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

66.     CDE does not understand what is required of it under the 2026 Conditions, if they were to be applied to USDA's awards to CDE.

67.     CDE operates its programs in compliance with Federal anti-discrimination laws and regulations.

68.     If the 2026 Conditions were to be applied to USDA's awards to CDE, and CDE is unable to certify compliance to USDA's new funding conditions, it would be unable to receive FY2026 funds, depriving CDE of $139 million ($73 million from the third quarter allotment and $66 million for the fourth quarter allotment), frustrating its ability to maintain the critical programs above.

69.     Alternatively, in order to comply with any understanding of the 2026 Conditions that differs from existing Federal anti-discrimination laws and regulations, the compliance burden would be significant. CDE has adopted civil rights compliance processes, including maintaining Title VI and Title IX compliance offices. To the extent the 2026 Conditions require revised or additional processes, CDE would bear the burden of developing guidelines, training employees, and building that infrastructure. Moreover, the Immigration Condition imposes the likely impossible task of ensuring that CDE does not confer a "benefit" on any "illegal alien," however obliquely.

70.     CDE does not have an alternative source of funding that could immediately cover the loss of grants discussed above.

71.     If CDE cannot cover the loss of federal funds, CDE will not have funds to continue the Child Nutrition Programs. Children in schools would be denied the nutritional

12

snacks and meals on which they have been able to rely for years. The loss of these meals would harm our students' health and ability to learn.  Approximately 185,000 breakfasts and 441,000 lunches are served in Colorado school meals daily. Over 600,000 meals per day could be disrupted. This will increase child hunger across that state and create significant financial pressure on school districts who would face major budget gaps. Schools may be forced to reduce meal offerings, cut staff, and discontinue programs. The loss of funds would also negatively impact our local economy.  CDE would also not have the ability to pay their child nutrition technology vendor, which would hinder our ability to maintain the system and add needed enhancements to adjust to current and federal regulation changes.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 20, 2026, in Denver, Colorado.


Brehan Riley

Brehan Riley

13