**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 13

## DECLARATION OF SAMANTHA KOSTMAN-FESLER

I, Samantha Kostman-Fesler, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

2.      I am the Food Distribution Programs Manager at the Colorado Department of Human Services (CDHS). My job duties include administering the United States Department of Agriculture (USDA) nutrition programs that currently provide more than $70M in food to alleviate hunger in Colorado. Programs include USDA Foods for the National School Lunch Program (NSLP), Summer Food Service Program (SFSP), Child and Adult Care Food Programs (CACFP), Department of Defense (DoD) Fresh Fruits and Vegetables Program, Commodity Supplemental Food Program (CSFP), and The Emergency Food Assistance Program (TEFAP).

3.      I have been employed by CDHS since January 3rd, 2022, and I have served as the Food Distribution Programs (FDP) Manager since September 22nd, 2025. Before starting my current position, I was the Program Specialist for CSFP and previously worked at Cherry Creek School District overseeing the USDA nutrition programs operated in the district.

4.      The mission of the Colorado Department of Human Services is to support people and families by connecting them with assistance, resources and support at every stage of their lives. CDHS serves Coloradans through bold and innovative health and human services.

5.      CDHS is the designated distributing agency that administers the U.S. Department of Agriculture (USDA), Food and Nutrition Service (FNS) run Emergency Food Assistance Program, commonly known as TEFAP, for the state. 7 C.F.R. §251.2(a)-(b).

1

**Rising Food Insecurity in Colorado**

6.    An increasing number of U.S. residents lack the means to obtain adequate, nutritious food. At the end of 2025, the national food insecurity rate rose to 14.2%. *Food insecurity in the United States increased in 2025*, CTR. FOR FOOD DEMAND ANALYSIS & SUSTAINABILITY (Dec. 9, 2025).

*https://ag.purdue.edu/cfdas/data/food-insecurity-in-the-united-states-increased-in-2025/*

7.    Chronic food insecurity is a pressing problem in Colorado as well, where hunger and poverty rates closely mirror one another. Based on U.S. Census data for 2023, the Colorado poverty rate was 9.4% and the state food insecurity rate was 12.7%. *See:*

*https://www.census.gov/programs-surveys/saipe.html* &

*https://map.feedingamerica.org/county/2023/overall/colorado.* Economically disadvantaged Coloradans rely on TEFAP in growing numbers to meet their nutritional needs. In the prior federal fiscal year, nearly 1 in 20 Coloradans have received TEFAP food. In the last three federal fiscal years (FFY), the average number of Colorado households that receive TEFAP food each month has increased by over 20,000 from 80,579 in FFY 2023 to 101,204 in FFY 2025. This growth in TEFAP recipients signifies a greater reliance on federal food assistance each year by Colorado's population when the state receives its full allotment of USDA food.

8.    CDHS holds contracts with three regional food banks that operate across Colorado to address food insecurity and hunger. As explained below, these food banks each receive a portion of the allocation of food that Colorado receives annually from USDA Food and Nutrition Service (FNS), to feed as many qualifying Coloradans as possible.

2

| Food Bank | Number of Affiliated Food Pantries & Mobile Sites | Number of Households Served in FFY 2025 | Number of Coloradans Fed in FFY 2025 | Number of Congregate Meals Served in FFY 2025 |
|---|---|---|---|---|
| Care and Share Food Bank for Southern Colorado | 64 | 290,558 | 753,838 | 341,965 |
| Food Bank of the Rockies | 141 | 538,147 | 1,593,036 | 3,441,636 |
| Weld Food Bank | 17 | 385,746 | 1,056,187 | 309,956 |

9.      Colorado's contracted food banks partner with local food pantries (churches, non-profits, and other community-based groups), to store and distribute food to eligible Coloradans. The food pantry network is almost exclusively composed of organizations that rely on a volunteer workforce to distribute foods throughout the state. Food pantries maintain public hours of operation during which Coloradans, referred to as "neighbors", may come to the food pantry to pick up food. The state does not currently receive enough USDA Foods to support all food pantry requests.

10.      82% of Colorado's landmass is considered rural or frontier, with 24 designated frontier counties which are defined by a population density of six or fewer residents per square mile. According to the U.S. Census Year 2023 data, nearly 40% of Colorado counties are above the national average poverty rate of 12.5%. The five Colorado counties with the highest rates of food insecurity are rural/frontier counties concentrated exclusively in Southern Colorado. The five counties are Bent (21.5% food insecurity and 28.6% poverty), Costilla (19.4% food insecurity and 22.6% poverty), Otero (18.9% food insecurity and 20.1 % poverty), Huerfano (18.4% food insecurity and 18.3% poverty), and Baca (18.2% food insecurity and 20.2%

