**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 15

## DECLARATION OF MARCIA PESSOLANO

I, Marcia Pessolano, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

### Background

2.      I am the Public Health Services Manager/State WIC Director at State of Connecticut Department of Public Health (hereinafter DPH). My job duties include leading all aspects of the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC) in Connecticut, including developing policies, ensuring compliance with federal requirements, managing funding, and overseeing local WIC agency operations.

3.      I have been employed by DPH since September 10, 2010, and I have served as Public Health Services Manager/State WIC Director since November 19, 2021. Before starting at DPH, I served in hospitals and skilled nursing facilities as a Clinical Dietitian and Nutrition Care Manager, providing medical nutrition therapy, nutrition education, and food service support.

4.      DPH offers a diverse set of programs and services designed to support the health of Connecticut's residents. The mission of DPH is to protect and improve the health and safety of the people of Connecticut by assuring the conditions in which people can be healthy; preventing disease, injury, and disability; and promoting the equal enjoyment of the highest attainable standard of health, which is a human right and a priority of the state.

5.      DPH is the primary grantee of WIC funding for Connecticut.

6.      I have reviewed past and present WIC award documents issued to DPH and am familiar with their contents.

**Connecticut's Annual Receipt of WIC Funding**

7. USDA has allocated the following amounts of WIC funding to DPH in recent fiscal years:

| FY 2023 | FY 2024 | FY 2025 | FY 2026 |
|---|---|---|---|
| $52,439,737 | $52,829,736 | $55,228,441 | $54,158,856 |

8. WIC funds are disbursed by USDA quarterly.

9. These funds are used to support staff, contractors, and vendors in operating WIC, and purchasing materials and supplies that support WIC services. Funds also support participant food and formula purchases.

10. For fiscal year 2025, Connecticut had approximately 52,553 average participants per month enrolled in the WIC programs, further divided as follows: 30,133 children; 11,037 women; and 11,383 infants.

**Harms to the State Caused by USDA's New Funding Conditions**

11. I am aware that USDA issued new General Terms and Conditions, with an effective date of December 31, 2025, that purport to apply to all of USDA's grants and cooperative agreements (the "Conditions"). The Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and *policies* for the duration of the Federal awards," including two of President Trump's Executive Orders. The Conditions do not define or identify the applicable "policies" to which the recipient must certify. Among other things, the Conditions also prohibit the recipient from directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The Conditions do not define what constitutes a "benefit" in this context.

12.     DPH does not understand what is required of it under the Conditions.

13.     In my years with DPH, I am not aware of DPH staff ever being required by USDA to certify DPH's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving WIC funding. I am also not aware of DPH staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefit" as a result of its WIC programs. I am aware that, under 7 CFR 246.9(c)(3), state agencies have the *option* to limit participation to United States citizens, nationals, and qualified aliens, but are not required to do so.

14.     Based upon my understanding and knowledge, DPH operates its programs in compliance with Federal anti-discrimination laws and regulations.

15.     If the Conditions apply to DPH's WIC funding, my understanding is that DPH may be unable to certify compliance with all of them.

16.     If DPH is unable to receive or spend FY2026 WIC funds, the resulting loss of WIC funds would cut off critical nutrition education, referral services, food and formula benefits, and breastfeeding support for pregnant and postpartum women, infants, and children in Connecticut. For infants enrolled in the program, losing funding increases the risks of negative long-term health consequences for low income families, increases the risk of food and nutrition insecurity, and reduces access to healthy foods such as formula, milk, whole grains, and fruits and vegetables.

17.     DPH does not have any other appropriation in its budget that could immediately cover the loss of WIC funding. A loss or delay in WIC funding would therefore result in the elimination of WIC services to more than 52,000 participants, including their food and formula benefits. Further, nine local agency contractors would need to terminate the employment of

approximately 170 staff statewide.

18.    The longer DPH cannot access funds because it cannot certify compliance with the new Conditions, the greater the risk that programs will be interrupted or terminated.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 27, 2026 in Shelton, Connecticut.

Marcia Pessolano