**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 16

## DECLARATION OF SARA BECKWITH

I, SARA BECKWITH, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

## Background

2.      I am the Senior Deputy Director for the Community Health Administration at the Department of Health for the District of Columbia (DOH). My job duties include overseeing community health strategy development, program and policy planning and implementation, community partnership building, and outreach and stakeholder engagement.

3.      I have been employed at DOH since April 2015, and I have served as Senior Deputy Director since April 2025. Before starting at DOH, I served as a nutritionist with the USDA WIC program and as a hospital dietitian.

4.      DOH is the state public health agency for the District. The mission of DOH is to promote health, wellness and equity across the District and to protect the safety of residents, visitors, and those doing business in the nation's Capital.

5.      DOH is the sole grantee of Women, Infants, and Children (WIC) funding for the District. DOH receives federal WIC funding from the United States Department of Agriculture (USDA).

6.      In addition to WIC, DOH also receives funding from USDA for the Emergency Food Assistance Program, Commodity Supplemental Food Program, Local Food Purchase Assistance Cooperative Agreement, WIC Farmer's Market Nutrition Program, and Senior Farmer's Market Nutrition Program (collectively, Food Programs).

7. I have reviewed DOH's past and present WIC and Food Programs award documents and am familiar with their contents.

### The District's Annual Receipt of WIC and Food Programs Funding

8. USDA has allocated the following amounts of funding to DOH in recent fiscal years:

| | FY 2023 | FY 2024 | FY 2025 | FY 2026 |
|---|---|---|---|---|
| WIC | Food- $8,497,312 Admin- $7,771,379 | Food- $8,497,312 Admin-$7,302,195 | Food- $9,119,420 Admin-$7,197,390 | Food- $9,226,555 Admin-$6,331,683 |
| Emergency Food Assistance Program | N/A, DC Health did not oversee this grant. | $193,907 | $208,340 | $475,190 |
| Commodity Supplemental Nutrition Program | $365,074 | $561,775 | $583,007 | $601,906 |
| Local Food Purchasing Agreement | $2,129,088 for total 4-year budget period. | $2,129,088 for total 4-year budget period. | $2,129,088 for total 4-year budget period. | $2,129,088 for total 4-year budget period. Final year in budget period. |
| WIC Farmer's Market Nutrition Program | Food- $347,171 Admin- $81,435 | Food- $260,822 Admin- $61,180 | Food- $137,343 Admin- $28,717 | Food- $131,307 Admin- $20,982 |
| Senior Farmer's Market Nutrition Program | Food- $173,710 Admin- $19,301 | Food- $161,138 Admin- $17,904 | Food- $155,616 Admin- $17,291 | Food- $146,661 Admin- $16,296 |

9. WIC and Food Programs funds are disbursed by USDA quarterly. DC Health received the base award amount information for WIC funding in December 2025 and receives updated grant award documents as the funds are disbursed. DC Health received Operational adjustment funds

for WIC in March 2026. To date, USDA has disbursed $9,345,776 in Admin and Food funds for the WIC program to DC Health. DC Health received the base award amount information for Commodity Supplemental Food Program funding and Emergency Food Assistance Program funding in November 2025 and receives updated grant award documents as the funds are disbursed. DC Health expects to receive award amounts from USDA for Senior Farmer's Market Nutrition Program and WIC Farmer's Market Nutrition Program in March 2026. DC Health is in the final budget year for the Local Food Purchase Assistance Cooperative Agreement program and will not receive a new award amount in 2026.

10.    These funds are used to determine eligibility of residents applying for benefits and to disburse monthly benefits. In particular, DOH uses WIC funds to provide direct nutrition education and breastfeeding support services to eligible families, pay authorized food retailers and farmers' markets for foods distributed to WIC participants, support grantees and state agency operational costs, and to fund projects aimed at nutrition workforce development and improving technology systems.

11.    This year, the District has approximately 13,975 participants enrolled in WIC programs, further divided as follows: 7538 children; 3258 women; and 3161 infants.

12.    This year, the District has approximately 352,755 participants in the Food Programs, further divided as follows: 339,070 in the Emergency Food Assistance Program, 5691 in the Commodity Supplemental Food Program, approximately 9,000 in the Local Food Purchasing Agreement, 3820 in the WIC Farmer's Market Nutrition Program, and 4174 in the Senior Farmer's Market Nutrition Program. The Emergency Food Assistance Program provided 2,197,588 meals to participants.

## Harms to the District Caused by USDA's New Funding Conditions

13.    I am aware that USDA issued new General Terms and Conditions, with an effective date of December 31, 2025, that purport to apply to all of USDA's grants and cooperative agreements (the "Conditions"). The Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards." The Conditions do not define or identify the applicable "policies" to which the recipient must certify. Among other things, the Conditions also prohibit the recipient from directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The Conditions do not define what constitutes a "benefit[]" in this context.

14.    On February 6, 2026, DOH received two letters from USDA for the WIC and Emergency Food Assistance programs pertaining to Executive Order 14218. Both letters state that, "Under Executive Order 14218, . . . [USDA] is reviewing federally funded programs to ensure that illegal aliens cannot obtain taxpayer-funded benefits, and, consistent with applicable law, taking appropriate actions to this end." The letters "advise[] . . . State agencies to review their available options to implement Executive Order 14218."

15.    In my years with DOH, I am not aware of USDA ever requiring DOH staff to certify DOH's compliance with unnamed Federal *policies* as a precondition of receiving WIC funding.

16.    I am also not aware of USDA ever requiring DOH staff to verify that no "illegal aliens" will obtain any "taxpayer-funded benefi[t]" as a result of WIC. I am aware that, under 7 CFR 246.9(c)(3), state agencies have the *option* to limit WIC participation to United States citizens, nationals, and qualified aliens, but are not required to do so.

4

17.    If DOH is unable to receive or spend FY2026 WIC funds—for instance, because of allegations by USDA that DOH has failed to comply with these terms and conditions— almost 14,000 vulnerable residents would be cut off from vital nutrition, formula and health services, and breastfeeding support for pregnant individuals, postpartum mothers, and children in the District. For infants enrolled in the program, losing funding increases the risks of negative long-term health consequences for low-income families, greater food insecurity, and reduced access to healthy foods such as milk, whole grains and fruits and vegetables

18.    Similarly, if DOH is unable to receive or spend FY2026 Food Programs funds, more than 350,000 vulnerable residents, including older adults, will be cut off from vital nutrition services, increase rates of food insecurity, and reduce access to healthy foods such fruits and vegetables, whole grains, cheese, milk, fish and lean meats, and canned food items.

19.    DOH does not have any other funding in its budget that could immediately cover the loss of WIC or Food Programs funding. A loss or delay in this funding would therefore immediately terminate operations of WIC and all Food Programs

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 20, 2026, in Washington, D.C.

Sara Beckwith