**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 17

## DECLARATION OF RACHEL SADLON

I, Rachel Sadlon, pursuant to 28 U.S.C. § 1746, hereby declare:

1.     I am over the age of 18. I know the following facts based on my own personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth below.

2.     I am the Interim Assistant Superintendent of Health and Wellness at the District of Columbia (D.C. or the District) Office of the State Superintendent of Education (OSSE). My job duties include leading the agency's health and wellness, child nutrition, and student attendance portfolios, ensuring that health and well-being are fully integrated into D.C. public and public charter schools and child development facilities.

3.     I have been employed by OSSE since February 13, 2023, and I have served as Interim Assistant Superintendent of Health and Wellness since August 2025. Previously, I served as the Director of Healthy Schools and Wellness Programs at OSSE. Before starting at OSSE, I held the position of Associate Director of Research and Evaluation at the Center for Health and Health Care in Schools located at the George Washington University Milken Institute School of Public Health, and Program Manager for the Safe Schools/Healthy Students Program at Middletown Public Schools in Middletown, CT.

### Background

4.     OSSE is the state education agency for the District of Columbia charged with raising the quality of education for all D.C. residents. OSSE serves as the District's liaison to the U.S. Department of Education and works closely with the District's traditional public (District of Columbia Public Schools) and public charter schools to achieve its key functions. OSSE oversees all federal education programs and related grants administered in D.C. The mission of

1

OSSE is to set high standards, build educator and system capacity to meet those standards, expand educational opportunities for all learners with a focus on those underserved and hold everyone - including ourselves - accountable for results.

5.     As the primary grantee of the National School Lunch Program, School Breakfast Program, Child and Adult Care Food Program, Fresh Fruit and Vegetable Program, Summer Food Service Program, and Summer Electronic Benefit Transfer for Children Program (together, the "Child Nutrition Programs") in D.C., OSSE administers a wide range of programs meant to ensure D.C.'s children are provided with adequate nutrition.

6.     As part of my regular job duties, I oversee federal grant managers who manage the Child Nutrition Programs. I have reviewed past and present award documents for these grants that were issued to OSSE and am familiar with their contents.

<u>**D.C.'s Annual Receipt of Child Nutrition Programs Funds**</u>

7.     The U.S. Department of Agriculture (USDA) administers the Child Nutrition Programs through its sub-agency, the Food Nutrition Service (FNS).

8.     In total, FNS has obligated the following grant amounts to OSSE in recent fiscal years:

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | $52,599,940 | $36,929,946 | $45,074,888 |
| School Breakfast Program | $23,221,249 | $15,258,834 | $16,680,701 |
| Child and Adult Care Food Program | $12,902,319 | $9,574,529 | $11,581,838 |
| Fresh Fruit and Vegetable Program | $2,616,349 | $2,773,156 | $2,542,602 |
| Summer Food Service Program | $5,438,862 | $3,778,575 | $3,143,798 |
| Summer Electronic Benefit Transfer for Children Program | N/A | $290,609 | $132,750 |

| | | | |
|---|---|---|---|
| Total Contributed from Federal Grants Listed Above | $96,778,719 | $68,605,749 | $79,156,577 |
| Total Contributed from State Funds | $531,000 | $587,161 | $555,999 |
| Office of the State Superintendent of Education's Total Budget | $1,058,269,638 | $853,697,509 | $653,803,791 |
| Percent of Office of the State Superintendent of Education's Budget from Federal Grants Listed Above | 9% | 8% | 12% |

9. The programs funded by these grants are essential to fuel development and learning for children. The benefits associated with the food provided by these programs are many and include improved nutrition and health, improved long-term educational attainment, healthier eating habits, and decreased absenteeism, tardiness, and disruptions in class.

10. Participation in these programs is widespread, benefiting tens of thousands of children in D.C. The table below reflects average participation per day in each of the programs:

| | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | 44,876 | 47,296 | 47,501 |
| School Breakfast Program | 35,029 | 35,904 | 37,175 |
| Child and Adult Care Food Program | 45,580 | 46,600 | 49,765 |
| Summer Food Service Program | 18,859 | 14,091 | 15,864 |

11. OSSE has administered the Summer Electronic Benefit Transfer (SEBT) for Children Program, locally known as SUN Bucks, since summer 2024. A total of 48,315 students received benefits in fiscal year 2024, and 72,183 students received benefits in fiscal year 2025.

12. 243 schools in 62 local education agencies ("districts") participate in at least one of the Child Nutrition Programs in D.C.

13.    Tens of thousands of households with children in D.C. show clear indicators of economic need. According to the National Center for Education Statistics (NCES), 49.7 percent of D.C. students were eligible for free and reduced-priced meals in the 2022-23 school year, up from 46.5 percent in the 2021-22 school year and 43.4 percent in the 2020-21 school year. High rates of students automatically eligible for free meals in D.C. contribute to widespread participation in the Community Eligibility Provision (CEP) among D.C. schools; 69 percent (189 schools) operated CEP in the 2023-24 school year, serving 69,270 students daily. The Child Nutrition Programs administered by OSSE play a vital role in ensuring access to meals for children among these households experiencing financial hardship.

