COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 19

<u>**DECLARATION OF FABRICE VERON**</u>

I, Fabrice Veron, declare as follows:

1.      I am a resident of Delaware. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I currently serve as the Interim Vice President for Research, Scholarship, and Innovation at the University of Delaware.

3.      In my function, I oversee the research enterprise at the University of Delaware. This position affords me a broad overview of various research projects at the University, and how this research advances knowledge and directly serves our community and nation.

4.      The University of Delaware is a research-intensive, technologically advanced university which traces its roots to the founding of a small private academy in 1743. The University received its charter from the State of Delaware in 1833 and was designated in 1869 as one of the nation's historic Land Grant colleges. It is classified by the Carnegie Foundation for the Advancement of Teaching as having very high research activity. The University offers a broad range of degree programs (60 doctoral programs, 143 master's programs, 165 bachelor's programs, and 4 associate programs) through its colleges: Agriculture and Natural Resources; Arts and Sciences; Earth, Ocean and Environment; Education and Human Development; Engineering; Health Sciences; Graduate College; the Alfred Lerner College of Business and Economics, and the Biden School of Public Policy and Administration.  For Fall 2025, enrollment totaled 19,385 undergraduates, and 4,252 graduate students.

5. The University of Delaware maintains business records in the ordinary course of University of Delaware business which include, *inter alia*, records concerning federal research and capacity grants from the United States Department of Agriculture ("USDA").

6. As an 1862 land-grant university, University of Delaware receives annual funding from USDA as part of the Morrill Land-Grant College Act of 1862, the Hatch Act of 1887, the McIntire–Stennis Act of 1962, and the Smith-Lever Act of 1914. These funds include non-discretionary formula funding called "capacity grants" and smaller competitive research grants. When the University of Delaware became a land-grant college in 1869, it established what was then known as the Department of Agriculture. In 1887, Congress passed the Hatch Act, providing annual grants to Delaware to support an agricultural research station. The University used these funds to help construct the first agricultural research building on campus. Today, the University of Delaware's College of Agriculture and Natural Resources (CANR) maintains state-of-the-art research facilities, greenhouses, and laboratories. CANR also encompasses a 350 acre "outdoor classroom" in northern Delaware including farmland, forest and wetlands, as well as nearly 550 additional acres in southern Delaware at the Carvel Research and Education Center and Lasher Lab in Georgetown, Delaware. CANR's research is centered in the departments of Animal and Food Sciences, Entomology and Wildlife Ecology, and Plant and Soil Sciences. USDA funding also supports University public programs such as Cooperative Extension (established by the Smith-Lever Act) which has taken the innovative work developed at the University and shared it for public benefit, putting knowledge into practice in pursuit of economic vitality, ecological sustainability and social wellbeing.

The University of Delaware has received USDA land-grant funding for over 150 years. In total, accounting for all funding across programs and campuses, USDA has obligated the following

grant amounts to the University of Delaware in recent fiscal years (the list below includes grants first awarded between October 1, 2022, through September 30, 2025, with funding indicated by federal fiscal year):

| Fed Awd ID# | FY 2022-23 | FY 2023-24 | FY 2024-25 |
|---|---|---|---|
| AP23VSD&B000C060 | $ 287,870.00 | | |
| AP23VSSP0000C070 | $ 236,143.00 | $ 152,506.00 | |
| AP24VSD&B000C062 | | $ 256,300.00 | |
| AP24VSSP0000C109 | | $ 233,831.00 | $ 77,167.00 |
| 20227041038456 | $ 500,000.00 | | |
| 2023-67011-40333 | $ 59,566.00 | $ 60,004.00 | $ 60,430.00 |
| 2023-67016-40112 | $ 128,054.00 | $ 127,801.00 | $ 128,612.00 |
| 2023-67022-39824 | $ 211,432.00 | $ 222,607.00 | $ 174,750.00 |
| 20246701642328 | | $ 148,265.00 | $ 151,735.00 |
| 2024-67018-42448 | | $ 177,439.00 | $ 122,561.00 |
| 20247000643571 | | $ 219,252.00 | $ 219,252.00 |
| 20256701844990 | | | $ 126,779.00 |
| NI25AHDRXXXXG004 | | $ 20,203.00 | |
| NR243A750004G028 | | $ 2,360,355.29 | $ 1,459,987.00 |
| 20216702135329 | | $ 87,306.00 | $ 88,991.00 |
| 2024-49400-43630 | | $ 61,260.00 | $ 50,895.00 |
| 20235118141163 | $ 23,692.00 | $ 23,767.00 | $ 65,186.00 |
| 2022-51181-38323 | $ 130,092.00 | $ 132,928.00 | |
| AP23VSD&B000C020 | | $ 1,334,968.57 | $ 665,031.43 |
| NR213A750013G017 | $ 28,523.00 | $ 30,176.00 | |
| 20247000341450 | | $ 26,697.00 | $ 25,889.00 |
| 2023-51181-41162 | $ 111,862.00 | $ 141,963.00 | |
| 20243882142052 | | | $ 35,270.00 |
| Total Contributed from Federal Grants Listed Above | $ 1,717,234.00 | $ 5,817,628.86 | $ 3,452,535.43 |

