**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 20

## DECLARATION OF Joanne White

I, Joanne White, pursuant to 28 U.S.C. § 1746, hereby declare:

1.    I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

## Background

2.    I am the Women, Infants, and Children (WIC) Program Director at the Delaware Division of Public Health with the Department of Health and Social Services. My job duties include management of the WIC annual grant in accordance with the federal terms and conditions assigned to this grant award.

3.    I have been employed by Delaware Division of Public Health since December 1, 1992, and I have served as WIC Director since October 4, 2004. Before starting at the Delaware Division of Public Health, I served in private clinical nutrition services.

4.    The mission of the Division of Public Health is to protect and promote the health of all people in Delaware.

5.    The Division of Public Health is the primary grantee of WIC funding for Delaware.

6.    I have reviewed past and present WIC award documents issued to Division of Public Health and am familiar with their contents.

### Delaware's Annual Receipt of WIC Funding

7.    USDA has allocated the following amounts of WIC funding to Delaware Division of Public Health in recent fiscal years:

| FY 2023 | FY 2024 | FY 2025 | FY 2026 |
|---|---|---|---|
| $15,892,292.00 | $17,914,145.00 | $20,171,144.00 | $23,379,113.00 |

8.    WIC funds are disbursed by USDA quarterly. Delaware Division of Public Health expects to receive award documents from USDA indicating the amount of its WIC Funding for FY2026 in April.

9.    These funds are used to provide a nutritious food package, nutrition education and critical breastfeeding support to WIC families to promote improved family health and healthy nutrition choices which promote reduced health disparities.

10.    Each year, Delaware has approximately 23,452 participants enrolled in WIC programs, further divided as follows: 14,038 children; 4,655 women; and 4,759 infants.

### Harms to the State Caused by USDA's New Funding Conditions

11.    I am aware that USDA issued new General Terms and Conditions, with an effective date of December 31, 2025, that purport to apply to all of USDA's grants and cooperative agreements (the "Conditions"). The Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and *policies* for the duration of the Federal awards," including two of President Trump's Executive Orders. The Conditions do not define or identify the applicable "policies" to which the recipient must certify. Among other things, the Conditions also prohibit the recipient from directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The Conditions do not define what constitutes a "benefit" in this context.

12.    Delaware Division of Public Health does not understand what is required of it under the Conditions.

13. In my years with Delaware Division of Public Health, I am not aware of Delaware Division of Public Health staff ever being required by USDA to certify Delaware's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving WIC funding. I am also not aware of Delaware Division of Public Health staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefi[t]" as a result of its WIC programs. I am aware that, under 7 CFR 246.7(c)(3), state agencies have the *option* to limit participation to United States citizens, nationals, and qualified aliens, but are not required to do so.

14. Delaware Division of Public Health operates its programs in compliance with Federal anti-discrimination laws and regulations.

15. If the Conditions apply to Delaware's WIC funding, my understanding is that Delaware Division of Public Health may be unable to certify compliance with them.

16. Moreover, Delaware law prohibits discrimination based on gender identity. This prohibition extends to places of public accommodation (6 Del. C. §§ 4500 *et seq*); the workplace (19 Del. C. § 711), and to insurance providers (18 Del. C. §§ 2304(22), among others.

17. If Delaware Division of Public Health were unable to receive or spend FY2026 WIC funds, the loss of WIC funds would cut off vital nutrition, formula and health services, and breastfeeding support for pregnant individuals, postpartum mothers, and children in Delaware. For infants enrolled in the program, losing funding increases the risks of negative long-term health consequences for low income families, greater food insecurity, and reduced access to healthy foods such as milk, whole grains and fruits and vegetables.

18. Delaware Division of Public Health does not have any other appropriation in its budget that could immediately cover the loss of WIC funding. A loss or delay in WIC funding

would therefore result in reduced contracted staffing, reduced WIC clinic services including WIC certifications and reduced WIC food benefit issuance to participants and a possible WIC waiting list.

19.    The longer Delaware Division of Public Health cannot access funds because it cannot certify compliance with the new Conditions, the greater the risk that programs will be interrupted or terminated.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 10th of March 2026, in Dover, Delaware.

Joanne White