**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 21

## DECLARATION OF Aimee F. Beam

I, Aimee F. Beam, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of 18. I know the following facts based on my own personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Director of Nutrition Programs at Delaware Department of Education (Delaware DOE/DDOE). My job duties include: coordinating and supervising all Nutrition Programs and activities; developing budget, administering funds, and approving monthly meal reimbursement claims for School Nutrition Programs – including School Lunch/Breakfast Programs, Special Milk Programs, and Fresh Fruit & Vegetable Programs; Summer Food Service Programs; and Child and Adult Care Food Program; Research, interpret, and implementing all Federal and State statutes and regulations governing assigned programs within sponsors participating in Nutrition Programs, such as local school districts, charter schools, non-profits, state agencies, and residential child care facilities; coordinating and collaborating with DDOE Nutrition Team, Other DDOE Workgroups, and the Finance staff assigned to support Nutrition Programs; coordinating and responding to state and federal audits of the Nutrition Programs; conducting meetings, and providing necessary training for sponsors participating in USDA Nutrition Programs; Supervising and coordinating Field Agent work related to administrative and procurement reviews, trainings, and technical assistance for Nutrition Program sponsors; coordinating with community organizations and health agencies to improve the health of children; acting as a liaison to USDA for all Nutrition Programs; collaborating with schools and DDOE staff to collect appropriate data, produce required statistical and programmatic reports, identify needs, and determine significant trends.

1

.

3.      I have been employed by Delaware Department of Education since January 9, 2009, and I have served as Director of Nutrition Programs since July 1, 2024. Prior to this I served in the capacity of the State Director, but with the title Education Associate since April of 2014. Before starting at Delaware Department of Education, I served in the private sector as a Registered Dietitian.

## Background

4.      The mission of the Delaware Department of Education is to empower ever learner with the highest quality education through shared leadership, innovative practices, and exemplary services.

5.      As the primary grantee of the National School Lunch Program, School Breakfast Program, Child and Adult Care Food Program, Summer Food Service Program, Seamless Summer Option, Fresh Fruit and Vegetable Program, and Special Milk Program (together, the "Child Nutrition Programs") in Delaware, Delaware Department of Education administers a wide range of programs meant to ensure Delaware's children are provided with adequate nutrition.

### Delaware's Annual Receipt of Child Nutrition Programs Funds

6.      The U.S. Department of Agriculture (USDA) administers the Child Nutrition Programs through its sub-agency, the Food Nutrition Service (FNS).

7.      In total, FNS has obligated the following grant amounts to Delaware Department of Education in recent fiscal years:

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | $42,728,607 | $44,273,410 | $42,616,705 |
| School Breakfast Program | $15,411,592 | $16,698,449 | $16,501,894 |

| | | | |
|---|---|---|---|
| Special Milk Program | $0 | $0 | $0 |
| Child and After Care Food Program | $18,398,613 | $19,391,769 | $20,375,815 |
| Fresh Fruit and Vegetable Program | $2,727,556 | $2,900,547 | $2,660,905 |
| Summer Food Service Program | $2,609,118 | $3,913,766 | $3,873,970 |
| Seamless Summer Options | $0 | $0 | $0 |
| | | | |
| Total Contributed from Federal Grants Listed Above | $81,875,486 | $87,177,941 | $86,029,289 |
| Total Contributed from State Funds | $307,392 | $323,998 | $483,155 |
| [Delaware DOE]'s Total Budget | $282,481,919 | $282,063,248 | $298,596,176 |
| Percent of [Delaware DOE] Budget from Federal Grants Listed Above | 0.28984328 | 0.309072315 | 0.288112494 |

8.      The programs funded by these grants are essential to fuel development and learning for children. The benefits associated with the food provided by these programs are many and include improved nutrition and health, improved long-term educational attainment, healthier eating habits, and decreased absenteeism, tardiness, and disruptions in class.

9.      Participation in these programs is widespread, benefitting 145,000 children daily across all Child Nutrition Programs administered by DDOE in Delaware. The table below reflects average participation per day in each of the programs:

| Based on October FNS reports for SNP and CACFP, July for SFSP | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|

3

| National School Lunch Program | ~85,00 lunches and ~845 snacks/day | ~89,000 lunches and ~1,012 snacks/day | ~91,000 lunches and ~880 snacks/day |
|---|---|---|---|
| School Breakfast Program | ~47,000 breakfast/day | ~51,000 breakfast/day | ~54,000 breakfast/day |
| Child and After Care Food Program | Average daily attendance of ~31,000 | ~40,500 daily attendance | ~54,000 daily attendance |
| Summer Food Service Program; | Average daily attendance of ~16,000 | Average daily attendance of ~19,500 | Average daily attendance of ~14,000 |

10. In Delaware, all 19 school districts participate in the NSLP and SBP as well the majority of public charter schools, residential childcare institutions, alternative schools, and private schools for a total of 258 schools. CACFP has 624 current sites (centers, homes, afterschool meal programs) and SFSP has 236 sites (in summer 2025).

11. In Delaware, 176 schools participate in the Community Eligibility Provision (CEP), which provides breakfast and lunch free of charge to all students. The state fully utilizes federal funds, and has pledged additional state funds to support offering breakfast free of charge to all students in non-CEP public schools, as well as meals free of charge for all students who qualify for reduced priced meals in non-CEP schools. Without the base of federal funds, this would not be possible.

