**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 28

**DECLARATION OF DENISE BARTON**

I, Denise Barton, declare as follows:

1.      I am a resident of the Commonwealth of Massachusetts. I am over the age of 18. I have been an attorney since 1994 and am licensed to practice in the Commonwealth of Massachusetts. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the University of Massachusetts, in its Office of the General Counsel, as its Chief Deputy General Counsel.

3.      As Chief Deputy General Counsel for the University of Massachusetts, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records provided to me by University of Massachusetts employees in the regular course of business and believe that information to be true.

4.      The University of Massachusetts includes its five campuses: the University of Massachusetts Amherst ("UMass Amherst"), the University of Massachusetts Boston, the University of Massachusetts Chan Medical School, the University of Massachusetts Dartmouth, and the University of Massachusetts Lowell, as well as the University of Massachusetts Office of the President. *See* M.G.L. ch. 75. The University of Massachusetts maintains business records in the regular course of University of Massachusetts business which include, *inter alia*, records concerning federal research and training grants from the United States Department of Agriculture ("USDA").

5.      The University of Massachusetts receives annual funding from USDA as part of the land-grant university system, which dates back to 1862. In total, accounting for all funding

1

across programs and campuses, USDA has obligated the following grant awards to the

University of Massachusetts in recent fiscal years:

|  | FY 2022-23 | FY 2023-24 | FY 2024-25 |
|---|---|---|---|
| **USDA "Capacity" or "Formula" Grants** |  |  |  |
| Hatch Act | $ 1,950,232 | $ 1,939,021 | $ 1,933,003 |
| Hatch Multistate | $ 930,505 | $ 938,180 | $ 938,013 |
| McIntire Stennis Forestry Act | $ 441,240 | $ 417,944 | $ 438,584 |
| Smith-Lever Act | $ 2,918,228 | $ 2,912,585 | $ 2,906,941 |
| Animal Health and Disease Research | $ 3,610 |  |  |
| Expanded Food Nutrition Program (EFNEP) | $ 1,066,210 | $ 1,066,210 | $ 1,066,258 |
| Renewable Resources Extension Act (RREA) | $ 46,448 | $ 46,368 | $ 46,368 |
| **Total Awarded from Federal Capacity Grants Listed Above** | *$ 7,356,473* | *$ 7,320,308* | *$ 7,329,167* |
| **Total Contributed from Federal Competitive Grants** | *$ 7,079,359* | *$ 5,740,982* | *$ 4,649,064* |

6.      The programs funded by these grants are vital to educating the food scientists of

the future; advancing agricultural research; improving the productivity of the Massachusetts food

system; helping farmers, ranchers, and foresters develop better tools and practices; and

addressing nutrition disparities across Massachusetts.

**Land-Grant University Research**

7.      As an 1862 land-grant university, the University of Massachusetts receives USDA

funding through both non-discretionary formula funding called "Capacity Grants" and

competitive research grants. Those funds support the State Agricultural Experiment Stations,

through which agricultural research is conducted, as well as the Cooperative Extension program,

which provides support personnel to communities in need in critical areas such as family

2

nutrition, commercial horticulture and landscape management, environmental stewardship, food safety and functionality, and youth education and leadership development programs (often delivered through 4-H and similar initiatives).

8.    At the University of Massachusetts, UMass Extension is the Massachusetts partner in the national Cooperative Extension System, providing educational outreach opportunities and resources across the state. Programs take many forms but share a common goal: to educate and inform individuals, communities, and businesses on topics of high public priority, utilizing the academic resources of the University of Massachusetts, particularly UMass Amherst which, as the flagship campus, administers the grants. The forms may range from an in-depth series of workshops over many weeks, to an online fact sheet or grower meetings and demonstrations presented on Massachusetts farms. The Massachusetts Extension program, funded by Capacity Grants, offers in-person programming to an average of 18,508 individuals across the state each year. In one year, the Extension Agriculture teams were responsible for approximately 600,000 opened newsletter emails to 12 audiences; 1,000,000 web page visits; 150 farm site visits; 17,000 soil and plant analyses; 3,000 consultations; and over 50,000 participant contact hours of practical education delivered through certificate courses, workshops, seminars, field days, twilight meetings, and invited presentations.

