**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 30

## DECLARATION OF WILLIAM BELL

I, William Bell, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of 18. I know the following facts based on my own personal knowledge or have knowledge of the facts based on my review of information and records provided to me by employees of the Massachusetts Department of Elementary and Secondary Education (DESE) and I believe that information to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Chief Financial Officer at DESE. As DESE's Chief Financial Officer, I am familiar with grant funding the federal government has provided to DESE. My job duties include supervision of DESE's Office of Food and Nutrition Programs.

3. I have been employed by DESE since February 2011, and I have served as Chief Financial Officer since that time.

### Background

4. DESE is charged with overseeing all public elementary and secondary education in the Commonwealth. DESE works in partnership with stakeholders to improve schools in the Commonwealth and to raise student achievement.

5. As the primary grantee in Massachusetts of the National School Lunch Program, School Breakfast Program, Child and Adult Care Food Program, Summer Food Service Program, Fresh Fruit and Vegetable Program, and Special Milk Program (together, the "Child Nutrition Programs"), DESE administers a wide range of programs meant to provide Massachusetts' children with adequate nutrition.

6. As part of my regular job duties, I oversee federal grant managers who manage the Child Nutrition Programs. I have reviewed past and present award documents for these grants

that were issued to DESE and am familiar with their contents.

### Massachusetts' Annual Receipt of Child Nutrition Programs Funds

7.     The U.S. Department of Agriculture (USDA) administers the Child Nutrition Programs through its sub-agency, the Food and Nutrition Service (FNS).

8.     In total, FNS has obligated the following grant amounts to DESE in recent fiscal years:

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | $286,353,012 | $293,270,359 | $318,715,410 |
| School Breakfast Program | $92,952,773 | $103,194,198 | $111,409,350 |
| Special Milk Program | $40,347 | $33,412 | $51,930 |
| Child and After Care Food Program | $62,761,801 | $67,784,557 | $71,574,240 |
| Fresh Fruit and Vegetable Program | $4,357,028 | $4,949,284 | $4,661,538 |
| Summer Food Service Program | $9,884,726 | $9,575,119 | $10,098,283 |
| Total Contributed from Federal Funds | $456,349,687 | $478,806,929 | $516,510,751 |
| Total Contributed from State Funds | $185,330,621 | $181,380,621 | $189,030,621 |
| DESE's Total Budget for Child Nutrition | $641,680,308 | $660,187,550 | $705,541,372 |
| USDA Funding as a Percentage of Total Budget for Child Nutrition | 71.1% | 62.1% | 73.2% |

9.     The programs funded by these grants are essential to fuel development and learning for children. The benefits associated with the food provided by these programs are many and include improved nutrition and health, improved long-term educational attainment, healthier eating habits, and decreased absenteeism, tardiness, and disruptions in class.

10.     Participation in these programs is widespread, benefitting over seven hundred thousand children in Massachusetts. The table below reflects average student participation per day in each of the programs:

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | 557,000 | 584,000 | 595,000 |
| School Breakfast Program | 245,000 | 272,000 | 292,000 |
| Child and After Care Food Program | 123,000 | 112,000 | 119,000 |

11.     In Massachusetts, 2,099 schools in 433 districts participate in at least one of the Child Nutrition Programs.

12.     Based on my supervision of DESE's Child Nutrition Programs, I am aware that children experiencing food insecurity are more likely to have physical health conditions and mental health challenges—including, for example, anxiety, depression, and behavioral issues; and physical health issues such as anemia and vitamin deficiencies—which in turn lead to impaired growth and development and increased hospitalizations. DESE is aware that food insecurity is associated with higher rates of school absenteeism due to family stress and poor health, which in turn leads to increased medical appointments and hospitalizations.

13.     It is further DESE's experience that food insecurity negatively impacts the ability of children to learn in school and is associated with poor educational outcomes. Food insecurity in children is associated with poor concentration, decreased cognitive function, fatigue, depression, and behavioral problems in school. Longer term, children who go without consistent access to nutritious food are more likely to be absent and drop out of school entirely.

