## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 32

## DECLARATION OF WILLIAM BELL

I, William Bell, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records and information provided to me by employees of the Massachusetts Department of Elementary and Secondary Education (DESE). If called as a witness, I could testify competently to the matters set forth below.

2. I am the Chief Financial Officer at DESE. As DESE's Chief Financial Officer, I am familiar with grant funding the federal government has provided to DESE. My job duties include supervision of DESE's Office of Food and Nutrition Programs.

3. I have been employed by DESE since February 2011, and I have served as Chief Financial Officer since that time.

4. DESE is charged with overseeing all public elementary and secondary education in the Commonwealth. DESE works in partnership with stakeholders to improve schools in the Commonwealth and to raise student achievement.

5. DESE is the designated distributing agency that administers the U.S. Department of Agriculture (USDA), Food and Nutrition Service' (FNS) Emergency Food Assistance Program, commonly known as TEFAP, for the state. 7 C.F.R. § 251.2(a)-(b).

### Rising Food Insecurity in Massachusetts

6. An increasing number of U.S. residents lack the means to obtain adequate, nutritious food. At the end of 2025, the national food insecurity rate rose to 14.2%. *Food insecurity in the United States increased in 2025*, CTR. FOR FOOD DEMAND ANALYSIS &

1

SUSTAINABILITY (Dec. 9, 2025). *https://ag.purdue.edu/cfdas/data/food-insecurity-in-the-united-states-increased-in-2025/*

7.      Chronic food insecurity is a pressing problem in Massachusetts as well, where hunger and poverty rates closely mirror one another. Based on U.S. Census data for 2023, the Massachusetts poverty rate was 10.4% (https://www2.census.gov/library/publications/2024/demo/acsbr-022.pdf) and the state food insecurity rate was 34% (https://www.gbfb.org/news/press-releases/nearly-2-million-adults-massachusetts-food-insecure-including-45-adults-four-counties-according-greater-boston-food-banks-fourth-annual-statewide-study/). Economically disadvantaged Massachusetts residents rely on TEFAP in growing numbers to meet their nutritional needs. The number of Massachusetts households that received TEFAP food has increased from 826,000 in SFY 2023 to 882,000 in SFY 2024.

8.      Four regional food banks operate across Massachusetts to address food insecurity and hunger. DESE contracts with these four food banks. As explained below, these food banks each receive a portion of the allocation of food that Massachusetts receives annually from TEFAP to feed as many qualifying residents of Massachusetts as possible.

| Food Bank | Number of Affiliated Food Pantries | Number of Households Served in SFY 2025 | Number of Massachusetts Residents Fed in SFY 2025 |
|---|---|---|---|
| Greater Boston Food Bank (GBFB) | 261 | 239,822 | 517,497 |
| Merrimack Valley Food Bank (MVFB) | 113 | 19,697 | 51,382 |
| Worcester County Food Bank (WCFB) | 87 | 54,060 | 162,350 |
| Food Bank of Western MA (FBWM) | 129 | 91,409 | 176,511 |

2

9.      Based on the first seven months of SFY 2026, Massachusetts anticipates an increase in Massachusetts residents served by TEFAP compared to SFY 2025, which has been the trend for the past several years.

10.      Massachusetts' regional food banks partner with local food pantries, churches, non-profits, and other groups to store and distribute food to eligible Massachusetts residents. The food pantry network is almost exclusively comprised of volunteer organizations that rely on a volunteer workforce to distribute foods throughout the state. The state does not currently receive enough USDA food to support all food pantry requests.

### The Emergency Food Assistance Program

11.      FNS operates TEFAP, which is a critical tool in Massachusetts' efforts to staunch growing food insecurity in vulnerable communities and among working families across the state. Congress created TEFAP in 1981 to repurpose domestic agricultural food surpluses to provide adequate nutrition for economically disadvantaged individuals. Today, TEFAP supplies states with domestically sourced fruits, vegetables, grains, legumes, dairy products, and other proteins (known as USDA foods) to supplement the diets of economically disadvantaged people including children, the elderly, and working families.

