**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 34

## <u>DECLARATION OF PATRICK G. O'SHEA</u>

I, Patrick G. O'Shea, declare as follows:

1.      I am a resident of Maryland. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the Vice President and Chief Research Officer at the University of Maryland, College Park ("UMCP"), a constituent institution of the University System of Maryland ("USM"), the State of Maryland's public system of higher education. This is a position I have held since 2025, and I previously held this role from 2011-2016.

3.      In my position, I am responsible for a joint research enterprise that ranks among the top public institutions in research expenditures and which garners $1.2 billion in research awards annually.

4.      UMCP is the State of Maryland's flagship research university and is ranked by Forbes as #12 in the United States among public universities. UMCP enrolls more than 40,000 students across twelve schools and colleges and an interdisciplinary Graduate School and offers more than 300 degree programs. UMCP is a global leader in numerous areas of study, including mathematics, computer science, health, data science, climate science, and more. UMCP, along with its sister institution, the University of Maryland, Baltimore ("UMB"), engages in cross-cutting research that highlights the intersection of engineering, computer science, AI, agriculture and medicine.

5.      UMCP, through its College of Agriculture and Natural Resources, embodies UMCP's land-grant mission with a commitment to serve the public good, steward a healthy planet, feed and nourish communities, and build a sustainable tomorrow.

1

6.     UMCP maintains business records in the ordinary course of its business which include, *inter alia*, records concerning federal research and training grants from the United States Department of Agriculture ("USDA").  UMCP is an 1862 land-grant institution and receives annual funding from USDA as part of the national land-grant university system established by Congress with the passage of the first Morrill Act in 1862, 7 U.S.C. §§ 301 - 309. Those funds include non-discretionary formula funding called "capacity grants" and competitive research grants. Those funds support Maryland's Agricultural Experiment Stations, through which agricultural research is conducted, as well as the Cooperative Extension program, which provides support personnel to communities in need in critical areas such as family nutrition, commercial horticulture and landscape management, environmental stewardship, food safety and functionality, and positive youth development.

7.     As shown in the table below, USDA has obligated the following award amounts to UMCP in recent fiscal years:

|  | FY Dollars | FY Dollars | FY Dollars | FY Dollars | FY Dollars |
|---|---|---|---|---|---|
| Sponsor | FY 2022 | FY 2023 | FY 2024 | FY 2025 | Total |
| USDA-Agricultural Research Service | $4,271,363 | $3,149,061 | $5,886,012 | $3,796,374 | $17,102,811 |
| USDA-Animal and Plant Health Inspection Service | $1,517,733 | $5,568,173 | $2,389,892 | $756,412 | $10,232,210 |
| USDA-Economic Research Service | $0 | $49,947 | $30,000 | $0 | $79,947 |
| USDA-Farm Service Agency |  |  | $146,500 | $80,000 | $226,500 |
| USDA-Food Safety and Inspection Service | $295,000 | $0 |  |  | $295,000 |
| USDA-Foreign Agricultural Service | $0 | $249,394 |  |  | $249,394 |
| USDA-Forest Service | $396,965 | $1,268,557 | $1,349,552 | $91,290 | $3,106,364 |
| USDA-National Institute of Food and Agriculture *includes both Capacity and non | $16,173,259 | $14,652,913 | $27,483,981 | $16,290,777 | $74,600,929 |

| | | | | | |
|---|---|---|---|---|---|
| USDA-Natural Resources Conservation Service | $80,000 | $213,251 | $1,482,602 | $2,280,298 | $4,056,151 |
| USDA-Risk Management Agency | $32,163 | $0 | | | $32,163 |
| Grand Total | $22,766,483 | $25,151,297 | $38,768,539 | $23,295,150 | $109,981,469 |

See Appendix for detailed USDA award data.

