**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 35

## <u>DECLARATION OF JULIE FLETCHER, SNS</u>

I, Julie Fletcher, pursuant to 28 U.S.C. § 1746, hereby declare:

1.  I am over the age of 18. I know the following facts based on my own personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth below.

2.  I am the Executive Director at the Maryland State Department of Education (MSDE), Office of School and Community Nutrition Programs (OSCNP). My job duties include providing leadership and management of the federal and state nutrition programs to ensure quality meals are served to students and adults in the state of Maryland. Responsibilities also involve the interpretation of and compliance with federal and state regulations and policies established by the United States Department of Agriculture (USDA), the Maryland State Legislature, the State Board of Education, and the Maryland State Department of Education. I supervise thirty employees and a budget of over $400 million dollars. I ensure the fiscal integrity of budgets and reports, oversee compliance monitoring for all agencies and operators of the nutrition programs, training and technical assistance, as well as grant management.

3.  I have been employed by MSDE since November 2022, and I have served as Executive Director since November 2022. Before starting at MSDE I served as a School Food Services Director in Texas for over 30 years. My last position as a district director was with the Dallas Independent School District in Dallas, Texas.

### <u>Background</u>

4.  Maryland State Department of Education (MSDE). The mission of MSDE is to ensure access to healthy meals for students, children, and certain adult populations throughout Maryland by

maximizing participation in the federal and State nutrition programs and initiatives administered by this office.

5.  As the primary grantee of the National School Lunch Program, School Breakfast Program, Child and Adult Care Food Program, Summer Food Service Program, Fresh Fruit and Vegetable Program, Special Milk Program, and USDA Foods (together, the "Child Nutrition Programs")] in Maryland, MSDE administers a wide range of programs meant to ensure Maryland's children are provided with adequate nutrition.

6.  As part of my regular job duties, I oversee federal grant managers who manage the Child Nutrition Programs. I have reviewed past and present award documents for these grants that were issued to MSDE and am familiar with their contents.

**Maryland's Annual Receipt of Child Nutrition Programs Funds**

7.  The U.S. Department of Agriculture (USDA) administers the Child Nutrition Programs through its sub-agency, the Food Nutrition Service (FNS).

8.  In total, FNS has obligated the following grant amounts to Maryland in recent fiscal years:

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | $239,674,986.51 | $254,191,077.99 | $268,413,032 |
| School Breakfast Program | $87,199,078.26 | $91,488,010.24 | $94,925,485 |
| Special Milk Program | $282,263.78 | $175,949.06 | $165,322 |
| Child and After Care Food Program | $65,425,059.12 | $59,375,347.21 | $59,097,930 |
| Fresh Fruit and Vegetable Program | $4,519,747 | $4,792,067 | $4,386,713 |
| Summer Food Service Program | $22,693,219.78 | $79,622,644.50 | $18,478,139 |
| Seamless Summer Options | N/A | N/A | N/A |
| Summer Electronic Benefit Transfer for Children Program | N/A | N/A | N/A |
| Total Contributed from Federal Grants Listed Above | $419,794,354.45 | $489,645,096.00 | $445,466,621.00 |

2

| | | | |
|---|---|---|---|
| Total Contributed from State Funds | $16,434,778.00 | $20,522,227.00 | $20,572,235.00 |
| MSDE's Federal Fund Total Budget | $1,477,207,427 | $1,559,910,104 | $1,561,731,306 |
| Percent of MSDE Budget from Federal Grants Listed Above | 28.42% | 31.39% | 28.53% |

9. The programs funded by these grants are essential to fuel development and learning for children. The benefits associated with the food provided by these programs are many and include improved nutrition and health, improved long-term educational attainment, healthier eating habits, and decreased absenteeism, tardiness, and disruptions in class.

10. Participation in these programs is widespread, benefitting 887,439 children in Maryland. The table below reflects average participation per day in each of the programs:

| | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | 378,266 | 414,019 | 425,715 |
| School Breakfast Program | 203,986 | 230,050 | 228,517 |
| Child and Adult Care Food Program (ADP for lunch only) | 23,381 | 23,046 | 22,259 |
| Summer Food Service Program | 80,816 | 190,571 | 83,617 |

11. 1,437 schools in 42 districts participate in at least one of the Child Nutrition Programs in Maryland.

