**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 36

## DECLARATION OF JOSH E. KURTZ

I, Josh E. Kurtz, pursuant to 28 U.S.C. § 1746, hereby declare:

1.    I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

### Background

2.    I am currently employed as the Secretary of the Maryland Department of Natural Resources (MD DNR). I have held this position since March of 2023.

3.    As Secretary, I am responsible for executing the mission and leading the staff for MD DNR in developing coordinated policies for the preservation, conservation, enhancement, wise use, and perpetuation of the natural resources of the State. I am also responsible for the day-to-day operations of the agency including its budget and finances.

4.    Prior to this role, I served as the Maryland executive director of the Chesapeake Bay Foundation for two years. I have also previously served as the policy and government relations director for The Nature Conservancy in Maryland for five years.

5.    I received a Masters of Public Policy from George Mason University in 2012 and a B.S. in Wildlife Ecology and Conservation from the University of Delaware in 2008.

6.    MD DNR receives substantial funding from the U.S. Department of Agriculture (USDA) to support a wide range of programs meant to preserve and protect Maryland's forests from threats such as wildfire, invasive pests, and diseases; to enhance overall environmental outcomes; and to promote Maryland's forest products economy.

7.    I am aware of USDA award documents issued to MD DNR and am familiar with their contents.

8.      In total, as of December 31, 2025, MD DNR has thirty-nine (39) open, active grants from USDA with a remaining balance in the amount of $18,569,072. This figure includes total grants from USDA's subagency, the U.S. Forest Service (USFS). Of those 39 open grants, 10 are formula-funded grants for MD DNR's core programs.

### MD DNR's Receipt of USFS Grants

9.      Each year MD DNR receives funding from USFS through several large, formula-funded grant programs. These are core grant programs that support essential services. They include the State Fire Capacity Program, Volunteer Fire Capacity Program, Forest Stewardship Program, Urban and Community Forestry Program, and Forest Legacy. MD DNR has also received significant non-formula funding from USFS in recent years as part of several infrastructure and jobs Acts. In recent fiscal years, USFS has awarded the following grant amounts to MD DNR within these programs:

|  | FFY 2023 | FFY 2024 | FFY 2025 |
|---|---|---|---|
| State Fire Capacity | $307,479.00 | $310,283.00 | $348,436.00 |
| Volunteer Fire Capacity | $177,520.00 | $178,042.00 | $177,947.00 |
| Forest Stewardship | $120,877.00 | $131,926.00 | $89,898.00 |
| Urban and Community Forestry | $760,266.00 | $577,733.00 | $293,000.00 |
| Forest Legacy | $90,000.00 | $50,000.00 | $50,000.00 |
| **Total from USFS Formula-funded Grants Listed Above** | $1,456,142.00 | $1,247,984.00 | $959,281.00 |

10.      The programs funded by these grants are vital to: protecting Maryland's forests from wildfire, invasive pests, and disease; providing technical and financial assistance to private forest landowners for managing working forests; strengthening urban and community forests for human health and reduced energy; advancing landscape-scale conservation priorities such as

Chesapeake Bay water quality and habitats; and supporting the State forest products economy.

11. Generally, State Fire Capacity grant funds are used to provide financial, technical, and related assistance to the Maryland Forest Service to address critical preparedness needs and hazard mitigation in connection with wildland firefighting. Volunteer Fire Capacity grant funds are used to provide financial, technical, and related assistance to local volunteer fire departments and their communities and to promote wildland fire suppression capabilities and enhance firefighter safety. Forest Stewardship grant funds are used to assist private forest landowners and the forest industry by providing education and resources for healthy forest management, sustainable timber harvest practices, land planning, and youth career training. Urban and Community Forestry grant funds are used to support and facilitate tree planting and tree care programs in urban areas and local communities. Legacy grant funds are used to identify and protect environmentally sensitive and important forests from conversion to non-forest uses through the acquisition of conservation easements. More detailed descriptions of each program are provided below.

