**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 38

## DECLARATION OF PUTHIERY VA

I, Puthiery Va, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

### Background

2.      I am the Director of the Maine Department of Health and Human Services' Maine Center of Disease Control and Prevention (Maine CDC) and meet the qualifications required by Title 22 M.R.S. § 20 (1).

3.      I have been employed by Maine CDC since August 28, 2023. Before starting at Maine CDC, I worked as a board-certified physician in internal medicine with more than 10 years' experience in providing primary care and epidemiological work after graduating with a medical degree from the University of New England College of Osteopathic Medicine and completing my residency, later serving as Chief Medical Resident at the Jacobi Medical Center in New York, New York.

4.      Maine CDC is an office within Maine DHHS, which aims to protect and promote the health and well-being of Maine people. This mission is achieved by promoting healthy behaviors and educating the community about public health and providing access to evidence-based, competent, high-quality care, among other objectives.

5.      Maine DHHS is the primary grantee of WIC funding for Maine, authorized under 22 M.R.S. § 1951 to administer the Maine WIC Program to extend and improve its services for promoting the health of mothers and children, especially in rural areas suffering from severe economic distress.

6.     I have reviewed past and present WIC award documents issued to Maine and am familiar with their contents.

## Maine's Annual Receipt of WIC Funding

7.     USDA has allocated the following amounts of WIC funding to Maine DHHS in recent fiscal years:

| FY 2023 | FY 2024 | FY 2025 | FY 2026 |
|---|---|---|---|
| $18 million | $20 million | $20 million | $21 million |

8.     WIC funds are disbursed by USDA quarterly. WIC received award documents from USDA indicating the amount of its WIC Funding for FY2026 in January 2026.

9.     These funds are used to support eight local agencies by providing nutritious supplemental food to low-income pregnant and postpartum women, infants and children up to age five years old who are at nutritional risk; nutrition education; promoting breastfeeding and supporting breastfeeding needs; and referrals to other health care and social services.

10.     Each year, Maine has approximately 28,153 participants enrolled in WIC programs, further divided as follows: 11,099 children; 3,821 women; and 3,863 infants as of January 2026. 86% of WIC participants initiated breastfeeding and 53% remained breastfeeding for the first three months of the child's life. More than 77% of Maine's eligible population enrolled in the WIC Program.

## Harms to the State of Maine Caused by USDA's New Funding Conditions

11.     I am aware that USDA issued new General Terms and Conditions, with an effective date of December 31, 2025, that purport to apply to all of USDA's grants and cooperative agreements (the "Conditions"). The Conditions require funding recipients to certify

compliance "with all applicable Federal anti-discrimination laws, regulations, and *policies* for the duration of the Federal awards," including two of President Trump's Executive Orders. The Conditions do not define or identify the applicable "policies" to which the recipient must certify. Among other things, the Conditions also prohibit the recipient from directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The Conditions do not define what constitutes a "benefit[]" in this context.

12. If these Conditions are incorporated or applied to any Notice of Award or Extension, the harms described in Paragraphs 18 and 19 below would result.

13. Maine CDC does not understand what is required of it under the Conditions.

14. In my years with Maine CDC, I am not aware of Maine CDC staff ever being required by USDA to certify Maine CDC's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving WIC funding. I am also not aware of Maine DHHS staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefi[t]" as a result of its WIC programs. I am aware that, under 7 C.F.R. § 246.7(c)(3), state agencies have the *option* to limit participation to United States citizens, nationals, and qualified aliens, but are not required to do so.

15. Maine CDC operates its programs in compliance with Federal anti-discrimination laws and regulations.

16. If the Conditions apply to Maine DHHS WIC funding, my understanding is that Maine CDC may be unable to certify compliance with them.

17. Moreover, compliance with "policies" that erase the existence of transgender people would violate civil rights laws in the State of Maine. *See, e.g.*, 5 M.R.S. § 4360(1).

18. If the State of Maine is unable to receive or spend FY2026 WIC funds, the loss of

critical benefits to such a large percentage of Maine's mothers and children would cut off vital nutrition, formula and health services: in 2025 alone, 28,153 Mainers received WIC benefits, which include required health checkups, education on nutrition and breastfeeding that supports health for infants, pregnant and postpartum women, and children up to age 5 years. Because WIC funds also directly boost Maine's economy, with WIC Participants spending nearly $20 million in WIC food benefits each year in Maine stores and $116,405 at Maine's farmer's markets, considerable revenue to those stores and farmers markets would be reduced if WIC benefits are also cut off.

19.     In addition to the negative outcomes listed in Paragraph 18 above, Maine CDC does not have any other appropriation in its budget that could immediately cover the loss of WIC funding. A loss or delay in WIC funding would therefore affect families' health outcomes immediately. WIC follows up with well-baby checks and immunizations, making WIC children the highest immunized group in the country. Because Maine CDC and WIC local agencies are able to provide direct oversight of WIC services and closely follow pregnant people's hypertension, WIC improves these health outcomes, which in turn, saves Medicaid (MaineCare) funds. WIC reduces rates of preterm labor, low-birth weight and hypertension among the families it serves.

20.     The longer Maine CDC cannot access funds because it cannot certify compliance with the new Conditions, the greater the risk that programs will be interrupted or terminated.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 13, 2026, in Augusta, Maine.

Puthiery Va
Director
Maine CDC