**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. |

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 39

## **DECLARATION OF JANE MCLUCAS**

I, Jane McLucas, pursuant to 28 U.S.C. § 1746, hereby declare:

1.     I am over the age of 18.  I know the following facts based on my own personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth below.

2.     I am the Child Nutrition Director of the Maine Department of Education. My job duties include oversight of federally funded school nutrition programs, as well as the Child and Adult Care Food Program (CACFP).  I oversee regulatory staff who monitor compliance and provide technical assistance to personnel at the local level who operate child nutrition programming.  I manage an office of 16 employees and 5 contractors including the individuals responsible for data management, monitoring and oversight, finance and accounting.  Among other things, these individuals receive reimbursement claims from schools and other sponsors, access federal accounts and draw down the funds, and provide timely reimbursements to the schools and sponsors so that they can operate their programs.

3.     I have been employed by the Maine Department of Education since July 5, 2022, and I have served as the Director of Child Nutrition from that time. Before starting at the Department of Education, I served as the Director of Child Nutrition for the Portland Public Schools in Portland, ME.

### **Background**

4.     The Department of Education is established to, among other things, supervise, guide and plan for a coordinated system of public education for all residents of the State of Maine.

5.      As the primary grantee of the National School Lunch Program, School Breakfast Program, Child and Adult Care Food Program, Summer Food Service Program, Seamless Summer Option, Fresh Fruit and Vegetable Program, and Special Milk Program (together, the "Child Nutrition Programs") in Maine, the Department of Education administers a wide range of programs meant to ensure Maines' children are provided with adequate nutrition.

6.      As part of my regular job duties, I oversee federal grant managers who manage the Child Nutrition Programs. I have reviewed past and present award documents for these grants that were issued to the Child Nutrition Department and am familiar with their contents.

**Maine's Annual Receipt of Child Nutrition Programs Funds**

7.      The U.S. Department of Agriculture (USDA) administers the Child Nutrition Programs through its sub-agency, the Food Nutrition Service (FNS).

8.      In total, FNS has obligated the following grant amounts to the Department of Education in recent fiscal years:

| | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | $39,609,095 | $36,479,025 | $40,951,801 |
| School Breakfast Program | $14,977,536. | $14,843,080 | $16,260,036 |
| Special Milk Program | $0 | $2,107. | $2,189. |
| Child and After Care Food Program: Meals, CIL, Sp.Admin | $8,393,919.<br><br>$272,129<br><br>$697,894 | $7,723,640.<br><br>$269,966<br><br>$671,512 | $7,707,638<br><br>$279,340<br><br>$622,477 |
| Fresh Fruit and Vegetable Program | $2,853,092 | $2,958,122. | $2,619,712. |
| Summer Food Service Program | $2,830,784 | $3,111,076 | $2,895,632 |

| | | | |
|---|---|---|---|
| Seamless Summer Options | N/A | N/A | N/A |
| Summer Electronic Benefit Transfer for Children Program | N/A | N/A | N/A |
| Total Contributed to Child Nutrition from Federal Grants Listed Above | $69,634,449 | $66,058,528 | $71,338,825 |
| Total Contributed to Child Nutrition from State Funds | $50,900,401 | $55,588,008 | $53,057,093 |
| MDOE's Total Budget from Federal Grants & State Funds listed Above | $120,534,850 | $121,646,536 | $124,395,918 |
| Percent of MDOE Total Budget (above) from Federal Grants Listed Above | 58% | 54% | 57% |

9. The programs funded by these grants are essential to fuel development and learning for children. The benefits associated with the food provided by these programs are many and include improved nutrition and health, improved long-term educational attainment, healthier eating habits, and decreased absenteeism, tardiness, and disruptions in class.

10. Participation in these programs is widespread, benefitting 166,889 children in Maine. The table below reflects average participation per day in each of the programs:

| | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | 105,149 | 107,739 | 107,526 |
| School Breakfast Program | 62,743 | 65,899 | 65,675 |
| Child and After Care Food Program | 10,062 | 9,390 | 8,145 |
| Summer Food Service Program; Seamless Summer Options; Summer Electronic Benefit Transfer for Children Program | 13,993 | 17,606 | 16,646 |

11. In, FY 2026, 564 schools in 213 districts participate in at least one of the Child Nutrition Programs in Maine.

12. In FY 2026, 47.24% of the students in Maine qualified for free and reduced status, meaning that almost half the state is food insecure.

13. Beyond the benefits provided to children, the Child Nutrition Programs stimulate the local food economy. In fiscal year 2025, the Department of Education dispersed $124,395,918 of the Child Nutrition Programs funds to local education agencies where the vast majority of these funds were spent locally in Maine.

14. In addition to the funds directly supporting the Child Nutrition Programs, which are primarily in the form of reimbursements, the Department of Education has also applied for and received other USDA grants that complement and support the Child Nutrition Programs.

