# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 40

## DECLARATION OF NANCY MCBRADY

I, Nancy McBrady, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

### Background

2.      I am a Deputy Commissioner at the Maine Department of Agriculture, Conservation and Forestry (hereinafter "DACF"). My job duties include directing and managing internal agency operations; promoting agricultural markets and economic development; developing and coordinating legislative policy; and managing key programs.

3.      I have been employed by DACF since 2019, and I have served as Deputy Commissioner since 2023. Before starting at DACF, I served as the executive director of the Wild Blueberry Commission of Maine and, prior to that, practiced environmental law.

4.      DACF's mission is to steward Maine's natural resources and the economies they foster. DACF's work includes preventing and fighting wildfires; ensuring the safety and abundance of the food produced and consumed in Maine; supporting the work of foresters, loggers, farmers, and food producers throughout the state; overseeing Maine State Parks and public lands; providing land use planning assistance; undertaking climate resilience planning; and collecting and making data available to support natural resource management decision-making.

5.      DACF receives substantial funding from the U.S. Department of Agriculture (USDA) to support a wide range of programs meant to support farm viability and growth, market

access and development, supply chain resiliency, specialty crop research and competitiveness, organic certification, emergency and supplemental food assistance, food safety and training, local food systems promotion and agricultural innovation, forest health and monitoring, wildfire preparedness and response, conservation efforts, and rural infrastructure.

6.      I have reviewed past and present USDA award documents issued to DACF and am familiar with their contents.

7.      In total, as of March 13, 2026, DACF has more than $29 million in FY 2026 active grants and cooperative agreements with USDA. Precise grant amounts for FY 2023 through 2026 are shown below.

| DACF USDA Grants & Cooperative Agreements | FY 2026 Awards (24 total) | FY 2025 Awards (20 total) | FY 2024 Awards (28 total) | FY2023 Awards (33 total) | Current Outstanding Grant Balances |
|---|---|---|---|---|---|
| Totals | $29,936,013 | $21,899,238 | $29,437,143 | $39,254,089 | $58,897,423 |

**DACF's Receipt of USDA Grants**

8.      Each year, DACF receives funding from USDA through several large, formula-funded programs and discretionary grant programs. These are core grant programs that support essential services. They include, but are not limited to, the Specialty Crop Block Grant Program, the Senior Farmers' Market Nutrition Program (SFMNP), the Commodity Supplemental Food Program (CSFP), and the State Forest Action Plan.

9.      Additionally, DACF has cooperative agreements with USDA, including for the Cooperative Interstate Shipping Program and the Maine Meat Poultry Inspection Program.

10.     In recent fiscal years, USDA has awarded the following funding amounts to DACF within these programs:

|  | FY 2023 | FY 2024 | FY 2025 | FY 2026 |
|---|---|---|---|---|
| Specialty Crop Block Grant Program | $655,134.94 | $663,383.11 | $640,638.23 | TBD |
| The Senior Farmers' Market Nutrition Program (SFMNP) | $983,042 | $911,898 | $880,651 | $829,974 |
| The Commodity Supplemental Food Program (CSFP) | $2,037,514<br><br>$687,763 (admin) | $2,057,321<br><br>$562,954 (admin) | $1,983,614<br><br>$526,092 (admin) | TBD |
| Cooperative Interstate Shipping (CIS) Program | $365,000 | $525,000 | $684,000 | $681,000 |
| Maine Meat & Poultry Inspection Program (MMPI) | $160,000 | $110,000 | $60,000 | $84,000 |
| State Forest Action Plan (non-exhaustive) | $910,000 | $494,000 | $0 | $527,855 |
| **Total from USDA Grants Listed Above** | $5,862,396.94 | $5,354,556.11 | $4,774,995.23 | $2,122,829 |

11. Additionally, DACF is preparing to execute a Disaster Assistance Block Grant Agreement with the USDA for funding pursuant to the American Relief Act Block Grant.

12. The programs funded by these grants are vital to enhance farm profitability and resiliency, fund critical crop research, enhance market access and expansion efforts, enhance food security and access to vulnerable populations, including seniors, ensure forest health and protection, and provide essential disaster relief.

13. If these funds were withheld, it would have a substantial impact on the operations of critical programs, service delivery, food availability across the state, forest health, wildfire risk, and staffing. The programs funded by these specific grants are described further below.

