**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 42

## DECLARATION OF DR. SHASHANK PRIYA

I, Shashank Priya, declare as follows:

1.      I am a resident of Michigan. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the Vice President for Research and Innovation at Michigan State University (MSU). As Vice President for Research and Innovation, I oversee strategic initiatives and support for MSU's research enterprise and approximately $932 million in annual research expenditures. I am an internationally recognized expert in materials engineering, bio-inspired systems and energy harvesting, with a doctorate in materials engineering from Pennsylvania State University.

3.      I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with MSU staff, or from documents that have been provided to and reviewed by me.

4.      MSU is created by Michigan's constitution, and is a public, research-intensive, land-grant university funded in part by the state of Michigan. MSU's largest campus is in East Lansing, Michigan. MSU also maintains academic programs in Grand Rapids, Detroit, Macomb, and Troy, Michigan and maintains thousands of acres devoted to experimental farms, outlying research facilities, and protected natural areas. MSU's curriculum includes more than 400 programs of undergraduate and graduate studies in 17 degree-granting colleges. MSU maintains business records in the ordinary course of MSU business which include, *inter alia*, records concerning federal research and capacity grants from the United States Department of Agriculture ("USDA").

1

5.    MSU receives annual funding from USDA as part of the land-grant university system. Those funds include non-discretionary formula funding called "capacity grants" and smaller competitive research grants. MSU is eligible for USDA funds under the 1862 Morrill Act and has received USDA land-grant funding since the late 1800's as the nation's first agriculture college and prototype for the land-grant system. In total, accounting for all funding across programs and campuses, USDA has obligated the following grant amounts to MSU in recent federal fiscal years:

| | FY 2022-23 | FY 2023-24 | FY 2024-25 |
|---|---|---|---|
| USDA-NIFA | $45,741,791 | $17,392,590 | $5,354,486 |
| USDA-AMS | $21,084,967 | $1,249,553 | $486,341 |
| USDA-ARS | $3,788,773 | $5,745,625 | $3,937,146 |
| USDA-FS | $3,832,458 | $3,654,136 | $1,213,790 |
| USDA-APHIS | $1,976,703 | $2,029,886 | $1,670,790 |
| USDA-ERS | $606,545 | $564,996 | $2,199,992 |
| USDA-NRCS | $946,177 | $2,412,922 | $0.00 |
| USDA-FAS | $1,662,452 | $600,000 | $114,329 |
| USDA-FSA | $1,328,000 | $0.00 | 0.00 |
| USDA-RB | $99,999 | $0.00 | $100,000 |
| Hatch | $5,555,132 | $5,520,174 | $5,501,351 |
| Hatch Multistate Research | 1,331,296 | $1,344,681 | $1,351,448 |
| McIntire-Stennis | $348,018 | $363,360 | $376,561 |
| Animal Health & Disease Research | $70,834 | $68,024 | $66,502 |
| Smith-Lever | $9,949,962 | $9,929,949 | $9,909,935 |
| Expanded Food & Nutrition Education Program | $1,912,811 | $1,912,811 | $1,912,910 |
| Renewable Resources Extension Act | $79,763 | $76,464 | $77,832 |
| Total Contributed from Federal Grants Listed Above | $100,315,681 | $52,865,171 | $34,273,413 |

6.      The programs funded by these grants are vital to educating the agriculture and natural resource scientists of the future; advancing agricultural and natural resource research; improving the productivity of Michigan's agricultural and-natural resource sectors; helping farmers, ranchers, and foresters develop better tools and practices; and addressing food security, human, animal, and environmental health across the state. MSU Extension works in every county across the state to deliver services that are open to the public and bring the resources and knowledge of MSU into homes, businesses and communities across Michigan. MSU Extension is instrumental in realizing a future with resilient, stable, dynamic communities by developing strong, dedicated youth and adult leaders, fostering civic engagement, and supporting community and economic development in rural and urban settings. MSU AgBioResearch supports more than 300 scientists across seven MSU colleges conducting research that discovers dynamic solutions for food systems and the environment. This research spans the plant agriculture, animal agriculture, environmental and human health sectors across Michigan and beyond. From recommending new feed strategies to dairy farmers that save more than $1 per day, per cow on feed costs and improve milk quality to bolstering the state's $529 million blueberry industry, MSU AgBioResearch scientists are delivering tangible economic benefits to Michigan agriculture and nationwide. According to the USDA Economic Research Service, public spending on agricultural research and development from 1990 to 2011 yielded $20 in economic activity to the U.S. economy for every $1 invested.

7.      If these funds were withheld, MSU would have to shut down research, education, and extension programs that are critical for maintaining the United States' world leadership in agriculture and natural resource research and education, training its future workforce, and safeguarding food security and hence national security. Support from USDA is critical to MSU's

3

land-grant mission; loss of that funding and MSU's long-term partnership with the USDA would have a substantial impact on MSU, the state of Michigan, and the country.

