**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 43

**<u>DECLARATION OF DIANE GOLZYNSKI (MICHIGAN)</u>**

I, Diane Golzynski, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18.  I know the following facts based on my own personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the Deputy Superintendent for the Division of Business, Health, and Library Services at Michigan Department of Education (MDE).  My job duties include oversight of all child nutrition programs within the Office of Nutrition Services.

3.      I have been employed by MDE since September 2004, and I have served as Deputy Superintendent since January 2023.  Previously, I served as the State Child Nutrition Director for seven years.

## I.      <u>Background</u>

4.      In addition to being Michigan's state education agency (SEA) for federal education programs, MDE is the primary grantee of the National School Lunch Program, School Breakfast Program, National School Lunch Program Afterschool Snacks, Child and Adult Care Food Program, Summer Food Service Program, Summer Electronic Benefit Transfer for Children Program, Fresh Fruit and Vegetable Program, Special Milk Program (together, the "Child Nutrition Programs") in Michigan.  Through these programs, MDE administers a wide range of programs meant to ensure Michigan's students are provided with adequate nutrition.

5.      MDE is also the designated distributing agency that administers the U.S. Department of Agriculture (USDA), Food and Nutrition Service (FNS) run Emergency Food Assistance Program, commonly known as TEFAP, for the state. 7 C.F.R. § 251.2(a)-(b).

6.      As part of my regular job duties, I oversee federal grant managers who manage

the Child Nutrition Programs and TEFAP.  I have reviewed past and present award documents

for these grants that were issued to MDE and am familiar with their contents.

## II.    Michigan's Annual Receipt of Child Nutrition Programs Funds

7.    USDA administers the Child Nutrition Programs through its sub-agency, FNS.

8.    In total, FNS obligated the following grant amounts to MDE in recent fiscal years:

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | $ 420,757,082 | $ 453,004,985 | $ 474,553,490 |
| School Breakfast Program | $ 153,214,768 | $ 176,428,739 | $ 181,229,275 |
| Special Milk Program | $ 130,936 | $ 129,511 | $ 117,210 |
| National School Lunch Program Snack Program | $ 1,761,136 | $ 2,091,952 | $ 2,264,794 |
| Child and Adult Care Food Program – Meal Reimbursement | $ 62,348,430 | $ 66,816,826 | $ 68,930,881 |
| Child and Adult Care Food Program – Cash In Lieu of Commodities | $ 2,390,959 | $ 2,607,556 | $ 2,759,021 |
| Fresh Fruit and Vegetable Program | $ 5,679,871 | $ 5,848,487 | $ 5,476,300 |
| Summer Food Service Program | $ 17,713,228 | $ 29,547,489 | $ 38,292,345 |
| Summer Electronic Benefit Transfer for Children Program[1] | $ 0 | $ 500,000 | $ 500,000 |
| **Total Contributed from Federal Grants Listed Above** | **$ 663,996,410** | **$ 736,975,545** | **$ 774,123,316** |
| Total Contributed from State Funds | $ 52,439,068.85 | $ 223,465,474.10 | $ 230,528,045.60 |

9.    The programs funded by these grants are essential to fuel development and

learning for children.  The benefits associated with the food provided by these programs are

---

[1] In Michigan, the grant recipient for the Summer Electronic Benefit Transfer for Children Program is the Michigan Department of Health and Human Services (MDHHS). However, through a collaboration with MDHHS, MDE administers the program in the State.

many and include improved nutrition and health, improved long-term educational attainment, healthier eating habits, and decreased absenteeism, tardiness, and disruptions in class.

10.     Participation in these programs is widespread, benefitting over a million children daily in Michigan.  The table below reflects average participation per day in each of the programs:

| | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | 710,498 | 854,392 | 886,104 |
| School Breakfast Program | 376,889 | 475,324 | 490,952 |
| Child and After Care Food Program | 65,819 | 69,183 | 72,718 |
| Summer Food Service Program; | 77,325 | 100,972 | 141,154 |
| Summer Electronic Benefit Transfer for Children Program | Program not available | 1,004,361 | 866,228 |

11.     3,465 schools in 764 districts participate in at least one of the Child Nutrition Programs in Michigan.  There are a total of 9,195 sites from 1,796 sponsors that rely on Child Nutrition Programs in Michigan.

