**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 45

**DECLARATION OF M. SCOTT BOWEN (MICHIGAN)**

I, M. Scott Bowen, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18.  I know the following facts based on my own personal knowledge and review of agency records.  If called as a witness, I could testify competently to the matters set forth below.

2.      I am the Director at the Michigan Department of Natural Resources (DNR).

3.      DNR is a Michigan executive-branch state agency.  DNR is committed to the conservation, protection, management, use and enjoyment of the state's natural and cultural resources for current and future generations.

4.       DNR receives substantial funding from the U.S. Forest Service (USFS), a subagency of the U.S. Department of Agriculture (USDA), to support a wide range of programs meant to benefit public and private forest resources.  Most of the productive forest land in the United States is in private, State, and local governmental ownership, and the capacity of the United States to produce renewable forest resources is significantly dependent on such non-Federal forest lands.  Nearly one-half of the wood supply in the United States comes from nonindustrial private timberlands.  Managed forest lands provide habitats for fish and wildlife, as well as aesthetics, outdoor recreation opportunities, and other forest resources. Native and invasive insects and diseases, and invasive plants create negative conditions on all land, and require coordinated action among all land managers, private and public.  Fires in rural areas threaten human lives, property, forests and other resources.  Trees and forests are of great environmental and economic value to urban areas and communities.  Stewardship of privately held forest resources requires long-term commitment that can be fostered through private-public partnerships.  The products and services resulting from nonindustrial private forest land

1

stewardship provide income and employment that contribute to the economic health and diversity of rural communities.

5.      I have reviewed past and present USFS award documents issued to DNR and am familiar with their contents.

6.      In total, as of March 11, 2026, the DNR has 43 open, active grants (including joint venture agreements and partnership agreements) from USFS in the amount of $87,342,279.

**DNR's Receipt of USFS Grants**

7.      Each year DNR receives funding from USFS through several large, formula-funded grant programs.  These are core grant programs that support essential services.  They include the State Fire Capacity and Roscommon Equipment Center Program, Volunteer Fire Capacity Program, Forest Stewardship Program, Urban and Community Forestry Program, Cooperative Forest Health Protection Program, Forest Legacy Administration, Emergency Forest Restoration Program, Bipartisan Infrastructure Law (BIL)-State Forest Action Plan, BIL Community Wildfire Defense Grant Program, BIL Portable Bridges Program, BIL Revegetation Program, BIL Volunteer Fire Assistance Program, BIL Invasive Species Program, and BIL State Fire Assistance Program.

8.      In recent fiscal years, USFS has awarded the following grant amounts to DNR within these programs:

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| State Fire Capacity (includes Roscommon Equipment Center) | $918,696 | $1,227,116 | $1,309,745 |
| Volunteer Fire Capacity | $556,531 | $451,548 | $465,282 |
| Forest Stewardship | $260,463 | $271,917 | $149,830 |

| | | | |
|---|---|---|---|
| Urban and Community Forestry | $750,100 | $620,300 | $293,000 |
| Cooperative Forest Health Protection | $225,375 | $271,261 | $292,000 |
| Forest Legacy Administration | $100,000 | $0 | $25,000 |
| Emergency Forest Restoration | $0 | $516,000 | $400,000 |
| Bipartisan Infrastructure Law-State Forest Action Plan | $669,000 | $699,000 | $746,905 |
| Bipartisan Infrastructure Law-Community Wildfire Defense Grant | $400,000 | $0 | $400,000 |
| Bipartisan Infrastructure Law-Portable Bridges | $175,000 | $300,000 | $1,100,000 |
| Bipartisan Infrastructure Law-Revegetation | $160,000 | $160,000 | $160,000 |
| Bipartisan Infrastructure Law-Volunteer Fire Assistance | $126,770 | $106,631 | $0 |
| Bipartisan Infrastructure Law-Invasive Species | $56,666 | $32,143 | $98,000 |
| Bipartisan Infrastructure Law-State Fire Assistance | $278,889 | $1,227,116 | $307,645 |
| **Total from USFS Grants Listed Above** | $4,677,490 | $5,883,032 | $5,747,407 |

9. The programs funded by these grants are vital to sustaining the forests and the forest industry in Michigan. The purposes of these funds include responding to invasive species, climate change mitigation and adaptation, protecting and restoring watersheds, educating forest landowners and professionals on best management practices for protecting water quality, protecting and creating wildlife habitat, and ensuring and promoting sustainable timber management. The fire programs' benefits are protecting the lives and safety of the residents, along with their property, and providing fire suppression equipment, personal protective gear, and specialized training. Together, these cooperative programs provide jobs, a consistent supply of timber, and recreational opportunities, such as hunting, fishing, motorized trail access, and wildlife viewing. The funds support capacity to coordinate and implement the programs, and

3

supply financial support and equipment to forest landowners, communities, and local governments across Michigan.

