**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 47

## DECLARATION OF PATRICIA THIELEN

I, Patricia Thielen, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

### Background

2.      I am the Director of the Division of Forestry at the Minnesota Department of Natural Resources (DNR). My job duties as the director of the Division of Forestry include develop strategic forest management direction for the division, department, and the state's forests; secure financial resources for efficient and optimal operations; engage with stakeholders and partners to best manage our state's forests; preparing for and responding to wildland fire; and implement direction of the Governor of Minnesota, Commissioner of the DNR, and the legislature.

3.      I have been employed by DNR since October 18, 1995, and I have served as director since July 11, 2022. Before starting my current position I served as the division's Deputy Director.

4.      The DNR is a cabinet-level executive branch agency of the state. Pursuant to authority granted by the Minnesota Legislature through statutes and administrative rules, the DNR is responsible for the management of state lands and waters, various regulatory and permitting responsibilities, and implementing state policies related to natural resource protection, outdoor recreation, and environmental stewardship. The agency's leadership structure includes a Commissioner who is appointed by the Governor, a Deputy Commissioner and three Assistant Commissioners, as well as various Division Directors and Assistant Directors. The agency

consists of 3,500 full-time employees who work in one of seven distinct divisions: Ecological and Water Resources, Enforcement, Fish and Wildlife, Forestry, Lands and Minerals, Operations Services, and Parks and Trails. While each division has a unique portfolio of critical issues, responsibilities and expertise, they collectively work to further the missions of working with Minnesotans to conserve and manage the state's natural resources, to provide outdoor recreation opportunities, and to provide for commercial uses of natural resources in a way that creates a sustainable quality of life.  DNR receives substantial funding from the U.S. Department of Agriculture (USDA) to support a wide range of programs. The vast majority of DNR's USDA funding comes through the U.S. Forest Service (USFS) and supports DNR programs that protect forest health, reduce wildfire risk, support private and community forestry, maintain nursery productivity, and build statewide fire response capacity. These funds support detection and mitigation of forest pests and diseases, aerial forest health surveys covering more than 13 million acres, wildfire prevention outreach, urban and community forestry assistance, rural fire department equipment grants, and training for wildland firefighters. Much of the funding is passed through to local governments, private landowners, and volunteer fire departments. Impacts of slowed or canceled funds will extend well beyond the DNR. Without federal funding, forest pests and diseases would likely spread more rapidly, wildfire occurrence and severity would increase, and public safety risks would rise—especially in small and rural communities— and Minnesota would lose critical planning, training, and response capacity.

5.      I have reviewed past and present USDA award documents issued to DNR and am familiar with their contents.

6.      In total, as of March 10, 2026, DNR has 65 open, active grants across USFS grant programs, with approximately $26 million remaining to be expended over the next five years.

**DNR's Receipt of USFS Grants**

7.      Each year DNR receives funding from USFS through several large, formula-funded grant programs. These are core grant programs that support essential services. Because core grants are not competitive, each state is entitled to a specific allocation. Annually, Minnesota's State Forester, here the Director of the Division of Forestry, receives a notification from USFS regarding its funding allocation, at which point DNR submits an application to receive the funds. Core funding programs include the State Fire Capacity Program, Volunteer Fire Assistance Program, Forest Stewardship Program, Urban and Community Forestry Program, and the Cooperative Forest Health Protection Program.

8.      Minnesota has applied for and received funding through USFS core program for at least 16 years. The DNR's fiscal tracking software can recall information back to 2010. The division received funding at least as far back as the late 1990s.

9.      DNR also receives funding through USFS grant opportunities that are awarded to states on a competitive merit basis, typically using time-limited or one time funding allocations. These grant opportunities require the submission of detailed project proposals which are reviewed against specific criteria. Competitive funding DNR has received include the Conservation Reserve Program, Community Wildfire Defense Grant Program, Wildfire Risk Reduction Program, Landscape Scale Restoration Program, Invasive Species Capacity Program, and the Emergency Forest Restoration Program. Funding for these grants is often administered through primary USFS program structures (Forest Health, Urban and Community Forestry, Wildland Fire, etc.), although the grant purposes are more specific and distinct from core funding allocations.

