**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 49

## DECLARATION OF KATHRYN WEEKS

I, Kathryn Weeks, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am a resident of the State of Minnesota. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true.  If called as a witness, I could and would testify competently to the matters set forth below.

**Professional Background**

2.      I am the Assistant Commissioner of the Economic Opportunity and Youth Services Administration at the Minnesota Department of Children, Youth, and Families (DCYF). I have held this position since January 8, 2025.  I currently assist with and share oversight of Minnesota programs that are funded by the Emergency Food Assistance Program (TEFAP) sponsored by the United States Department of Agriculture (USDA).

3.      Prior to my employment at DCYF, I led the Minnesota Department of Public Safety Office of Justice Programs as the Executive Director.  In this role, one of my responsibilities was to oversee granting of state and federal funds for crime victim services and programs, crime prevention and intervention programs, and youth delinquency and prevention and intervention work. My educational background includes a Bachelor of Arts degree, Master's in Public Policy degree, and Juris Doctor degree. With my experience overseeing numerous state and federal funds, I understand the critical role that these funds serve in support of Minnesota's most vulnerable populations.

4.      The mission of DCYF is to center children, youth, families, and communities to advance positive and equitable outcomes. DCYF administers public social service programs – except healthcare services and Medical Assistance – throughout Minnesota.

5.      DCYF is the designated distributing agency that administers the U.S. Department of Agriculture (USDA), Food and Nutrition Service (FNS) run Emergency Food Assistance Program, commonly known as TEFAP, for the state. 7 C.F.R. §251.2(a)-(b).

**Rising Food Insecurity in Minnesota**

6.      An increasing number of U.S. residents lack the means to obtain adequate, nutritious food. At the end of 2025, the national food insecurity rate rose to 14.2%.[1] Chronic food insecurity is a pressing problem in Minnesota as well, where hunger and poverty rates closely mirror one another. Based on U.S. Census data for 2023, the Minnesota poverty rate was 9.2%[2] and the state food insecurity rate was 10.4%[3]. Economically disadvantaged Minnesotans rely on TEFAP in growing numbers to meet their nutritional needs.

7.      From 2016 – 2021, food shelf visits throughout Minnesota remained relatively stable, amounting to approximately 3.3 – 3.5 million visits each year.[4] In 2021 there were 3.6 million visits. Since then, there has been an exponential increase in food shelf visits, rising over 2.5 times, to a historical high of 8,962,141 visits in 2024.[5] From 2023 – 2024 alone there was a

---

[1] *Food insecurity in the United States increased in 2025*, CTR. FOR FOOD DEMAND ANALYSIS & SUSTAINABILITY (Dec. 9, 2025). *https://ag.purdue.edu/cfdas/data/food-insecurity-in-the-united-states-increased-in-2025/*

[2] Small Area Income and Poverty Estimates (SAIPE), Minnesota, https://www.census.gov/data-tools/demo/saipe/#/?map_yearSelector=2023&x_tableYears=2024,2023&s_county=&s_state=27&s_district=&s_geography=us (last visited Mar. 12, 2026).

[3] Food Insecurity Among the Overall Population in Minnesota, Feeding America, 2023, https://map.feedingamerica.org/county/2023/overall/minnesota (last visited Mar. 12, 2026).

[4] 2024 Minnesota Food Shelf Visits report, The Food Group, (published by Minnesota Department of Children, Youth, and Families) https://dcyf.mn.gov/emergency-food-assistance-program-tefap (last visited Mar. 12, 2026).

[5] *Id.*

dramatic 18.4% increase in the number of food shelf visits across Minnesota's 87 counties.[6] Early reporting from 2025 indicates the number only continues to rise. This growth makes it clear that across the state, every single day, Minnesotans are feeling the impacts of higher grocery prices and decreased access to financial support such as SNAP.

