**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 50

## DECLARATION OF CHRISTOPHER LAREGINA

I, Christopher LaRegina, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am a Legal Specialist, employed by New Jersey Department of Agriculture, ("NJDA") where I serve in the Office of the Secretary. My office is located in Trenton, New Jersey. I have been employed as a Legal Specialist at the NJDA since 2018. I graduated from Rutgers School of Law – Newark, and received my Juris Doctor degree in 2014. I passed the New Jersey Bar Examination and was admitted to the Bar of the State of New Jersey in 2014. I remain a member in good standing of the New Jersey Bar.

2. I submit this Declaration to describe the impact on the State of New Jersey as the primary grantee for several United States Department of Agriculture ("USDA") programs if all or a portion of these funds were withheld pursuant to the revised General Terms and Conditions for Federal Awards effective December 31, 2025 ("Terms and Conditions"). The information in the statements set forth below was compiled through personal knowledge, through NJDA personnel who have assisted in gathering this information from our agency, and on the basis of documents that have been provided to me. I have also familiarized myself with the Terms and Conditions and the Terms and Conditions Secretarial Memorandum 1078-021 issued on December 31, 2025 ("USDA Memo") in order to understand its potential impact on NJDA.

3. NJDA promotes, protects and serves New Jersey's agricultural interests. In addition to programs NJDA offers to support production agriculture, NJDA also manages programs that: feed schoolchildren; distribute surplus federal foods to soup kitchens and pantries that serve needy citizens; conserve precious soil and water resources; protect farmland from development and preserve it for future agricultural use; expand export markets for fresh and

processed agricultural products, and promote our commercial fishing industry; and administer programs regarding agricultural, food, and natural resource education.

### Child Nutrition Programs

4. The Child Nutrition Programs are federally assisted meal programs operating in public and non-profit private schools and residential child care institutions of high school grade or under. They provide nutritionally balanced, low-cost or free meals to more than 30 million children each school day across the United States or provide funds for those meals during the summer months. Schools and child care institutions that are approved to participate in the Child Nutrition Programs receive cash subsidies from USDA for each meal they serve. The Programs are administered at the Federal level by the Food and Nutrition Services of USDA ("FNS"). At the State level, the Programs are administered by State agencies, which operate the Programs through agreements with the local school food authorities and child care institutions.

5. On June 6th, 2024, NJDA entered into a Federal-State Agreement ("Agreement") with FNS. The Agreement governs "Child Nutrition and Food Distribution Programs" including: the National School Lunch Program, School Breakfast Program, Child and Adult Care Food Program, Summer Food Service Program, Commodity School Program, Summer Electronic Benefit Transfer for Children Program, Fresh Fruit and Vegetable Program, and Special Milk Program. NJDA administers these programs, ensuring that New Jersey's children receive adequate nutrition.

6. The term of the Agreement is open-ended, however, Section 10 of the Agreement requires NJDA to agree to any new USDA or FNS guidance or seek to terminate the Agreement. Section 10 of the Agreement states that unless NJDA seeks to terminate the Agreement with

FNS then NJDA agrees to comply with "changed or new instructions, policy memoranda, guidance and other written directives interpreting these statutes or regulations" by continuing to operate the program.

7.  In total, FNS has reimbursed NJDA for the following grant amounts in recent fiscal years pursuant to the Agreement:

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | 336,585,625.00 | 342,807,405.00 | 382,778,722.00 |
| School Breakfast Program | 116,327,644.00 | 128,236,268.00 | 140,780,847.00 |
| Special Milk Program | 115,122.00 | 95,706.00 | 81,985.00 |
| Child and Adult Care Food Program | 96,411,822.00 | 109,251,856 | 117,598,936.00 |
| Fresh Fruit and Vegetable Program | 5,546,841.00 | 5,865,666.00 | 5,397,088.00 |
| Summer Food Service Program | 16,913,267.00 | 18,180,004.91 | 18,481,854.00 |
| Commodity School Program | 65,632,296.19 | 58,640,329.45 | 57,928,252.20 |
| Summer Electronic Benefit Transfer for Children Program (Admin Only) | -------------------- | 71,8875.00 | 989,536.00 |
| Total Contributed from Federal Grants Listed Above | 637,532,617.19 | 663,796,110.36 | 724,037,220.20 |

8.  If these funds were terminated or withheld, NJDA would face an immediate budget shortfall which, if not remedied, would result in an inability to continue providing sufficient reimbursements to pay for the nutritional snack and meals currently provided to children in schools and childcare centers.

9. Although the State Budget provides approximately $15-17 Million dollars in supplemental funding annually towards various the meals programs, the federal contributions outlined above constitute over 97% of the total contributions to such programs.

### The Emergency Food Assistance Program (TEFAP)

10. NJDA also administers USDA and FNS Food Distribution Programs, including The Emergency Food Assistance Program, commonly known as TEFAP, for the state.

11. TEFAP supplies domestically sourced fruits, vegetables, grains, legumes, dairy products, and other proteins to supplement the diets of economically disadvantaged people including children, the elderly, and working families, who are subject to food insecurity.

