**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 51

## <u>DECLARATION OF STEPHEN C. MATIS</u>

I, STEPHEN C. MATIS, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct.

### <u>Background</u>

1.      I am the Director of the Division of Budget & Financial Operations for the New Jersey Department of Environmental Protection ("NJDEP"). I report directly to NJDEP's Chief Financial and Operations Officer and have responsibility for oversight of NJDEP's financial operations. My educational background includes a bachelor's degree in accounting. I have been employed by the State of New Jersey since December 2005 and have worked at NJDEP since September 2014. Prior to my employment with NJDEP, I was a Supervising Auditor at the New Jersey Department of Corrections, Office of Audit.

2.      I have compiled the information in the statements set forth below through personal knowledge, through NJDEP personnel who have assisted me in gathering this information from our agency, and on the basis of documents that have been provided to and/or reviewed by me.

3.      NJDEP receives substantial funding from the U.S. Department of Agriculture ("USDA") to support a wide range of programs meant to promote forest health and stewardship, combat invasive species, assist with wildfire response, and provide funding for critical equipment to respond to wildfires. These grants help support the NJDEP Forest Fire Service's commitment to protecting life, natural resources, and property from wildfires. Some of the funds from these grants are also passed through to local fire departments to combat wildfires and to buy necessary equipment. NJDEP's Forest Service is also committed to monitoring New Jersey's forests for threats and ensuring a healthy and natural ecosystem. The Forest Service provides

financial assistance through the grants described below to towns and counties for local management of trees and forests.

4.    I have reviewed past and present USDA award documents for the grants described herein issued to NJDEP and am familiar with their contents.

5.    In total, as of March 12, 2026, NJDEP has thirty-three (33) open, active grants from USDA in the amount of $32,170,328.61. This total includes grants from USDA's subagency, the U.S. Forest Service (USFS). This certification provides details regarding some of the USFS grants NJDEP receives.

**<u>NJDEP's Receipt of USFS Grants</u>**

6.    Each year NJDEP receives funding from USFS through several large grant programs. These are core grant programs that support essential services. The Consolidated Forestry Programs Grant is a formula-based, non-competitive grant opportunity that allocates funding for States in different areas, including the State Fire Assistance/Capacity Program, the Forest Stewardship Program, the Urban and Community Forestry Program and the Cooperative Forest Health Protection Program. The State Fire Capacity Program was known as the State Fire Assistance Program until it was renamed in 2022, but the term State Fire Assistance still appears in many USDA documents. USFS also offers funding under the Volunteer Fire Assistance/Capacity and Wildfire Risk Reduction ("Firewise") programs, which are competitive opportunities. Similar to the State Fire Assistance/Capacity Program, the Volunteer Fire Assistance/Capacity program was known as Volunteer Fire Assistance until it was renamed in 2022, although the term Volunteer Fire Assistance still appears in many USDA documents. The Volunteer Fire Assistance/Capacity and Wildlife Risk Reduction grants, while competitive, are sometimes solicited for, and awarded, under the Consolidated Forestry Programs Grant; other

times there are standalone opportunities announced for this funding.

7.     In recent fiscal years, USFS has awarded the below-listed grant amounts to NJDEP within these programs. The period of performance starting dates for these awards varies by program, so the fiscal year in which the grant was awarded is where the funding is identified.

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| State Fire Assistance/Capacity | $309,358 | $324,529 | $349,011 |
| Forest Stewardship | $135,777 | $104,835 | $79,909 |
| Urban and Community Forestry | $612,866 | $476,440 | $293,000 |
| Cooperative Forest Health Protection | $65,334 | $75,440 | $203,000 |
| **Total from USFS Grants Listed Above** | **$1,123,335** | **$981,244** | **$924,920** |

8.     These grants are administered in New Jersey by NJDEP. Because the Consolidated Forestry Programs grants are formula grants and not competitive grants, New Jersey is entitled to a specific allocation each year. Each year, the NJDEP receives notification from USFS regarding its funding allocation and opportunities, at which point NJDEP submits an application to USFS to receive the funds. New Jersey has applied for these grants and received funds for the last 30+ years.

9.     The programs funded by these grants are vital to improving forest health, improving capacity for responding to wildfires, and providing funding for the purchase of critical wildfire equipment in New Jersey.

10.     The purpose of the State Fire Capacity and Wildfire Risk Reduction programs is to provide financial, technical and related assistance to State wildfire officials and through them to other agencies and individuals. Funding provided through the State Fire Capacity program is focused on addressing critical preparedness needs and hazard mitigation. Critical preparedness

includes firefighter safety, fire planning, firefighter training, increased initial attack capability and mobilization readiness for the efficient suppression and prevention of wildfires on non-Federal forestlands and other non-Federal lands. Hazard mitigation activities focus on hazard fuels reduction, Community Wildfire Protection Plans, prevention and mitigation education, Firewise programming and community hazard mitigation. State Fire Capacity funding promotes sustainable economic development, both traditional and non-traditional partnerships and service excellence.

