**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 52

## DECLARATION OF ACTING DEPUTY SECRETARY NIKI KOZLOWSKI

I, **Acting Deputy Secretary Niki Kozlowski**, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of the State of New Mexico. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

### Professional Background

2. The Health Care Authority (HCA) is the state agency in New Mexico charged with ensuring New Mexicans attain their highest level of health by providing whole-person, cost-effective, accessible, and high-quality health care and safety net services.

3. The HCA serves more than half of all New Mexicans through programs including, but not limited to, Medicaid, behavioral health, child support, Supplemental Nutrition Assistance Program (SNAP), Low Income Home Energy Assistance Program, and the Temporary Assistance for Needy Families (TANF) program.

4. Among the programs administered by HCA is the Supplemental Nutrition Assistance Program (SNAP), which issues monthly electronic benefits that can be used to purchase food at authorized retail stores.

5. I am currently employed by the HCA as an Acting Deputy Secretary and have held this position since August 2025, serving prior to that as the Director of the Income Support Division beginning in May 2024.

## Background on SNAP and Other Nutritional Programs

6. The federal Supplemental Nutrition Assistance Program (SNAP) is authorized under the Food and Nutrition Act of 2008, 7 U.S.C. § 2011 et seq. SNAP is the nation's largest nutrition assistance program and is designed to "permit low-income households to obtain a more nutritious diet" through normal channels of trade. 7 U.S.C. § 2011. SNAP benefits are 100 percent federally funded, while administrative costs are shared between the federal government and the State. The program operates as an entitlement: eligible households that apply must receive benefits. *See* 7 U.S.C. § 2014(a). SNAP is the second largest social services program in New Mexico after Turquoise Care, New Mexico's Medicaid program, and serves as a core component of New Mexico's anti-poverty and public health infrastructure. SNAP benefits stretch food budgets, allowing individuals and families to afford nutritious food.

7. For Federal Fiscal Year 2025, New Mexico issued more than $83,000,000 in SNAP benefits per month, totaling over $996,000,000 annually in federally funded food assistance. These benefits help 466,081 New Mexicans each month.[1]

8. SNAP serves more than one in five New Mexicans and is NM's most effective anti-hunger intervention.

9. SNAP plays a particularly critical role in supporting children. Approximately 171,534 children in New Mexico receive SNAP benefits each month. When safety-net programs such as SNAP are included in poverty calculations, the child poverty rate in New Mexico drops significantly, from 27.4% to 8.9%, highlighting the powerful impact these programs have on

---

[1] USA Facts, *How many people receive SNAP benefits in New Mexico every month?*, https://usafacts.org/answers/how-many-people-receive-snap-benefits-in-the-us-every-month/state/new-mexico/ (last visited Mar. 3, 2026).

reducing poverty.[2] Any disruption in benefits would therefore have not only immediate nutritional consequences but long-term developmental and economic consequences.

10.    In addition to improving access to healthier foods, SNAP serves as an anti-poverty program. SNAP benefits are critical to New Mexicans in need, particularly for low-income communities, those working low-wage jobs, and older adults on fixed incomes. Nutrition benefits allow New Mexicans to use their limited financial resources to cover other necessary expenses including housing, healthcare, and childcare. The amount of SNAP benefits a household receives depends on the household size, countable income, and monthly expenses, such as housing and utilities.

11.    SNAP functions not only as a nutrition benefit but as a public health intervention. Food insecurity in New Mexican adults is associated with increased odds of anxiety (4.35 times higher), depression (3.18 times higher), and poor health outcomes (2.84 times higher).[3]

12.    The negative health impacts of food insecurity for New Mexican children increases the risk of childhood obesity, asthma, autoimmune and pulmonary diseases, and cardiovascular disease later in life.[4]

13.    For households receiving Turquoise Care, loss of SNAP benefits would likely increase healthcare costs borne by the State and federal government. Because SNAP allows families to redirect limited income toward rent, medications, and preventive care, the loss of SNAP

