**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 53

## <u>DECLARATION OF JANIS GONZALES</u>

I, Janis Gonzales, pursuant to 28 U.S.C. § 1746, hereby declare:

1.    I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

### <u>Background</u>

2.    I am the Director of the Center for Healthy and Safe Communities at the New Mexico Department of Health. My job duties include oversight of five Bureaus, including the Food and Nutrition Bureau which houses the WIC program.

3.    I have been employed by the New Mexico Department of Health since 2008, and I have served as Center Director since July 2024. Before starting at the New Mexico Department of Health, I practiced Pediatrics for over a decade.

4.    The New Mexico Department of Health is one of the executive branch agencies of the State of New Mexico. The mission of the New Mexico Department of Health is to promote health and well-being to ensure improved outcomes for all New Mexicans.

5.    The New Mexico Department of Health is the primary grantee of WIC funding for New Mexico.

6.    I have reviewed past and present WIC award documents issued to the New Mexico Department of Health and am familiar with their contents.

### New Mexico Annual Receipt of WIC Funding

7.    USDA has allocated the following amounts of WIC funding to the New Mexico Department of Health in recent fiscal years:

| FY 2023 | FY 2024 | FY 2025 | FY 2026 |
|---|---|---|---|
| 45,130,397.00 | 45,199,466.00 | 54,769,766.00 | 58,387,109.00 |

8.    WIC funds are disbursed by USDA quarterly. The New Mexico Department of Health expects to receive award documents from USDA indicating the amount of its WIC Funding for FY2026 in October.

9.    NM WIC receives two federal grants every October for the new federal year. These grants are Food and Administrative. In FY25, we spent $31,282,918 on food benefits and $19,390,901 in administration (two WIC systems, contracts, salary/benefits for 200FTE statewide).

10.    Each year, New Mexico WIC has approximately 70,387 participants enrolled in WIC programs, further divided as follows: 35,053 children; 21, 609 women; and 13,725 infants.

### Harms to the State Caused by USDA's New Funding Conditions

11.    I am aware that USDA issued new General Terms and Conditions, with an effective date of December 31, 2025, that purport to apply to all of USDA's grants and cooperative agreements (the "Conditions"). The Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and *policies* for the duration of the Federal awards," including two of President Trump's Executive Orders. The Conditions do not define or identify the applicable "policies" to which the recipient must certify. Among other things, the Conditions also prohibit the recipient from directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The Conditions do not

define what constitutes a "benefit" in this context.

12.     The New Mexico Department of Health does not understand what is required of it under the Conditions.

13.     In my 18 years with the New Mexico Department of Health, I am not aware of the New Mexico Department of Health staff ever being required by USDA to certify the New Mexico Department of Health's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving WIC funding. I am also not aware of the New Mexico Department of Health staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefi[t]" as a result of its WIC programs. I am aware that, under 7 CFR 246.7(c)(3), state agencies have the *option* to limit participation to United States citizens, nationals, and qualified aliens, but are not required to do so.

14.     The New Mexico Department of Health operates its programs in compliance with Federal anti-discrimination laws and regulations.

15.     If the Conditions apply to the New Mexico Department of Health's WIC funding, my understanding is that the New Mexico Department of Health may be unable to certify compliance with them.

16.     Moreover, compliance with "policies" that erase the existence of transgender people would violate civil rights laws in New Mexico. *See* N.M. Stat. Ann. §28-1-7.

17.     If the New Mexico Department of Health is unable to receive or spend FY2026 WIC funds, lack of funding for NM would impact over 70,387 families who are already at greater health and nutritional risk. Even short-term disruption to WIC's healthy food benefits, special medical formula, lactation support, nutrition education, screenings, and referrals can have long-term negative impacts on families and long-term developmental issues for children. Families would turn to already strained food banks and community resources. New Mexico has

one of the highest child food insecurity rates in the nation, ranked at number Rural households, already experiencing higher rates of food insecurity, and would lose critical, local access to nutritional support and health care referrals.

18.    The New Mexico Department of Health does not have any other appropriation in its budget that could immediately cover the loss of WIC funding. A loss or delay in WIC funding would therefore, likely force New Mexico to establish waiting lists. To manage shortfalls, NM would be required to prioritize participants based on medical risk, undermining the purpose of WIC, which is to ensure every pregnant woman and young child has access to healthy and nutritious foods, thereby improving health outcomes. New parents who are not breastfeeding are typically the first to be placed on waiting lists, followed by children aged 1–5 who are not considered high-risk. Reduced funding would disrupt essential services beyond just food, including the suspension of nutrition counseling, breastfeeding support, and health screenings. State and local agencies may be forced to reduce clinic hours, leave staff vacancies unfilled, and scale back outreach, making it difficult for families to recertify or enroll. A gap in funding could lead to immediate shortages of infant formula, forcing infants to skip feeding and mothers to skip meals, creating severe health risks. Then staff would be furloughed and clinics closed.

19.    The longer the New Mexico Department of Health cannot access funds because it cannot certify compliance with the new Conditions, the greater the risk that programs will be interrupted or terminated.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 17, 2026 in Santa Fe, New Mexico.

Janis Gonzales MD, MPH