3

poverty). *See https://www.census.gov/programs-surveys/saipe.html &*

*https://map.feedingamerica.org/county/2023/overall/colorado.*

11.    These rural counties in southern and southeastern Colorado face significant compounding nutrition security challenges. In these areas, nearly half of low-income residents live more than 10 miles from a grocery store, meeting USDA definitions of low food access. In addition to limited retail food infrastructure and high poverty rates, these counties also have extremely low population density and aging populations which together restrict access to affordable and nutritious foods. Some residents in these rural counties travel 11-30 miles to reach a full grocery store, and transportation barriers decrease access for low-income households. According to the 2019 ERA Food Environment Atlas, 100% of the population in Costilla county have low food access and 57.95% of the population have low food access and are low-income. These rural communities struggle not only with insufficient resources to purchase enough food to meet their household needs but also have few local options to purchase food with their own funds. In these counties, supplemental TEFAP foods provided by local food pantries, food banks, and soup kitchens, stand between food insecure Coloradans and hunger. *See*

*https://coruralhealth.org/snapshot-of-rural-health.*

**The Emergency Food Assistance Program**

12.    USDA's Food and Nutrition Service ("FNS") operates TEFAP, which is a critical tool in Colorado's efforts to staunch growing food insecurity in vulnerable communities and among working families across the state. Congress created TEFAP in 1981 to repurpose domestic agricultural food surpluses to ensure adequate nutrition for economically disadvantaged individuals. Today, TEFAP supplies states like Colorado domestically sourced fruits, vegetables, grains, legumes, dairy products, and other proteins (known as USDA Foods), to supplement the

4

diets of economically disadvantaged people including children, the elderly, and working families, for whom food insecurity is a daily challenge.

13.    TEFAP provides Colorado a combination of food, which consists of USDA Foods that FNS delivers directly to the state contracted food banks, and funds for administrative and food distribution costs incurred by CDHS and the emergency food distribution organizations that partner with CDHS. CDHS and its partners disburse millions of pounds of TEFAP-funded USDA produce, dairy products, proteins, and legumes that put much needed food in the hands of economically disadvantaged Colorado residents (FFY24: 12,209,994 pounds; FFY25: 14,539,924 pounds). The financial assistance Colorado receives from FNS, together with the direct USDA Foods that are provided to Colorado annually, play a vital role in meeting the nutritional needs of economically disadvantaged Colorado residents.

14.    Prior to October 1 of each calendar year, FNS notifies Colorado of its annual TEFAP allocation, which includes food and funding for administrative operating costs. This amount is communicated to CDHS through a notice of award.

15.    For the last three federal fiscal years, Colorado received annual entitlement and administrative funding from TEFAP as follows:

| Federal Fiscal Year | Food Value | Administrative |
|---|---|---|
| 2023 | $7,904,915.80 | $1,395,960.00 |
| 2024 | $5,546,141.31 | $1,096,615.00 |
| 2025 | $6,725,106.90 | $1,180,541.00 |

16.    The TEFAP regulations require CDHS to establish uniform, statewide criteria for determining household eligibility to receive USDA Foods. 7 C.F.R. § 251.5(b). At a minimum, the regulations require CDHS to include a requirement that the household members seeking

5

USDA Foods attest to being a Colorado resident at the time of their application. Beyond these criteria, the TEFAP regulations prohibit CDHS from requiring an applicant to establish the length of their residency in the state, and from requesting their address or identification documents to establish eligibility.

***TEFAP Supplies Food Award "Funds" to Purchase USDA Foods***

17.    USDA awards food to Colorado in two categories: entitlement food and bonus food. Funding for entitlement food is considered appropriated, mandatory spending that FNS awards Colorado and all other states on an annual basis. The cash value of Colorado's entitlement food accounts for most of the state's TEFAP funding.

18.    When FNS notifies Colorado of the state's annual entitlement, CDHS uses FNS's standard allocation to distribute a portion of the food to each of the contracted food banks. CDHS staff then work with each food bank to obtain their food ordering plan. Some food banks order annually, others quarterly. The food banks place food orders in FNS's Web-Based Supply Chain Management and select food delivery dates, which range from 30 days up to 1 year (12 calendar months) in the future. FNS delivers food directly to the contracted food banks, which store the food for distribution to partner food pantries on a monthly, weekly, or daily basis. Food pantries receive a portion of the USDA Foods that is proportionate to the number of individuals they serve, and the food available from their regional food bank.

19.    In contrast to ordering entitlement food, which is predictable and available quarterly, FNS offers a variety of bonus foods to states on an ad hoc basis whenever FNS obtains specific surplus foods, such as seasonally available excess produce or food. Bonus foods serve two purposes—they support farmers and food producers through FNS's purchases of agricultural products to stabilize prices and reduce waste and bonus foods strengthen the emergency food

6

assistance program because these foods are redirected to food banks, pantries, and soup kitchens to help meet the increased demand for food.