14.    In addition, households with children in D.C. experiencing economic need are more likely to experience food insecurity. Multiple reports find that approximately 10 percent of D.C. households are food insecure. According to the 2023 D.C. Youth Risk Behavior Survey (YRBS), 5.0 percent of students in grades six through eight and 5.1 percent of students in grades nine through 12 went hungry because there was not enough food in their home during the 30 days before the survey. Child Nutrition Programs serve as a critical support in alleviating food insecurity among District children and youth.

15.    In addition to the funds directly supporting the Child Nutrition Programs, which come primarily in the form of reimbursements, OSSE has also applied for and received other USDA grants that complement and support the Child Nutrition Programs.

16.    In fiscal year 2024, OSSE received a $33,613 competitive "National School Lunch Program Equipment Assistance Grant" to administer awards to support eligible local education agencies and school food authorities participating in the National School Lunch Program in purchasing food equipment.

4

17.	In fiscal year 2024, OSSE received a $746,268 non-competitive "Child Nutrition Technology Innovation Grant" to support the maintenance of and enhancements to OSSE's application and compliance monitoring system ("Orchard").

18.	In fiscal year 2025, OSSE received a $541,924 non-competitive "Child Nutrition Technology Innovation Grant" to support the maintenance of and enhancements to Orchard".

19.	OSSE also receives funds from USDA to administer the Child Nutrition Programs. In fiscal year 2026, OSSE received from USDA $1,395,073 in State Administrative Expenses, $202,544 for the Child and Adult Care Food Program Audit, and $132,800 for the Summer Food Service Program State Administrative Funding. Collectively, this money goes towards the administration, monitoring, and oversight of the Child Nutrition Programs. Specifically, these funds support salaries and fringe benefits of the nutrition team, costs for maintenance and enhancements of OSSE's Orchard Management and Claim system, required training and travel expenses, and software licenses to support our training platform for our local education agencies and program operators.

20.	In 2008, OSSE entered into an ongoing Federal-State Agreement with FNS governing "Child Nutrition and Food Distribution Programs." FNS-74 ("Agreement"). The Agreement provides: "The State agency will comply with [applicable] program statutes and program regulations…. The State agency also will comply with any FNS instructions, policy memoranda, guidance, and other written directives interpreting the program statutes and program regulations applicable to those programs." As to future changes, the Agreement stated, "[b]y continuing to operate the covered programs after the enactment or issuance of any [applicable] changed or new statutes, or regulations… changed or new instructions, policy memoranda, guidance and other written directives interpreting these statutes or regulations, the State agency

5

agrees to comply with them."

21.     If these funds were withheld, OSSE would face an immediate budget shortfall which could result in several severe and cascading impacts to the District. Such cuts would ripple through the District's public health, education and early childhood support systems, weakening critical infrastructure for D.C.'s children and families.

22.     First, withholding program funds would undermine meal service capacity across schools, childcare centers, family day care homes, and out-of-school-time sites. Schools, childcare providers, and community organizations operating Child Nutrition Programs would no longer receive federal reimbursements, dramatically reducing their ability to offer meals and snacks during school and out-of-school hours including summer meals.

23.     Second, District government and contracted staff responsible for program administration, food service, eligibility certification, compliance, and oversight rely on USDA administrative expense funds. Without these funds, the District would face layoffs or furloughs of essential personnel, undermining federal regulation compliance and meal program integrity. This impact would extend to program providers reducing their ability to pay their staff. Cuts to federal procurement programs that enable local purchasing would impact traditional and urban farmers.

24.     Third, withholding funds would increase food security for vulnerable children and families. In D.C., tens of thousands of children, including infants – especially those in low-income neighborhoods – depend on these meals. The loss would magnify food insecurity across the region and undermine community safety nets.

25.     Fourth, USDA-funded local purchasing initiatives (e.g., Farm-to-School) support both nutrition and the local agricultural economy. If funding is withheld, schools

and childcare providers would lose access to locally sourced fresh produce, diminishing menu quality and economic support for regional farmers.

26.    Fifth, many childcare operators rely on USDA reimbursements in conjunction with D.C.'s subsidy programs to maintain enrollment and staffing. Current budget constraints already necessitate waitlists for new subsidy recipients. USDA cuts to Child Nutrition Programs would exacerbate this strain, potentially leading to reduced provider participation, decreased capacity, and closure of classrooms. That, in turn, limits parents' ability to work or attend school.

27.    The programs funded by these specific grants are described further below.

### National School Lunch Program

28.    I am familiar with the National School Lunch Program (NSLP). The NSLP provides funding to assist States to provide school lunches that meet nutritional standards.

29.    NSLP funding is administered in D.C. by OSSE.

30.    Because NSLP is a mandatory entitlement, each State is entitled to reimbursement based on the number of meals served. Schools receive federal aid in the form of cash reimbursements for every lunch they serve that meets federal nutritional requirements, with the formula providing higher reimbursement for free and reduced-price meals served to eligible students. Eligibility is based on income and participation in other programs (e.g., TANF, Medicaid).