7.     The programs funded by these grants are vital to educating the food scientists of the future; advancing agricultural research; improving the productivity of Delaware's food system; helping farmers, ranchers, and foresters develop better tools and practices; and addressing nutrition disparities across the state.  Funds are used to maintain infrastructure for poultry health and

research facilities at the University of Delaware campuses in Newark and Georgetown. Poultry is the largest industry in the state, providing a healthy food source to the region. The University's poultry laboratories are responsible for monitoring every chicken flock in Delaware for poultry diseases including avian influenza. University of Delaware was tasked with responding to multiple outbreaks of the highly pathogenic avian influenza in 2025-2026. These vital funds are further leveraged to obtain additional funding from allied industry and state partners to allow faculty and staff to find answers to contemporary animal health issues. Furthermore, these federal funds form the foundation for the University of Delaware diagnostic laboratory system that is part of the National Animal Health Network, a partnership of state, federal and university labs tasked with ensuring animal diseases of great significance are rapidly detected. Current research projects have been focused on feed supplements that exhibit antiviral properties and novel vaccine development. The University's Pre-veterinary Medicine/Animal Science program is one of the best in the nation. With double the national average in acceptance to veterinary medicine (~90% vs. 42%) University of Delaware graduates represent some of the finest and most well prepared pre-veterinary medical students in the country. This is due to the proximity and use of the Agricultural Experiment Station/Newark Farm. The United States currently suffers from a lack of large animal veterinarians. USDA funds supporting the Agricultural Experiment Station allow the University of Delaware to directly address this shortage. The University of Delaware's 4-H program has continued to serve over 36,000 Delaware youth annually through county-based clubs, afterschool programs, camps, and in-school educational programs and experiential learning opportunities. The University's 4-H Science, Technology, Engineering, Ag/Arts, and Math programming is designed to inspire youth to pursue careers and post-secondary education in these fields. University of Delaware's healthy living curriculum covers topics ranging from nutrition and physical fitness to

prevention education, to social-emotional skills to manage stress and peer pressure. University of Delaware's citizenship programming with youth creates tomorrow's leaders, focusing on public speaking, meeting management, and an ethic to give back to their communities. USDA funds are critical in University of Delaware efforts in teaching, research, and outreach education in precision irrigation, with the goal of increasing crop yields while conserving water. Over the last 20 years, approximately 1000 center pivot irrigation audits by University of Delaware Extension personnel have resulted in 50% of affected farmers reporting significant increase in yield per acre while also becoming eligible for almost $50 million in USDA NRCS (Natural Resources Conservation Service) cost-share funding. The University's Ornamental Horticulture Specialists serve Delaware's growing Green Industry (30,000 employees with an economic impact of $1.2 billion) by offering in-person and virtual professional certification programs, supporting workforce training for professionals who beautify University of Delaware homes and communities while protecting water quality and reducing the spread of invasive plants and pests. Over the past 10 years, more than 425 farming operations have gone through University of Delaware training programs for vegetable and specialty crop growers to ensure their compliance with federal produce food safety regulations and industry-led standards, which are designed to protect the public from foodborne diseases.

8. If these funds were withheld, the University of Delaware would have to shut down these critical research and public programs, lay off faculty, staff, and researchers, lose training opportunities for undergraduate students, and lose graduate students. Food security would also be impacted. The State of Delaware produced 660 million chicken broilers last year for food consumption. This vital food source would be endangered because the University of Delaware would no longer be able to test every flock of chickens in the state for poultry diseases, monitor

the flocks, and treat and manage outbreaks. Additionally, eliminating seed trials would impact the poultry industry in that the food for the chickens is grown locally by Delaware's agricultural industry. If these funds were withheld, the University of Delaware would have to shut down many if not all teaching, research, and Cooperative Extension programs in the College of Agriculture and Natural Resources. This would result in the loss of the aforementioned programs as well as the Agricultural Experiment Station (AES). Without the AES, any remaining teaching programs would be reduced to textbook and web-based instruction while laboratories would no longer engage with the agricultural and natural resources of farm, field, forest and wetlands. Instead, laboratory work would be only through simulation or at the bench-top level.