12. In addition to the funds directly supporting the Child Nutrition Programs, which

4

are primarily in the form of reimbursements, Delaware DOE has also applied for and received

other USDA grants that complement and support the Child Nutrition Programs:

a. **Non-Competitive Technology Innovation Grant** was secured in 2023 for the amount of $373,134.  These funds were used to support implementation of Summer EBT system updates at Delaware Health and Social Services.

b. **Non-competitive Technology Innovation Grant** for 2024 was secured in the amount of $746,268.  These funds have been used to upgrade technology products for the DDOE Nutrition Team to improve efficiency and better support Child Nutrition Program Sponsors and Schools.  Funds are still remaining and we are currently in the process of upgrading our web based software system to ensure compliance with federal regulations and improve efficiency.

c. **Non-competitive Technology Innovation Grant** for 2025 has been secured for the amount of $541,924 which will be used to support our system updates. Please note that the award letter has been received for this grant, but the actual funds have not yet been received.

d. **USDA Farm to School Formula** grant, awarded in the amount of $679,103, to support a Farm to School Coordinator and local initiatives for Farm to School. Farm to Child and Adult Care Food Program and Farm to Summer Food Service Program, as well as a pilot project for local processing with the Delaware Department of Corrections.

13.    Delaware Department of Education also receives funds from USDA to administer the Child Nutrition Programs. In fiscal year 2025, Delaware Department of Education received $1,646,799 from USDA for State Administrative Expenses. This money goes towards staff

5

salaries to administer the program, oversee the reimbursement system, conduct compliance monitoring, training, and software vendor contracts

14.    If these funds were withheld, Delaware Department of Education would face an immediate budget shortfall which if not remedied would result in laying off staff, an inability to continue providing funding necessary to feed the children who  rely on it, and result in schools having to charge all students for meals, child care centers/homes/adult daycares, shelters and afterschool programs to stop providing meals, and there would be no funds to support summer meals.

**National School Lunch Program**

15.    I am familiar with the National School Lunch Program (NSLP). The NSLP provides funding to assist States to provide school lunches that meet nutritional standards.

16.    NSLP funding is administered in Delaware by the Delaware Department of Education.

17.    Because NSLP is a mandatory entitlement, each State is entitled to reimbursement based on the number of meals served. Schools receive federal aid in the form of cash reimbursements for every lunch they serve that meets federal nutritional requirements, with the formula providing higher reimbursement for free and reduced-price meals served to eligible students. Eligibility is based on income eligibility and categorical eligibility which is based on participation in other programs (e.g., Medicaid).

18.    Delaware has received NSLP funds for decades.

19.    In Delaware, NSLP is administered by school districts who operate the lunch program. Department of Education distributes federal funds to the school districts.

20.    The districts submit monthly claims for reimbursement to Department of

6

Education based on the number and category of meals they serve each month.

21. Department of Education receives funding from USDA in quarterly allotments which is then drawn down to pay the districts for their reimbursable monthly meal expenses. Department of Education received its last quarterly allotment on 1/9/2026 and is expecting its next quarterly allotment on 4/8/2026.

## School Breakfast Program

22. I am familiar with the School Breakfast Program (SBP). The SBP provides funding to assist States to provide school breakfast that meet nutritional standards.

23. SBP funding is administered in [Delaware] by [Department of Education].

24. Like NSLP, SBP is a mandatory entitlement, and [Delaware] is entitled to reimbursement based on the number of meals served. SBP eligibility and reimbursement rates work the same as they do in NSLP.

25. Delaware has received SBP funds for decades, and in Delaware, all schools that participate in NSLP also participate in SBP

26. In Delaware, SBP is administered by school districts who operate the breakfast program. Department of Education distributes federal funds to the school districts.

27. The districts submit monthly claims for reimbursement to Department of Education based on the number and category of meals they serve each month.

28. The quarterly allotments Department of Education receives from USDA cover SBP reimbursement.

## Summer Food Service Program

29. I am familiar with the Summer Food Service Program (SFSP). SFSP provides

children 18 years of age and younger with free, healthy meals over the summer months when they no longer have access to school meals. Meal sites include schools and other community locations, from parks to summer camps.

30.    In  summer 2025, there were 28 sponsoring organizations supporting more than 260 meal sites across the state. On average, 14,000 kids received a meal daily, with approximately 650,000 meals being served in total.

31.    SFSP funding is administered in Delaware by Department of Education.

32.    SFSP meals are reimbursed by USDA based on the source of the meals (prepared by the organizations, or purchased from a vendor), as well as the location of the site.

33.    Delaware has received SFSP funds for decades.

34.    In Delaware, SFSP is administered by Department of Education which distributes federal funds to SFPSP sponsors.

35.    Sponsoring organizations submit monthly claims for reimbursement to Department of Education based on the number and category of meals and snacks they serve each month.

36.    The quarterly allotments Department of Education receives from USDA cover SFSP reimbursement.

### Harms to the State Caused by USDA's Funding Condition

37.    I am aware of the December 31, 2025, Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins stating that all USDA awards would be subject to the December 31, 2025 USDA General Terms and Conditions (the "2026 Conditions") and that the 2026 Conditions "implement several of USDA's policy priorities."

38.     If Delaware DOE is unable to certify compliance to USDA's new funding conditions, it would be unable to receive FY2026 funds.  This would deprive Delaware of ~$88 million in federal funds, frustrating its ability to maintain the critical programs above.

39.     Delaware does not have an alternative source of funding that could immediately cover the loss of grants discussed above.

40.     If Delaware cannot cover the loss of federal funds, Delaware will not have funds to continue the Child Nutrition Programs. Children in schools and child care centers would be denied the nutritional snacks and meals on which they have been able to rely for years. The loss of these meals would harm our students' health and ability to learn; program staff may need to eliminate due to lack of funding; Delaware would be unable to pay vendor contracts. The loss of funds would also negatively impact our local economy as funds would not be passed to local producers. In fiscal 2025 these funds contributed $275,000.00 to the local economy.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 13, 2026, in Dover, Delaware.

_____

Aimee Beam

9