9.    The Massachusetts Agricultural Experiment Station supports and stimulates research by University of Massachusetts faculty in agricultural, food-related, environmental, and forest-related topics, in cooperation with the National Institute of Food and Agriculture ("NIFA") at USDA. Experiment Station-funded faculty are members of different academic departments at the University, including the Stockbridge School of Agriculture, the College of Education, and the departments of Food Science, Veterinary and Animal Science, Geosciences, Environmental

Conservation, Civil & Environmental Engineering, Chemical Engineering, Nutrition, Environmental Health Science, and Landscape Architecture and Regional Planning. Individual projects are peer-reviewed, and often the foundation of career-long programs of scientific inquiry. An essential purpose of the land-grant university system is to train the scientists of the future in critical research areas.

10.     UMass Extension and the MA Agricultural Experiment Station are managed by the Center for Agriculture, Food & the Environment ("CAFE") within the College of Natural Sciences at UMass Amherst. In addition to these two long-standing university land-grant programs, CAFE manages additional units that rely on USDA funds to advance scientific research and research-based public education in areas that are critical elements of the USDA portfolio. These units operate through experimental farms and field stations where basic and applied research is conducted, such as the Massachusetts Cranberry Station in Wareham, Massachusetts; UMass Cold Spring Orchard in Belchertown, Massachusetts; UMass Crop and Animal Research and Education Farm in South Deerfield, Massachusetts; UMass Equine and Livestock Research and Education Farm in Hadley, Massachusetts; and UMass Joseph Troll Turf Research Farm in South Deerfield, Massachusetts. CAFE units put critical research results directly into the hands of the local community of farmers, ranchers, and foresters.

11.     Unless the University of Massachusetts certifies compliance with USDA's 2025 terms and conditions, USDA will not fund the grants supporting these critical and long-standing programs and the University of Massachusetts will experience substantial negative impacts on research and Extension programming. A disruption in USDA funding would have severe and far-reaching consequences not only for the University of Massachusetts, but for the Commonwealth as a whole. The loss of funding supporting the MA Agricultural Experiment Station would

terminate research support for as many as 92 faculty across six schools and colleges and eliminate assistantships for up to 107 graduate and 116 undergraduate students, significantly diminishing research capacity and experiential learning.

12.    The loss of Extension funding would substantially impair services to communities statewide. Farmers, including those reliant on the UMass Cranberry Station, would lose access to critical research that informs safe, efficient, and sustainable production practices. Urban practitioners and landscape managers would forfeit essential training needed to maintain regulatory compliance and operational competitiveness.

13.    The termination of nutrition education grants would, at minimum, substantially reduce the capacity, if not force the closure of the Extension Nutrition Education Program, diminishing or ending more than 31 years of support for low-income individuals and families, and the demonstrated contributions to healthier food choices, improved food safety practices, and increased physical activity would cease. All 4-H school-based programs would also be eliminated, removing a vital source of STEM, nutrition, leadership, and public speaking education previously provided to 45 schools statewide.

**Capacity Grants**

14.    I am familiar with the Hatch, Hatch Multistate, McIntire-Stennis, Smith-Lever, Expanded Food and Nutrition Program ("EFNEP"), Renewable Resources Extension Act ("RREA"), and the Animal Health and Disease Research ("AHDR") funds (together, "Capacity Grants"). Capacity Grants provide funding to assist eligible universities in conducting vital agricultural research and education outreach programs, designed to promote "the health and welfare of our peoples and to promote a sound and prosperous agriculture and rural life," 7 U.S.C. § 361b; "to develop[] and utiliz[e] the resources of the Nation's forest and related

5

rangelands," 16 U.S.C. § 582a; to promote the dissemination of important and practical information related to agriculture and solar energy," 7 U.S.C. § 341; to promote nutrition education for individuals and families; and to promote the health, welfare, and productivity of farm animals, 7 U.S.C. § 3191.

15.     Because Capacity Grants are formula funds—and not competitive grants—each 1862 land-grant university, such as the University of Massachusetts, is entitled to a specific allocation in each fiscal year that Congress appropriates funding. Capacity Grants are usually distributed on a quarterly basis, determined by the annual allocation. Sometimes, Capacity Grants are delivered in a single lump sum. The University of Massachusetts does not need to apply for Capacity Grants.

16.     Massachusetts has received Hatch funds since 1887, Hatch Multistate funds since 1998, McIntire-Stennis Funds since 1962, Smith-Lever grants since 1914, EFNEP grants since 1969, and RREA grants since 1978. Massachusetts received the Animal Health and Disease Research (ADHR) funds from 1977 to 2023.