14.     Conversely, DESE, through its close work with and oversight of school districts, knows that providing nutritious food in school improves students' concentration and overall

academic performance. DESE has thus long prioritized programs to alleviate children's hunger and provide nutritious meals for children.

15.    Over one in three Massachusetts households experience food insecurity. *See* https://www.gbfb.org/news/press-releases/2025-annual-statewide-food-access-report/. Of the approximately 900,000 enrolled students in Massachusetts, over 500,0000 students have been identified by DESE as eligible for free or reduced-price meals as part of the Child Nutrition Programs.

16.    Beyond the benefits provided to children, the Child Nutrition Programs stimulate the local food economy. In fiscal year 2023, approximately $23,000,000 of the Child Nutrition Programs funds were spent locally in Massachusetts.

17.    In addition to the funds directly supporting the Child Nutrition Programs, which are primarily in the form of reimbursements, DESE also receives funds from USDA to administer the Child Nutrition Programs. In fiscal year 2026, DESE received $4,263,505 for the first two quarters from USDA. This money goes towards staff salaries to administer the program, oversee the reimbursement system, and conduct compliance monitoring and training.

18.    Additionally, DESE has applied for and received other USDA grants that complement and support the Child Nutrition Programs.

19.    DESE also receives annually the School Food Equipment Grant, which totaled $186,251 for FY254 These funds are for school kitchen equipment purchasing to improve the quality of school meals. DESE and its counterparts in other states have been waiting for these funds to be made available for 2025.

20.    On January 12, 2017, DESE entered into a Federal-State Agreement with FNS governing "Child Nutrition and Food Distribution Programs." FNS-74 ("Agreement"). The

Agreement provides: "The State agency will comply with [applicable] program statutes and program regulations.... The State agency also will comply with any FNS instructions, policy memoranda, guidance, and other written directives interpreting the program statutes and program regulations applicable to those programs." As to future changes, the Agreement stated, "[b]y continuing to operate the covered programs after the enactment or issuance of any [applicable] changed or new statutes, or regulations... changed or new instructions, policy memoranda, guidance and other written directives interpreting these statutes or regulations, the State agency agrees to comply with them."

## National School Lunch Program

21.    I am familiar with the National School Lunch Program (NSLP). The NSLP provides funding to assist States in providing school lunches that meet nutritional standards.

22.    NSLP funding is administered in Massachusetts by DESE.

23.    Because NSLP is a mandatory entitlement, each State is entitled to reimbursement based on the number of meals served. Schools receive federal aid in the form of cash reimbursements for every lunch they serve that meets federal nutritional requirements, with the formula providing higher reimbursement for free and reduced-price meals served to eligible students. Eligibility is based on income eligibility and categorical eligibility which is based on participation in other programs (e.g., Medicaid).

24.    Massachusetts has received NSLP funds since 1946.

25.    In Massachusetts, NSLP is administered by school districts who operate the lunch program. DESE distributes federal funds to the school districts.

26.    The districts submit monthly claims for reimbursement to DESE based on the number and category of meals they serve each month.

27. DESE receives funding from USDA in quarterly allotments which is then drawn down to pay the districts for their reimbursable monthly meal expenses. DESE received its last quarterly allotment on January 9, 2026, and is expecting its next quarterly allotment in April 2026.

## School Breakfast Program

28. I am familiar with the School Breakfast Program (SBP). The SBP provides funding to assist States to provide school breakfast that meets nutritional standards.

29. SBP funding is administered in Massachusetts by DESE.

30. Like NSLP, SBP is a mandatory entitlement, and Massachusetts is entitled to reimbursement based on the number of meals served. SBP eligibility and reimbursement rates work the same as they do in NSLP.