12.      TEFAP provides Massachusetts with a combination of food, which consists of USDA foods that FNS delivers directly to the state, and funds for administrative and food distribution costs incurred by DESE and the emergency food distribution organizations that partner with DESE. DESE and its partners disburse millions of pounds of TEFAP-funded USDA produce, dairy products, proteins, and legumes that put much needed food in the hands of economically disadvantaged Massachusetts residents. The financial assistance Massachusetts receives from FNS, together with the direct USDA foods that TEFAP ships to Massachusetts

3

annually, play a vital role in meeting the nutritional needs of economically disadvantaged Massachusetts residents.

13.    Prior to October 1 of each calendar year, FNS notifies Massachusetts of its annual TEFAP allocation, which includes food and funding for administrative operating costs. This amount is communicated to DESE through a notice of award.

14.    For the last three federal fiscal years, Massachusetts received annual entitlement and administrative funding from TEFAP as follows:

| Federal Fiscal Year | Food Value | Administrative |
|---------------------|------------|----------------|
| 2023 | $1,740,746 | $0 |
| 2024 | $511,496 | $1,157,106 |
| 2025 | $294,671 | $1,308,545 |

15.    The TEFAP regulations require DESE to establish uniform, statewide criteria for determining household eligibility to receive USDA foods. 7 C.F.R. § 251.5(b). At a minimum, the regulations require DESE to include a requirement that the household members seeking USDA foods attest to being a Massachusetts resident at the time of their application. Beyond these criteria, the TEFAP regulations prohibit DESE from requiring an applicant to establish the length of their residency in the state, and from requesting their address or identification documents to establish eligibility. *Id.*

### *TEFAP Supplies Food Award "Funds" to Purchase USDA Foods*

16.    USDA awards Massachusetts food in two categories: entitlement food and bonus food. Funding for entitlement food is considered appropriated, mandatory spending that FNS awards Massachusetts and all other states on an annual basis. The cash value of Massachusetts entitlement food accounts for most of the state's TEFAP funding.

4

17.     When FNS notifies Massachusetts of the state's annual entitlement, DESE uses FNS's standard allocation to distribute a portion of the food to each of the food banks. DESE staff then work with each food bank to obtain their food ordering plan. Some food banks order annually, others quarterly, and others allow DESE to choose their food products. DESE places food orders in FNS's Web-Based Supply Chain Management and selects food delivery dates, which range from 30 days up to 1 year (12 calendar months) in the future. FNS delivers food directly to food banks, which store the food for distribution to partner food pantries on a monthly, weekly, or daily basis. Food pantries receive a portion of the USDA foods that is proportionate to the number of individuals they serve, and the food available in that food bank.

18.     In contrast to ordering entitlement food, which is predictable and available quarterly, FNS offers a variety of bonus foods to states on an ad hoc basis whenever FNS obtains specific surplus foods, such as seasonally available excess produce or food. Bonus foods serve two purposes—they support farmers and food producers through FNS's purchases of agricultural products to stabilize prices and reduce waste, and bonus foods strengthen the emergency food assistance program because these foods are redirected to food banks, pantries, and soup kitchens to help meet the increased demand for food.

19.     In Massachusetts, DESE regularly receives notice from FNS's Agricultural Marketing Service ("AMS") of excess produce, such as strawberries and grapes, pears, and beans, and is awarded an allotment of additional food. These bonus foods, which are in excess of the state's annual entitlement foods, must be selected quickly and are typically delivered in a narrow window. In Federal Fiscal Year 2024, the bonus food FNS provided DESE was valued at $ 8,183,405, and in Federal Fiscal Year 2025, DESE received bonus food valued at $12,822,772.

***TEFAP Administrative Funds***

5

20.    TEFAP administrative funding is used to support the state's 4 regional food banks' distribution of TEFAP foods. Funding helps offset some of their administrative expenses, including personnel costs, food shipping/delivery costs to distribute food within their geographic regions to partnering food pantries, utilities (rent, gas, electric, water), storage, equipment (forklifts, garage doors, truck bay repairs), and other costs of operating food banks.