8.     The programs funded by these grants are vital to educating the food scientists of the future; advancing agricultural research; improving the productivity of Maryland's food system; helping farmers, ranchers, and foresters develop better tools and practices; and addressing nutrition disparities across the state. Over the years, cover crop and soil health research supported by USDA funds has increased crop productivity and reduced agricultural runoff into the Chesapeake Bay, resulting in Maryland ranking first in cover crop adoption in the United States.  Wheat breeding research using cutting-edge molecular genetic technologies is increasing yield and profitability and reducing inputs; plant pathology research is helping farmers develop solutions to fungal diseases of fruit and small-grain crops; and animal science research is helping with genomic selection for efficient and climate-resilient cattle. University of Maryland Extension ("UME") provides research-based education in agriculture and food systems, nutrition and health, environment and natural resources, and 4-H youth development, including educational programs on biosecurity for the poultry industry, Integrated Pest Management, Expanded Food and Nutrition Education Program, and Master Gardener Program.

9.     If these funds were withheld, UMCP would have to cease all programs and operations in every county in the state of Maryland and at all Maryland experiment stations. This would include laying off 76 faculty, 52 staff, and 38 contractual employees. In addition, this would impact the research and lead to the potential loss of 15 graduate students.  In any given year, the experiment stations support over 250 agronomy, horticulture, animal, and environmental research

3

projects conducted by our research and extension faculty. These projects are of great significance to our stakeholders who use the findings to increase their productivity, reduce insect and pest damage to their crops, and reduce environmental impacts from their operations so that they can protect the Chesapeake Bay. If the funds are withheld, we would have to terminate all projects. Without capacity funding, UME may be forced to close extension offices, lay off faculty and staff, miss out on grant opportunities, and lose county funding and support due to the loss of capacity structures. Additionally, UME risks losing valuable volunteers, whose contributions are valued at over $14 million annually, as well as community partners. This would result in a considerable reduction of programs and services that currently reach almost 200,000 individual contacts annually. The loss of capacity funding from USDA may lead to the curtailment or discontinuation of UME's programs. For example, it will compromise preparedness for highly pathogenic avian influenza within the poultry industry. Moreover, producers and growers could face challenges in obtaining pesticide application and other necessary certifications for their operations. Programs addressing sustainable gardening, stormwater management, nutrition, and chronic disease prevention and management are expected to be curtailed. Additionally, the 4-H and youth development program, which includes 7,000 club members and 2,570 volunteers with over 30,000 individual educational contacts, may be paused due to potential restrictions on the use of the 4-H mark owned by the USDA. The 4-H name and emblem is a federally protected mark under 18 U.S.C. § 707.  The inability to use the 4-H mark and emblem could disrupt numerous after-school programs, enrichment activities, camps, and outdoor events, as well as the Maryland 4-H Foundation, an entity that provides support to the Maryland 4-H program.. UME 4-H faculty and staff play a critical role on state fair and county fair boards and in related activities. This restriction will significantly disrupt the Maryland State Fair and county fairs statewide.

10.    At UMCP, the Maryland Agricultural Experiment Station ("MAES") in the College of Agriculture and Natural Resources ("AGNR") was first established in 1888 and currently fosters research at all levels (e.g., molecular, cellular, organismic, and ecosystem) related to sustainable food and fiber production with economic and environmental viability. MAES-supported researchers from AGNR and many in other Colleges, such as the College of Computer, Mathematical and Natural Sciences use both campus-based research laboratories and experiment stations located across different land resource and physiographic regions of Maryland to conduct state-of-the-art research related to a wide array of topics including plant and animal genomics, infectious diseases, animal health, vaccine development, plant and animal physiology, basic biology, human health and nutrition, food safety, animal nutrition, environmental and ecosystem health, water quality, soil and watershed sciences, bioenergy, horticulture and landscape design, and interface between agro-ecosystem and aquatic environment. UME provides critical educational programs and resources to enhance productivity and profitability for the agricultural sector, while promoting management practices that steward natural resources, improve water quality, and protect the health of the Chesapeake Bay and other ecosystems. By addressing food safety, nutrition, and health, the plan aims to improve the well-being of Maryland residents, reduce chronic disease, and ensure access to safe, nutritious food. Investments in youth development and economic security will prepare future leaders, strengthen families, and enhance financial success across the state. Integrated research and extension activities will help Maryland prepare for and mitigate natural hazards and support new energy technologies.

**Capacity Grants**

11.    I am familiar with the following Capacity Grants: Hatch Act Regular Grant Program, Smith-Lever Act, Expanded Food and Nutrition Education Program, McIntire-Stennis

Forestry Program, Renewable Resources Extension Act, Animal Health and Disease Research Program, and Hatch Multistate. Because the Capacity Grants are formula funds and not competitive grants, each 1862 land-grant university is entitled to a specific allocation in each fiscal year that Congress appropriates funding.