12. Over 500,000, or almost 56%, of Maryland students qualify for free and reduced-price school meals. This school year, 720 schools state-wide are participating in the Community Eligibility Program, providing free breakfast and lunch to all students enrolled in those schools.

13. Beyond the benefits provided to children, the Child Nutrition Programs stimulate the local food economy. According to the 2023 USDA Farm to School Census, $145,986,637 was spent on local foods by Maryland schools in the school year 2022-2023. Under the Local

3

Food for Schools grant program, Maryland LEAs spent $2,063,167 between December 2023 and December 2025 on local foods.

14. In addition to the funds directly supporting the Child Nutrition Programs, which are primarily in the form of reimbursements, MSDE OSCNP has also applied for and received other USDA grants that complement and support the Child Nutrition Programs. Please see Appendix A, below.

15. MSDE also receives funds from USDA to administer the Child Nutrition Programs. In fiscal year 2025, MSDE OSCNP received $7,219,876 from USDA. This money goes towards staff salaries to administer the program, oversee the reimbursement system, conduct compliance monitoring, training, financial management, and software vendor contracts.

16. On February 20, 2024, MSDE renewed the Federal-State Agreement with FNS governing "Child Nutrition and Food Distribution Programs." FNS-74 ("Agreement"). The Agreement provides that it is effective until "terminated in accordance with the program statutes, program regulations and guidance.". The Agreement provides: "The State agency will comply with [applicable] program statutes and program regulations…. The State agency also will comply with any FNS instructions, policy memoranda, guidance, and other written directives interpreting the program statutes and program regulations applicable to those programs." As to future changes, the Agreement stated, "[b]y continuing to operate the covered programs after the enactment or issuance of any [applicable] changes or new statutes, or regulations… changed or new instructions, policy memoranda, guidance and other written directives interpreting these statutes or regulations, the State agency agrees to comply with them."

17. If these funds were withheld, MSDE would face an immediate budget shortfall which if not

4

remedied would result in laying off at least 30 staff, an inability for school districts and agencies to continue providing food sufficient to feed the children and adults who rely on it, which would effectively stop these meal programs. The programs funded by these specific grants are described further below.

**National School Lunch Program**

18. I am familiar with the National School Lunch Program (NSLP). The NSLP provides funding to assist States to provide school lunches that meet nutritional standards.

19. NSLP funding is administered in Maryland by the Maryland State Department of Education (MSDE). Because NSLP is a mandatory entitlement, each State is entitled to reimbursement based on the number of meals served. Schools receive federal aid in the form of cash reimbursements for every lunch they serve that meets federal nutritional requirements, with the formula providing higher reimbursement for free and reduced-price meals served to eligible students. Eligibility is based on income eligibility and categorical eligibility which is based on participation in other programs (e.g., SNAP, Medicaid).

20. Maryland has received NSLP funds since 1946.

21. In Maryland, NSLP is administered by school districts who operate the lunch program. MSDE distributes federal funds to the school districts.

22. The districts submit monthly claims for reimbursement to MSDE based on the number and category of meals they serve each month.

23. MSDE receives funding from USDA in quarterly allotments which are then drawn down to pay the districts for their reimbursable monthly meal expenses. MSDE received its last quarterly allotment in the second week of January 2026 and is expecting its next quarterly allotment in the second week of April 2026.

**School Breakfast Program**

24. I am familiar with the School Breakfast Program (SBP). The SBP provides funding to assist States to provide school breakfast that meets nutritional standards.

25. SBP funding is administered in Maryland by MSDE.

26. Like NSLP, SBP is a mandatory entitlement, and Maryland is entitled to reimbursement based on the number of meals served. SBP eligibility and reimbursement rates work the same as they do in NSLP.

27. Maryland has received SBP funds since at least 1975.

28. In Maryland, SBP is administered by school districts who operate the breakfast program. MSDE distributes federal funds to the school districts.

29. The districts submit monthly claims for reimbursement to MSDE based on the number and category of meals they serve each month.

30. The quarterly allotments MSDE receives from USDA cover SBP reimbursement.

**Special Milk Program**

31. I am familiar with the Special Milk (SMP). The SMP provides funding to reimburse States that provide milk to children in schools and childcare institutions that do not participate in other child nutrition meal service programs, or children in half-day programs that do not have access to the school meal programs.

32. SMP funding is administered in Maryland by MSDE.

33. Like NSLP, SMP is a mandatory entitlement, and Maryland is entitled to reimbursement based on the number of half-pints of milk served. SMP eligibility and reimbursement works the same as it does for NSLP.