12. If all USDA funds were withheld, MD DNR would have to terminate approximately 20 staff positions funded by USFS awards, 9 of which are funded through core USFS formula funded awards. MD DNR would have to drastically limit or discontinue: critical support to local fire departments; community tree planting programs; and support for Maryland's forest products economy. Loss of funding would jeopardize the health of Maryland's forest resources from threats such as wildlife, diseases, and pests, and accelerate the rate of forest loss within the State.

**State Fire Capacity Grant**

13. State Fire Capacity grants provide funding to assist the MD DNR Forest Service with critical preparedness needs and hazard mitigation. Critical preparedness needs include

firefighter safety, fire planning, firefighter training, and mobilization readiness for the efficient suppression and prevention of wildfires in Maryland. State Fire Capacity funding also promotes sustainable forest products economic development, interagency partnerships, and service excellence. State Fire Capacity grant funding is used to fund 5 staff positions within MD DNR.

14.    State Fire Capacity Grant funding is administered in Maryland by MD DNR.

15.    Because State Fire Capacity Grant Program grants are formula grants and not competitive grants, each State is entitled to a specific allocation. Each year, the State Forester receives a notification from USFS regarding its funding allocation, at which point MD DNR submits an application to receive the funds.

16.    MD DNR has applied for and received funds for the State Fire Capacity Grant Program for at least 40 years, since enactment of the Cooperative Forestry Assistance Act (CFAA) of 1978.

17.    As of December 31, 2025, MD DNR has three open State Fire Capacity Grant Program awards from FYs 2023, 2024, and 2025:

   a.   FY23: Original award of $307,479.00; balance of $0;

   b.   FY24: Original award of $310,283; balance of $48,273; and

   c.   FY25: Original award of $348,436; balance of $348,436. (Funds were not received until August 27, 2025. Staff are beginning to draw down these funds in SFY26 as FFY24 funds are depleted.)

18.    The incredible range of benefits from forests relies on maintaining the health of the trees and forest communities over time. The stresses endured by forests continuously change and requires adaptation of management actions. Traditional landscapes have more recently experienced altered fire regimes that demand widespread suppression capability and attention to

forest resilience to protect lives and property.

19.     State Fire Capacity Grant funding enables: 24/7 wildfire response in every county; equipment readiness for 17 fireplows throughout the State; staffing and resources for in-house fabrication and repair of specialized wildland firefighting equipment providing timely repair and savings over contracted costs; fire prevention education and outreach; wildfire training of 130 in-State volunteers and 240 regional volunteers; and surge response for National Wildfire Suppression. Maryland provides on average, 50-70 personnel and more than 20 pieces of heavy equipment for deployments to assist sister States and the United States in fighting wildfires outside of Maryland.

20.     Reduction or elimination of State Fire Capacity Grant funds will: restrict Maryland's ability to provide assistance outside of Maryland; result in significant staffing losses of key personnel with specialized training; lead to increased response times for wildfires, potentially threatening lives and property; require continued use of aging equipment, potentially risking staff and public safety; and limit MD DNR's ability to prevent and mitigate wildfire risks.

21.     MD DNR intends to apply for FY 2026 State Fire Capacity Grant funding as soon as Maryland's allocation is announced.

### Volunteer Fire Capacity Grant

22.     Volunteer Fire Capacity grants provide funding to assist States in providing financial, technical and related assistance for training and equipping rural volunteer fire departments.  Maryland passes nearly all of this federal funding through to local fire departments that serve a population of 10,000 or less within the fire district.  Volunteer Fire Capacity grant funding is used to fund 1 staff position within MD DNR.

23.     Volunteer Fire Capacity Grant funding is administered in Maryland by MD DNR.

24.     Because Volunteer Fire Capacity Grant Program grants are formula grants and not competitive grants, each State is entitled to a specific allocation. Each year, the State Forester receives a notification from USFS regarding its funding allocation, at which point MD DNR submits an application to receive the funds.

25.     MD DNR has applied for and received funds from the Volunteer Fire Capacity Grant Program for at least 40 years, since enactment of the CFAA of 1978.