A. nTIG (FY2023 $373,134, and FY2024 $698,507) – The Non-Competitive Technology Innovation Grant is for the purposes of developing, improving, and maintaining automated information technology systems use to operate and manage Child Nutrition Programs.

B. Farm to School Formula Grant ($698,955) – Funding to improve food and agriculture supply chain resiliency. The funds will support Child Nutrition State agencies' efforts to coordinate and provide technical assistance to build and increase the capacity of participating institutions to procure and use local foods in program meals as well as provide agriculture education opportunities for participating children.

15. The Department of Education also receives funds from USDA to administer the Child Nutrition Programs. In fiscal year 2025, the Department of Education received $1,422,915 from USDA. This money goes towards staff salaries to administer the program oversee the

reimbursement system, conduct compliance monitoring, training, and software vendor contracts.

16.    On October 19, 2018, the Department of Education entered into a Federal-State Agreement with FNS governing "Child Nutrition and Food Distribution Programs." FNS-74 (the "Agreement"). The Agreement provided that it was effective until 2018.  The Department of Education is unaware of a successor agreement and has continued to operate as if the Agreement remains in effect. The Agreement provides: "The State agency will comply with [applicable] program statutes and program regulations…. The State agency also will comply with any FNS instructions, policy memoranda, guidance, and other written directives interpreting the program statutes and program regulations applicable to those programs." As to future changes, the Agreement stated, "[b]y continuing to operate the covered programs after the enactment or issuance of any [applicable] changed or new statutes, or regulations… changed or new instructions, policy memoranda, guidance and other written directives interpreting these statutes or regulations, the State agency agrees to comply with them."

17.    If these funds were withheld, the Department of Education would face an immediate budget shortfall which, if not remedied, would result in the inability to continue providing food sufficient to feed the children who rely on it, and laying off staff who rely on their income to provide for their own families. The programs funded by these specific grants are described further below.

### National School Lunch Program

18.    I am familiar with the National School Lunch Program (NSLP). The NSLP provides funding to assist States to provide school lunches that meet nutritional standards.

19.    NSLP funding is administered in Maine by the Department of Education. Because NSLP is a mandatory entitlement, each State is entitled to reimbursement based on the number of

meals served. Schools receive federal aid in the form of cash reimbursements for every lunch they serve that meets federal nutritional requirements, with the formula providing higher reimbursement for free and reduced-price meals served to eligible students. Eligibility is based on income eligibility and categorical eligibility which is based on participation in other programs (e.g., Medicaid).

20.    Maine has received NSLP funds for decades.

21.    In Maine, NSLP is administered by school districts who operate the lunch program. The Department of Education distributes federal funds to the school districts.

22.    The districts submit monthly claims for reimbursement to the Department of Education based on the number and category of meals they serve each month.

23.    The Department of Education receives funding from USDA in quarterly allotments which is then drawn down to pay the districts for their reimbursable monthly meal expenses. Department of Education received its last quarterly allotment on January 9, 2026 and is expecting its next quarterly allotment on April 1, 2026.

### School Breakfast Program

24.    I am familiar with the School Breakfast Program (SBP). The SBP provides funding to assist States to provide school breakfast that meet nutritional standards.

25.    SBP funding is administered in Maine by the Department of Education.

26.    Like NSLP, SBP is a mandatory entitlement, and Maine is entitled to reimbursement based on the number of meals served. SBP eligibility and reimbursement rates work the same as they do in NSLP.

27.    Maine has received SBP funds for decades.

28.    In Maine, SBP is administered by school districts who operate the breakfast

program. Department of Education distributes federal funds to the school districts.

29. The districts submit monthly claims for reimbursement to the Department of Education based on the number and category of meals they serve each month.

30. The quarterly allotments the Department of Education receives from USDA cover SBP reimbursement.

## Special Milk Program

31. I am familiar with the Special Milk (SMP). The SMP provides funding to reimburse States that provide milk to children in schools and childcare institutions that do not participate in other child nutrition meal service programs, or children in half-day programs that do not have access to the school meal programs.

32. SMP funding is administered in Maine by the Department of Education.

33. Like NSLP, SMP is a mandatory entitlement, and Maine is entitled to reimbursement based on the number of half-pints of milk served. SMP eligibility and reimbursement works the same as it does for NSLP.

34. Maine has received SMP funds for decades.

35. In Maine, the Department of Education distributes SBP federal funds to participating schools and institutions.

36. Participating districts submit monthly claims for reimbursement to the department of Education based on the number and category of half-pints of milk serve each month.

37. The quarterly allotments the Department of Education receives from USDA cover SMP reimbursement.

## Child and Adult Care Food Program

38. I am familiar with the Child and Adult Care Food Program (CACFP). The

CACFP provides funding to reimburse States that provide nutritious meals and snacks to eligible children and adults. CACFP provides nutrition to child care centers, family day care home, "at-risk" after school care programs, emergency shelters, and adult day health care centers.