**Specialty Crop Block Grant**

14. I am familiar with the Specialty Crop Block Grant (SCBG) Program. SCBG grants offer funding to projects that enhance the competitiveness of Maine-grown and harvested

specialty crops.

15.    SCBG funding is administered in Maine by DACF.

16.    Because SCBGs are formula grants and not competitive grants, each State is entitled to a specific allocation. Each year, DACF receives a notification from USDA Agricultural Marketing Service (AMS) regarding its funding allocation. DACF, in turn, selects Maine projects to fund through a competitive application process. DACF submits a State Plan to USDA for approval, outlining how we will spend the funds to enhance the competitiveness of specialty crops in our state. Once approved, funds are transferred directly to DACF and we manage, disburse, and monitor the selected projects.

17.    DACF has applied for and received SCBG funds from USDA for approximately 24 years.

18.    Since 2002, USDA has awarded over $7.5 million in SCBG funds to DACF to support the growing number of specialty crop producers selling in local and regional markets. Past and current awards have supported research into Maine's most crucial agricultural commodities, the development of pest management strategies, school food initiatives, and food safety projects. Awarded project examples include: $93,800 in 2024 for the development of multimedia educational modules for more farmers to access mushroom cultivation using sustainable practices; $93,490 in 2024 supporting research for "Connecting Better Wild Blueberry Nutrients for Improved Pollination, Pollinator Health, and Pest Management"; and $100,000 in 2025 to support a project "Building a Permaculture, Agroforestry, and Alley Cropping Model by Implementing Strategies to Diversify Maine Farm Production, Create Climate Resilience, while Providing Economic Viability."

**The Senior Farmers' Market Nutrition Program (SFMNP)**

19. I am familiar with the SFMNP Grant Program. SFMNP grants provide funding to assist States in providing low-income seniors with access to locally grown fruits, vegetables, honey, and herbs while increasing consumption of local agricultural commodities through farmers' markets, roadside stands, and community supported agricultural programs. SFMNP grants further ensure that local agricultural producers can develop their markets by supplying their produce via the program.

20. SFMNP funding is administered in Maine by DACF.

21. Because SFMNP grants are formula grants and not competitive grants, each State is entitled to a specific allocation. Each year, DACF receives a notification from USDA's Food and Nutrition Service (FNS) regarding its funding allocation, at which point DACF submits an application to receive the funds.

22. DACF has applied for and received funds from SFMNP for approximately 25 years.

23. Since the program's inception in 2001, hundreds of Maine farms have participated, providing fresh, nutritious produce to approximately 15,000 income-eligible older adults each year. Each participant receives a $50 share during the growing season to purchase fruits, vegetables, culinary herbs, and honey at farms and farmers' markets throughout Maine's 16 counties.

### The Commodity Supplemental Food Program (CSFP)

24. I am familiar with the CSFP Grant Program. CSFP grants provide funding to assist States in improving the health of people with low incomes who are at least 60 years of age by supplementing their diets with nutritious USDA Foods. CSFP grants also provide critical administrative funds that allow State agencies to properly staff and manage the program and

ensure its success.

25.    CSFP funding is administered in Maine by DACF.

26.    Because CSFP funding is allocated annually by USDA to states based on a formula that considers participation rates and additional resources, and is not a competitive grant, each State is entitled to a specific allocation. Each year, DACF receives a notification from FNS regarding its funding allocation, at which point DACF submits an application to receive the funds.

27.    Maine has participated in CSFP since 2010.

28.    DACF collaborates with organizations statewide such as Good Shepherd Food Bank and Catholic Charities to distribute food boxes to over 5,000+ low-income seniors across all 16 counties of Maine. These monthly food packs contain 30 pounds of commodity food items such as dry pasta, canned meats and vegetables, and cheese. DACF's administrative grant funding helps cover a portion of critical staff costs needed to manage and oversee the proper administration of the grant, including coordinating with cooperating organizations, ensuring eligibility standards are met, and ensuring adherence to key training and standards.

### Cooperative Interstate Shipping (CIS) Program Cooperative Agreement

29.    I am familiar with the CIS Program. The CIS Program supports the expansion of business opportunities for state-inspected meat and poultry establishments. Under CIS, state-inspected plants can operate as federally-inspected facilities, under specific conditions, and ship their product in interstate.