8.      As an 1862 land-grant university, MSU receives both non-discretionary formula funding called "capacity grants" and competitive research grants from USDA. Those funds support the State Agricultural Experiment Stations established under the Hatch Act of 1887, through which agricultural research is conducted to address the economic viability, environmental sustainability, and social acceptability of activities impacting agriculture, natural resources, and consumers. State Agricultural Experiment Stations provide research and solutions that support Cooperative Extension's applied outreach with growers, ranchers, suppliers, processors, and others involved in food production and agriculture and natural resources. Since its establishment under the Smith-Lever Act of 1914, the Cooperative Extension program provides support personnel to communities in need in critical areas such as family nutrition, commercial horticulture and landscape management, environmental stewardship, food safety and functionality, and positive youth development.

9.      The mission of MSU Agriculture Experiment Station (AgBioResearch) is to actively conduct leading-edge research that combines scientific expertise with practical applications to advance agriculture, sustain natural resources, generate economic prosperity and enhance the quality of life in Michigan and worldwide. AgBioResearch scientists from across the MSU campus seek to discover economically feasible, scientifically based solutions to global challenges such as water issues, invasive species, and food safety and security. Our success is based on partnerships with agriculture and natural resources industries, MSU Extension, commodity organizations, governmental funding agencies and exceptional legislative support at

4

the state and federal levels. Research is heavily guided by industry and stakeholder input to meet specific needs and address emerging threats.

**Capacity Grants**

10.     I am familiar with the Capacity Grant Program, which provides support for research and extension activities at land-grant institutions through grants to the states on the basis of statutory formulas. MSU receives seven types of Capacity Grants, supporting a total of 238 open capacity projects, from USDA-NIFA: Animal Health & Disease Research, McIntire-Stennis Forestry Act, Hatch Act, Hatch Act Multistate, Smith-Lever Act, Renewable Resources Extension Act (RREA), and Expanded Food & Nutrition Education Programs (EFNEP).

11.     Because these grants are formula funds and not competitive grants, each 1862 land-grant university is entitled to a specific allocation in each fiscal year that Congress appropriates funding.

12.     MSU has received Capacity Grant funds since 1887 to strengthen institutional infrastructure and support long-term research, extension, and education, enabling partners to address critical, region-specific agricultural, food, and environmental challenges in the state and beyond.

13.     From January 12, 2026 through March 4, 2026, MSU received notice of the award of $13,880,015 in funding so far for FY 2026. As of March 4, 2026, $7,940,368 was available for MSU to draw from USDA. MSU draws on Capacity Grants quarterly. The current quarter ends March 31, 2026, and MSU would normally draw in early April 2026 for the next quarter. However, MSU will be unable to accept the available funds given the inclusion of the GT&Cs.

**Competitive Grants**

14.    I am familiar with the USDA Grant Program, primarily administered through the National Institute of Food and Agriculture (NIFA) and the Agricultural Marketing Service (AMS) to fund research, education, extension, and market development. Major USDA Competitive Grant Programs include:

- Agriculture and Food Research Initiative (AFRI): The flagship program covering foundational/applied sciences, plant health, animal health, food safety, and economics.

- Beginning Farmer and Rancher Development Program (BFRDP): Supports training and technical assistance for new farmers.

- Sustainable Agriculture Research and Education (SARE): Grants for research and education to advance agricultural sustainability.

- Specialty Crop Block Grant Program (SCBGP): Funds projects to enhance the competitiveness of specialty crops.

- Gus Schumacher Nutrition Incentive Program (GusNIP): Supports nutrition incentives and produce prescriptions.

- Local Agriculture Market Program (LAMP): Includes Farmers Market and Local Food Promotion Programs.

- Rural Development Energy Programs: Provides funding for energy audits, renewable energy systems, and solar installations.

15.    In FY26, MSU has applied for and received 66 new projects in the amount of $13,450,865.

16.    MSU has **415** open/active USDA awards with the top 10 awards over the past five years as follows:

6

    a.   FY 23: Original award of $20,000,000.00; balance of $17,742,064.18

    b.   FY 23: Original award of $10,000,000.00; balance of $6,359,308.21

    c.   FY20: Original award of $7,050,603.00; balance of $544,378.50

    d.   FY23: Original award of $6,033,062.00; balance of $2,493,023.73

    e.   FY22: Original award of $4,698,000.00; balance of $2,708,220.67

    f.   FY23: Original award of $3,952,330.00; balance of $1,890,196.34

    g.   FY22: Original award of $3,482,251.00; balance of $1,004,006.61

    h.   FY23: Original award of $3,472,678.00; balance of $2,163.145.45

    i.   FY21: Original award of $2,571,064.00; balance of $164,281.17

    j.   FY25: Original award of $2,299,988.00; balance of $2,070,406.39

17.    In federal FY26, as of 2/26/2026, MSU submitted 227 proposals in the amount of $121M ($114M direct, $7M flow-through). This includes proposing to major programs such as the Agriculture and Food Research Initiative- Foundational and Applied Science Program from the National Institute of Food and Agriculture. Additionally, MSU will be submitting multiple proposals to the next deadline for the FY26 Agriculture and Food Research Initiative- Strengthening Agricultural Systems Program, as well as to many other USDA programs.