12.     Child Nutrition Programs serve as a vital food security safety net to address increasing levels of food insecurity in households with children in Michigan.  The meals served within the programs must meet strict federal guidelines that are aligned with the Dietary Guidelines for Americans.  The meals served in Child Nutrition Programs may be the only food some children receive in a day.  Food insecurity impacts not only physical health but emotional health and well-being.  Child hunger is associated with poor academic performance, lower graduation rates, inability to regulate emotions, anxiety, and depression.

13.     Beyond the benefits provided to children, the Child Nutrition Programs stimulate the local food economy.  They provide jobs for those to prepare and distribute meals, food

3

distributors and producers that supply the food to the programs, and our local farmers.  In School Year 2025-2026, school nutrition program in Michigan receive $66,410,939 in USDA Foods to include in school meals.  These are American grown and produced foods in which the state of Michigan is the number two supplier of nationwide.   In addition to the funds directly supporting the Child Nutrition Programs, which are primarily in the form of reimbursements, MDE has also applied for and received other USDA grants that complement and support the Child Nutrition Programs.

14.     MDE has received a number of other grants from the USDA since FY23 including:  The Emergency Food Assistance Program Reach and Resiliency ($3,351,631), which provided funds to support expansion in rural areas including the Upper Peninsula; Equipment Assistance Grants ($985,187) providing support for school food service programs to update and modernize their equipment to serve high quality meals to children; Team Nutrition Grants ($1,149,177) to provide nutrition education to providers in child nutrition programs to improve the eating patterns of the students served in those programs; Local Food Purchase Assistance grants ($18,761,307) to connect local farmers with food banks; Local Foods for Schools grants ($5,845,348) to connect local farmers to schools; Farm to School Formula Grant ($1,395,832) to develop necessary infrastructure for child nutrition programs to purchase products directly from local farmers; Supply Chain Assistance grants ($107,857,636) to help purchase nutritious foods for school nutrition programs; and Technology Grants ($3,001,153) to modernize child nutrition program technology to improve program and fiscal integrity.

15.     MDE also receives funds from USDA to administer the Child Nutrition Programs. In fiscal year 2025, MDE received $14,359,772 from USDA.  This money goes towards staff salaries to administer the program, oversee the reimbursement system, conduct compliance

4

monitoring, in-person, and virtual training, and software vendor contracts and upgrades to meet changing federal requirements.

16. On August 8, 2019, MDE entered into a Federal-State Agreement with FNS governing "Child Nutrition and Food Distribution Programs." FNS-74 ("Agreement"). FNS extended the agreement in the form of the annual award documentation every fiscal year since. The Agreement provides: "The State agency will comply with [applicable] program statutes and program regulations…. The State agency also will comply with any FNS instructions, policy memoranda, guidance, and other written directives interpreting the program statutes and program regulations applicable to those programs." As to future changes, the Agreement states, "[b]y continuing to operate the covered programs after the enactment or issuance of any [applicable] changed or new statutes, or regulations… changed or new instructions, policy memoranda, guidance and other written directives interpreting these statutes or regulations, the State agency agrees to comply with them."

17. If these Child Nutrition Program funds were withheld, MDE would face an immediate budget shortfall which if not remedied would result in laying offs of state staff and local Child Nutrition Program sponsor staff; significantly impact local farmers that supply required foods such as daily milk in all Child Nutrition Programs; impact local food producers and suppliers due to a reduction in the foods purchased by Child Nutrition Programs; and contribute to the loss of nutritious food the children who rely on these programs thus impacting their ability to succeed in school, graduate, and overall health. The programs funded by these specific grants are described further below.

### a. *National School Lunch Program*

18. I am familiar with the National School Lunch Program (NSLP). The NSLP

provides funding to assist States to provide school lunches that meet nutritional standards.

19. NSLP funding is administered in Michigan by MDE.

20. Because NSLP is a mandatory entitlement, each State is entitled to reimbursement based on the number of meals served. Schools receive federal aid in the form of cash reimbursements for every lunch they serve that meets federal nutritional requirements, with the formula providing higher reimbursement for free and reduced-price meals served to eligible students. Eligibility is based on income eligibility and categorical eligibility which is based on participation in other programs (e.g., Medicaid).