10. If these funds were withheld, DNR would have to shut down critical capabilities to assist rural communities with fire preparedness and response. Michigan's elevated fire risk due to a significant ice storm in Northern Michigan in 2025 ("2025 Ice Storm") may put many citizens and structures in harm's way. Without funding to continue the program, coordinated fire response will be impeded. The DNR would have to cease the Emergency Forest Restoration Program that is currently being used to restore ice and tornado damaged woods on private lands. Operations to track forest health and invasive species' impacts from the 2025 Iice Storm would stop, further depleting timber values and impacting forest regeneration. Logging companies will not have access to new portable bridges designed to help harvest timber while protecting water resources. Tree plantings in communities across Michigan funded through DNR grants would be cancelled. Funding for forest stewardship plans for schools and private landowners would halt, reducing timber supplied to market. Shifting forest pests and pathogens will not be monitored or managed, which will reduce timber supply and increase costs for the forest products industry. Forest land protection projects that ensure sustainable forest management, timber supply to the market, jobs, wildlife habitat, and public recreation will fail resulting in a loss of millions of dollars in state and private funding that the federal funds have leveraged or are in the process of leveraging.

11. The programs funded by these specific grants are described further below.

**State Fire Capacity Grant Program**

12. I am familiar with the State Fire Capacity Grant Program. State Fire Capacity grants provide funding to assist States in developing systems and methods for the prevention,

4

control, suppression, and prescribed uses of fire on rural lands and in rural communities that will protect human lives, property, and natural resources.  This includes cooperation to organize, train, and equip state and local firefighting forces.  The State First Capacity also includes a grant specifically for the Roscommon Equipment Center Program, discussed further below.

13.    State Fire Capacity funding is administered in Michigan by DNR.

14.    Because State Fire Capacity grants are formula grants and not competitive grants, each State is entitled to a specific allocation.  Each year, Michigan's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point DNR submits an application to receive the funds.

15.    As of March 11, 2026, DNR has 3 open State Fire Capacity awards from FYs 23-26 (totals include the grant for the Roscommon Equipment Center):

- FY 23: Original award of $918,696; balance of $32,969.03; and

- FY 24: Original award of $1,227,116; balance of $505,110.42; and

- FY 25: Original award of $1,309,745; balance of $1,309,745.

16.    This grant includes funding for:

- Weather station maintenance for monitoring fuel and fire conditions (Michigan has 22 stations);

- Annual work capacity physical fitness testing costs (required for wildland firefighting);

- Managing Michigan's burn permitting system-which controls debris burning for 75% of the state (legislatively mandated);

- Travel and facilities rental costs that are associated with mandated continual training for fire line and Incident Management Team staff;

5

- Wildfire gear for fire line staff including Nomex pants, shirts, fire shelters, helmets, fire line supplies hose, nozzles, pumps, porta tanks, and hand tools (axes, shovels etc.).  This gear is used to support wildland fire suppression efforts nationally when crews and equipment are sent out of state to assist nationally;

- Repair supplies for our fire suppression heavy equipment, including pumps/engine-transmission/tires;

- Capacity for integrating systems for entering data and information nationally for national wildfire suppression and all hazard situations;

- Media outreach efforts (billboards, radio/social media, Gas Station TV) for public wildfire awareness campaigns during our highest fire danger time to help reduce wildfire risk;

- Wildfire education (schools/community events) across the state with material and product support;

- Funding and assistance for the interaction and coordination with recognized fire compacts within the US. Funding and supporting these efforts allow all agencies an enhanced ability to share valuable information and improve/try proposed innovative technologies in a concentrated effort; before bringing it forward nationally for consideration.  Michigan is part of the Great Lakes Forest Fire Compact.