10.      In recent fiscal years, USFS has awarded the following grant amounts to DNR:

| | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| **USFS Core Grants (formula based)** | | | |
| State Fire Capacity/Assistance | $1,821,619 | $1,373,501 | $854,159 |
| Volunteer Fire Assistance | $462,832 | $464,106 | $476,172 |
| Forest Stewardship | $386,433 | $252,952 | $109,030 |
| Urban and Community Forestry | $0 | $489,700 | $293,000 |
| Cooperative Forest Health Protection | $417,000 | $256,000 | $269,200 |
| | | | |
| **Total Core Grants** | **$3,087,884** | **$2,836,259** | **$2,001,561** |
| **USFS Additional Grants (competitive and formula based)** | | | |
| Conservation Reserve Program | $311,739 | $380,000 | $0 |
| FireWise/Hazard Mitigation/Risk Reduction | $1,690,925 | $0 | $210,000 |
| Forest Health (non-core) | $88,809 | $401,500 | $269,200 |
| Forest Legacy | $38,000 | $279,000 | $42,000 |
| Forest Stewardship (non-core) | $0 | $500,000 | $2,480,000 |
| Landscape Scale Restoration | $545,000 | $295,000 | $4,320,000 |
| Nursery Revegetation | $0 | $0 | $1,000,000 |
| State Fire Capacity/Assistance (non-core) | $0 | $198,980 | $0 |
| State Forest Action Planning | $1,353,000 | $735,000 | $785,372 |
| Temporary Bridge Program | $0 | $48,050 | $0 |
| Urban and Community Forestry (non-core) | $5,250,000 | $300,000 | $0 |
| **Total additional (non-core) grants** | **$9,277,473** | **$3,137,530** | **$9,106,572** |
| **Grand total (all grants)** | **$12,365,357** | **$5,973,789** | **$11,108,133** |

11.     The programs funded by these grants are vital to improving public safety and environmental health in Minnesota. The following information provides an overview of the grants listed above.

**USFS Core Grants**

**State Fire Capacity and Volunteer Fire Assistance Programs:** Minnesota's cooperative fire assistance program provides over 140 grants to rural volunteer fire departments to acquire firefighting equipment to improve their wildfire fighting capabilities. Cancellation of future awards would further reduce capacity for under-equipped, under-staffed rural fire departments. Loss of funding would also reduce wildland firefighter training for about 1,200 persons. These firefighters respond to wildfire on all lands in Minnesota.  Fewer trained firefighters would hinder suppression operations by reducing the availability of both fireline leadership and personnel needed for wildland fire response in Minnesota.

**Forest Stewardship Program:** Federal funding supports the Private Forest Management Program which offers technical assistance and incentive programs to help 2,750 forest landowners per year sustainably manage their forests. Loss of federal funding would reduce services to landowners seeking forest management assistance. Federal Emergency Forest Restoration Program (EFRP) funds, which are designed to support technical assistance to private forest landowners impacted by extreme wildfire and wind damage to their forests in 2025, would lose funding support intended to assist with restoration efforts. Loss of this assistance may ultimately increase potential future wildfire risk in areas hit with large, forested areas damaged by wind and fire.

**Urban & Community Forestry Program**: Federal funds support Minnesota's Tree Inspector

Program and State Tree Board. They work to ensure trained professionals support community shade tree health, safety, and education statewide. Federal funding sustains the Minnesota Shade Tree Advisory Committee, which provides expert guidance and public education benefiting residents, municipalities, and industry professionals. USFS funds directly supports community outreach, youth engagement, municipal forestry training, and critical partnerships. Most importantly, it funds community-driven canopy projects in low-canopy, vulnerable communities – supporting tree planting, maintenance, workforce development, and urban forest planning. Loss of this funding would eliminate Minnesota's ability to serve these communities, reduce educational and workforce opportunities, and dismantle the first initiative specifically designed to meaningfully engage these communities in meeting their urban forestry needs.