8.        Five regional food banks operate across Minnesota to address food insecurity and hunger. These five food banks supply food to 477 local food shelves, often referred to as food pantries in other states, Tribal food programs, mobile food programs, college campuses, on-site meal programs and shelters. As explained below, these food banks each receive a portion of the allocation of food that Minnesota receives annually from USDA FNS, to feed qualifying Minnesotans across the state:

| Food Bank | Number of TEFAP Food Shelves | Number of Households Served in SFY 2025 | Number of Food Shelf Visits in SFY 2025 |
|---|---|---|---|
| Channel One Regional Food Bank | 58 | 357,864 | 1,014,708 |
| North Country Food Bank | 61 | 114,017 | 284,536 |
| Second Harvest Heartland | 187 | 1,389,261 | 4,354,825 |
| Second Harvest Northland | 74 | 168,192 | 412,521 |
| The Food Group | 97 | 987,167 | 2,879,025 |
| **TOTAL** | **477** | **3,016,501** | **8,962,141** |

9.        Minnesota's regional food banks partner with local food shelves (Churches, non-profits, Tribal nations, colleges, and other groups), to store and distribute food. Over one-third of food shelves in Minnesota are operated entirely by volunteers.[7] Further, all food shelves rely

---

[6] *Id.*

[7] Manager Survey Report, SuperShelf: 2025 Minnesota Food Shelf Survey (Oct. 28 – 30, 2025), https://www.supershelfmn.org/minnesota-statewide-survey

heavily on a volunteer workforce to distribute food throughout the state. Food shelves maintain public hours of operation during which Minnesotans can come and pick up food. Many food shelves also offer delivery programs for Minnesotans who are physically unable to go in-person to pick up their food. The state does not currently receive enough USDA food to support all food shelf requests.

10.    Periodically from 2018 – 2025, USDA supported other food programs that were intended to supplement the food provided by TEFAP. The trade mitigation program (2018-2020), pandemic era special programs (2020 – 2021), the Build Back Better program (2022 – 2023), and the Commodity Credit Corporation (CCC) (2023 – 2025) provided Minnesota with additional food and administrative funds for distribution by the regional food banks. These programs supplemented the food received through TEFAP.  Notably, the CCC program ended abruptly in 2025 resulting in the loss of 34 full truckloads of food previously allocated to Minnesota. This put additional strain on an already burdened system. Now, for the first time since 2018, TEFAP is the only source of USDA food being provided to Minnesota food shelves across the state. At a time when grocery prices are rising and food shelf visits are continually increasing; it is imperative that access to TEFAP funding and food remain consistent and reliable.

11.    Poverty and food insecurity are felt throughout the entire state. According to 2023 U.S. Census data, the three counties with the highest poverty rates are located in Northern Minnesota and Southern Minnesota: Mahnomen County (19.3% poverty rate), Beltrami County (17.1%), and Blue Earth County (16.6%)[8]. The three counties with the highest rates of food insecurity are located largely in Northern Minnesota: Mahnomen (16.6%), Clearwater (13.8%),

---

[8] Small Area Income and Poverty Estimates (SAIPE), Minnesota, https://www.census.gov/data-tools/demo/saipe/#/?map_yearSelector=2023&x_tableYears=2024,2023&s_county=&s_state=27&s_district=&s_geography=us (last visited Mar. 12, 2026).

and Beltrami (13.7%).[9] Finally, the three counties with the highest percentage of seniors in the state span from the Northeastern tip with Cook County (28.6%), Central Minnesota with Aitkin County (33%), and Western Minnesota with Lac qui Parle County (27.5%).[10] There is not a region of Minnesota that is without need.

12.     In a 2025 survey of Minnesota food shelf shoppers, 72% responded that they have to make the impossible choice of deciding between spending money on food or other necessary expenses such as housing, transportation, utilities, and medical costs.[11] Further, 83% of shoppers indicated that they visit a food shelf at least once a month and 57% indicated they rely on food shelves for half or more of their food.[12] Food shelves in Minnesota are part of the equation in how individuals and families ensure they are able to eat.  Without the additional assistance provided by TEFAP, many Minnesotans would struggle to have regular access to food.