12. TEFAP also provides funds for administrative and food distribution costs incurred by NJDA and the emergency food distribution organizations that partner with NJDA.

13. For the last three federal fiscal years, New Jersey received annual entitlement and administrative funding from TEFAP as follows:

| Federal Fiscal Year | Food Value | Administrative |
|---|---|---|
| 2023 | $ 45,990,595.81 | $ 5,859,256.71 |
| 2024 | $ 42,446,546.93 | $ 5,456,039.00 |
| 2025 | $ 32,867,114.66 | $ 3,962,042.00 |

14. On February 6, 2026, NJDA received a copy of a memorandum that USDA sent the Regional Directors, Supplemental Nutrition Programs, and State Directors of all TEFAP State Agencies, including IDHS, titled "Information for the Emergency Food Assistance Program (TEFAP) State Agencies on Executive Order 14218" ("February 2026 TEFAP Memo"). The February 2026 TEFAP Memo states that USDA was "reviewing federally funded programs

to ensure that illegal aliens cannot obtain taxpayer-funded benefits, and, consistent with applicable law, taking appropriate actions to end this." The February 2026 TEFAP Memo also states that Secretary Rollins is "taking swift action to …clarify statutory, regulatory, and administrative requirements."

15. Although the Personal Responsibility and Work Opportunity Reconciliation Act ("PRWORA") does not require TEFAP agencies to deny supplemental foods to undocumented individuals and TEFAP regulations prohibit states from requesting identification documents to establish eligibility, the February 2026 TEFAP Memo states that "PRWORA permits TEFAP State agencies to provide program services only to otherwise eligible individuals who are U.S. citizens and/or qualified aliens," and offers technical assistance to state agencies "in effectively and efficiently administering TEFAP and preventing access by illegal or other ineligible aliens." The memo suggests that NJDA should take steps to prevent undocumented individuals in New Jersey who rely on TEFAP foods for household nutrition from accessing much needed food.

16. Were FNS to withhold TEFAP funding until NJDA certifies compliance with the new Terms and Conditions or if the Agreement were terminated as a result of an inability to comply with new USDA requirements, New Jersey lacks the fiscal capacity to replace lost USDA foods and administrative funding with state general funds.

### Animal and Plant Health Inspection Service

17. On March 4, 2026, USDA informed NJDA that new Terms and Conditions were in effect for the Animal and Plant Health Inspection Service, a different USDA subagency, that incorporates all the above referenced requirements for compliance with federal Executive

Orders. USDA requested that NJDA "familiarize your organization with these new Terms and Conditions."

18. Because of the recent government shutdown and the "increased review on all Cooperative Agreements," USDA required NJDA to submit a "Pre-Award Letter" by March 15, 2026. The Pre-Award Letter would allow NJDA to continue to work and incur reimbursable costs after April 1, 2026 for the NJ FY26 PD CAPS Infrastructure and Survey, up to one-fourth of its requested federal funds for disease management programs and prior to entering into Cooperative Agreements with USDA. It is unclear whether NJDA must comply with new USDA Terms and Conditions related to the above Executive Orders for the Pre-Award costs to be eligible for reimbursement under the Cooperative Agreement or if the Cooperative Agreement will require certification of compliance with new Terms and Conditions. NJDA indicated $109,343.45 as potentially reimbursable costs for 2026 in the Pre-Award Letter requested by USDA.

19. On March 12, 2026, NJDA applied for the FY26 PD CAPS Infrastructure and Survey grant. The CAPS Infrastructure and Survey application was approved on March 13, 2026. At the time NJDA receives the proposed award, it will review the applicable terms and conditions and have to decide whether it is able to certify compliance with such terms.

**Impact of New Terms and Conditions**

20. NJDA does not understand if the new Terms and Conditions require changes to our existing procedures.

21. NJDA operates its programs in compliance with all applicable federal and state anti-discrimination laws and regulations.

22. If the Conditions apply to funding received from USDA, whether under the Child Nutrition, TEFAP or APHIS programs, then without clearer guidance by USDA explaining what (if any) new compliance measures will be required to administer these programs, my understanding is that NJDA may not be able to certify compliance with the new Terms and Conditions.

23. If NJDA is unable to certify compliance to USDA's new funding conditions, it could be unable to receive FY2026 funds, depriving NJDA of approximately $800 Million annually, frustrating its ability to maintain the critical programs above.

24. Termination of the Agreement or withholding of Child Nutrition Program and Food Distribution Program funds will have a profound and disabling impact on NJDA. NJDA uses federal funding to operate critical food security programs to feed people who are in need.

25. NJDA does not have an alternative source of funding that could immediately cover the loss of grants discussed above. Children in schools and child care centers could be denied the nutritional snacks and meals that they've relied upon for years. The loss of these meals would harm our students' health and ability to learn. The loss of funds would also jeopardize the economic viability of New Jersey farms that have developed and invested in multi-year business plans in reliance upon the continued funding provided by these USDA programs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March, 2026, in Trenton, New Jersey.

Christopher LaRegina, Esq.
New Jersey Department of Agriculture