11.    The purpose of the Forest Stewardship Program is to promote and encourage the long-term stewardship of non-federal, non-industrial private forest lands in, but not limited to, priority landscape areas that have been identified in New Jersey's State Forest Action Plan 2020. The program promotes sustainable forest management, healthy forests, sustainable economic and market development, and long-term active management of forest lands to conserve and enhance them sustainably and protect forests from threats by reducing fragmentation. There are over 2,800 woodland owners in the Forest Stewardship Program. This correlates to over 200,000 property acres under sustainable forest resource management. Approximately 365,394 acres are determined to be Federal Investment Areas, known as priority forest resource areas, where core funding is providing technical services including plan monitoring.

12.    The Urban and Community Forestry Program provides financial, technical, educational, and related assistance that helps units of local government and others to plan urban forestry programs and to plant, protect, maintain, and utilize wood from community trees and forests. The program addresses issues and implements strategies from the most recent State Forest Action Plan and ensures more livable communities through the planting, care, and management of trees. With almost half of New Jersey's land area classified as urban or

community land, the proper management of the urban and community forest resource can yield environmental, economic, and social benefits vital to the well-being of the most densely populated and urbanized state in the nation.

13. Funding received under the Cooperative Forest Health Program grant is used to support the Cooperative Forest Health Protection and Forest Health Monitoring and Surveying programs.  The purpose of the Forest Health Management Program is to assist the State in conducting forest health management activities on non-federal forest lands to achieve healthy forests by promoting states with federal funds to detect, monitor, and evaluate forest health conditions. Federal funds enable states to collect forest health data in a standardized manner that ensures compatibility across the region and/or nationally. The Forest Health Monitoring program promotes the collection of forest stress and disturbance data among states using nationally standardized methods, with a goal of protecting the forest resources of New Jersey by providing timely insect and disease identification and other damage causing agent assessments. This provides management advice to offer ecological services to state and private forest owners and managers.

14. The Volunteer Fire Capacity program was authorized by the 1990 Farm Bill (P.L. 101-624) to provide financial and technical assistance to fire departments in rural communities. NJDEP uses these funds primarily to provide matching grants to qualifying fire departments for these purposes. Emphasis is given in awarding funding to areas that have developed or are developing Community Wildfire Protection Plans, hazard mitigation, or other collaborative mitigation.

15. NJDEP applied for the FY26 Infrastructure Investment and Jobs Act State Forest Action Plan Implementation Grant on March 19, 2026. In the Notice of Funding Opportunity for

this grant, USDA indicates that the new General Terms and Conditions will apply to this grant. With the submission of this application, DEP included reservation of rights language to reserve the right to review the applicable terms and conditions, including but not limited to the USDA General Terms and Conditions, at the time it receives any proposed award and to decide whether it is able to certify compliance with such terms at that time. DEP intends to apply for FY 2026 funding for other USDA grants listed above as soon as New Jersey's allocation is announced, which is anticipated in June.

**Harms to the State Caused by USDA's New Funding Conditions**

16.    I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and mutual interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

17.    In my years with NJDEP, I am not aware of NJDEP staff ever being required by USDA to certify NJDEP's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am also not aware of NJDEP staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as

a result of its USDA-funded programs.

18.    NJDEP operates its programs in compliance with Federal anti-discrimination laws and regulations.

19.    My understanding is NJDEP is uncertain what is required by the 2026 Conditions and therefore may be unable to certify compliance with USDA's 2026 Conditions.

20.    Because the 2026 Conditions are so ambiguous, NJDEP is not aware of what may be required to comply with these conditions because the 2026 Conditions differ from existing Federal anti-discrimination laws and regulations. Possible compliance with the 2026 Conditions could require NJDEP to acquire additional resources, both time and money, to establish new guidelines and train employees on how to comply with the 2026 Conditions.

21.    For example, NJDEP does not know, and is not able to verify the immigration status of individuals that may benefit from its USFS-funded programs, including in the areas of wildfire protection, urban forestry improvements, and forest health.

22.    Given their ambiguity, NJDEP cannot be sure of what compliance with the 2026 Conditions require, and thus may find itself ineligible to receive FY2026 USFS funds, frustrating its ability to maintain the critical programs described above.

23.    If NJDEP cannot access USFS funds, NJDEP may not have funds to immediately cover the programs listed above. This, in turn, may result in interruptions to these grant programs, along with a reduction in public safety.

24.    Losing these USFS grants would severely obstruct and undermine NJDEP's mission even if the funding were restored at a later date.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


Executed this 20th day of March, 2026, in Trenton, New Jersey.


_Stephen C. Matis_
Stephen C. Matis
Director
Division of Budget & Financial Operations
N.J. Department of Environmental Protection