---

[2] *See* Poverty in the United States: 2023, https://www.census.gov/data/tables/2024/demo/income-poverty/p60-283.html#:~:text=Number%20and%20Percentage%20of%20People%20in%20Poverty%20by%20Age%2C%20State%2C%20and%20Different%20Poverty%20Measures%20Using%203-Year%20Average%3A%202021%2C%202022%2C%20and%202023%20%5B%3C1.0%20MB%5D, (last visited Mar. 13, 2026).
[3] Basic Needs Insecurities Are Associated with Anxiety, Depression, and Poor Health Among University Students in the State of New Mexico - PubMed, https://pubmed.ncbi.nlm.nih.gov/35124789/, (last visited Mar. 13, 2026).
[4] Costs and Benefits of Selected Intervention for Healthcare at 4, https://www.nmlegis.gov/Entity/LFC/Documents/Results_First/Results%20First%20Cost%20and%20Benefits%20of%20Selected%20Interventions%20for%20Healthcare.pdf, (last visited Mar. 13, 2026).

benefits would increase financial instability and negatively affect medication adherence and chronic disease management, placing additional strain on New Mexico's healthcare delivery systems.

14. HCA also administers related programs such as SNAP Outreach Program (known federally as SNAP Outreach), an optional federal-State program that New Mexico has chosen to operate to promote awareness of and participation in SNAP amongst eligible New Mexicans. SNAP Outreach Program seeks to ensure that all eligible individuals are aware of and receiving SNAP. SNAP Outreach Program oversees a network of statewide contractors conducting targeted outreach and application assistance.

15. Another HCA administered nutrition benefit program, Disaster SNAP (D-SNAP), is available to eligible New Mexicans when a major disaster is declared by the President and Individual Assistance is approved. In these types of emergencies, program eligibility criteria are simplified, providing households impacted by a disaster who would not normally be eligible for SNAP with one month of food benefits based on their residency, income, and disaster impact such as the D-SNAP benefits provided to Lincoln County residents after the historical storms and flooding in August 2025.

16. SNAP and Disaster SNAP all use the same Electronic Benefit Transfer (EBT) system, which provides participants with a card, similar to a debit card, used to purchase groceries at participating retail vendors.

17. On December 31, 2025, Secretary of Agriculture Brooke Rollins issued a memorandum establishing a single, standardized set of General Terms and Conditions (Conditions) for all U.S. Department of Agriculture (USDA) grants, cooperative agreements, and similar awards.

18.     I am deeply concerned that USDA's Conditions, as applied to SNAP funding would impose requirements unrelated to SNAP's statutory purpose of alleviating hunger and would create operational conflicts with New Mexico law. The Conditions require New Mexico to comply with federal "policies" and other conditions on federal funding, including (1) federal policies on anti-discrimination that differ dramatically from our long-standing interpretations of federal laws, (2) the Executive Order on diversity, equity, and inclusion programs, (3) the Executive Order on gender identity, as well as (4) the prohibition on using grant funds "towards educational programs that deprive women and girls of fair athletic opportunities" and "towards programs that allow illegal aliens to obtain taxpayer-funded benefits."

19.     The Conditions do not define or explain the terms used therein.

20.     SNAP is governed by detailed federal statutes and regulations that define eligibility, benefit calculation, and nondiscrimination requirements. Conditioning SNAP funding on compliance with executive orders or policy interpretations that alter eligibility, nondiscrimination frameworks, or program operations risks directly conflicting with this statutory entitlement structure. *See* 7 U.S.C. § 2014(a) ("Assistance under [SNAP] *shall be furnished to all eligible households* who make application for such participation.") (emphasis added); *see also* 7 U.S.C. §§ 2011, 2024(d). The Conditions would require New Mexico to modify eligibility systems, outreach efforts, or program administration to conform to such conditions, which would disrupt the uniform statewide administration required under federal SNAP regulations.