20.     In Colorado, CDHS regularly receives notice from FNS's Agricultural Marketing Service ("AMS") of excess produce, such as strawberries and grapes, pears, and beans, and is awarded an allotment of additional food. These bonus foods, which are in excess of the state's annual entitlement foods, must be selected quickly and are typically delivered in a narrow window. In Federal Fiscal Year 2024, the bonus food FNS provided CDHS was valued at $30,056,899.72 (75,832,322 pounds) and in Federal Fiscal Year 2025, CDHS received bonus food valued at $10,631,686.36 (23,007,515 pounds).

*TEFAP Administrative Funds*

21.     TEFAP administrative funding is used to support the state's three contracted food banks' distribution of TEFAP foods. Funding helps offset some of their administrative expenses, including personnel costs, food shipping/delivery costs to distribute food within their geographic regions to partnering food pantries, utilities (rent, gas, electric, water), storage, equipment (forklifts, garage doors, truck bay repairs), and other costs of operating food banks.

**USDA suggests that CDHS should take steps to preclude undocumented individuals in Colorado from TEFAP**

22.     On February 6, 2026, I received a copy of a memorandum that USDA sent the Regional Directors, Supplemental Nutrition Programs, and State Directors of all TEFAP State Agencies, including CDHS, titled "Information for the Emergency Food Assistance Program (TEFAP) State Agencies on Executive Order 14218" ("February 2026 TEFAP Memo"). The February 2026 TEFAP Memo states that USDA was "reviewing federally funded programs to ensure that illegal aliens cannot obtain taxpayer-funded benefits, and, consistent with applicable law, taking appropriate actions to end this." The February 2026 TEFAP Memo also states that

7

Secretary Rollis, through USDA, is "taking swift action to …clarify statutory, regulatory, and administrative requirements." In the context of this review, USDA advised CDHS and other TEFAP State agencies to implement Executive Order 14218 to "protect benefits for American citizens in need."

23.    Although PRWORA does not require TEFAP agencies to deny supplemental foods to undocumented individuals, and as noted above, TEFAP regulations prohibit states from requesting identification documents to establish eligibility, the February 2026 TEFAP Memo states that "PRWORA permits TEFAP State agencies to provide program services only to otherwise eligible individuals who are U.S. citizens and/or qualified aliens," and offers technical assistance to state agencies "in effectively and efficiently administering TEFAP and preventing access by illegal or other ineligible aliens." Without citing any legal authority, the memo suggests that CDHS should take steps to prevent undocumented individuals in Colorado who rely on TEFAP foods for household nutrition from accessing much needed food.

### The loss of TEFAP Food and Administrative Funding Will Impose Great Costs on the State of Colorado and its Residents

24.    I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and mutual interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens

8

to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

25.     USDA now threatens to leverage TEFAP funding to force CDHS to implement the 2026 Conditions, the meaning of which is unclear to Colorado. And some of these conditions place Colorado in the untenable position of choosing between ensuring that emergency food reaches as many Colorado residents living with food insecurity as possible and complying with the federal government's demands to include terms and conditions that impede the state's efforts to do so.

26.     The threatened loss of funding because of Colorado's inability to certify compliance with the 2026 Conditions could not come at a worse time for the state's efforts to address growing food insecurity. Colorado relies heavily on USDA Foods to stock the shelves of its statewide network of food banks and food pantries and on FNS's administrative funding to keep these vital emergency food distribution resources operational. Even with full TEFAP funding, Colorado lacks sufficient resources to meet the unmet nutritional needs of millions of Colorado residents who live with chronic food insecurity.

27.     Funding for TEFAP, excluding administrative costs, excluding a nominal amount of supplemental administrative funding from the state, is provided entirely by the Federal government.

28.     Were FNS to terminate TEFAP funding, Colorado lacks the fiscal capacity to replace lost USDA Foods and administrative funding with state general funds. Even short-term disruption would create immediate budgetary shortfalls across the state. Food banks rely on the approximately $1,461,000 in annual administrative funds to cover part of their operating costs. In fiscal year 2025, food bank personnel expenses totaled $1,033,007; facilities, and equipment

9

totaled $312,360; transportation totaled $146,142; and other operating costs totaled $41,553. The sudden loss of these funds would result in layoffs, contract terminations, and elimination of USDA Foods from the food safety infrastructure.

29.    The loss of TEFAP funding in Colorado would inflict severe harm statewide and threaten the survival of the Colorado residents who rely on TEFAP for daily food and nutrition. Across rural and urban areas of Colorado, working families, farmers, agricultural workers, employed and underemployed individuals, parents, seniors, and our most vulnerable children, depend on USDA Foods delivered by TEFAP straight to America's heartland to slow the spread of food insecurity and hunger.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March 2026.

Samantha Kostman-Fesler
Food Distribution Programs Manager
Colorado Department of Human Services

10