31.    In D.C., NSLP is administered by school districts who operate the lunch program. OSSE distributes federal funds to the school districts.

32.    The districts submit monthly claims for reimbursement to OSSE based on the number and category of meals they serve each month.

33. OSSE receives funding from USDA in quarterly allotments, which are then drawn down to pay the districts for their reimbursable monthly meal expenses. OSSE received its last quarterly allotment on January 9, 2026, and is expecting its next quarterly allotment on April 10, 2026.

## School Breakfast Program

34. I am familiar with the School Breakfast Program (SBP). The SBP provides funding to assist States to provide school breakfast that meet nutritional standards.

35. SBP funding is administered in D.C. by OSSE.

36. Like NSLP, SBP is a mandatory entitlement, and D.C. is entitled to reimbursement based on the number of meals served. SBP eligibility and reimbursement rates work the same as they do in NSLP.

37. In D.C., SBP is administered by school districts who operate the breakfast program. OSSE distributes federal funds to the school districts.

38. The districts submit monthly claims for reimbursement to OSSE based on the number and category of meals they serve each month.

39. The quarterly allotments OSSE receives from USDA cover SBP reimbursement.

## Child and Adult Care Food Program

40. I am familiar with the Child and Adult Care Food Program (CACFP). The CACFP provides funding to reimburse States that provide nutritious meals and snacks to eligible children and adults. CACFP provides nutrition to child care centers, family day care home, "at-risk" after school care programs, emergency shelters, and adult day health care centers.

41. CACFP funding is administered in D.C. by OSSE.

42. CACFP funds are a formula reimbursement based on the number of meals and

snacks served. CACFP eligibility and reimbursement rates work the same as they do in NSLP

43.  In D.C., CACFP is administered by OSSE which distributes federal funds to qualifying programs.

44.  Qualifying programs submit monthly claims for reimbursement to OSSE based on the number and category of meals and snacks they serve each month.

45.  The quarterly allotments OSSE receives from USDA cover CACFP reimbursement.

## Summer Food Service Program

46.  I am familiar with the Summer Food Service Program (SFSP). SFSP provides children 18 years of age and younger with free, healthy meals over the summer months when they no longer have access to school meals. Meal sites include schools and other community locations like parks and summer camps.

47.  Last summer, there were 12 sponsoring organizations supporting 171 meal sites across the District. A total of 15,864 kids received a meal, with 52,430 meals being served.

48.  SFSP funding is administered in D.C. by OSSE.

49.  SFSP meals are reimbursed by USDA based on the source of the meals (prepared by the organizations, or purchased from a vendor), as well as the location of the site.

50.  In D.C., SFSP is administered by OSSE, which distributes federal funds to SFSP sponsors.

51.  Sponsoring organizations submit monthly claims for reimbursement to OSSE based on the number and category of meals and snacks they serve each month.

52.  The quarterly allotments OSSE receives from USDA cover SFSP reimbursement.

**Fresh Fruit and Vegetable Program**

53.    I am familiar with the Fresh Fruit and Vegetable Program (FFVP). FFVP provides funding to make fresh fruits and vegetables available in elementary schools.

54.    FFVP funding is administered in D.C. by OSSE.

55.    FFVP funds are provided to the states based on a percent of overall FFVP funds available.

56.    In D.C., FFVP is administered by OSSE which distributes federal funds to school districts.

57.    School districts submit monthly claims for reimbursement to OSSE based on the number and category of meals they serve each month.

58.    The quarterly allotments OSSE receives from USDA cover FFVP reimbursement.

**Harms to the State Caused by USDA's Funding Condition**

59.    I am aware of the December 31, 2025 Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins stating that all USDA awards would be subject to the December 31, 2025 USDA General Terms and Conditions (the "2026 Conditions") and that the 2026 Conditions "implement several of USDA's policy priorities."

60.    On January 9, 2026, OSSE received a Grant Award Document that did not display the 2026 conditions.

61.    The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding form being "used to promote gender ideology" without explanation.

10

The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context.

62.    In my years with OSSE, I am not aware of OSSE staff ever being required by USDA to certify OSSE's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am unaware of OSSE staff ever being required by USDA to certify that funds were not "used to promote gender ideology." I am also not aware of OSSE staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

63.    Additionally, in my years with OSSE, I am not aware of OSSE staff ever being required by USDA to certify OSSE's compliance with terms and conditions set by USDA, not Congress, for entitlement programs.

64.    If OSSE were to lose access to USDA funding as a result of these funding conditions—for instance, based on allegations by USDA that OSSE has failed to comply with the terms in some way—OSSE would not have an alternative source of funding that could immediately cover the loss of grants discussed above.

65.    If OSSE cannot cover the loss of federal funds, OSSE will not have funds to continue the critical programs discussed above. Children in schools and childcare centers would be denied the nutritional snacks and meals on which they have been able to rely for years. The loss of these meals would harm our students' health and ability to learn. The loss of funds would also negatively impact our local economy.

11

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 23, 2026, in Washington, D.C.


Rachel Sadlon