9. As an 1862 land-grant university, University of Delaware receives both non-discretionary formula funding called "capacity grants" and competitive research grants. Those funds support the State Agricultural Experiment Stations, through which agricultural research is conducted, as well as the Cooperative Extension program, which provides support personnel to communities in need in critical areas such as family nutrition, commercial horticulture and landscape management, environmental stewardship, food safety and functionality, and positive youth development.

10. At University of Delaware, the Agricultural Experiment Station (AES) covers nearly 1000 acres of farm, field, forest and wetlands. The AES provides fundamental and applied agriculture and natural resources research, Extension, diagnostics, and education to support Delaware and well beyond. Research conducted on the AES supports and drives the state's largest industry of agriculture with the largest segment (over 75%) being the multi-billion dollar per year poultry industry. The Newark AES (Newark Farm) located in northern Delaware is comprised of 350 acres that includes a 70 head of cows for dairy, cheese and ice cream production, organic farm,

apiary, 40 acres of old-growth forest, a beef herd, sheep, hundreds of chickens and poultry, a Biosafety Level (BSL) III avian research laboratory, crop lands and regenerative/sustainable farming, greenhouses, and state-of-the-art teaching and research laboratories. The departments of Plant and Soil Sciences, Animal and Food Sciences, Applied Economics and Statistics, and Entomology and Wildlife Ecology drive the research and Extension portfolio and engage deeply across the state. The Elbert N. and Ann V. Carvel Research and Education Center, located in southern Delaware, provides applied agricultural research, Extension, diagnostics, and education to support southern Delaware. Its mission is to advance agricultural productivity, sustainability, and resilience through applied research in crops and poultry diagnostics, development of new production systems and technologies, and training of the next generation of agricultural professionals. The Center's programs provide hands-on learning experiences for high school, undergraduate, graduate, and postdoctoral students. Over the past year, students participated in research internships, Extension projects, and applied diagnostics within University of Delaware Entomology, Plant Pathology, Weed Science, Agronomy and Production Vegetable programs. Graduate students received direct mentorship from Carvel faculty conducting research projects and thesis work. Undergraduate student researchers learn to perform disease field trials, laboratory work, and Extension activities. Students participate in field trials while learning pest scouting, research methods, statistics and communication skills that will benefit future careers in agriculture, environmental science, food systems, and regulatory positions. The University's Cooperative Extension (Extension) programing impacts a multitude of areas which include farming; residential gardening and landscaping; health, nutrition and financial understanding; and youth development. In agriculture, Extension assists farmers to improve crops, livestock, and business practices. It provides advice on pests, weeds, soil, water, and sustainability. Extension disseminates new

research findings to keep Delaware and United States agriculture competitive. In non-farm communities, Extension runs Master Gardener and Master Naturalist programs. Extension scientists provide advice for homeowners on soil quality, plants, landscaping, and conservation while also diagnosing plant or insect problems. In health and wellness, Extension conducts workshops and outreach in nutrition and food safety education, financial literacy and family well-being, and support for healthier lifestyles and communities. Impacting Delaware's youth, Extension runs 4-H programming for over 36,000 Delaware youth each year, teaching leadership and life skills, science, technology, agriculture, and arts through clubs, camps, and hands-on learning experiences.

**Capacity Grants**

11. The University of Delaware receives multiple capacity grants which originated from the Hatch Act of 1887 and Hatch Act Multistate, McIntire-Stennis Forestry Act of 1962, and the Smith-Lever Act of 1914, as well as Animal Health and Disease Research ("ADHR") and Expanded Food and Nutrition Education Program ("EFNEP"). Hatch grants provide funding for agricultural research at State agricultural experiment stations (7 U.S.C. 361a, et seq.), McIntire-Stennis grants provide funding for forestry research (16 U.S.C. 582a-1 et seq.), Smith-Lever grants support the University's Cooperative Extension Programs with the objective of disseminating useful and practical information relating to agriculture to the public (7 U.S.C. 341). EFNEP funding supports nutrition education for the public aimed at reducing nutrition insecurity (7 U.S.C. 343(d)). ADHR grants fund research in improved health and productivity of livestock, poultry, and other income-producing animals essential to the food supply of the United States and the welfare of consumers of animal-based foods (7 U.S.C. 3191—3201).