17.     On January 15, 2026, the University of Massachusetts received notice of an award of $1,066,258 in EFNEP funding for FY2026, per its statutorily-determined allocation of appropriated funds. On March 11, 2026, the University of Massachusetts received an updated notice of award of $1,066,258 in EFNEP funding for FY2026.

18.     On January 18, 2026, the University of Massachusetts received its quarter 1 (Q1) notice of the award of $243,589 for the Hatch Multistate, and on March 2, 2026, the University of Massachusetts received the Q2 amended notice of award for $487,178 in Hatch Multistate funding.  Per the statutorily-determined allocation of appropriated funds, the University of Massachusetts anticipates receiving a total of $974,356 in Hatch Multistate funding for FY 2026.

19.     On January 20, 2026, the University of Massachusetts received notice of the award for $501,990 in quarterly Hatch funding for FY 2026. The University of Massachusetts anticipates receiving its next Hatch quarterly notification in March or April 2026. Per the statutorily-determined allocation of appropriated funds, the University of Massachusetts anticipates receiving a total of $2,007,960 of Hatch Act Regular Research funds.

20.     On February 9, 2026 the University of Massachusetts received notice of award that the REEA program for FY26 will be funded at $46,369, per its statutorily-determined allocation of appropriated funds.

21.     On February 24, 2026, the University of Massachusetts received notice that the award of FY 2026 McIntire-Stennis funding will be $227,636, per its statutorily-determined allocation of appropriated funds.

**Competitive Grants**

22.     For more than 40 years, UMass Amherst has applied for and received funds from USDA, including competitive grants from the Agricultural Research Service, the Animal and Plant Health Inspection Service, the National Institute of Food and Agriculture, the Northern Research Station, and the U.S. Forest Service. I am familiar with the projects funded through competitive grants at UMass Amherst.

23.     As of March 6, 2026, UMass Amherst has 62 active USDA awards originally totaling $18,934,822 with a remaining balance of $11,897,631.

24.     Fourteen of those 62 active grants involve subawards to other institutions of higher education or state counties totaling $1,336,736.

25.     As of March 6, 2026, UMass Amherst has 22 pending USDA applications totaling $3,911,730.

7

26.     Competitive grants fund vital programs at UMass Amherst, including critical research projects concerning issues that impact the agricultural industry on the local and national level.

27.     For example, one project explores how to manage the large amount of waste generated by the fruit juice industry each year, which causes significant economic losses and negative impacts on the environment. Fruit wastes are rich sources of health-promoting phytochemicals. Grapes, apples, and red and purple berries contain phytochemicals that help prevent diabetes, obesity, cancer, and cardiovascular disease. This project seeks to recover these phytochemicals and convert them into bioproducts that can be added to both human food and animal feed, providing access to important health benefits for people and animals alike.

28.     Another important project addresses the presence of arsenic in foods and the serious public health risk it poses. The project aims to develop a fast, cost-effective, and reliable way to detect inorganic arsenic in high- risk foods for infants and children, such as apple juice and rice. The study aims to develop an approach that can be applied in low-resource settings such as small factories and labs that cannot accommodate bulky or expensive equipment. This will enable the food industry's routine quality and safety assessment and greatly facilitate the large-scale regulatory survey of inorganic arsenic in high-risk food. The results of this research will enable prevention of the distribution of contaminated products in the food chain, and lead to the reduction of arsenic exposure to the public—especially infants and children.

29.     Extension projects also address topics of local concern. For example, one project works to conserve natural resources and improve farm viability by expanding Integrated Pest Management ("IPM") on croplands in Massachusetts. Fruit and vegetable farms in Massachusetts are highly diverse, with some farms growing as many as 70 different crops

individually. Practicing IPM on diversified farms is inherently challenging, since each crop comes with its own suite of pests, all needing to be managed simultaneously. With its over 100-year history, UMass Extension is a trusted source of information with strong connections to growers and industry, especially around IPM. This partnership will provide critical technical and financial support to implement integrated pest management to farms in Massachusetts.

### Funding Conditions

30.    I am aware that USDA issued updated General Terms and Conditions ("GT&Cs") on December 31, 2025. The GT&Cs state that "recipients and subrecipients of USDA Federal financial assistance grants and cooperative agreements must comply with [the GT&Cs]."