31. Massachusetts has received SBP funds since 1966.

32. In Massachusetts, SBP is administered by school districts who operate the breakfast program. DESE distributes federal funds to the school districts.

33. The districts submit monthly claims for reimbursement to DESE based on the number and category of meals they serve each month.

34. The quarterly allotments DESE receives from USDA, as described in the NSLP section above, cover SBP reimbursement.

## Special Milk Program

35. I am familiar with the Special Milk Program (SMP). The SMP provides funding to reimburse States that provide milk to children in schools and child care institutions that do not participate in other child nutrition meal service programs, or children in half-day programs that do not have access to the school meal programs.

36.    SMP funding is administered in Massachusetts by DESE.

37.    Like NSLP, SMP is a mandatory entitlement, and Massachusetts is entitled to reimbursement based on the number of half-pints of milk served. SMP eligibility and reimbursement works the same as it does for NSLP.

38.    Massachusetts has received SMP funds since 1955.

39.    In Massachusetts, DESE distributes SMP federal funds to participating schools and institutions.

40.    Participating districts submit monthly claims for reimbursement to DESE based on the number and category of half-pints of milk they serve each month.

41.    The quarterly allotments DESE receives from USDA, as described in the NSLP section above, cover SMP reimbursement.

**Child and Adult Care Food Program**

42.    I am familiar with the Child and Adult Care Food Program (CACFP). The CACFP provides funding to reimburse States that provide nutritious meals and snacks to eligible children and adults. CACFP provides nutrition to child care centers, family day care home, "at-risk" after school care programs, emergency shelters, and adult day health care centers.

43.    CACFP funding is administered in Massachusetts by DESE.

44.    CACFP funds are a formula reimbursement based on the number of meals and snacks served. CACFP eligibility and reimbursement rates work the same as they do in NSLP.

45.    Massachusetts has received CACFP funds since 1968.

46.    In Massachusetts, CACFP is administered by DESE which distributes federal funds to qualifying programs.

47.    Qualifying programs submit monthly claims for reimbursement to DESE based on

the number and category of meals and snacks they serve each month.

48.     The quarterly allotments DESE receives from USDA, as described in the NSLP section above, cover CACFP reimbursement.

## Summer Food Service Program

49.     I am familiar with the Summer Food Service Program (SFSP). SFSP provides children 18 years of age and younger with free, healthy meals over the summer months when they no longer have access to school meals. Meal sites include schools and other community locations, from parks to summer camps.

50.     Last summer, there were 127 sponsoring organizations supporting more than 1,099 meal sites across Massachusetts. On average, 73,074 kids received a meal daily, with 2.5 million meals being served in total.

51.     SFSP funding is administered in Massachusetts by DESE.

52.     SFSP meals are reimbursed by USDA based on the source of the meals (prepared by the organizations, or purchased from a vendor), as well as the location of the site.

53.     Massachusetts has received SFSP funds since 1968.

54.     In Massachusetts, SFSP is administered by DESE which distributes federal funds to SFPSP sponsors.

55.     Sponsoring organizations submit monthly claims for reimbursement to DESE based on the number and category of meals and snacks they serve each month.

56.     The quarterly allotments DESE receives from USDA, as described in the NSLP section above, cover SFSP reimbursement.

## Fresh Fruit and Vegetable Program

57.     I am familiar with the Fresh Fruit and Vegetable Program (FFVP). FFVP provides

funding to make fresh fruits and vegetables available in elementary schools.

58. FFVP funding is administered in Massachusetts by DESE.

59. FFVP funds are provided to the States based on a percentage of overall FFVP funds available.

60. Massachusetts has received FFVP funds since 2002.

61. In Massachusetts, FFVP is administered by DESE which distributes federal funds to school districts.

62. School districts submit monthly claims for reimbursement to DESE based on the number and category of meals they serve each month.