### The Loss of TEFAP Food and Administrative Funding Will Impose Great Costs on the State of Massachusetts and its Residents

21.    I am aware of the December 31, 2025 Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins directing all USDA agencies and staff that issue "grants, cooperative awards, and other similar arrangements, including mutual interest agreements" to implement new general terms and conditions, dated December 31, 2025 (the "2026 Conditions").

22.    The 2026 Conditions state: "Unless otherwise prohibited by law, recipients and subrecipients of USDA Federal financial assistance grants and cooperative agreements must comply with these General Terms and Conditions. These General Terms and Conditions are in addition to the assurances and certifications made as part of the Federal award and any agency- or program specific terms, conditions, and restrictions included in the Federal award."

23.    To date, USDA has not provided any specific notice to DESE that the 2026 Conditions apply to TEFAP, and it is DESE's understanding that they do not. However, if USDA were to impose the 2026 Conditions on TEFAP, Massachusetts could suffer harms.

24.    For instance, under 12.2 of the 2026 Conditions, "[t]he recipient must comply, and certif[y] that it will comply, with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal award," including but not limited to Presidential Executive Order 14168 and Presidential Executive Order 14173. The 2026 Conditions do not

6

define or identify all the Federal anti-discrimination "policies" to which the recipient must certify, or state whether that certification is meant to apply to USDA-funded programs or across the recipient entity.

25.     Section 12.2 further requires recipients to "include the provisions of this clause in all subawards and contracts awarded under the Federal award." Section 5.3 requires recipients to "evaluate each subrecipient's risk and establish monitoring activities as necessary to ensure each subrecipient complies with... the terms and conditions of the subaward."

26.     Section 13.10, titled EO 14218: Ending Taxpayer Subsidization of Open Borders, further states in full: "No funding shall be directed towards programs that allow illegal aliens to obtain taxpayer-funded benefits, provide public resources to meet the needs of illegal aliens, or provide incentives for illegal immigration by demonstrating the availability of public benefits." The 2026 Conditions do not define what constitutes "benefits," "public resources" or "incentives" in this context.

27.     In the event USDA intends to impose additional verification requirements on funding recipients through the 2026 Conditions, DESE would experience compliance and operational burdens, as well. DESE operates its programs in compliance with Federal constitutional law, statutes, and regulations governing non-discrimination practices and the provision of public benefits to immigrants. To the extent the 2026 Conditions mean to impose new or different requirements on DESE, and those requirements are deemed lawful, DESE would need to develop guidance about those requirements and train employees.

28.     This burden would be amplified significantly based on the subrecipient monitoring obligations imposed by the 2026 Conditions. The food banks that DESE contracts

7

with receive food from multiple sources beyond USDA funded TEFAP food. Determining which requirements apply to which food at the food bank would be impractical.

29.    In my years with DESE, I am not aware of USDA imposing conditions like these on the state's receipt of TEFAP funding.

30.    The food and funding available through TEFAP is provided entirely by the Federal government, and DESE does not have an alternative source of funding that could immediately cover the loss of these funds in the event USDA withdraws support to Massachusetts. This would mean that our residents would lose access to an important component of our safety net: USDA entitlement foods and bonus foods from their food pantries. Food banks also would lose an important funding stream that, in FY25 alone, provided approximately $1,368,182 to cover operating costs, $3,210,301 for occupancy and utility costs; and $872,013 in supplies. The sudden loss of these funds might result in layoffs, contract terminations, and elimination of USDA foods from the food safety infrastructure, which would pose a long-term disruption for food safety infrastructure in Massachusetts even if funding is later restored.

31.    Across rural and urban areas of Massachusetts, working families, farmers, agricultural workers, employed and underemployed individuals, parents, seniors, and vulnerable children depend on USDA foods delivered by TEFAP to slow the spread of food insecurity and hunger. If TEFAP funding is disrupted, it will negatively impact DESE's ability to address food security and hunger in Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of March 2026.

_____

William Bell
Chief Financial Officer
Massachusetts Department of Elementary and
Secondary Education

9