12. Each Capacity Grant provides assistance as follows:

a. Hatch Act Regular Grant Program

Hatch Act grants provide funding to assist eligible universities to establish agricultural experiment stations, allowing scientists the off-site facilities to conduct research in agricultural and applied sciences.

b. Smith-Lever Act

The Smith Lever-Act assists eligible universities in providing useful and practical information to local communities on subjects relating to agriculture, uses of solar energy with respect to agriculture, home economics, and rural energy, and encourage the application of knowledge gained through research.

c. Expanded Food and Nutrition Education Program

The Expanded Food and Nutrition Education Program ("EFNEP") is a federal extension program that delivers free, hands-on nutrition education to low-income families and youth through land-grant universities. It helps participants improve diet quality, manage food budgets, increase physical activity, and practice food safety.

d. McIntire-Stennis Forestry Program

The McIntire-Stennis Cooperative Forestry Research Program, established in 1962, provides funding to universities for forestry research and graduate education. This program supports studies on reforestation, forest health, and management, while training future scientists.

6

e. Renewable Resources Extension Act

The Renewable Resources Extension Act ("RREA") of 1978 provides funding to land-grant universities for educational programs, technology transfer, and research dissemination. It supports private forest and rangeland owners in managing resources like timber, water, and wildlife sustainably.

f. Animal Health and Disease Research Program

The USDA National Institute of Food and Agriculture ("NIFA") Animal Health and Disease Research ("AHDR") Capacity Program funds research at eligible veterinary schools and agricultural experiment stations to improve livestock health, productivity, and food safety. It focuses on mitigating disease, enhancing animal welfare, and addressing zoonotic threats through basic and applied science.

g. Hatch Multistate Research Program

Hatch Multistate Research projects are USDA-NIFA funded, cooperative, multidisciplinary research initiatives where State agricultural experiment stations and universities collaborate to solve regional or national agricultural problems. These 5-year, peer-reviewed projects leverage shared resources to tackle complex issues too large for a single state.

13. As shown in the table below, USDA has obligated the following award amounts to UMCP in recent fiscal years for these Capacity programs:

Table of FY22-FY25 Capacity Grant Awards

|  | FY2022 | FY2023 | FY2024 | FY2025 |
| --- | --- | --- | --- | --- |
| CAPACITY GRANT 1862 Smith-Lever Extension | $3,636,600 | $3,692,768 | $3,684,625 | $3,676,481 |
| CAPACITY GRANT Hatch Multistate | $942,392 | $953,250 | $961,112 | $960,941 |
| CAPACITY GRANT EFNEP | $930,504 | $937,192 | $937,192 | $937,232 |
| CAPACITY GRANT RREA | $46,448 | $46,449 | $46,368 | $20,958 |

7

| | | | | |
|---|---|---|---|---|
| CAPACITY GRANT AHDR | $31,148 | $29,687 | $28,837 | $27,425 |
| CAPACITY GRANT Hatch Regular | $2,322,200 | $2,345,655 | $2,330,313 | $2,322,067 |
| CAPACITY GRANT McIntire-Stennis Forestry | $309,754 | $325,092 | $308,779 | $339,249 |

**Competitive Grants**

14.    I am aware that UMCP regularly applies for and receives competitive grants from several USDA agencies and programs. USDA grants provide funding to assist public universities in agricultural research, education, and extension programs. UMCP has applied for and received funds from the following USDA agencies in FYs 22-25:

| Sponsor | FY 2022 | FY 2023 | FY 2024 | FY 2025 | Total |
|---|---|---|---|---|---|
| USDA-Agricultural Research Service | $4,271,363 | $3,149,061 | $5,886,012 | $3,796,374 | $17,102,811 |
| USDA-Animal and Plant Health Inspection Service | $1,517,733 | $5,568,173 | $2,389,892 | $756,412 | $10,232,210 |
| USDA-Economic Research Service | $0 | $49,947 | $30,000 | $0 | $79,947 |
| USDA-Farm Service Agency | | | $146,500 | $80,000 | $226,500 |
| USDA-Food Safety and Inspection Service | $295,000 | $0 | | | $295,000 |
| USDA-Foreign Agricultural Service | $0 | $249,394 | | | $249,394 |
| USDA-Forest Service | $396,965 | $1,268,557 | $1,349,552 | $91,290 | $3,106,364 |
| Competitive Awards USDA-National Institute of Food and Agriculture | $7,954,213 | $6,322,820 | $19,186,755 | $8,006,424 | $41,470,212 |
| Capacity Awards USDA-National Institute of Food and Agriculture | $8,219,046 | $8,330,093 | $8,297,226 | $8,284,353 | $33,130,718 |
| USDA-Natural Resources Conservation Service | $80,000 | $213,251 | $1,482,602 | $2,280,298 | $4,056,151 |
| USDA-Risk Management Agency | $32,163 | $0 | | | $32,163 |
| Grand Total | $22,766,483 | $25,151,297 | $38,768,539 | $23,295,150 | $109,981,469 |

15.    To date, UMCP has 150 active USDA awards, including capacity awards, with a sum obligated amount of $118,081,774.

8

16.    To date in FY 2026, UMCP submitted 103 proposals for a total request of $70,145,393.

17.    In addition to using USDA funds themselves, recipients may pass USDA funds through to subrecipients for the same purposes. UMCP has 30 currently active awards with 77 subaward agreements with funding originating from USDA agencies. This represents 13 percent of USDA funding obligated to subrecipients.

18.    In 2025, 95 percent of grower participants found UME's poultry programming beneficial to their farming operations, reporting income increases of $2,450 to $5,200, with an average increase of $3,600 per flock, as a result of UME programs. In 2025, UME programming supported the recertification of 33 pesticide applicators (32 from Maryland and 1 from Delaware), ensuring compliance with state requirements and continued authorization to use pesticides. Based on Washington State University's estimates of the annual economic value of certified applicators, this work represents an estimated $441,078 in economic benefit.

19.    Funding for UME's Dietary Approaches to Stop Hypertension (DASH)-Plus program enables UME to address the critical public health challenge of hypertension among older adults by improving dietary behaviors, raising fruit intake adherence from 55 percent to 80 percent, and significantly reducing systolic blood pressure, with additional gains in vegetable and fish consumption. The Expanded Food and Nutrition Education Program empowers limited-income families with children and youth to make diet and physical activity-related behavior changes to facilitate healthy lifestyles and reduce chronic disease. Results from the 2024 report indicate that 92 percent of adult participants improved diet quality behaviors, 73 percent of youth improved diet quality behaviors, and 69 percent of adults improved physical activity behaviors.

**Funding Conditions**

20.    I am aware of the December 31, 2025, Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins stating that all USDA awards would be subject to the USDA General Terms and Conditions ("GT&Cs") and that the GT&Cs "implement several of USDA's policy priorities."

21.    As of March 11, 2026, UMCP has received the following awards expressly incorporating the GT&Cs below:

    a.    Award No. 2021-49400-35619; Amendment #3 received 02/26/2026.

    b.    Award No. NI26SLBCXXXXG036;  NIFA Capacity Award Amendment 0001 received 3/4/2026.

    c.    Award No. 2021-41520-35266; Amendment #7 received 03/06/2026.

    d.    Subaward No. RES605656 from Case Western Reserve University; Prime USDA Award No. 2026-67017-46014 received 03/09/2026.

    e.    Award No. 2020-38500-32716; Amendment #2 received 3/11/2026.

22.    Condition 12.2 requires grant recipients to "comply, and certif[y] that [recipients] will comply, with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal award. . . ." ("Policy Condition").

23.    Condition 13.5 states that "[n]o funding shall be used to promote gender ideology." The GT&Cs do not further define the term "gender ideology" or what conduct would constitute "promotion." ("Gender Ideology Condition").

24.    Condition 13.8 states that "[n]o funding shall be directed towards educational programs that deprive women and girls of athletic opportunities. No funding shall be directed towards male competitive participation in women's sports." ("Sports Condition").

10

25.     Condition 13.10 states that "[n]o funding shall be directed towards programs that allow illegal aliens to obtain taxpayer-funded benefits, provide public resources to meet the needs of illegal aliens, or provide incentives for illegal immigration by demonstrating the availability of public benefits." ("Immigration Condition").