34. Maryland has received SMP funds since 1954.

6

35. In Maryland, MSDE distributes SMP federal funds to participating schools and institutions.

36. Participating agencies submit monthly claims for reimbursement to MSDE based on the number and category of half-pints of milk served each month.

37. The quarterly allotments MSDE receives from USDA cover SMP reimbursement.

### Child and Adult Care Food Program

38. I am familiar with the Child and Adult Care Food Program (CACFP). The CACFP provides funding to reimburse States that provide nutritious meals and snacks to eligible children and adults. CACFP provides nutrition to childcare centers, family day care homes, "at-risk" after school care programs, emergency shelters, and adult day health care centers.

39. CACFP funding is administered in Maryland by MSDE.

40. CACFP funds are a formula reimbursement based on the number of meals and snacks served. CACFP eligibility and reimbursement rates work the same as they do in NSLP

41. Maryland has received CACFP funds since 1968.

42. In Maryland, CACFP is administered by MSDE which distributes federal funds to qualifying programs.

43. Qualifying programs submit monthly claims for reimbursement to MSDE based on the number and category of meals and snacks they serve each month.

44. The quarterly allotments MSDE receives from USDA cover CACFP reimbursement.

### Summer Food Service Program

45. I am familiar with the Summer Food Service Program (SFSP). SFSP provides children 18 years of age and younger with free, healthy meals over the summer months when they no longer have access to school meals. Meal sites include schools and other community locations, from parks to summer camps.

46.  Last summer, there were 37 sponsoring organizations supporting more than 1,400 meal sites across the state. On average, 78,351 kids received a meal daily, with 3,599,990 million meals being served in total.

47. SFSP funding is administered in Maryland by MSDE.

48. SFSP meals are reimbursed by USDA based on the source of the meals (prepared by the organizations, or purchased from a vendor), as well as the location of the site.

49. Maryland has received SFSP funds since 1968.

50. In Maryland, SFSP is administered by MSDE which distributes federal funds to SFSP sponsors.

51. Sponsoring organizations submit monthly claims for reimbursement to MSDE based on the number and category of meals and snacks they serve each month.

52. The quarterly allotments MSDE receives from USDA cover SFSP reimbursement.

### Fresh Fruit and Vegetable Program

53. I am familiar with the Fresh Fruit and Vegetable Program (FFVP). FFVP provides funding to make fresh fruits and vegetables available in elementary schools.

54. FFVP funding is administered in Maryland by MSDE.

55. FFVP funds are provided to the states based on a percentage of overall FFVP funds available.

56. Maryland has received FFVP funds since at least 2008.

57. In Maryland, FFVP is administered by MSDE which distributes federal funds to school districts.

58. School districts submit monthly claims for reimbursement to MSDE based on the number and category of FFVP snacks they serve each month.

59. The annual allotment MSDE receives from USDA covers FFVP reimbursement.

8

**Harms to the State Caused by USDA's Funding Condition**

60. I am aware of the December 31, 2025, Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins stating that all USDA awards would be subject to the December 31, 2025, USDA General Terms and Conditions (the "2026 Conditions") and that the 2026 Conditions "implement several of USDA's policy priorities."

61. The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context.

62. In my years with MSDE, I am not aware of MSDE staff ever being required by USDA to certify MSDE's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am unaware of MSDE staff ever being required by USDA to certify that funds were not "used to promote gender ideology." I am also not aware of MSDE staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

63. MSDE is uncertain what specific requirements USDA intends to impose through the 2026 Conditions.

64. MSDE operates its programs in compliance with Federal anti-discrimination laws and regulations.

9

65. If MSDE is unable to certify compliance to USDA's new funding conditions, it would be unable to receive FY2026 funds, depriving MSDE of approximately $460,000,000 of USDA funding, frustrating its ability to maintain the critical programs above.

66. Alternatively, in order to comply with any understanding of the 2026 Conditions that differs from existing Federal anti-discrimination laws and regulations, the compliance burden would be significant. MSDE has adopted civil rights compliance processes, including maintaining Title VI and Title IX compliance offices. To the extent the Challenged Conditions require revised or additional processes, MSDE would bear the burden of developing guidelines, training employees, and building that infrastructure. Moreover, if construed to literally require recipients to ensure they never confer any "benefit" on any "illegal alien," the Immigration Condition would impose a practically impossible task.