26.     As of December 31, 2025, MD DNR has 3 open Volunteer Fire Capacity Grant Program awards from FYs 2023, 2024 and 2025:

   a.   FY 23: Original award of $177,520; balance of $0; and

   b.   FY 24: Original award of $178,042; balance of $813; and

   c.   FY 25: Original award of $177,947; balance of $156,830.  (Funds were not received until August 27, 2025. Staff are beginning to draw down these funds in SFY26 as FFY24 funds are depleted.)

27.     Rural fire departments in Maryland utilize these funds through a 50:50 match subaward up to $7,000 of which Volunteer Fire Capacity Grant funding provides up to $3,500 and the rural fire department provides the matching $3,500.  Recent awards have helped to fund off-road utility vehicles, personal protective equipment, hand tools, water handling appliances, chainsaws, and vehicle mounted fire suppression units.

28.     While MD DNR uses a small portion of Volunteer Fire Capacity Grant Program funds for administrative and other costs, Volunteer Fire Capacity Grant Program funds are primarily passed through to subgrantees, local volunteer fire departments. MD DNR distributes Volunteer Fire Capacity Grant Program funding to approximately 55 local fire departments through 55 subawards. In FY23, MD DNR issued 52 subawards for $149,320; in FY24 MD

DNR issued 55 subawards for $159,234; and in FY25 MD DNR anticipates issuing 55 subawards for $167,313.

29.     Volunteer Fire Capacity Grant funding provides matching grants so local fire companies can better respond to wildfires. Local fire departments are first responders to over 90% of wildfires. Effective early action is critical to keep fire sizes small. MD DNR and Maryland's local fire departments have been successful in keeping the current average size of a wildfire in Maryland to under 2 acres.

30.     Volunteer Fire Capacity Grant funding is used to: improve and maintain partnerships between MD DNR and rural fire departments; build and improve emergency response and wildfire fighting capacity;  provide wildland fire training;  and fund purchases of protective equipment, communications equipment, and other firefighting equipment such as water delivery systems and fire shelters.

31.     Reduction or elimination of Volunteer Fire Capacity Grant funding would be felt most in the State's rural communities where fire protection is almost entirely dependent on volunteer efforts. Rural fire departments could experience reduced levels of preparedness or potentially slower containment of wildfires, contributing to larger fires and increased risk to communities and resources. Funding for projects that have traditionally been funded through Volunteer Fire Capacity grants would become the sole responsibility of the rural fire department or their local jurisdiction. Rural fire departments often use this funding for purchase of personal protective equipment and upgrading suppression equipment.  Lack of adequate protective equipment or use of aging equipment has the potential to impact both firefighter and public safety.

32.     MD DNR intends to apply for FY 2026 Volunteer Fire Capacity Grant funding as

soon as Maryland's allocation is announced.

### Forest Stewardship Grant

33.     Forest Stewardship grants provide funding to assist States, forestry non-profit organizations, and private landowners in forest resource management and landowner education. Forest stewardship grant funds are used to provide assistance to bridge the gap between private the landowner's goal of commercial timber harvest and the State's interest in ensuring healthy forests and a stable timber supply.

34.     Forest Stewardship Grant funding is administered in Maryland by MD DNR.

35.     Because Forest Stewardship Grant Program grants are formula grants and not competitive grants, each State is entitled to a specific allocation. Each year, the State Forester receives a notification from USFS regarding its funding allocation, at which point MD DNR submits an application to receive the funds.

36.     MD DNR has applied for and received funds for the Forest Stewardship Grant Program for at least 40 years, since enactment of the CFAA of 1978.

37.     As of December 31, 2025, MD DNR has three (3) open Forest Stewardship Grant Program awards from FYs 2023, 2024, and 2025:

    a.  FY 2023: Original award of $120,877; balance of $40,846;

    b.  FY 2024: Original award of $131,926; balance of $87,509; and

    c.  FY 2025: Original award of $89,898; balance of $89,898.  (Funds were not received until August 27, 2025. Staff are beginning to draw down these funds in SFY26 as FFY24 funds are depleted.)

38.     Forest Stewardship grant funding is utilized to support the development of Forest Stewardship Plans on private property throughout Maryland, providing forest landowners with

detailed plans on how to manage their woodland to achieve their management goals. Forest Stewardship funds are used to: manage forests for resource benefits; broaden the range of forest resource conservation options available to private landowners; encourage resource planning prior to taking management actions; educate citizens about the value of forest resources; and encourage private landowners to practice forest stewardship, leaving the land and its resources in better condition for future generations.