39.    CACFP funding is administered in Maine by the Department of Education.

40.    CACFP funds are a formula reimbursement based on the number of meals and snacks served. CACFP eligibility and reimbursement rates work the same as they do in NSLP.

41.    Maine has received CACFP funds for decades.

42.    In Maine, CACFP is administered by the Department of Education which distributes federal funds to qualifying programs.

43.    Qualifying programs submit monthly claims for reimbursement to the Department of Education based on the number and category of meals and snacks they serve each month.

44.    The quarterly allotments the Department of Education receives from USDA cover CACFP reimbursement.

**Summer Food Service Program**

45.    I am familiar with the Summer Food Service Program (SFSP). SFSP provides children 18 years of age and younger with free, healthy meals over the summer months when they no longer have access to school meals. Meal sites include schools and other community locations, from parks to summer camps.

46.    Last summer, there were 101 sponsoring organizations supporting more than 444 meal sites across the state. On average, 16,646 kids received a meal daily, with over 660,000 meals being served in total.

47.    SFSP funding is administered in Maine by the Department of Education.

48.    SFSP meals are reimbursed by USDA based on the source of the meals (prepared

by the organizations, or purchased from a vendor), as well as the location of the site.

49. Maine has received SFSP funds for decades.

50. In Maine, SFSP is administered by the Department of Education which distributes federal funds to SFPSP sponsors.

51. Sponsoring organizations submit monthly claims for reimbursement to the Department of Education based on the number and category of meals and snacks they serve each month.

52. The quarterly allotments the Department of Education receives from USDA cover SFSP reimbursement.

### Seamless Summer Option

53. I am familiar with the Seamless Summer Option (SSO). SSO allows schools to continue operating under the NSLP and SBP requirements into the summer.

54. SSO funding is administered in Maine by the Department of Education.

55. SSO meals are reimbursed by USDA under the same criteria and rates as NSLP.

56. Maine has received SSO funds since 2004.

57. In Maine, SSO is administered by the Department which distributes federal funds to qualifying programs.

58. Qualifying programs submit monthly claims for reimbursement to the department of Education based on the number and category of meals they serve each month.

59. The quarterly allotments the Department of Education receives from USDA cover SSO reimbursement.

### Fresh Fruit and Vegetable Program

60. I am familiar with Fresh Fruit and Vegetable Program (FFVP). FFVP provides

funding to make fresh fruits and vegetables available in elementary schools.

61.     FFVP funding is administered in Maine by the Department of Education.

62.     FFVP funds are provided to the states based on a percent of overall FFVP funds available.

63.     Maine has received FFVP funds since 2008.

64.     In Maine, FFVP is administered by the Department of Education which distributes federal funds to school districts.

65.     School districts submit monthly claims for reimbursement to the Department of Education based on the number and category of meals they serve each month.

66.     The yearly allotments the Department of Education receives from USDA cover FFVP reimbursement.

### Harms to the State Caused by USDA's Funding Condition

67.     I am aware of the December 31, 2025 Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins stating that all USDA awards would be subject to the December 31, 2025 USDA General Terms and Conditions (the "2026 Conditions") and that the 2026 Conditions "implement several of USDA's policy priorities."

68.     The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding form being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding

"towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context.

69.    In my years with the Department of Education, I am not aware of the Department of Education staff ever being required by USDA to certify the Department of Education compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am unaware of the Department of Education staff ever being required by USDA to certify that funds were not "used to promote gender ideology." I am also not aware of the Department of Education staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

70.    The Department of Education does not understand what is required of it under the 2026 Conditions.

71.    The Department of Education operates its programs in compliance with Federal anti-discrimination laws and regulations.

72.    If the Conditions apply to the Department of Education's NSLP funding, my understanding is that the Department of Education may be unable to certify compliance with them.

73.    If the Department of Education is unable to certify compliance to USDA's new funding conditions, it would be unable to receive FY2026 funds, depriving the Department of Education of $71,338,825, frustrating its ability to maintain the critical programs above.

74.    Alternatively, in order to comply with any understanding of the 2026 Conditions that differs from existing Federal anti-discrimination laws and regulations, the compliance burden would be significant. The Department of Education has adopted civil rights compliance processes as part of its Administrative Review process. To the extent the Challenged Conditions

require revised or additional processes, Department of Education would bear the burden of developing guidelines, training employees, and building that infrastructure. Moreover, the Immigration Condition imposes the likely impossible task of ensuring that the Department of Education does not confer a "benefit" on any "illegal alien," however obliquely.

75. The Maine Department of Education does not have an alternative source of funding that could immediately cover the loss of grants discussed above.

76. If the Department of Education cannot cover the loss of federal funds, the Department of Education will not have funds to continue the Child Nutrition Programs. Children in schools and child care centers would be denied the nutritional snacks and meals on which they have been able to rely for years. The loss of these meals would harm our students' health and ability to learn. Program staff would lose their jobs. The loss of funds would also negatively impact our local economy.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 27, 2026 in Augusta, Maine.

Jane McLucas