30.    USDA's Food Safety and Inspection Service (FSIS) financially supports DACF's CIS Program by reimbursing Maine up to 60% of the operating costs associated with inspecting small and very small meat and poultry establishments.

31.     CIS Program funding is administered in Maine by DACF.

**Maine Meat and Poultry Inspection (MMPI) Program**

32.     I am familiar with the Maine Meat and Poultry Inspection (MMPI) program, which ensures that meat and poultry products produced in Maine are processed safely and in a sanitary manner.

33.     FSIS helps fund the MMPI program through a cooperative agreement that provides up to 50% of the program's operating costs, alongside training and technical assistance.

34.     MMPI Program funding is administered in Maine by DACF.

35.     The MMPI Consumer Protection Inspectors (CPIs) conduct inspections at eight state-inspected facilities, all certified for CIS shipments across state lines. In FFY 2024, MMPI-inspected facilities processed 1,552,901 pounds of red meat, and in FFY25, total red meat processing was 1,484,496 pounds. Overall, the eight daily inspected slaughter facilities represent approximately half of the state's total red meat slaughter capacity (the other facilities are USDA-inspected), highlighting the critical role MMPI plays in Maine's meat processing infrastructure. Both the CIS Program Cooperative Agreement and MMPI Program Cooperative Agreement provide critical funding to help support a significant portion of our CPI staff positions and administrative expenses.

**State Forest Action Plan**

36.     I am familiar with the State Forest Action Plan. Maine's State Forest Action Plan is a mandatory 10-year strategic document that assesses the condition of Maine's trees and forests, regardless of ownership, and develops strategies to conserve working forest landscapes, protect forests from harm, and enhance public benefits from trees and forests.

37.     State Forest Action Plan funding is managed in Maine by DACF.

38.     The USDA Forest Service allocates State Forest Action Plan funding to states to undertake projects and activities that fit within their respective state plan's objectives, such as prioritizing forest health, wildfire mitigation, and conservation activities.

39.     DACF has applied for and received State Forest Action Plan funding since 2022.

40.     The State Forest Action Plan program has supported the implementation of Maine's specific Forest Action Plan, including the development of a Community Wildfire Preparedness Plan for Franklin County; developing the Maine Forest Insect Guidebook; supporting the Maine Tree Farm Program; updating the Maine Primary Wood Processor Directory; supporting landowner forest stewardship in relation to carbon and climate issues; production of tree growth and stewardship guides; implementing fuel reduction in communities with Community Wildfire Protection Plans; funding to support forest health staff in survey, monitoring, technical assistance, demonstration of pest management and professional development; supporting capacity and communication of the forest stewardship program to engage with woodland owners and managers; and supporting activities of the urban and community forestry program to collect and analyze data to identify opportunities for building community forestry capacity.

### American Relief Act Block Grant ("Disaster Relief Grant")

41.     I am familiar with the American Relief Act Block Grant ("Disaster Relief Grant"), which provides funds to States to provide compensation to producers for necessary expenses related to crop, timber, and livestock losses as a result of weather events in 2023 or 2024.

42.     Disaster Relief Grant funding will be administered in Maine by DACF.

43.     Since June 2025, Maine has been consistently working with the USDA Farm

Service Agency (FSA) to design the acceptable parameters for the Disaster Relief Grant in Maine. Two project documents are anticipated to be submitted by DACF on or around April 1, 2026, for formal review and approval by USDA, and are needed before DACF is authorized to launch the Disaster Relief Grant: a project Agreement and Work Plan containing grant operation, management, and deployment details, including funding distribution. DACF hopes to receive USDA authorization within 30 days of submitting Maine's Agreement and Work Plan.

44. On August 20, 2025, DACF received confirmation from FSA that Maine would receive $62,272,251.91 in Disaster Relief Grant funds.

45. In 2023 and 2024, Maine experienced a range of severe weather events that had significant, damaging impacts on natural resource-related businesses across the state, including farmers, forest landowners, loggers, and aquaculture producers. These weather events were characterized by strong storms with high winds, floods, and unusual temperature extremes, spanning damaging drought and frost conditions.