18.    In addition to using USDA funds themselves, recipients may pass grant funds through to subgrantees for the same purposes. MSU passes approximately $48.2M or 24% of USDA funds on to 106 unique community-based organizations through 229 subawards under USDA AMS, APHIS, ARS, ERS, FS, FSA, NIFA and NRCS programs.

### Funding Conditions

19.    I am aware of the December 31, 2025 Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins stating that all USDA awards would be subject to the

USDA General Terms and Conditions ("GT&Cs") and that the GT&Cs "implement several of USDA's policy priorities."

20.    On February 20 and 21, 2026, MSU received a No-Cost Extension and a Notice of Award for the Fiscal Year 2026 AHDR Capacity Grant expressly incorporating the GT&Cs. MSU received additional Notices of Award that expressly incorporate the GT&Cs for Fiscal Year 2026 McIntire-Stennis Cooperative Forestry Research Program and Smith-Lever Capacity Grants on February 23, 2026 and March 4, 2026, respectively. Additionally, on March 7, 2026, MSU received a No-Cost Extension on a NIFA project incorporating the GT&Cs.

21.    Condition 12.2 requires grant recipients to "comply, and certify[y] that [recipients] will comply, with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal award." ("Policy Condition").

22.    Condition 13.5 states that "No funding shall be used to promote gender ideology." The GT&Cs do not further define the term "gender ideology" or what conduct would constitute "promotion." ("Gender Ideology Condition").

23.    Condition 13.8 states that "No funding shall be directed towards educational programs that deprive women and girls of athletic opportunities. No funding shall be directed towards male competitive participation in women's sports." ("Sports Condition").

24.    Condition 13.10 states that "No funding shall be directed towards programs that allow illegal aliens to obtain taxpayer-funded benefits, provide public resources to meet the needs of illegal aliens, or provide incentives for illegal immigration by demonstrating the availability of public benefits." ("Immigration Condition").

8

25. I am not aware of MSU staff ever being required to comply with substantially similar funding conditions, other than requirements to comply with applicable federal anti-discrimination laws and regulations.

26. MSU operates its programs in compliance with Federal anti-discrimination laws and regulations.

27. MSU is uncertain what specific requirements are imposed by the Challenged Conditions.

28. If MSU does not reasonably believe it understands the conditions of a grant, my understanding is that MSU cannot certify compliance with the conditions.

29. If MSU is unable to comply with USDA's new funding conditions, it would be unable to receive FY2026 funds, depriving MSU of **$199M** of USDA funding, frustrating its ability to maintain the critical programs above.

30. Alternatively, if MSU adopts the broadest reading of the Challenged Conditions, the compliance burden would be significant. MSU has adopted civil rights compliance processes, including maintaining a centralized Title VI and Title IX compliance office. To the extent the Challenged Conditions require revised or additional processes, MSU would bear the burden of developing that infrastructure. Moreover, the Immigration Condition imposes the likely impossible task of ensuring that MSU—in every corner of its campus programs—does not confer a "benefit" on any "illegal alien," however obliquely. Where MSU conducts research that improves public resources available to all, down to foods purchased from the local farmer's market, it would require immense resources to ensure that no "illegal alien" enjoyed those benefits. MSU would better serve its mission by using those resources to advance agriculture,

sustain natural resources, generate economic prosperity, and enhance the quality of life in Michigan and beyond.

31.    MSU does not have an alternative source of funding that could cover the loss of grants discussed above. If MSU cannot access USDA funds, MSU will not have funds to immediately cover the 415 research projects and over 12,000 Extension programs funded by the grants. This, in turn, will result in shutting down research, education, and extension programs that are critical for maintaining the United States' world leadership in agriculture and natural resource research and education, training the future workforce, and safeguarding food security. The impact on the people of Michigan would be significant. MSU Extension programs reach over 400,000 participants annually. In addition, MSU Extension estimates it would need to lay off approximately 100 positions, or half of its workforce.

32.    Without USDA funds, MSU would not have been able to develop many important solutions for stakeholders, like a novel method to identify soil health characteristics and reduce reliance on traditional soil testing by using historical yield data and a new analysis metric known as yield stability zones that offer a more nuanced understanding of soil health that accounts for small-scale, in-field variability, and improved dairy cattle feeding strategies which adds a new feed component, high oleic soybeans and, if fully adopted, could potentially save $289 M per year for the Michigan dairy industry, a finding one Michigan producer called "once-in-a-generation gains" for dairy farmers.

33.    The longer MSU cannot access USDA funding, the greater the risk that additional programs will be interrupted or terminated.

34.    Losing these USDA grants would severely obstruct and undermine MSU's mission even if the funding were restored at a later date.

10

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 19, 2026 in East Lansing, Michigan.

Shashank Priya

_____
Shashank Priya