21. In Michigan, NSLP is administered by school districts who operate the lunch program. Under state law, public school districts in Michigan are required to serve lunch and the lunches must meet the USDA NSLP requirements. MDE distributes the NSLP federal funds to the school districts.

22. The districts submit monthly claims for reimbursement to MDE based on the number and category of meals they serve each month.

23. MDE receives funding from USDA in quarterly allotments which is then drawn down to pay the districts for their reimbursable monthly meal expenses. MDE received its last quarterly allotment on January 14, 2026, and is expecting its next quarterly allotment around April 10, 2026.

### b. *School Breakfast Program*

24. I am familiar with the School Breakfast Program (SBP). The SBP provides funding to assist States to provide school breakfast that meets nutritional standards.

25. SBP funding is administered in Michigan by MDE. In Michigan, school buildings with greater than or equal to 20 percent of students qualifying for free or reduced-price

meals must serve breakfast.

26. Like NSLP, SBP is a mandatory entitlement, and Michigan is entitled to reimbursement based on the number of meals served. SBP eligibility and reimbursement rates work the same as they do in NSLP.

27. In Michigan, SBP is administered by school districts who operate the breakfast program. MDE distributes federal funds to the school districts.

28. The districts submit monthly claims for reimbursement to MDE based on the number and category of meals they serve each month.

29. The quarterly allotments MDE receives from USDA cover SBP reimbursement.

### c. Special Milk Program

30. I am familiar with the Special Milk (SMP). The SMP provides funding to reimburse States that provide milk to children in schools and childcare institutions that do not participate in other child nutrition meal service programs, or children in half-day programs that do not have access to the school meal programs.

31. SMP funding is administered in Michigan by MDE.

32. Like NSLP, SMP is a mandatory entitlement, and Michigan is entitled to reimbursement based on the number of half-pints of milk served. SMP eligibility and reimbursement works the same as it does for NSLP.

33. In Michigan, MDE distributes SBP federal funds to participating schools and institutions.

34. Participating districts submit monthly claims for reimbursement to MDE based on the number and category of half-pints of milk served each month.

35. The quarterly allotments MDE receives from USDA cover SMP reimbursement.

### d. *Child and Adult Care Food Program*

36. I am familiar with the Child and Adult Care Food Program (CACFP). The CACFP provides funding to reimburse States that provide nutritious meals and snacks to eligible children and adults. CACFP provides nutrition to child care centers, family day care home, "at-risk" after school care programs, emergency shelters, and adult day health care centers.

37. CACFP funding is administered in Michigan by MDE.

38. CACFP funds are a formula reimbursement based on the number of meals and snacks served. CACFP eligibility and reimbursement rates work the same as they do in NSLP

39. In Michigan, CACFP is administered by MDE which distributes federal funds to qualifying programs.

40. Qualifying programs submit monthly claims for reimbursement to MDE based on the number and category of meals and snacks they serve each month.

41. The quarterly allotments MDE receives from USDA covers CACFP reimbursement.

### e. *Summer Food Service Program*

42. I am familiar with the Summer Food Service Program (SFSP). SFSP provides children 18 years of age and younger with free, healthy meals over the summer months when they no longer have access to school meals. Meal sites include schools and other community locations, from parks to summer camps.

43. Last summer, there were 427 sponsoring organizations supporting more than 1,435 meal sites across the state. On average, 141,154 kids received a meal daily, with 8,938,717 million meals being served in total.

44. SFSP funding is administered in Michigan by MDE.

8

45.     SFSP meals are reimbursed by USDA based on the source of the meals (prepared by the organizations, or purchased from a vendor), as well as the location of the site.

46.     In Michigan, SFSP is administered by MDE which distributes federal funds to SFPSP sponsors.

47.     Sponsoring organizations submit monthly claims for reimbursement to MDE based on the number and category of meals and snacks they serve each month.

48.     The quarterly allotments MDE receives from USDA cover SFSP reimbursement.

### f.  *Fresh Fruit and Vegetable Program*

49.     I am familiar with Fresh Fruit and Vegetable Program (FFVP).  FFVP provides funding to make fresh fruits and vegetable snacks available in elementary schools.