17.     In addition, State Fire Capacity funding supports the Roscommon Equipment Center, part of the Forest Fire Experiment Station in Roscommon, Michigan.  The grant funding for Roscommon Equipment Center supports:

- Engineering support for agencies and Volunteer Fire Departments (VFDs) across the country based on call-ins and mailbox inquiries;

6

- Website, with available Projects and NewsNotes developed over the last 50 years supporting fire agencies and providing engineering design and suggestions for VFDs related to FEPP/FPP programs;

- Annual REC Equipment Workshop for equipment sharing ideas for improving wildland fire activities and safety;

- Generation of Fire Prevention games and learning tools for public activities (fairs/festivals);

- USFS Engineering and Manufacturing Support/Repair of Fire plows created and installed by the Forest Fire Experiment Station—shop continues service and repair of USFS equipment at no cost to several tractor plows in area and out of State of Michigan; and

- Wildland Equipment support on National Wildfire Coordinating Group and NFPA committees as well as FEPP and regional fire equipment related events.

### Volunteer Fire Capacity

18. I am familiar with the Volunteer Fire Capacity Grant Program. Volunteer Fire Capacity grants assist States in funding grants for gear/equipment and acquiring excess military equipment for state use and rural volunteer Fire Departments.

19. Volunteer Fire Capacity funding is administered in Michigan by DNR.

20. Because Volunteer Fire Capacity grants are formula grants and not competitive grants, each State is entitled to a specific allocation.  Each year, Michigan's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point DNR submits an application to receive the funds.

21. As of March 11, 2026, DNR has 3 open Volunteer Fire Capacity awards from

7

FYs 23-26:

- FY 23: Original award of $556,531; balance of $120,629.42; and

- FY 24: Original award of $451,548; balance of $400,789.05; and

- FY 25: Original award of $465,282; balance of $465,282.

22.     These funds supply a range from large structure engines and water tenders to large generators and light towers. The program also pays to transport the equipment. This equipment is provided at no cost to our agency and local fire departments, the current inventory dollar value that is allocated throughout the state is $19,337,257.86.  The grant also supports a grant for gear and equipment to local fire departments, and this year is supporting 182 communities at a value of $735,000.  At least 40% of current DNR wildland fire suppression equipment is military excess equipment that we have refurbished into main fire line equipment, including dozers/trucks (both semis and fire line engines).

23.     The loss of these funds will devastate the state's wildfire program and reduce the ability to prevent and respond to wildfires, putting human life, structures and natural resources at severe risk.

### Forest Stewardship

24.     I am familiar with the Forest Stewardship Grant Program.  Forest Stewardship grants provide funding to assist States in helping family forest landowners access assistance for managing their land.

25.     Forest Stewardship funding is administered in Michigan by DNR.

26.     Because Forest Stewardship grants are formula grants and not competitive grants, each State is entitled to a specific allocation.  Each year, Michigan's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point DNR submits

8

an application to receive the funds.

27.     As of March 11, 2026, DNR has 2 open Forest Stewardship awards from FYs 24-26:

- FY 24: Original award of $271,917; balance of $50,336.38; and

- FY 25: Original award of $149,830; balance of $149,830.

28.     This funding supports state capacity to provide 250 private foresters and 1,000 loggers with resources to help them serve 400,000 family forest owners as they manage, protect and enjoy 9 million acres of private forest land.  The 2018 National Woodland Owner Survey reports just 5% of Michigan's forest owners have a forest management plan and only 29% use a forester for a timber sale.  Therefore, Michigan Forest Stewardship Program (FSP) invests in both foresters and loggers to better serve landowners.  FSP provided four hours of training to 852 loggers at 19 Sustainable Forestry Initiative sessions statewide on the 2022 SFI Fiber Sourcing Standard to protect water quality and expand landowner outreach.  Michigan developed 62 forest stewardship plans covering 9,267 acres in FY2025.  This included 48 plans for landowners and 14 for school forests.  Over the past 35 years 7,605 landowners in Michigan developed forest stewardship plans covering 1,289,605 acres.

28.     This grant also supported Forest to Mi Faucet, an FSP campaign to help foresters, loggers, landowners, and the public understand how forests contribute to clean drinking water. The project includes twenty conservation organizations statewide with an emphasis on the southern Lower Peninsula.  Project partners will assist municipal water utilities implement their source water protection plans, plant trees and educate landowners about connections between healthy forests and clean drinking water.  Partners planted 58,592 trees and educated 61,202 landowners in FY2025.

**Urban and Community Forestry**

29.     I am familiar with the Urban and Community Forestry Grant Program.  Urban and Community Forestry grants provide funding to assist States in providing technical, educational, and financial assistance to communities of all sizes across the state—where more than 80% of residents live.