**Forest Health Protection:** Federal funding directly supports detection, mitigation, and training for forest health threats. Beneficiaries of this program are private forestland owners, public forest managers, private forestry consultants, researchers, loggers, arborists, and homeowners. About 4,500 people directly benefited from the small DNR forest health program by receiving consultation and training in 2025. About 415,000 professionals and homeowners served by educational and informational resources indirectly benefitted from these programs.

Loss of federal funding would also eliminate aerial surveys covering over 13 million acres that provide critical data for wildland fire fuels assessments, timber salvage, invasive species management, forest planning, forest health research, and training for land managers, loggers, arborists, and homeowners. Oak wilt control work on state-managed land in Minnesota is paid for with federal funds. Without federal funding, oak wilt would spread faster on state and private lands, making forests unhealthy, diminishing property values, and adversely affecting Minnesota's wildlife. Loss of federal funds would also result in more rapid spread and impact of

emerald ash borer as detection efforts are supported by federal funds.

**Forest Legacy Program:** Federal funding directly supports administration of the Federal Forest Legacy Program which seeks to conserve and steward privately owned forest lands via easements. Without the funding the state would lose capacity to support the Federal Forest Legacy goals which include: stewarding existing Federal Forest Legacy conservation easements; protect new tracts of working forests; address private landowner and industrial private landowner requests for assistance; and coordinate with partners, stakeholders, and local units of government.

**USFS Additional Grants**

Several of the following funds are distributed through the federal programs described above. However, they are listed separately, because they represent competitive funding secured by the DNR and are distinct from formula-based core grants.

**Conservation Reserve Program:** The Conservation Reserve Program reserves highly erodible cropland acres and establishes more suitable covers to promote other resource values.  These values include improved air and water quality and wildlife habitat. The DNR provides technical expertise on planting trees and shrubs and is reimbursed for time allocated to landowner planting assistance.

 **FireWise/Hazard Mitigation/Risk Reduction (Infrastructure Investment and Jobs Act):** St. Louis County received funds to improve wildfire survivability and promote mitigation strategies in response to three large wildfires that happened in 2025 (Camp House, Jenkins Creek and Munger Shaw). Lake of the Woods County is midway through the application process to secure

federal funds to be able to take proactive steps in completing wildfire planning and mitigation projects.

**Forest Health (non-core):** Competitive forest health funds are used to support core funds to further manage forest pests and diseases and reduce the spread of forest health issues. This includes management of high priority invasive plants on state forest lands and adjacent private lands.

**Nursery Vegetation (Infrastructure Investment and Jobs Act)**: This federal funding supports seed sourcing for state nursery operations. Facility improvements, contract seed and cone collection, collector training, establishment and maintenance of seed orchards would be severely limited if access to federal funds were loss. Direct beneficiaries of the program are contractors and public participants in the seed collection program. Indirect beneficiaries are public and private landowners who purchase seedlings from our state forest nursery to reforest their lands.

**Forest Legacy Program:** Federal funding is used to further the impact of the Forest Legacy Program. Additional funds stretch the dissemination of information to more landowners, partners, and stakeholders; expanded outreach and education regarding conservation easement stewardship guidelines and policies; and enhance land protection project planning and evaluation. A reduction in federal funding would impact private landowners, reduce capacity for working forest land protection, and limit coordination with local governments, including Minnesota counties, Soil and Water Conservation Districts, and forestry associations.

**Landscape Scale Restoration**: Landscape Scale Restoration in Minnesota currently supports reforestation on private forestland. A focus by the state is on historically forested areas of Minnesota that were converted to other uses or have experienced high mortality from spruce

budworm. The program will reforest 6,800 acres statewide through leveraged federal funds matched nearly 1:1 by state and local investments. The DNR has encumbered USFS funds to plant approximately 1,000 acres beginning in April, 2026. Participating landowners have already purchased seedlings and made upfront investments that the state will reimburse with these funds.