13.     TEFAP funded food banks work diligently to ensure that food reaches those Minnesotans, no matter their age, who need it the most no matter where they are located in the state. In 2024, 46% of all food shelf visits provided food that supported children and seniors.[13] In 2025 food banks distributed approximately 150.5 million pounds of TEFAP USDA food all across the state.  That included fruits and vegetables (43%), various proteins (30%), dairy products (24%), and eggs and cooking oil (3%). In all Minnesota communities, supplemental TEFAP foods

---

[9] Food Insecurity Among the Overall Population in Minnesota, Feeding America, 2023, https://map.feedingamerica.org/county/2023/overall/minnesota (last visited March 12, 2026).
[10] Minnesota Population 65 years and over, percent by County, indexmundi, https://www.indexmundi.com/facts/united-states/quick-facts/minnesota/percent-of-population-65-and-over#map (last visited Mar. 12, 2026).
[11] Shopper Survey Report, SuperShelf: 2025 Minnesota Food Shelf Survey  (Oct. 28 – 30, 2025), https://www.supershelfmn.org/minnesota-statewide-survey
[12] *Id.*
[13]

2024 Minnesota Food Shelf Visits report, The Food Group, (published by Minnesota Department of Children, Youth, and Families) https://dcyf.mn.gov/emergency-food-assistance-program-tefap (last visited Mar. 12, 2026).

provided by local food shelves, meal programs, and Tribal programs stand between food insecure Minnesotans and hunger.

**The Emergency Food Assistance Program**

14.     USDA's Food and Nutrition Service ("FNS") operates TEFAP, which is a critical tool in Minnesota's efforts to staunch growing food insecurity in vulnerable communities and among working families across the state. Congress created TEFAP in 1981 to repurpose domestic agricultural food surpluses to ensure adequate nutrition for economically disadvantaged individuals. Today, TEFAP supplies states like Minnesota with domestically sourced fruits, vegetables, grains, legumes, dairy products, and other proteins (known as USDA foods), to supplement the diets of economically disadvantaged people including children, the elderly, and working families, for whom food insecurity is a daily challenge.

15.     TEFAP provides Minnesota a combination of food, which consists of USDA foods that FNS delivers directly to the state, and funds for administrative and food distribution costs incurred by DCYF and the emergency food distribution organizations that partner with DCYF. DCYF and its partners disburse millions of pounds of TEFAP-funded USDA produce, dairy products, proteins, and legumes that put much needed food in the hands of economically disadvantaged Minnesota residents. The financial assistance Minnesota receives from FNS, together with the direct USDA foods that TEFAP ships to Minnesota annually, play a vital role in meeting the nutritional needs of economically disadvantaged Minnesota residents.

16.     Prior to October 1 of each calendar year, FNS notifies Minnesota of its annual TEFAP allocation, which includes food and funding for administrative operating costs. This amount is communicated to DCYF through a notice of award.

17.     For the last three federal fiscal years, Minnesota received annual entitlement and administrative funding from TEFAP as follows:

| Federal Fiscal Year | Food Value | Administrative |
|---|---|---|
| 2023 | $5,048,190.58 | $1,478,948.00 |
| 2024 | $5,485,296.32 | $1,533,068.00 |
| 2025 | $4,931,292.19 | $1,551,878.00 |

18.     The TEFAP regulations require DCYF to establish uniform, statewide criteria for determining household eligibility to receive USDA foods. 7 C.F.R. § 251.5(b). At a minimum, the regulations require DCYF to include a requirement that the household members seeking USDA foods attest to being present in Minnesota at the time of their application and meet a specific economic threshold. Beyond these criteria, the TEFAP regulations prohibit DCYF from requiring an applicant to establish the length of their residency in the state, and from requesting their address or identification documents to establish eligibility. *Id.*

### ***TEFAP Supplies Food Award "Funds" to Purchase USDA Foods***

19.     USDA awards Minnesota food in two categories: entitlement food and bonus food. Funding for entitlement food is considered appropriated, mandatory spending that FNS awards Minnesota and all other states on an annual basis. The cash value of Minnesota's entitlement food accounts for most of the state's TEFAP funding.