21.     In my years with HCA , I am not aware of HCA staff ever being required by USDA to certify HCA's compliance with unnamed Federal anti-discrimination policies as a precondition of receiving USDA funding. I am also not aware of HCA staff ever being required by USDA to

verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

22.     HCA operates its programs in compliance with Federal anti-discrimination laws and regulations.

23.     My understanding is HCA is uncertain what is required by the 2026 Conditions and therefore may be unable to certify compliance with USDA's Conditions.

24.     In order to comply with any understanding of the Conditions that differs from existing Federal anti-discrimination laws and regulations, HCA would require additional resources, both time and money, to establish new guidelines and train employees on how to comply with the Conditions.

**Human Costs of Potential Termination of SNAP Benefits**

25.     If HCA is unable to comply with USDA's new funding conditions, the State would be unable to receive entire funding streams to which USDA now claims the Conditions apply.  If USDA were to terminate or reduce its federal funding for SNAP based on these conditions or based on New Mexico's inability to certify compliance with them, this would cause direct, immediate, and irreparable harm across New Mexico, both at the State and local level.

26.     New Mexico relies heavily on federal funding to operate SNAP. SNAP benefits are entirely federally funded, and the federal government reimburses approximately 50 percent of allowable administrative costs. USDA's longstanding federal funding has shaped New Mexico SNAP's program design and funding expectations for decades. Because benefit costs alone exceed $996,235,534 annually, New Mexico does not possess the fiscal capacity to replace lost federal SNAP funding with State general funds. Even short-term disruption would create immediate budgetary shortfalls at both the State and county levels. NM relies on federal administrative

reimbursements to fund eligibility workers, call centers, fraud prevention systems, and EBT infrastructure. The sudden withdrawal of these funds would necessitate layoffs, contract terminations, and system shutdowns.

27.    SNAP is a significant economic driver in New Mexico. With over $83,019,627 distributed monthly in New Mexico,[5] SNAP supports millions in downstream economic activity across grocery retailers, agricultural producers, transportation providers, and food manufacturers. Over 1,600 New Mexico retailers are authorized SNAP vendors.[6] Failure to fund SNAP benefits will harm these businesses as well as nonprofits and social services agencies that support already-overwhelmed food banks and other community-based organizations that will simply not be able to meet the significant surge in need, nor make up for the loss of over $83,000,000 in benefits issued monthly. SNAP is the largest anti-hunger program in New Mexico. Abrupt cessation of benefits would result in immediate revenue losses to these businesses and would disproportionately affect rural and low-income urban communities where SNAP spending constitutes a meaningful share of grocery sales.

28.    Termination of SNAP benefits would produce immediate food insecurity for approximately 466,081 New Mexicans. Food insecurity is associated with higher rates of emergency department use, longer lengths of hospital stay, and avoidable hospital admissions. Children in food-insecure households are more likely to experience developmental delays and behavioral challenges. Families would be forced to ration any remaining benefits, turn to lower cost, but less nutritious, alternatives, and in many cases, skip meals entirely. Termination of SNAP

---

[5] USA Facts, *How many people receive SNAP benefits in New Mexico every month?*, https://usafacts.org/answers/how-many-people-receive-snap-benefits-in-the-us-every-month/state/new-mexico/ (last visited Mar. 3, 2026).

[6] U.S. Dep't of Agric., *SNAP Retailer Management Year End Summary FY 2024*, https://www.fns.usda.gov/data-research/data-visualization/snap-retailer-management-dashboard-fy24 (last visited Mar. 3, 2026).

benefits will force individuals and families to scramble for alternatives, including possibly going into debt or failing to meet other financial commitments, like the cost of rent, utilities, and medications, to continue meeting their basic needs. Accordingly, a sudden loss of SNAP benefits would have cascading health consequences that extend beyond hunger alone.

29. SNAP is also an economic driver for New Mexico local businesses. If hundreds of thousands of New Mexicans are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of retailers across New Mexico. The negative impact extends to the agriculture industry, including farmers, growers, and producers.