12. Because capacity grants are formula funds and not competitive grants, each 1862 land-grant university is entitled to a specific allocation in each fiscal year that Congress appropriates funding for each capacity grant program.

**Competitive Grants**

13. USDA operates competitive grant programs to provide funding to assist universities and other research institutions in performing research in areas including but not limited to agriculture, forestry, wildlife, entomology, and plant and soil science.

14. University of Delaware has applied for and received research grants from USDA since 1977, primarily from USDA's National Institute of Food and Agriculture (NIFA).

**Grant Awards**

15. University of Delaware has the following currently active USDA capacity and competitive grant awards:

   a. FY 2018 awarded: $179,143.24; unexpended balance: $11,779.80;

   b. FY 2020 awarded: $999,830.00; unexpended balance: $17,946.72;

   c. FY 2021 awarded: $8,333,293.09; unexpended balance: $1,735,560.53;

   d. FY 2022 awarded: $5,226,879.89; unexpended balance: $586,784.90;

   e. FY 2023 awarded: $13,547,989.29; unexpended balance: $3,801,723.51;

   f. FY 2024 awarded: $19,548,951.00; unexpended balance: $9,271,821.06;

   g. FY 2025 awarded: $9,057,305.15; unexpended balance: $6,677,613.80;

   h. FY 2026 awarded: $4,799,966.00; unexpended balance: $4,564,305.75;

**Funding Conditions**

16. I am aware of the December 31, 2025, Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins stating that all USDA awards would be subject to the

USDA General Terms and Conditions ("GT&Cs") and that the GT&Cs "implement several of USDA's policy priorities."

17. On February 20, 2026, University of Delaware received a Notice of Award expressly incorporating the GT&Cs.

18. Condition 12.2 requires grant recipients to "comply, and certify[y] that [recipients] will comply, with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal award." ("Policy Condition").

19. Condition 13.5 states that "No funding shall be used to promote gender ideology." The GT&Cs do not further define the term "gender ideology" or what conduct would constitute "promotion." ("Gender Ideology Condition").

20. Condition 13.8 states that "No funding shall be directed towards educational programs that deprive women and girls of athletic opportunities. No funding shall be directed towards male competitive participation in women's sports." ("Sports Condition").

21. Condition 13.10 states that "No funding shall be directed towards programs that allow illegal aliens to obtain taxpayer-funded benefits, provide public resources to meet the needs of illegal aliens, or provide incentives for illegal immigration by demonstrating the availability of public benefits." ("Immigration Condition").

22. In my years with University of Delaware, I am not aware of University of Delaware staff ever being required to comply with substantially similar funding conditions.

23. University of Delaware operates its programs in compliance with Federal anti-discrimination laws and regulations.

24. University of Delaware is uncertain what specific requirements are imposed by the Challenged Conditions

10

25. If University of Delaware does not reasonably believe it understands the conditions of a grant, my understanding is that University of Delaware cannot certify compliance with the conditions.

26. If University of Delaware is unable to comply with USDA's new funding conditions, it would be unable to receive FY2026 funds, depriving University of Delaware of its ability to maintain the critical programs above.

27. Alternatively, if University of Delaware adopts the broadest reading of the Challenged Conditions, the compliance burden would be significant. University of Delaware has adopted civil rights compliance processes, including maintaining Title VI and Title IX compliance offices. To the extent the Challenged Conditions require revised or additional processes, University of Delaware would bear the burden of developing that infrastructure. Moreover, the Immigration Condition imposes the likely impossible task of ensuring that University of Delaware—in every corner of its campus programs—does not confer a "benefit" on any "illegal alien," however obliquely. Where University of Delaware conducts research that improves public resources available to all, down to foods purchased from the local farmer's market, it would require immense resources to ensure that no "illegal alien" enjoyed those benefits.

28. University of Delaware does not have an alternative source of funding that could cover the loss of grants discussed above. If University of Delaware cannot access federal funds, University of Delaware will not have funds to immediately cover more than 100 unique programs and research projects funded by the grants.

29. The longer University of Delaware cannot access USDA funding, the greater the risk that additional programs will be interrupted or terminated.

11

30.     Losing these USDA grants would severely obstruct and undermine University of Delaware's mission even if the funding were restored at a later date.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 17, 2026, in Newark, Delaware.

Fabrice Veron
Interim Vice President for Research,
Scholarship & Innovation
University of Delaware