31.    On March 5, 2026, the University of Massachusetts received a Notice of Award (NOA) for its FY2026 Smith-Lever Capacity Grant agreement. The University of Massachusetts previously received a Smith-Lever NOA for FY2026 on January 26, 2026. The March 5, 2026 NOA purports to update the Smith-Lever FY2026 Capacity Grant Agreement and to incorporate the GT&Cs.

32.    On March 11, 2026, the University of Massachusetts received a Notice of Award ("NOA") for its FY2026 EFNEP agreement. On January 15, 2026, the University of Massachusetts previously received an NOA for EFNEP funding for FY2026. The March 11, 2026 NOA purports to update the EFNEP FY2026 Agreement and to incorporate the GT&Cs.

33.    Additionally, all first quarter FY2026 Capacity Grant NOAs received by the University of Massachusetts included new language, entitled the "Executive Order 14173 Certification," that reads: "the Secretary of Agriculture has officially established as a priority . . . the assurance that the Department's grants, cooperative agreements, and other similar

9

arrangements do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives."

34.    Condition 12.2 of the GT&Cs requires grant recipients to "comply, and certif[y] that [recipients and subrecipients] will comply, with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal award." ("Policy Condition").

35.    Condition 13.5 states that "No funding shall be used to promote gender ideology." The GT&Cs do not further define the term "gender ideology" or what conduct would constitute "promotion." ("Gender Ideology Condition").

36.    Condition 13.8 states that "No funding shall be directed towards educational programs that deprive women and girls of athletic opportunities. No funding shall be directed towards male competitive participation in women's sports." ("Sports Condition").

37.    Condition 13.10 states that "No funding shall be directed towards programs that allow illegal aliens to obtain taxpayer-funded benefits, provide public resources to meet the needs of illegal aliens, or provide incentives for illegal immigration by demonstrating the availability of public benefits." ("Immigration Condition").

38.    In all of my years with the University of Massachusetts, I am not aware of university staff ever being required to comply with conditions like this to access USDA funding.

39.    The University of Massachusetts operates its programs in compliance with Federal anti-discrimination statutes and regulations.

40.    The University of Massachusetts does not collect information related to individuals' immigration status in operating any of its USDA-funded programs.

41.    The University of Massachusetts is uncertain what specific requirements are imposed by the Challenged Conditions.

10

42.     If the University of Massachusetts does not reasonably believe it understands the conditions of a grant, my understanding is that the University of Massachusetts cannot certify compliance with the Challenged Conditions.

43.     If the University of Massachusetts is unable to comply with USDA's new funding conditions, it would be unable to receive FY2026 funds, depriving the University of Massachusetts of over $11 million in federal funding, frustrating its ability to maintain the critical programs described above.

44.     Alternatively, if the University of Massachusetts adopts the broadest reading of the Challenged Conditions, the compliance burden would be significant. The University of Massachusetts has adopted civil rights compliance processes, including maintaining Title VI and Title IX compliance offices. To the extent the Challenged Conditions require revised or additional processes, the University of Massachusetts would bear the burden of developing that infrastructure. Moreover, the Immigration Condition does not define what it means to "allow illegal aliens to obtain taxpayer-funded benefits, provide public resources to meet the needs of illegal aliens, or provide incentives for illegal immigration by demonstrating the availability of public benefits." Where the University of Massachusetts conducts research that improves public resources available to all, including foods purchased from a local farmer's market, it would require immense resources to determine and ensure that no "illegal alien" enjoyed those benefits. The University of Massachusetts would better serve its missions of supporting local agriculture, improving nutrition for low-income families, and educating future scientists by putting those resources to finding solutions to problems facing Massachusetts farmers, conducting outreach in the communities who need it most, and providing cutting-edge research opportunities to students.

11

45.    The University of Massachusetts does not have an alternative source of funding that could cover the loss of all the USDA grants discussed above, which support at least 25 unique programs and 87 research projects funded by the USDA grants. This would mean that 92 researchers at the University of Massachusetts would lose research funding and support for over 100 graduate students and over 110 undergraduate students. It also may result in the termination of 83 staff positions: 33 supported on Capacity Grants, and an additional 50 employees supported by state matching funds supplied to the University to meet the federally required state dollar-for-dollar match for capacity funds. USDA funds and the state match funding also provide a portion of Extension faculty salaries, and a total of 6 Full Time Equivalent faculty would need to be funded with other funds. The loss of employees would mean that Extension services provided to Massachusetts farmers since 1909, such as unbiased technical support, soil testing and interpretation, and access to critical scientific research that informs safe, efficient, and sustainable production practices, would be lost. The Nutrition Education program, which serves low-income families in urban areas, and the 4-H program, which provides STEM education and positive youth development enrichment programs throughout the state, would be eliminated without federal capacity funds.