63. The quarterly allotments DESE receives from USDA, as described in the NSLP section above, cover FFVP reimbursement.

**Harms to the State Caused by USDA's Funding Condition**

64. I am aware of the December 31, 2025 Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins directing all USDA agencies and staff that issue "grants, cooperative awards, and other similar arrangements, including mutual interest agreements" to implement new general terms and conditions, dated December 31, 2025 (the "2026 Conditions").

65. The 2026 Conditions state: "Unless otherwise prohibited by law, recipients and subrecipients of USDA Federal financial assistance grants and cooperative agreements must comply with these General Terms and Conditions. These General Terms and Conditions are in addition to the assurances and certifications made as part of the Federal award and any agency- or program specific terms, conditions, and restrictions included in the Federal award."

66.     To date, USDA has not provided any specific notice to DESE that the 2026 Conditions apply to the Child Nutrition Programs, and it is DESE's understanding that they do not. However, if USDA were to impose the 2026 Conditions on the Child Nutrition Programs, Massachusetts could suffer harms.

67.     For instance, under 12.2 of the 2026 Conditions, "[t]he recipient must comply, and certif[y] that it will comply, with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal award," including but not limited to Presidential Executive Order 14168 and Presidential Executive Order 14173. The 2026 Conditions do not define or identify all the Federal anti-discrimination "policies" to which the recipient must certify, or whether that certification is meant to apply to USDA-funded programs or across the recipient entity.

68.     Section 12.2 further requires recipients to "include the provisions of this clause in all subawards and contracts awarded under the Federal award." Section 5.3 requires recipients to "evaluate each subrecipient's risk and establish monitoring activities as necessary to ensure each subrecipient complies with… the terms and conditions of the subaward."

69.     Section 13.10, titled EO 14218: Ending Taxpayer Subsidization of Open Borders, further states in full: "No funding shall be directed towards programs that allow illegal aliens to obtain taxpayer-funded benefits, provide public resources to meet the needs of illegal aliens, or provide incentives for illegal immigration by demonstrating the availability of public benefits." The 2026 Conditions do not define what constitutes "benefits," "public resources" or "incentives" in this context.

70.     In the event USDA intends to impose additional verification requirements on funding recipients through the 2026 Conditions, DESE would experience compliance and

operational burdens, as well. DESE operates its programs in compliance with Federal constitutional law, statutes, and regulations governing non-discrimination practices and the provision of public benefits to immigrants. To the extent the 2026 Conditions mean to impose *new or different* requirements on DESE, and those requirements are deemed lawful, DESE would need to develop guidance about those requirements and train employees.

71.    This burden would be amplified significantly based on the subrecipient monitoring obligations imposed by the 2026 Conditions. DESE also may need to adopt new technology or other systems to implement those requirements and ensure compliance with them across subrecipients, like school districts, community organizations, and child care centers.

72.    In my years with DESE, I am not aware of USDA imposing conditions like these on the state's receipt of Child Nutrition program funding.

73.    If USDA were to withhold funding for Child Nutrition Programs in Massachusetts, DESE does not have an alternative source of funding that could immediately cover the loss of grants discussed above.

74.    Without the USDA funding described in this declaration, the Child Nutrition Programs will likely need to reduce the benefits and supports that they provide to hungry children in Massachusetts. This would mean that children in schools, child care centers, after-school programs, and other eligible programs would have fewer nutritional snacks and meals to fuel them each day. The loss of these snacks and meals could harm our students' health and ability to learn. It would also negatively impact our local economy, given the millions of dollars the Child Nutrition Programs currently spend locally in the state.

75.    USDA funding further supports staff positions at DESE that help administer the Child Nutrition Programs. These staffers process claims for reimbursement from local schools,

provide ongoing technical assistance to the program, monitor compliance through offsite and onsite reviews, or provide training. These positions—and the important work they perform for the Commonwealth—would be at risk if USDA withheld funding for the Child Nutrition Programs.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 24, 2026 in Everett, Massachusetts.

William Bell
Chief Financial Officer
Massachusetts Department of Elementary
and Secondary Education