26.     In my years with UMCP, I am not aware of UMCP staff ever being required to comply with substantially similar funding conditions.

27.     UMCP operates its programs in compliance with Federal anti-discrimination laws and regulations.

28.     UMCP does not knowingly provide direct services to individuals who have not lawfully immigrated to the State.

29.     UMCP is uncertain what specific requirements USDA intends to impose through the conditions referenced above ("Challenged Conditions").

30.     If UMCP does not reasonably believe it understands the conditions of a grant, my understanding is that UMCP cannot certify compliance with the conditions.

31.     If UMCP is unable to comply with USDA's new funding conditions, it would be unable to receive FY2026 funds, depriving UMCP of approximately $188 million, frustrating its ability to maintain the critical programs above.

32.     Alternatively, if UMCP adopts the broadest reading of the Challenged Conditions, the compliance burden would be significant. UMCP has adopted civil rights compliance processes, including maintaining Title VI and Title IX compliance offices. To the extent the Challenged Conditions require revised or additional processes, UMCP would bear the burden of developing that infrastructure. Moreover, if construed to literally require recipients to ensure they never confer any "benefit" on any "illegal alien," the Immigration Condition would impose a practically

11

impossible task. Where UMCP conducts research that improves public resources available to all, down to foods purchased from the local farmer's market, it would require immense resources to ensure that no "illegal alien" enjoyed those benefits. UMCP would better serve its mission of educating the leaders of tomorrow, serving the public good, stewarding a healthy planet, feeding and nourishing communities, and building a sustainable tomorrow by putting those resources towards developing educational and experiential opportunities and investing in cutting-edge research facilities.

33. Moreover, compliance with "policies" that erase the existence of transgender people would violate civil rights laws applicable to Maryland entities, such as UMCP.

34. UMCP does not have an alternative source of funding that could cover the loss of grants discussed above. If UMCP cannot access federal funds, UMCP will not have funds to immediately cover, at minimum, approximately seven unique capacity programs and numerous research projects funded by the grants. This, in turn, will result in terminated research projects, potential layoffs, loss of economic stimulus, harm to local farms, and harm to vulnerable residents in the state of Maryland.

35. For instance, the Expanded Food and Nutrition Education Program will not be offered to low-income families with children and youth without effective interventions of diet and physical behaviors, leading to increased obesity, chronic disease, and adverse health outcomes. Critical 4-H Youth Development educational programs, club activities, fundraising, and afterschool programs will not be offered. Without the funding, UME will need to lay off those funded by the USDA and reduce its capacity to conduct agricultural field trials and translate research into education. The loss of extension programs would have substantial impacts on Maryland's agricultural industry. Maryland law mandates nutrient management plans for

12

producers exceeding threshold acreage and fertilizer application levels; without extension support and outreach, compliance assistance would diminish, increasing the risk of regulatory violations and enforcement actions, especially for small, new, urban, certain rural areas, and Anabaptist farmers. Similarly, pesticide applicators already face constraints in accessing continuing education units ("CEU"s) required for licensure. Reduced Extension-delivered training would exacerbate CEU access gaps, escalating the risk of improper pesticide use, lapses in licensure, and associated environmental and public health liabilities. Operationally, diminished extension capacity would slow the identification and management of emerging pests and diseases, delaying the dissemination of science-based intervention methods for commercial horticulture, vegetable, fruit, crop, and animal producers. This lag would increase crop losses, reduce yield optimization, and increase production costs, thereby compressing farm profit margins and weakening overall sector profitability. The reduced adoption of research-based practices would also impede progress in mitigating nutrient runoff, improving soil health, achieving water quality compliance, and implementing conservation practices—areas central to Maryland's Chesapeake Bay restoration commitments and broader environmental performance standards. These effects would undermine both the agricultural industry's resilience and the state's environmental and economic policy objectives.

36.    The longer UMCP cannot access USDA funding, the greater the risk that additional programs will be interrupted or terminated.

37.    Losing these USDA grants would severely obstruct and undermine UMCP's mission even if the funding were restored at a later date.

13

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 20, 2026 in College Park, Maryland.

Patrick G. O'Shea, Ph.D.

14