67. MSDE does not have an alternative source of funding that could immediately cover the loss of grants discussed above. If MSDE cannot cover the loss of federal funds, MSDE will not have funds to continue the Child Nutrition Programs. Children in schools and childcare centers would be denied the nutritional meals and snacks on which they have been able to rely for years. The loss of these meals would harm our students' health and ability to learn during the school day. According to the CDC - students who participate in school meals, "...consume more whole grains, milk, fruits, and vegetables during mealtimes—and have better overall diet quality—than nonparticipants. And eating breakfast at school is associated with better attendance rates, fewer missed school days, and better test scores." It would also increase food insecurity in children during out of school time, including at after school tutoring and events, and during the summer months. Loss of funding would also reduce food assistance targeted to rural families, as provided in the Sun Meals To-Go program. Loss of

10

funding would also increase food insecurity among the low income, elderly population and adults with disabilities who receive meals via CACFP at adult day care centers. Emergency Shelters who provide care to children would lose the ability to provide food assistance by removing their access to the CACFP.

68. The loss of funds would also negatively impact our local economy. Farmers, food distributors, and others would see a reduction in sales to schools.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 12, in Baltimore, Maryland.

_Julie Fletcher_

Julie Fletcher, SNS

11

<u>Information for Item 15 - Grants Received (Over the Past Five Years)</u>

**Local Food for Schools Cooperative Agreement**

According to the USDA, the goal of this grant is to establish cooperative agreements with state governments for the purpose of purchasing domestic, locally grown foods from local producers, small businesses, *and socially disadvantaged farmers/producers* for distribution to schools. MSDE provided sub-awards to LEAs for this purpose. MSDE also procured food hub aggregators to supply local produce directly to LEAs.  The period of performance is 11/15/22-6/30/26.  The grant award was $2,998,739.  This is a non-competitive grant.

**Farm to School State Formula Grant**

According to the USDA, the grant funding will support State agency efforts to coordinate and provide technical assistance to build and increase the capacity of participating institutions to procure and use local foods in program meals as well as provide agricultural education opportunities for participating children.  Towards this goal, MSDE is developing an online ordering and fulfillment system for the procurement of local foods in school meals. The grant award was $1,114,114. The period of performance is 9/30/22 -9/30/26 (a 9/30/27 grant extension request is pending). This is a non-competitive grant.

**Team Nutrition Grant**

According to the USDA, the purpose of the FY 2021 Team Nutrition Training Grant for School Meal Recipe Development (Cohort B) was to build State capacity and sustainable infrastructure to develop, standardize, prepare, test, and menu recipes for the School Meal Programs that incorporate local agricultural products and appeal to students' taste preferences. MSDE awarded subgrants to LEAs for their participation, procured chef trainers, and developed four standardized recipes and resources for use in school meals. The period of performance was 9/1/2021 - 6/30/25. The grant award was $300,000. This was a competitive grant.

**2026 Patrick Leahy Farm to School Grant Program**

According to the USDA, the primary objective of this grant funding is to improve access to local foods in eligible child nutrition program (CNP) sites through comprehensive farm to CNP programming that includes local sourcing and agricultural education efforts. MSDE proposes to introduce farm to school (F2S) to child/family operators participating in the Child and Adult Care Food Program (CACFP). The project will also engage Summer Food Service Program (SFSP) operators, and non-profit private schools (NPPS) and residential childcare institutions (RCCIs) participating in the National School Lunch Program (NSLP) and School Breakfast

12

Program (SBP). The expected award date for the two year performance period is June 2026. The expected grant award is $500,000. This is a competitive grant.

**2021 Farm to School Grant Program**

According to the USDA these grant funds are designed to increase the availability of local foods in schools, and to help new farm to school programs get started or expand existing efforts. MSDE utilized the funds to conduct a farm to school environmental scan and sustainability study. The period of performance was 7/20/2021 - 12/30/23. The grant award was $96,766. This was a competitive grant.

**Child Nutrition Non-Competitive Technology Innovation Grant (nTIG)**
USDA funding is awarded to state agencies for the purposes of developing, improving, and maintaining automated information technology systems used to operate and manage child nutrition programs (i.e., National School Lunch Program, School Breakfast Program, Summer Food Service Program, and Child and Adult Care Food Program).

2023 nTIG award = $373,134
2024 nTIG award = $746,268
2025 nTIG award = $541,924

13