39.    MD DNR facilitates logger and landowner training through MD/DE Master Logger, newsletters, workshops, webinars, and Call-Before-You-Cut advice, delivered to approximately 116 active Master Loggers, 4800 Branching Out subscribers, and new private forest landowners.

40.    In addition to using Forest Stewardship Grant Program funds themselves, MD DNR passes Forest Stewardship Grant Program funds through to subgrantees for the same purposes. MD DNR currently distributes Forest Stewardship Grant Program funding to the University of Maryland Extension and the Maryland Forestry Foundation through two subawards.

41.    Funds are used to support partnerships with the University of Maryland Extension for Forest Stewardship outreach and the Master Logger program in Maryland. Additionally, funds are provided to the Maryland Forestry Foundation for support of Maryland's Forest Boards and other MD DNR forestry initiatives. The Maryland Forestry Foundation is a 501(c)(3) non-profit organization dedicated to promoting sustainable forestry, protecting existing forests, and expanding tree cover across Maryland.

42.    Reduction or elimination of Forest Stewardship Grant funding will result in less healthy and less sustainable forests, less support for Maryland's forest products economy, and less support for private forest landowners.

43. MD DNR intends to apply for FY 2026 Forest Stewardship Grant funding as soon as Maryland's allocation is announced.

## Urban and Community Forestry Grant

44. Urban and Community Forestry grants provide funding to assist States in tree planting, forestry technical assistance, and forestry education projects that strengthen Maryland's urban forests. Urban and Community Forestry grant funding is used to fund 2 staff positions within MD DNR.

45. Urban and Community Forestry funding is administered in Maryland by MD DNR.

46. Because Urban and Community Forestry Grant Program grants are formula grants and not competitive grants, each State is entitled to a specific allocation. Each year, the State Forester receives a notification from USFS regarding its funding allocation, at which point MD DNR submits an application to receive the funds.

47. MD DNR has applied for and received funds for the Urban and Community Forestry Grant Program for at least 40 years, since enactment of the CFAA of 1978.

48. As of December 31, 2025, MD DNR has 3 open Urban and Community Forestry Grant Program awards from FYs 2023, 2024, and 2025:

    a. FY 23: Original award of $760,266; balance of $309,209; and

    b. FY 24: Original award of $577,733; balance of $234,764; and

    c. FY 25: Original award of $293,000; balance of $293,000. (Funds were not received until August 27, 2025. Staff are beginning to draw down these funds in SFY26 as FFY24 funds are depleted.)

49. In addition to using Urban and Community Forestry Grant Program funds themselves, MD DNR passes Urban and Community Forestry Grant Program funds through to

subgrantees for the same purposes. MD DNR currently distributes Urban and Community Forestry Grant Program funding to the Maryland Forestry Foundation and the Maryland Urban and Community Forestry Council through two subawards. The Maryland Forestry Foundation is a 501(c)(3) non-profit organization dedicated to promoting sustainable forestry, protecting existing forests, and expanding tree cover across Maryland.

50.     The Urban and Community Forestry program funds forestry technical assistance and volunteer coordination for the large and small communities where 78% of Marylanders live. They help identify new threats, quantify costs and benefits to inform investments in tree canopy, and convey why they should hire arborists, train staff, and plan for long-term tree care. A volunteer coordinator and regional tree specialist provides the community forestry expertise to make volunteer and local efforts successful. In 2024, in partnership with the Maryland Urban and Community Forestry Committee, grant funding supported approximately 36,000 volunteer hours for tree planting, care, and education in every Maryland county. Fifty-four communities achieved Tree City recognition and over 50,000 trees were planted.

51.     Reduction or elimination of Urban and Community Forestry Grant funding will result in less financial and administrative support for local communities, non-profit organizations, and volunteers; less education and outreach to promote forestry career paths; and fewer trees planted, generally resulting in worse environmental outcomes.

52.     MD DNR intends to apply for FY 2026 Urban and Community Forestry Grant funding as soon as Maryland's allocation is announced.