46. Taken together, the wide-ranging weather events of 2023 and 2024 had disruptive and damaging impacts on Maine's agriculture, aquaculture, and forest industries, which suffered crop losses, decreased yield, significantly reduced crop quality resulting in reduced sales revenue, infrastructure damage, and lost sales.

47. Agriculture contributes approximately $7.7 billion to the state's economy, while forestry contributes $5.9 billion. These sectors account for approximately 56,000 jobs. Maine's $540 million aquaculture industry is home to an estimated 200 aquatic farms and provides for 700 year-round employees.

48. Based on producer survey responses, FSA County Loss Assessment Reports for Maine, USDA Risk Management Agency Crop Loss Insurance Data, analysis by DACF, and

feedback from Maine agriculture, aquaculture, forestry, and logging groups, DACF estimated that a minimum of $96 million was needed to offset the widespread weather event losses experienced by Maine's farmers, aquaculture producers, woodland owners, and forestry operations in 2023 and 2024.

49.     The approximately $62 million in allocated Disaster Relief Grant funding offers a crucial lifeline of support to Maine producers and businesses in recovering some portion of their losses. Providing recovery support to qualifying producers allows these businesses and individuals to re-invest in their operations and remain viable, while also supporting their rural communities and Maine's food and timber economies.

50.     Although not yet confirmed or approved by USDA, in its Work Plan, DACF intends to propose making qualifying producers as substantially whole as possible from the losses that they incurred. The highest loss coverage award would likely be capped at $1 million.

51.     DACF consistently receives urgent calls from producers, particularly produce farmers (e.g., potatoes and wild blueberries), regarding the status of the Disaster Relief Grant. The receipt of disaster loss reimbursement, now two to three years after incurring the loss, will assist farms currently struggling in an environment where agricultural input costs (e.g., fuel, labor, fertilizer, crop protectants, etc.) are high, profit margins are thin or non-existent, and available markets are disrupted.

52.     According to FSA, the 2026 Conditions apply to the Disaster Relief Grant and will be directly referenced and/or incorporated within the Agreement mentioned above.

### Harms to the State Caused by USDA's New Funding Conditions

53.     I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and

mutual interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

54.    In my years with DACF, I am not aware of DACF staff ever being required by USDA to certify DACF's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am also not aware of DACF staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

55.    DACF operates its programs in compliance with Federal anti-discrimination laws and regulations.

56.    DACF is uncertain what is required by the 2026 Conditions and, therefore, may be unable to certify compliance with USDA's 2026 Conditions.

57.    In order to comply with any understanding of the 2026 Conditions that differs from existing Federal anti-discrimination laws and regulations, DACF would require additional resources, both time and money, to establish new guidelines and train employees on how to comply with the 2026 Conditions.

58.    For example, DACF does not know, and is not able to verify, whether any illegal

aliens in DACF benefit from its USDA-funded programs, including in the areas of wildfire protection, urban forestry improvements, and forest health.

59.     Moreover, compliance with "policies" that erase the existence of transgender people would violate civil rights laws in Maine. *See, e.g.*, 5 M.R.S.A. §§ 4551, et. seq.

60.     If DACF is unable to comply with USDA's new funding conditions, the State would be unable to receive FY2026 USDA funds, frustrating its ability to maintain the critical programs described above and delivering crucial funding to end recipients. In the forestry context, this also threatens forest health and increases the risk of wildfire impacts. In addition, as noted above, certain program staff may have to be laid off, as the loss of federal funding for their salaries and benefits could not be borne by DACF. For instance, the loss of Consumer Protection Inspectors who inspect processing facilities on a daily basis would be incredibly disruptive not only to the staff themselves, but to the meat processing businesses in Maine that rely upon MMPI's routine inspections, ensuring the safe and sanitary processing of meat and poultry that their clientele (animal livestock producers and retail customers) rely upon.

61.     DACF does not have any other appropriation in its budget that could cover the loss of the grants discussed above. If DACF cannot access USDA funds, DACF will not have funds to immediately cover the above-mentioned grants and cooperative agreements. This, in turn, will result in financial losses for already-impacted producers, undermine critical agricultural research, interrupt forest health monitoring activities, reduce food access for vulnerable Maine populations, and lead to potential job losses.

62.     Losing these USDA grants would severely obstruct and undermine DACF's mission even if the funding were restored at a later date.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 17, 2026, in Augusta, Maine.

_____

Nancy McBrady