50.     FFVP funding is administered in Michigan by MDE.

51.     FFVP funds are provided to the states based on a percent of overall FFVP funds available.

52.     In Michigan, FFVP is administered by MDE which distributes federal funds to school districts.

53.     School districts submit monthly claims for reimbursement to MDE based on the number and category of meals they serve each month.

54.     The quarterly allotments MDE receives from USDA cover FFVP reimbursement.

### III.     The Emergency Food Assistance Program

55.     FNS operates TEFAP, which is a critical tool in Michigan efforts to staunch growing food insecurity in vulnerable communities and among working families across the state. Congress created TEFAP in 1981 to repurpose domestic agricultural food surpluses to ensure adequate nutrition for economically disadvantaged individuals.  Today, TEFAP supplies states

9

like Michigan domestically sourced fruits, vegetables, grains, legumes, dairy products, and other proteins (known as USDA foods), to supplement the diets of economically disadvantaged people including children, the elderly, and working families, for whom food insecurity is a daily challenge.

56.    TEFAP provides Michigan a combination of food, which consists of USDA foods that FNS delivers directly to the state, and funds for administrative and food distribution costs incurred by MDE and the emergency food distribution organizations that partner with MDE. MDE and its partners disburse millions of pounds of TEFAP-funded USDA produce, dairy products, proteins, and legumes that put much needed food in the hands of economically disadvantaged Michigan residents.  The financial assistance Michigan receives from FNS, together with the direct USDA foods that TEFAP ships to Michigan annually, play a vital role in meeting the nutritional needs of economically disadvantaged Michigan residents.

57.    Prior to October 1 of each calendar year, FNS notifies Michigan of its annual TEFAP allocation, which includes food and funding for administrative operating costs. This amount is communicated to MDE through a notice of award.

58.    For the last three federal fiscal years, Michigan received annual entitlement and administrative funding from TEFAP as follows:

| Federal Fiscal Year | Food Value | Administrative |
|---|---|---|
| 2023 | $83,138,236 | $ 5,732,865 |
| 2024 | $ 80,717,076.49 | $ 5,429,651 |
| 2025 | $ 49,292,242.30 | $ 5,351,674 |

59.    The TEFAP regulations require MDE to establish uniform, statewide criteria for determining household eligibility to receive USDA foods.  7 C.F.R. § 251.5(b).  At a minimum, the regulations require MDE to include a requirement that the household members seeking

10

USDA foods attest to being a Michigan resident at the time of their application.  Beyond these criteria, the TEFAP regulations prohibit MDE from requiring an applicant to establish the length of their residency in the state, and from requesting their address or identification documents to establish eligibility.  *Id*.

### a. *TEFAP Supplies Food Award "Funds" to Purchase USDA Foods*

60.    USDA awards Michigan food in two categories: entitlement food and bonus food. Funding for entitlement food is considered appropriated, mandatory spending that FNS awards Michigan and all other states on an annual basis.  The cash value of Michigan's entitlement food accounts for most of the state's TEFAP funding.

61.    When FNS notifies Michigan of the state's annual entitlement, MDE uses FNS's standard allocation to distribute a portion of the food to each of the food banks.  MDE staff then work with each food bank to obtain their food ordering plan. Some food banks order annually, others quarterly, and others allow MDE to choose their food products.  MDE places food orders in FNS's Web-Based Supply Chain Management and selects food delivery dates, which range from 30 days up to 1 year (12 calendar months) in the future.  FNS delivers food directly to food banks, which store the food for distribution to partner food pantries on a monthly, weekly, or daily basis.  Food pantries receive a portion of the USDA foods that is proportionate to the number of individuals they serve, and the food available in that food bank.

62.    In contrast to ordering entitlement food, which is predictable and available quarterly, FNS offers a variety of bonus foods to states on an ad hoc basis whenever FNS obtains specific surplus foods, such as seasonally available excess produce or food.  Bonus foods serve two purposes—they support farmers and food producers through FNS's purchases of agricultural products to stabilize prices and reduce waste and bonus foods strengthen the emergency food

11

assistance program because these foods are redirected to food banks, pantries, and soup kitchens to help meet the increased demand for food.