30.     Urban and Community Forestry funding is administered in Michigan by DNR.

31.     Because Urban and Community Forestry grants are formula grants and not competitive grants, each State is entitled to a specific allocation.  Each year, Michigan's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point DNR submits an application to receive the funds.

32.     As of March 11, 2026, DNR has 3 open Urban and Community Forestry awards from FYs 23-26:

- FY 23: Original award of $750,100; balance of $23,997.28; and

- FY 24: Original award of $620,300; balance of $303,417.90; and

- FY 25: Original award of $293,000; balance of $293,000.

33.     These grants provide the capacity to help communities plan, protect, plant, and maintain trees and forests that cover more than 23% of community land.  These trees and forests generate approximately $3.1 billion in annual environmental benefits, support over 25,000 industry jobs, and contribute $1.9 billion in annual economic activity in Michigan.  The program delivers assistance directly and indirectly through competitive, matching subgrants.  Key outcomes from FY23–25 include:

- $639,754 in financial assistance awarded through subgrants and contracts;

- 45 subgrants awarded to communities and partner organizations;

10

- $899,851 in leveraged local matching contributions;

- ~5.4 million residents annually living in communities receiving assistance;

- 115 communities employing professional forestry staff;

- 135 communities with active urban forestry management plans;

- 446 communities with public tree/forest ordinances or policies;

- 266 communities with tree advocacy or advisory groups;

- ~13,000 volunteer hours annually contributed to supported projects;

- ~128 Tree City USA communities annually;

- 38% of Michigan residents living in a Tree City USA community; and

- ~2,500 trees planted annually through supported projects.

**Cooperative Forest Health Protection**

34.     I am familiar with the Cooperative Forest Health Protection Grant Program. Cooperative Forest Health Protection grants provide funding to assist States in protecting forests from the impacts of natural and man-made causes including insect and disease outbreaks, invasive plants, and climatic events.

35.     Cooperative Forest Health Protection funding is administered in Michigan by DNR.

36.     Because Cooperative Forest Health Protection grants are formula grants and not competitive grants, each State is entitled to a specific allocation.  Each year, Michigan's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point DNR submits an application to receive the funds.

37.     As of March 11, 2026, DNR has 2 open Cooperative Forest Health Protection awards from FYs 24-26:

11

- FY 24: Original award of $271,261; balance of $37,785.99; and

- FY 25: Original award of $292,000; balance of $292,000.

38.    This grant supports the capacity for expertise in Michigan with extensive forest health knowledge to protect forests and address forest health concerns.  The program funds an annual aerial survey for nearly 20 million acres of forest to monitor and track pest and disease outbreaks in the forest.  Survey team members identify and map tree mortality, defoliation and other environmental stressors.  Efforts directly help land managers make on the ground management decisions.  On the ground monitoring is done to verify the pest or disease causing the mortality or defoliation.  Early detection and management activities prevent negative forest health impacts that significantly impact economies and jobs in rural and urban areas as well as energy resources, recreational opportunities and wildlife habitat.  In 2025 alone, efforts supported by this grant reached an estimated 1,309,446 individuals related to forest health issues. Tracking and reporting these native and invasive pests and diseases contributes to the national report of forest health conditions for the US:

https://www.fs.usda.gov/sites/default/files/fs_media/fs_document/major-forest-conditions-2023.pdf.

39.    This grant also supports the capacity to respond to native and invasive pests and diseases.  Michigan is actively treating oak wilt pockets on state land, further preventing the establishment, spread and impacts of this aggressive oak killing disease.  Funding also allowed the DNR to coordinate the treatment of over half million hemlock trees infested with the tree killing hemlock woolly adelgid on public and private lands, protecting a tree species critically important for fish and wildlife habitat.  Collaboration with partners to find and collect seed from trees that are potentially resistant to invasive species is important for eventual restoration efforts.

12

This capacity also creates and supports silviculture guidance and procedures to respond to native pests and diseases such as Heterobasidion root disease, spruce budworm, bark beetles and Diplodia, all which impact valuable timber production.

40.    Further, this grant supports the capacity to train natural resource professionals in various forest health topic and issues.  For example, the DNR trains arborists to identify and manage oak wilt on private lands and in communities.  This allows the public to access trained resource providers to address oak wilt effectively.