**State Forest Action Planning (Infrastructure Investment and Jobs Act):**

State Forest Action Planning Funding is used to support multiple forestry programs:

Urban & Community Forestry Program directly supports communities by removing hazardous trees, restoring tree canopy, advancing workforce development, and improving public safety and environmental health. Funds support wood utilization, emerald ash borer mitigation, community tree planting, education, and job training, while sustaining core urban forestry capacity through the University of Minnesota. This funding powers three statewide grant programs—Tribal Community Forestry, Centering Communities in Canopy Solutions, and Growing Tomorrow's Tree Care Professionals – benefiting four tribal organizations, nonprofits, schools, and local governments. Freezing or ending this funding would halt critical work, including the removal of dangerous, dead ash trees killed by emerald ash borer and replacement with resilient tree species.

SFAP funds are used in the Forest Health program to raise public awareness of oak wilt in counties mainly along the northern leading edge of disease expansion in Minnesota: Aitkin, Carlton, Cass, Crow Wing, northern Isanti, Kanabec, Mille Lacs, Morrison, Pine, and Todd. The goal of the project is to drastically slow the spread of oak wilt and prevent it from moving into currently uninfected forests. This work reduces wildfire risk; reduces threats to forest and ecosystem health; maintains and enhances economic benefits of trees and forests; and conserves and enhance wildlife and fish habitat.

SFAP funds also improve private forest land management by supporting forest inventory and analysis (FIA) through LIDAR and plot-based inventory.

SFAP funds impact Minnesota's collection and procurement for tree seed used to reforest public and private lands. Funds are used to coordinate collection activities, administer training to seed collectors, develop seed orchards, and harvest seed. Without federal funding, state seed procurement would be limited, affecting capacity for reforestation on state and private lands.

**Temporary Bridge Program (Infrastructure Investment and Jobs Act):** The temporary bridge program intends to improve access to difficult locations for timber harvesting operators and emergency vehicles. The temporary bridges protect sensitive wetland and stream areas and reduce costs to timber permit holders. DNR entered this program to pilot the applicability and usefulness of a new design for temporary bridges in Minnesota. Without this pilot, Minnesota would lose the opportunity to improve access to hard-to-reach areas during emergencies or for forest management, including timber harvesting.

12.     If these funds were withheld, DNR would have to prioritize critical services and protections to Minnesotans, the state's forests, and partners and stakeholders. To make decisions, the division and department would have to engage with staff, partners, and stakeholders to determine the highest resource management needs and protections. Upon highest priority work, the division would work with the governor's office, legislators, and the commissioner to secure additional funding. If funds were not secured, protection and management would be curtailed until funding is found. The programs funded by these specific grants are described further below.

13.     As of March 10, 2026 DNR has 65 open USFS grants awards from federal fiscal years 2021-2026:

| Program | Grant Amount | Remaining as of 03/10/2026 | Grant count |
|---|---|---|---|
| **Core** | | | |
| FireWise/Hazard Mitigation/Risk Reduction | $ 500,000 | $ 451,141 | 1 |
| Forest Health | $ 942,200 | $ 542,361 | 3 |
| Forest Stewardship | $ 938,067 | $ 780,547 | 4 |
| State Fire Capacity Assistance | $ 5,057,658 | $ 3,696,878 | 9 |
| Urban and Community Forestry | $ 3,012,866 | $ 1,261,933 | 4 |
| Volunteer Fire Department Assistance | $ 1,841,677 | $ 550,150 | 5 |
| **Core Grants Total** | **$ 12,292,468** | **$ 7,283,010** | **26** |
| **Additional (non-core) grants** | | | |
| Conservation Reserve Program | $ 380,000 | $ 281,665 | 1 |
| FireWise/Hazard Mitigation/Risk Reduction | $ 2,200,925 | $ 1,759,184 | 5 |
| Forest Health | $ 907,309 | $ 795,756 | 6 |
| Forest Legacy | $ 397,000 | $ 330,602 | 5 |
| Forest Stewardship | $ 3,588,673 | $ 3,471,143 | 5 |
| Landscape Scale Restoration | $ 5,455,000 | $ 4,994,251 | 6 |
| Revegetation | $ 1,000,000 | $ 993,813 | 2 |
| State Fire Capacity Assistance | $ 198,980 | $ 127,642 | 1 |
| State Forest Action Planning | $ 787,217 | $ 690,874 | 2 |
| Temporary Bridge Program | $ 48,050 | $ 48,050 | 1 |
| Urban and Community Forestry | $ 6,610,482 | $ 5,167,435 | 5 |
| **Additional (non-core) grants total** | **$ 21,573,636** | **$ 18,660,414** | **39** |
| **Grand total (all grants)** | **$ 33,866,104** | **$ 25,943,423** | **65** |