20.     When FNS notifies Minnesota of the state's annual entitlement, DCYF uses FNS's standard allocation to distribute a portion of the food to each of the food banks. DCYF staff then work with each food bank to obtain their food ordering plan. DCYF places food orders in FNS's Web-Based Supply Chain Management and selects food delivery dates, which range from 30 days up to 1 year (12 calendar months) in the future. FNS delivers food directly to food banks, which store the food for distribution to partner food shelves. Distributions occur on a monthly, weekly,

or even daily basis. Food pantries receive a portion of the USDA foods that is proportionate to the number of individuals they serve, and the food available in that food bank.

21.    In contrast to ordering entitlement food, which is predictable and available quarterly, FNS offers a variety of bonus foods to states on an ad hoc basis whenever FNS obtains specific surplus foods, such as seasonally available excess produce or food. Bonus foods serve two purposes—they support farmers and food producers through FNS's purchases of agricultural products to stabilize prices and reduce waste and bonus foods strengthen the emergency food assistance program because these foods are redirected to food banks, pantries, and soup kitchens to help meet the increased demand for food.

*22.*    In Minnesota, DCYF regularly receives notice from FNS's Agricultural Marketing Service ("AMS") of excess produce, such as strawberries and grapes, pears, and beans, and is awarded an allotment of additional food. These bonus foods, which are in excess of the state's annual entitlement foods, must be selected quickly and are typically delivered in a narrow window. In calendar year 2024, the bonus food FNS provided DCYF was valued at $10,868,035.50 and in calendar year 2025, DCYF received bonus food valued at $10,311,544.29.

### *TEFAP Administrative Funds*

23.    TEFAP administrative funding is used to support the state's five regional food banks' distribution of TEFAP foods. Funding helps offset some of their administrative expenses, including personnel costs, food shipping/delivery costs to distribute food within their geographic regions to partnering food pantries, utilities (rent, gas, electric, water), storage, equipment (forklifts, garage doors, truck bay repairs), and other costs of operating food banks.

### The loss of TEFAP Food and Administrative Funding Will Impose Great Costs on the State of Minnesota and its Residents

24.    I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and mutual interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

25.    USDA now threatens to leverage TEFAP funding to force DCYF to implement the 2026 Conditions, the meaning of which is unclear to Minnesota. And some of these conditions place Minnesota in the untenable position of choosing between ensuring that emergency food reaches as many Minnesota residents living with food insecurity as possible and complying with the federal government's demands to include ambiguous terms and conditions that impede the state's efforts to do so.

26.    The threatened loss of funding because of Minnesota's inability to certify compliance with the 2026 Conditions could not come at a worse time for the state's efforts to address growing food insecurity. Minnesota relies heavily on USDA food to stock the shelves of its statewide network of food banks and food pantries and on FNS's administrative funding to keep these vital emergency food distribution resources operational. Even with full TEFAP funding,

Minnesota lacks sufficient resources to meet the unmet nutritional needs of thousands of Minnesota residents who live with chronic food insecurity.

27. Funding for TEFAP food is provided entirely by the Federal government.

28. Were FNS to terminate TEFAP funding, Minnesota lacks the fiscal capacity to replace lost USDA foods and administrative funding with state general funds. Even short-term disruption would create immediate budgetary shortfalls across the state. On average, over the last three years, food banks rely on approximately $1,170,000 in annual administrative funds to cover operating costs. In fiscal year 2025, food bank personnel expenses totaled $779,995; occupancy and utility costs totaled $118,362 and distribution costs totaled $160,517. The sudden loss of these funds would result in layoffs, contract terminations, and elimination of USDA foods from the food safety infrastructure.

29. The loss of TEFAP funding in Minnesota would inflict severe harm statewide and threaten the survival of Minnesota residents who rely on TEFAP for daily food and nutrition. Across rural and urban areas of Minnesota, working families, farmers, agricultural workers, employed and underemployed individuals, parents, seniors, and our most vulnerable children, depend on USDA foods delivered by TEFAP straight to America's heartland to slow the spread of food insecurity and hunger.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of March 2026.

_____
KATHRYN WEEKS
Assistant Commissioner – Economic Opportunity
and Youth Services Administration
MN Dept. of Children, Youth, and Families