**Fiscal Impacts on New Mexico from the Loss of SNAP Benefits**

30. In addition to direct harm to families, the loss of SNAP benefit funding would have a significant fiscal impact on New Mexico itself. For example, the loss of these benefits will result in greater need and requests for state-funded assistance programs.

31. The loss of SNAP benefit funding will cause significant strain on New Mexico's emergency food safety net, forcing New Mexico to dedicate State resources to supporting community organizations, such as food banks, that will see sharply increased demand.

32. Publicly available research has consistently demonstrated that food insecurity increases healthcare expenditures. Because many SNAP recipients are also Turquoise Care beneficiaries, increased healthcare utilization would directly increase public expenditures. Thus, termination or disruption of SNAP benefits would not only harm beneficiaries but would likely increase costs within New Mexico's healthcare system, including Turquoise Care.

33. Upon information and belief, New Mexico does not readily have the fiscal resources available to replace federally funded SNAP benefits with equivalent state-funded benefits, nor could it do so without creating other downstream fiscal impacts.

**Administrative and Operational Burdens on HCA**

34.    If HCA was unable to certify compliance with the Conditions, and unable to receive funding for SNAP benefits, that would significantly erode trust between New Mexico and its residents built over many years and through the dedication of significant resources.

35.    To properly effectuate its safety net programs, HCA has devoted years of work to overcome stigma, misinformation, and other barriers to access. If households experience a disruption in benefits at this scale, they are likely to feel that the government has failed in fulfilling their responsibilities. HCA has fostered trust with New Mexico's residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to the receipt of benefits. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust. If USDA terminates or withholds funding based on its novel imposition of these radical restrictions, it will have acted in disregard of those reliance interests of New Mexico.

36.    HCA anticipates that any disruption of SNAP funding would unduly burden its already limited administrative resources. HCA would have to take significant steps to prepare for a disruption in SNAP benefits for an indefinite period. A disruption of any length will burden HCA and the extent of this burden increases in relation to the duration of the disruption, as the scale of resources required to manage the disruption mount over time.

37.    The potential indefinite disruption to SNAP benefit issuances would result in additional administrative burden for New Mexico as a result of the need for extensive consultation with the State's eligibility system and EBT vendor, system enhancements, additional policy guidance to counties, and communications to recipients.

38.    HCA anticipates it would have to spend significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits. A significant number of staff across multiple Divisions would have to redirect their attention to this effort, in lieu of other important initiatives.

39.    If HCA were unable to receive SNAP funding it would experience higher call volume, foot traffic and disruptions at New Mexico's local Income Support Division (ISD) offices as hungry individuals and families learn they cannot access their benefits. Local staff would need to explain to recipients that they will not receive the SNAP funds needed to feed their children and put food on the table. These local office staff will face significant burdens on their time and will likely need to divert their attention from other critical work.

**Impact on New Mexico's Provision of Other Public Benefits**

40.    SNAP eligibility is integrated into New Mexico's broader public benefits eligibility systems, including Turquoise Care, Low Income Household Energy Assistance Program (LIHEAP), State Funded Cash assistance, and Temporary Assistance for Needy Families (TANF). Counties often determine eligibility for multiple programs simultaneously using shared technology platforms and caseworkers. A disruption in SNAP funding would therefore destabilize integrated eligibility operations, requiring system reprogramming, retraining of staff, and reissuance of public communications. This would divert resources from the administration of other safety net programs.

41.    HCA will be required to reallocate significant operational resources to crisis management, including emergency policy development, coordination with USDA, legislative engagement, vendor contract renegotiation, and public communication strategies. This diversion would delay modernization initiatives, delay implementation of federal reporting requirements,

and impede improvements to other benefit delivery systems. The administrative disruption would be substantial even if SNAP funding were later restored.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed this 18th day of March 2026.

Niki Kozlowski
Deputy Secretary
New Mexico Health Care Authority