46.    For example, in the event USDA funding is not available, the University would likely only provide some emergency funds for critical expenses such as staff salaries for a limited time. Within months after expiration of the USDA funds, it is likely that most or all the research supported by competitive grants will be eliminated. The University will endeavor to continue some of the critical activities supported by Capacity Funds, but these would necessarily be at a significantly reduced level. For instance, after expending the remaining FY25 funding, the Expanded Food Nutrition Program may be provided some limited emergency funds for a short

12

time but thereafter would likely have to suspend and wind down operations. The Hatch Act and Hatch Multistate only likely have funding available for salary expenses until September 2026 and will likely have to soon start reducing other funding commitments. Finally, McIntyre Stennis Forestry Act funding has no reserves. Without USDA funding, this program will likely have to immediately start reducing expenditures.

47.     Capacity Grants are so-called because the grants are designed to supply foundational resources—i.e. "capacity"—for land-grant universities to build their research and Extension missions. Extension programs are unique in that they have been consistently funded by the Federal government since the Smith-Lever Act of 1914, fostering partnership and trust between the University of Massachusetts and the public. Federal funding is critical to the existence of Extension programs, since student tuition dollars support student education at the University of Massachusetts. Withholding funds will lead to personnel layoffs. This is clearly an individual hardship, but most importantly, each loss of Extension personnel is magnified because it also means the program will lose the hard-earned relationships and trust with collaborators that the Extension professionals have built over time. Those losses cannot be compensated by future federal dollars.

48.     For instance, the loss of Capacity Grant funds would affect the staffing and research projects at the UMass Cranberry Research Station, which has supported cranberry farming in the state since 1911. Modern cranberry cultivation and the UMass Cranberry Station have developed in tandem, and growers believe they would not be producing cranberries in the state without the research and extension support from the Cranberry Station. Currently, cranberry cultivation has an estimated economic impact of $151 million annually. Other University of Massachusetts farm research and teaching facilities (e.g. UMass Cold Spring Orchard, UMass

13

Crop and Animal Research and Education Farm, UMass Equine and Livestock Research and Education Farm, and UMass Joseph Troll Turf Research Farm) would lose a significant portion of their operational funding, which would have a larger impact upon undergraduate educational programs and graduate research that utilize these facilities.

49.     The Agriculture Extension program funded by Smith-Lever funds provides Massachusetts farmers with unbiased, science-based information. While information is available to farmers on varietal plant selection or pesticide use, it is often from someone trying to sell them seeds or chemicals and presenting data collected from another state, which may have a very different growing climate from that of Massachusetts. In addition to the newsletters, site visits, and educational programming, the Agriculture Extension team conducts plant varietal studies at the UMass Crop and Animal Research and Education Farm in South Deerfield.  The goal of these studies is to identify which crop variety performs best in Massachusetts, so that farmers have unbiased data (e.g. days-to-harvest, yield, disease resistance, flavor, etc.) to help them select varieties to grow for the next season, thus reducing the risk of having an unsuccessful growing season.  Farming is hard, and with the dramatic changes in weather patterns it is becoming harder. This crucial information gathered by the Agriculture Extension team supports farmers' economic livelihoods and would be lost—or become significantly reduced—if Capacity Grant funding were withheld, as it supports both Extension personnel and research.

50.     The 4-H School and Community Partnership program is another example of an Extension program whose loss of Smith Lever funding would have a large impact across the state.  This program provides math and STEM educational support to high-risk school districts, and is currently active in 5 locations—Springfield, Holyoke, New Bedford, Fall River, and Boston—and is looking to expand into the northeastern part of the state. The 4-H School and

14

Community Partnership program focuses on students in Grades 5-8 and provides weekly STEM lectures (36 hours/school year). Student groups participate in this program for three consecutive years, so at the end of the program each student receives 108 hours of STEM education aligned with state educational standards. These students are also provided with field trips to visit the UMass Amherst campus, and some students continue with programs targeted at high school students, such as the 4-H Explore UMass program, the Careers in Agriculture program, public speaking competitions, and national conferences and trips. Thus, this program provides students in at-risk school districts with science enrichment activities and exposure to opportunities across the state of Massachusetts. UMass Amherst is the only entity that oversees the delivery of all 4-H programs in Massachusetts.