**Forest Legacy Grant**

53.     Forest Legacy grants provide funding to assist States in conserving and protecting important forest areas threatened by conversion to non-forest uses through the use of fee-

simple land purchases and permanent conservation easements. Forest Legacy grant funding is used to fund 1 staff position within MD DNR.

54.    Forest Legacy Grant funding is administered in Maryland by MD DNR.

55.    Because the Forest Legacy Grant Program grants are formula grants and not competitive grants, each State is entitled to a specific allocation. Each year, the State Forester receives a notification from USFS regarding its funding allocation, at which point MD DNR submits an application to receive the funds.

56.    MD DNR has applied for and received funds from the Forest Legacy Grant Program for at least 30 years, since the establishment of the USFS Forest Legacy Program in 1990.

57.    As of December 31, 2025, MD DNR has 3 open Forest Legacy Grant Program awards from FYs 2023, 2024, and 2025:

  a.  FY 23: Original award of $90,000; balance of $55,020;

  b.  FY 24: Original award of $50,000; balance of $16,762; and

  c.  FY 25: Original award of $50,000; balance of $25,530.

58.    The Forest Legacy Program in Maryland focuses on protecting environmentally sensitive privately owned forests that provide timber, wildlife habitat and water filtration from being converted into non-forest uses. The Forest Legacy Program in Maryland is currently protecting 2,014 acres on 9 tracts throughout Maryland. In Harford County, Maryland, MD DNR, in partnership with the Boy Scouts of America, used Forest Legacy grant funds to permanently protect the Broad Creek Memorial Scout Reservation, ensuring outdoor education for future generations

59.    Reduction or elimination of Forest Legacy Grant funding will result in the loss of funding to protect valuable, sensitive forest areas that could have been protected from

development, generally resulting in worse environmental outcomes and preventing future generations from enjoying forest areas.

60.    MD DNR intends to apply for FY 2026 Forest Legacy Grant funding as soon as Maryland's allocation is announced.

**Harms to the State Caused by USDA's New Funding Conditions**

61.    I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and mutual interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

62.    On February 17, 2026, MD DNR received a document titled, "Feb. 17, 2026, Guidance for FY26 Infrastructure Investment and Jobs Act (IIJA) State Forest Action Plan (SFAP) Implementation Grant Applications", expressly incorporating the 2026 Conditions and advising MD DNR that all other new FY26 awards will incorporate the 2026 Conditions.

63.    I am not aware of MD DNR staff ever being required by USDA to certify MD DNR's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am also not aware of MD DNR staff ever being required by USDA to

verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

64. MD DNR operates its programs in compliance with Federal anti-discrimination laws and regulations.

65. My understanding is MD DNR is uncertain what specific requirements USDA intends to impose through the 2026 Conditions and therefore may be unable to certify compliance with USDA's 2026 Conditions.

66. In order to comply with any understanding of the 2026 Conditions that differs from existing Federal anti-discrimination laws and regulations, MD DNR would require additional resources, including time and funding, to establish new guidelines and train employees on how to comply with the 2026 Conditions.

67. For example, MD DNR does not know, and is not able to verify, whether any illegal aliens in Maryland benefit from its USFS-funded programs, including in the areas of wildfire protection, urban forestry improvements, and forest health, which accrue broadly to all Marylanders.

68. If MD DNR is unable to comply with USDA's new funding conditions, the State would be unable to receive FY2026 USFS funds, frustrating its ability to maintain the critical programs described above.

69. MD DNR does not have any other appropriation in its budget that could cover the loss of the grants discussed above. If MD DNR cannot access USFS funds, MD DNR will not have funds to immediately cover all of the aforementioned program functions. This, in turn, will result in increased risks to public safety, worse environmental outcomes, reductions in services, loss of specialized personnel, diminished public participation in forestry, and diminished public

confidence in MD DNR.

70.     Losing these USFS grants would severely obstruct and undermine MD DNR's mission even if the funding were restored at a later date.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this ___24___ day of March, 2026 in Annapolis, Maryland.

Josh E. Kurtz, Secretary

Department of Natural Resources