63.     In Michigan, MDE regularly receives notice from FNS's Agricultural Marketing Service ("AMS") of excess produce, such as strawberries and grapes, pears, and beans, and is awarded an allotment of additional food.  These bonus foods, which are in excess of the state's annual entitlement foods, must be selected quickly and are typically delivered in a narrow window.  In Federal Fiscal Year 2024, the bonus food FNS provided MDE was valued at $70,253,675.43and in Federal Fiscal Year 2025, MDE received bonus food valued at $36,932,850.85.

### b.  TEFAP Administrative Funds

64.     TEFAP administrative funding is used to support the state's 8 regional food banks' and 20 Community Action Agencies' distribution of TEFAP foods. Funding helps offset some of their administrative expenses, including personnel costs, food shipping/delivery costs to distribute food within their geographic regions to partnering food pantries, utilities (rent, gas, electric, water), storage, equipment (forklifts, garage doors, truck bay repairs), and other costs of operating food banks.

## IV.     Harms to the State Caused by USDA's Funding Condition

65.     I am aware of the December 31, 2025, Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins stating that all USDA awards would be subject to the December 31, 2025, USDA General Terms and Conditions (the "2026 Conditions") and that the 2026 Conditions "implement several of USDA's policy priorities."

66.     The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the

Federal awards," including two of President Trump's Executive Orders.  The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify.  The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation.  The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits."  The 2026 Conditions do not define what constitutes "benefits" in this context.

67.     In my years with MDE, I am not aware of MDE staff ever being required by USDA to certify MDE's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding.  I am unaware of MDE staff ever being required by USDA to certify that funds were not "used to promote gender ideology."  I am also not aware of MDE staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

68.     MDE does not understand what is required of it under the 2026 Conditions.

69.     MDE operates its programs in compliance with Federal and state anti-discrimination laws and regulations.

70.     If the Conditions apply to MDE's Child Nutrition and TEFAP funding, my understanding is that MDE may be unable to certify compliance with them.

71.     If MDE is unable to certify compliance to USDA's new funding conditions, it would be unable to receive FY2026 funds, depriving MDE of over $814,000,000, crippling its ability to maintain the critical programs above.

72.     Alternatively, in order to comply with any understanding of the 2026 Conditions that differs from existing Federal anti-discrimination laws and regulations, the compliance burden would be significant.  MDE has adopted civil rights compliance processes, including

13

maintaining Title VI and Title IX compliance offices.  To the extent the Challenged Conditions require revised or additional processes, MDE would bear the burden of developing guidelines, training employees, and building that infrastructure.  Moreover, the Immigration Condition imposes the likely impossible task of ensuring that MDE does not confer a "benefit" on any "illegal alien," however obliquely.

73.    MDE does not have an alternative source of funding that could immediately cover the loss of grants discussed above.

74.    If Michigan cannot cover the loss of federal funds, MDE will not have funds to continue the Child Nutrition Programs.  Children in schools and child care centers would be denied the nutritional snacks and meals on which they have been able to rely for years.  The loss of these meals would harm our students' health and ability to learn.  Malnutrition impacts health, ability to learn and succeed in school, and is linked to reduction in overall earning potential as an adult.  These funds not only support state level staff to administer the programs but thousands of employees in schools, childcare centers, community based organizations, food banks, community action agencies, food distributors and manufacturers, vended meal companies, local farmers, technology providers.   The loss of funds would also negatively impact our local economy.

75.    Likewise, if MDE loses TEFAP funds, Michigan lacks the fiscal capacity to replace lost USDA foods and administrative funding with state general funds. Even short-term disruption would create immediate budgetary shortfalls across the state. Food banks rely on approximately $5,180,774 in annual administrative funds to cover operating costs including personnel, occupancy and utility costs, and supplies.  The sudden loss of these funds would result in layoffs, contract terminations, and elimination of USDA foods from the food safety net infrastructure.

76.   The loss of TEFAP funding in Michigan would inflict severe harm statewide and threaten the survival of an estimated over one million Michigan residents who rely on TEFAP for daily food and nutrition every month with a total of 12,859,247 total household servings of TEFAP in FY25.  Across rural and urban areas of Michigan, working families, farmers, agricultural workers, employed and underemployed individuals, parents, seniors, and our most vulnerable children, depend on USDA foods delivered by TEFAP straight to America's heartland to slow the spread of food insecurity and hunger.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 13, 2026, in Lansing, Michigan.

_____
Diane Golzynski
Deputy Superintendent
Michigan Department of Education

15