41.    These funds also support the publication of the Forest Health Highlights to report on forest health issues and accomplishments and document the health of Michigan's forests annually.

42.     Without these grants, efforts to monitor and track forest insect and disease outbreaks would be greatly diminished.  Forest health expertise to address forest health issues and successfully eradicate, slow the spread, suppress and manage forest health issues would be lost. Without survey and management activities supported by the grant, oak wilt could eventually impact many of the 600 million oak trees in Michigan, vitally important for wildlife and timber. Similarly, if unchecked, hemlock woolly adelgid could lead to the loss of 176 million hemlocks vitally important to fish and wildlife in riparian areas.   Without appropriate guidance, native disease and insect outbreaks would have more severe impacts and the development of trees resistant to invasive insects and diseases would become more difficult.  A loss of training opportunities would have large impacts on partner's abilities to address forest health issues and separately funded forest health efforts would become less efficient as planning and prioritization became less effective.  In summary, loss of this grant would result in negative forest health impacts that would significantly impact economies and jobs in rural and urban areas as well as

energy resources, recreational opportunities and wildlife habitat.

## Forest Legacy Administration

43.     I am familiar with the Forest Legacy Grant Program.  Forest Legacy Administration grants provide funding to assist States in the protection of environmentally important forests from being converted to a non-forest use.

44.     Forest Legacy Administration funding is administered in Michigan by DNR.

45.     As of March 11, 2026, DNR has 2 open Forest Legacy Administration awards from FYs 23-26:

- FY 23: Original award of $100,000; balance of $24,838.27 and

- FY 25: Original award of $25,000; balance of $25,000

46.     This grant supports the necessary capacity to implement multi-million dollar forest conservation projects that help to secure jobs, local economies, and sustainable forest management.  The grant also provides the necessary funding to complete due diligence work including appraisals, appraisal reviews, mineral evaluations, forest management plan development, baseline documentation reports, and other items required by the Forest Legacy Program.  Without this grant to support this work, over $47 million in awarded project grants will be lost as the projects will not be able to be implemented or completed.  This includes a $6,000,000 forest joint project with the Keweenaw Bay Indian Community that will result in the co-management of over 3,200 acres of forest in Baraga County.  It also includes a $37,500,000 project grant (part of an overall $50 million project) to secure perpetual sustainable forest management, public recreational access, and benefits to the economy of four counties through a working forest conservation easement on over 152,000 acres in the Upper Peninsula.  Without the core grants, these projects cannot be implemented.

**Emergency Forest Restoration Program**

47.     I am familiar with the Emergency Forest Restoration (EFRP) Grant Program. EFRP grants provide funding to assist States in helping forest owners restore their woods after a disaster.

48.     EFRP technical assistance funding is administered in Michigan by DNR. Landowner cost-share is administered by the USDA Farm Services Agency

49.     Because EFRP grants are non-competitive grants, the DNR works with USDA to estimate a budget to provide the forestry technical assistance in each county damaged by a natural disaster.  The amount of funding budgeted for an EFRP grant proposal is based on number of acres impacted.  Following a disaster, Michigan's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point DNR submits an application to receive the funds.

50.     As of March 11, 2026, DNR has 1 open EFRP award:  for FY 24/25, original award of $516,000, plus $400,000 added in FY25; balance of $902,723.86.

51.     The EFRP grant provides funding for professional forestry assistance for landowners voluntarily enrolling in the program to receive cost share.  The forester visits the landowner's property and determines the number of acres and practices that qualify for assistance.  This may include debris removal, invasive species treatments, timber stand improvement and other forestry practices that will help restore the woods following a disaster. The landowner signs an agreement with Farm Services Agency to provide 75% of the costs.  The landowner is expected to provide the other 25% of the costs.  Upon project completion the forester inspects the project to verify completion to practice standards.  To date over 300 landowners have benefitted from this program.  If grant funding is lost, all work would cease to

15

provide forestry technical assistance to landowners enrolling in EFRP. With the 2025 Ice Storm, it is estimated that 1,000 landowners are currently seeking assistance by enrolling in EFRP and enrollments have just begun. Landowners will have expenses they have incurred to complete their projects with no mechanism to be reimbursed. Private forests will continue to have damage that is unaddressed, leading to significant fire danger due to higher fuel levels. Timber values will continue to decline as tree salvage operations cease.