14.    In addition to using USFS grants fund to support state operations, the state awards

funds to subgrantees for the same forest management and wildfire firefighting purposes. As of March 10, 2026, the DNR currently has active grants awarded funds to dozens of local units of government, three tribal governments, three educational institutions, 13 non-profit organizations, several county Soil and Water Conservation Districts, and hundreds of individual landowners. Outgoing grants are a substantial component of currently active federal funds. Additional outcomes are expected to increase as projects are planned and funds encumbered.

15.     Interruption in access to USFS would negatively impact these entities, especially communities struggling with removal and replacement of damaged trees as well as private lands forest management. This would ultimately result in higher wildfire danger, increased spread of disease and pests, and reduced tree planting on thousands of acres of public and private land.

16.     DNR is applying for the fiscal year 2026 State Forest Action Plan grant by March 19, 2026. The DNR intends to apply for fiscal year 2026 core funding, including funds for the State Fire Capacity, Volunteer Fire Assistance, Forest Stewardship, Urban and Community Forestry, and the Cooperative Forest Health Protection Programs.

### Harms to the State Caused by USDA's New Funding Conditions

17.     I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and mutual interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the

recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

18.     The State Forester received notification from USFS on January 1, 2026 from indicating that USDA has adopted uniform terms and conditions for federal awards made under its agencies effective December 31, 2025. USFS General Terms and conditions for federal awards and conditions were made effective February 13, 2026.

19.     In my years with DNR, I am not aware of DNR staff ever being required by USDA to certify DNR's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am also not aware of DNR staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

20.     DNR operates its programs in compliance with Federal anti-discrimination laws and regulations.

21.     My understanding is DNR is uncertain what is required by the 2026 Conditions and therefore may be unable to certify compliance with USDA's 2026 Conditions.

22.     In order to comply with any understanding of the 2026 Conditions that differs from existing Federal anti-discrimination laws and regulations, DNR would require additional resources, both time and money, to establish new guidelines and train employees on how to comply with the 2026 Conditions.

23.     For example, DNR does not know, and is not able to verify, whether any illegal aliens in Minnesota benefit from its USFS-funded programs, including in the areas of wildfire protection, urban forestry improvements, and forest health. If DNR is unable to comply with

USDA's new funding conditions, the State would be unable to receive fiscal year 2026 USFS funds, limiting, or even stopping, its ability to maintain the critical programs described above.

24.    DNR does not have any other appropriation in its budget that could cover the loss of the grants discussed above. If DNR cannot access USFS funds, DNR will not have funds to immediately cover work associated with any of the federal grant programs listed here. This, in turn, will result in substantial reduction and/or termination of work in those areas.

25.    Losing these USFS grants would severely obstruct and undermine DNR's mission even if the funding were restored at a later date.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 23, 2026 in St. Paul, Minnesota.

Patty
Thielen

Digitally signed by Patty
Thielen
Date: 2026.03.23
11:10:32 -05'00'

Patricia Thielen