51. The longer the University of Massachusetts cannot access USDA funding, the greater the risk that additional programs will be interrupted or terminated.

52. Losing these USDA grants would severely obstruct and undermine the University of Massachusetts' mission even if the funding were restored at a later date.

### 2026 NIFA Compliance Audit

53. The University of Massachusetts viewed the December 10, 2025 quarterly meeting of the National Institute of Food and Agriculture ("NIFA"), entitled "FY26 Kick Off: Understanding New Federal Requirements," and the accompanying explanatory statements ("NIFA Compliance Training"). In that meeting, NIFA representatives stated that "Recent [Executive Orders] prohibit DEI programs and preferences, prohibit gender ideology, and prohibit illegal discrimination to restore merit-based opportunities. . .. Recipients must comply with these EOs by eliminating any prohibited DEI-related offices, titles, positions, duties, programs, and activities, as well as any prohibited promotion of gender ideology."

15

54. On January 14, 2026, UMass Amherst received communications from NIFA requesting documents and data as part of a civil rights compliance review.

55. UMass Amherst Land-Grant Extension and Research Programs are routinely subject to compliance auditing conducted by NIFA. A prior NIFA audit of our Research Program was initiated in August 2021, and the certificate of compliance was issued on February 12, 2025.

56. The 2026 NIFA Extension audit is dramatically different in kind from previous audits. The requests are far broader in scope, demanding significantly different data than previously required by the agency. For example, a prior NIFA request was to "Supply a spreadsheet of any and all documented outreach and/or recruitment activities for the past three years beginning in 2023." In the 2026 Compliance Audit, NIFA requested "a list and summary description of all community groups that have partnered with Extension, or have received any Extension funding since January 20, 2025, identifying as applicable any groups that by name or in operations have an emphasis, preferencing practice, or specific affiliation based on race, ethnicity, national origin, or sex." Moreover, NIFA is requesting considerable amounts of information that UMass Amherst was never previously informed it would need to track and report.

57. The 2026 NIFA audit includes a request to describe "any changes or a transition plan, that Extension and/or the university system have developed and/or implemented since January 20, 2025, to ensure the elimination of any prohibited promotion of gender ideology (E.O. 14168)."

58. The 2026 NIFA audit includes a request to "provide a narrative description of modifications to any internal civil rights review processes and/or methodology underway or effectuated after January 20, 2025."

59.     The 2026 NIFA audit includes a request to provide "a list of any Extension program sex-separate activities, contests, or awards beginning in 2022. Indicate the sex of participants or recipients and if applicable, provide the rationale for articulating the program or activity as limited to individuals of one sex."

60.     The 2026 NIFA audit includes a request to describe materials notifying "program participants, volunteers, and members of the public of methods for reporting instances of prohibited D.E.I. efforts or discrimination based on sex, and/or gender ideology, in extension programs, events, or activities."

61.     The 2026 NIFA audit asks whether "the Extension program [has] any policies which ensure that girls and women are provided separate spaces for restrooms, locker rooms, changing rooms, etc., which ensure . . . they are designated by sex and not identity."

62.     The 2026 NIFA audit asks whether "the Extension program . . . [has] policies to ensure that girls and women are provided safe and separate spaces in which to sleep, away from any biologically male youth or adults, in accordance with the two above-mentioned executive orders." The 2026 NIFA audit references Executive Order 14168, the Gender Ideology E.O.

63.     The 2026 NIFA audit includes a request to "provide a list and summary description of all community groups that have partnered with Extension, or have received any Extension funding since January 20, 2025, identifying as applicable any groups that by name or in operations have an emphasis, preferencing practice, or specific affiliation based on race, ethnicity, national origin, or sex," and to "additionally identify any such partners, contractors, vendors, and sub-awardees with whom you have terminated activities, contracts, sub-awards and/or any other agreements since January 20, 2025, due to such affiliations and/or activities."

17

64.    It is my understanding that NIFA has never made document and data requests substantially similar to the 2026 NIFA audit.

65.    According to the NIFA Compliance Training, grant recipients are expected to be "one hundred percent in compliance" by the end of the audit.

66.    The University of Massachusetts reserves the right to supplement this declaration with later-received information from and/or concerning the above-described grants and programs.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 27, 2026 in Westborough, Massachusetts.

Denise Barton
Chief Deputy General Counsel
Office of the General Counsel
50 Washington Street
Westborough, Massachusetts 01581

18