### Bipartisan Infrastructure Law (BIL) State Forest Action Plan

52.    I am familiar with the BIL State Forest Action Plan Grant Program. BIL State Forest Action Plan grants provide funding to assist States in implementing their Forest Action Plan.

53.    BIL State Forest Action Plan funding is administered in Michigan by DNR.

54.    Because BIL State Forest Action Plan grants are formula grants and not competitive grants, each State is entitled to a specific allocation. For the years that the BIL State Forest Action Plan program was funded (FY 23-26), Michigan's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point DNR submits an application to receive the funds.

55.    As of March 11, 2026, DNR has 3 open BIL State Forest Action Plan awards from FYs 23-26:

- FY 23: Original award of $1,286,000; balance of $694,187.54 and

- FY 24: Original award of $699,000; balance of $699,000 and

- FY 25: Original award of $746,905; balance of $746,905

56.    This grant supports the capacity to address forest health concerns statewide to protect the ecological, economic, social and cultural importance from forested ecosystems down

16

to individual trees.  Specifically, the grant provides resources that allow the DNR to develop and implement awareness campaigns to engage communities, academia, non-profit organizations and forestry professionals to help prevent, detect, confirm and respond to issues impacting Michigan trees.  Efforts to date have addressed fifteen terrestrial invasive species on the Michigan Watchlist including invasive pests, diseases and plants, as well as high priority forest health issues like oak wilt, Heterobasidion root disease, beech bark disease, and spongy moth.  In addition, the grant supports surveys coupled with report verification from awareness campaigns and trainings has significantly improved distribution maps statewide allowing staff to develop more successful management plans based on more complete data.

57.     The grant also increases capacity has provided expertise to modernize workflow to more effectively and efficiently plan, survey, collect data, edit data and spatial display statewide information on Michigan forest health concerns.  Data integration into a Geographic Information System (GIS) workflow makes data compilation and sharing more efficient. General maintenance, optimization and software updates to keep up with technology advancements and evolving forest health concerns are also covered by this grant.

58.     Without this grant, efforts to successfully eradicate, slow the spread, suppress and manage forest health issues long-term would be greatly diminished. If left unchecked, hemlock woolly adelgid would remove hemlock from the landscape leading to an estimated loss of 176 million hemlock in Michigan. Losing hemlock would have big consequences contributing to loss of cold-water trout streams, reduction in habitat and food sources for wildlife, reduction of tree species in riparian zones, wetlands and critical dune habitat that provide clean water, streams and lakes for Michigan residents and tourists. It would also lead to the removal of tribal traditions of making tea from hemlock needles, and more. Other pests, diseases and invasive plants have

similar lists of concerns that would be significantly impacted without this grant.

<strong>BIL Community Wildfire Defense Grant</strong>

59.    I am familiar with the BIL Community Wildfire Defense Grant Program. BIL Community Wildfire Defense grants provide funding to assist States in working with local government agencies on wildfire prevention.

60.    BIL Community Wildfire Defense Grant funding is administered in Michigan by DNR.

61.    Because BIL Community Wildfire Defense grants are formula grants and not competitive grants, each State is entitled to a specific allocation.  For each year the grant program was funded (FY23-26), Michigan's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point DNR submits an application to receive the funds.

62.    As of March 11, 2026, DNR has 2 open BIL Community Wildfire Defense awards from FYs 23-26:

- FY 23: Original award of $800,000; balance of $593,238.05; and

- FY 25: Original award of $400,000; balance of $400,000.

63.    This grant provides the capacity to help local governments (specifically county governments) in applying for federal grants for Community Wildfire Protection Plans and/or specific wildfire mitigation work.  Once a county receives the grant, DNR administers the funds as the work is completed.  The plans and mitigation work improve local understanding of local wildfire risk and significantly increase prevention activities at the local level.  The loss of these funds will decrease prevention and awareness of fire risk at the local level, leading to higher risk statewide for dangerous wildfires.

18

**BIL Portable Bridges**

64.    I am familiar with the BIL Portable Bridges Grant Program.  BIL Portable Bridges grants provide funding to assist States in building and providing portable bridges for loggers for use on private lands.

65.    BIL Portable Bridges funding is administered in Michigan by DNR.

66.    Because BIL Portable Bridges grants are formula grants and not competitive grants, each State is entitled to a specific allocation.  For each year the grant program was funded (FY23-26), Michigan's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point DNR submits an application to receive the funds.

67.    As of March 11, 2026, DNR has 3 open BIL Portable Bridges awards from FYs 24-26:

- FY 24: Original award of $300,000; balance of $174,597.12 and

- FY 25 (first award): Original award of $600,000; balance of $600,000 and

- FY 25 (second award): Original award of $500,000; balance of $500,000

68.    These grants are for purchasing portable bridges and timber mats to use on private forests.  Portable bridges have been created and used extensively on public lands, but dedicated equipment for private lands was not available until this funding opportunity.  These bridges will be used to protect sensitive areas and water quality while providing access to high value timber on private lands.  The first 3 portable bridges have been manufactured and recently delivered, with 5 more bridges to be built in FY2026.  These bridges will sit idle and new bridge construction will be halted if these grants are eliminated.

**BIL Revegetation**

69.    I am familiar with the BIL Revegetation Grant Program.  BIL Revegetation grants

19

provide funding to assist States in addressing inadequate capacity to carry out present and future restoration needs.

70.    BIL Revegetation funding is administered in Michigan by DNR.

71.    Because BIL Revegetation grants are formula grants and not competitive grants, each State is entitled to a specific allocation.  For each year the grant program was funded (FY23-26), Michigan's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point DNR submits an application to receive the funds.

72.    As of March 11, 2026, DNR has 3 open BIL Revegetation awards from FYs 23-26:

- FY 23: Original award of $160,000; balance of $160,000 and

- FY 24: Original award of $160,000; balance of $160,000 and

- FY 25: Original award of $160,000; balance of $160,000

73.    This funding is being used to prepare multiple state properties for installation of seed orchards for multiple species of ecologic/economic importance.  These orchards will greatly increase seed availability of known provenances for up to 13 different tree species, which can then be used to contract grow nursery stock for reforestation objectives.  Without this grant, the site preparation that has begun will be halted and investments into these sites will be lost.

**BIL Invasive Species**

74.    I am familiar with the BIL Invasive Species Grant Program. BIL Invasive Species grants provide funding to assist States in managing invasive species.

75.    BIL Invasive Species funding is administered in Michigan by DNR

76.    Because BIL Invasive Species grants are formula grants and not competitive grants, each State is entitled to a specific allocation.  For each year the grant program was funded

20

(FY25-26), Michigan's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point DNR submits an application to receive the funds.

77.    As of March 11, 2026, DNR has 1 open BIL Invasive Species award from    FYs 25-26:  for FY 25, original award of $98,000; balance of $98,000.

78.    These funds are used to expand survey and treatment of high priority invasive species and communicate the importance of prevention and reporting of invasive species.

**BIL State Fire Assistance**

79.    I am familiar with the BIL State Fire Assistance Grant Program.  BIL State Fire Assistance grants provide funding to assist States in developing systems and methods for the prevention, control, suppression, and prescribed uses of fire on rural lands and in rural communities that will protect human lives, property and natural resources.  This includes cooperation to organize, train, and equip state and local firefighting forces.

80.    BIL State Fire Assistance funding is administered in Michigan by DNR.

81.    Because BIL State Fire Assistance grants are formula grants and not competitive grants, each State is entitled to a specific allocation.  For each year the grant program was funded (FYs 25-26), Michigan's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point DNR submits an application to receive the funds.

82.    As of March 11, 2026, DNR has 1 open BIL State Fire Assistance award from FYs 25-26:  for FY 25, original award of $307,645; balance of $307,645.

83.    This grant includes funding for:

- Weather station maintenance for monitoring fuel and fire conditions (Michigan has 22 stations);

- Annual work capacity physical fitness testing costs (required for wildland

21

firefighting);

- Managing our burn permitting system-which controls debris burning for 75% of the state (legislatively mandated);

- Travel and facilities rental costs that are associated with mandated continual training for fire line and Incident Management Team staff.

- Wildfire gear for fire line staff, including Nomex pants, shirts, fire shelters, helmets, fire line supplies hose, nozzles, pumps, porta tanks, tools axes, shovels etc.  This gear is used to support wildland fire suppression efforts nationally when crews and equipment are sent out of state to assist nationally;

- Repair supplies for our fire suppression heavy equipment, including pumps/engine-transmission/tires.

- Capacity for integrating systems for entering data and information nationally for national wildfire suppression and all hazard situations;

- Media outreach efforts (billboards, radio/social media, Gas Station TV for public wildfire awareness campaigns during our highest fire danger time to help reduce wildfire risk;

- Wildfire education (schools/community events) across Michigan with material and product support;

- Funding and assistance for the interaction and coordination with recognized fire compacts within the US.  Funding and supporting these efforts allow all agencies an enhanced ability to share valuable information and improve/try proposed innovative technologies in a concentrated effort; before bringing it forward nationally for consideration.  For example, Michigan is part of the Great Lakes

22

Forest Fire Compact.

84.     In addition to using Volunteer Fire Capacity, Wildfire Risk Reduction, Urban and Community Forestry, Stewardship, and Emergency Forest Restoration Program (EFRP) funds themselves, States may pass Volunteer Fire Capacity, Wildfire Risk Reduction, Urban and Community Forestry, Stewardship, and Emergency Forest Restoration, funds through to subgrantees for the same purposes. DNR currently distributes Volunteer Fire Capacity funding to 175 volunteer fire departments through 175 subawards; Wildfire Risk Reduction funding to 2 counties through 2 subawards for community wildfire protection plans; Urban and Community Forestry, including Inflation Reduction Act (IRA) Urban and Community Forestry, funding to 42 local units of government and other partners through 39 subawards and 3 contracts; and Stewardship, including IRA (Family Forests) funding, to 2 partners through 2 subawards and 12 land conservancies and other partners through 12 subawards; EFRP funding to 25 partners through 25 contracts. DNR also passes through 100% of IRA Landowner Engagement Stewardship and BIL Portable Bridges funding to 2 partners through 2 subawards.

85.     DNR intends to apply for FY 2026 State Fire Capacity, Roscommon Equipment Center, Wildfire Risk Reduction, Volunteer Fire Capacity, Forest Stewardship, Urban and Community Forestry, Cooperative Forest Health, Forest Legacy, Bipartisan Infrastructure Law (BIL) State Forest Action Plan, BIL State Fire Assistance, BIL Volunteer Fire Assistance, BIL Portable Bridges, BIL Community Wildfire Defense, and BIL Revegetation funding as soon as Michigan's allocation is announced.

**Harms to the State Caused by USDA's New Funding Conditions**

86.     I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and

23

mutual interest agreements (the "2026 Conditions").  The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders.  The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify.  The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation.  The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits."  The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

87.    For one grant—the Forest Legacy Administration grant—DNR was advised by USFS that the USDA General Terms and Conditions will apply to the grant in the future.

88.    In my years with DNR, I am not aware of DNR staff ever being required by USDA to certify DNR's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding.  I am also not aware of DNR staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

89.    DNR operates its programs in compliance with Federal anti-discrimination laws and regulations.

90.    My understanding is DNR is uncertain what is required by the 2026 Conditions and therefore may be unable to certify compliance with USDA's 2026 Conditions.

91.    In order to comply with any understanding of the 2026 Conditions that differs from existing Federal anti-discrimination laws and regulations, DNR would require additional resources, both time and money, to establish new guidelines and train employees on how to

24

comply with the 2026 Conditions.

92.     For example, DNR does not know, and is not able to verify, whether any illegal aliens in Michigan benefit from its USFS-funded programs, including in the areas of wildfire protection, urban forestry improvements, and forest health.

93.     Moreover, compliance with "policies" that erase the existence of transgender people would violate civil rights laws in Michigan.  *See, e.g.*, Mich. Compl. L. § 37.2302.

94.     If DNR is unable to comply with USDA's new funding conditions, the State would be unable to receive FY2026 USFS funds, frustrating its ability to maintain the critical programs described above.

95.     DNR does not have any other appropriation in its budget that could cover the loss of the grants discussed above.  If DNR cannot access USFS funds, DNR will not have funds to immediately cover the grant programs listed above.  This will result in the suspension of programs, including our Forest Stewardship Program, Forest Health Program, Urban and Community Forestry Program, Community Wildfire Prevention Program, and the Forest Legacy Program.  Current investments in these programs will be lost.  And, depending on the total number of grants impacted, staff will either need to be laid off or reassigned to other duties.

96.     Losing these USFS grants would severely obstruct and undermine DNR's mission even if the funding were restored at a later date.

I declare under penalty of perjury that the foregoing is true and correct.

> Executed this 12th day of March, 2026, in Lansing, Michigan.
>
> _M. Scott Bowen_ (signature)
> _____
> M. Scott Bowen
> Director
> Department of Natural Resources

25