## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 54

## DECLARATION OF ACTING DEPUTY SECRETARY NIKI KOZLOWSKI

I, Acting Deputy Secretary Niki Kozlowski, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

2.      The Health Care Authority (HCA) is the state agency in New Mexico charged with ensuring New Mexicans attain their highest level of health by providing whole-person, cost-effective, accessible, and high-quality health care and safety net services.

3.      The HCA serves more than half of all New Mexicans through programs including, but not limited to, Medicaid, behavioral health, child support, Supplemental Nutrition Assistance Program (SNAP), Low Income Home Energy Assistance Program, and the Temporary Assistance for Needy Families (TANF) program.

4.      HCA is the designated distributing agency that administers the U.S. Department of Agriculture (USDA), Food and Nutrition Service (FNS) run Emergency Food Assistance Program, commonly known as TEFAP, for the state. 7 C.F.R. §251.2(a)-(b).

5.      I am currently employed by the HCA as an Acting Deputy Secretary and have held this position since August 2025, serving prior to that as the Director of the Income Support Division beginning in May 2024.

### Rising Food Insecurity in New Mexico

6.      An increasing number of U.S. residents lack the means to obtain adequate, nutritious food. At the end of 2025, the national food insecurity rate rose to 14.2%. *Food insecurity in the United States increased in 2025*, CTR. FOR FOOD DEMAND ANALYSIS &

1

SUSTAINABILITY (Dec. 9, 2025). *https://ag.purdue.edu/cfdas/data/food-insecurity-in-the-united-states-increased-in-2025/*

7.      Chronic food insecurity is a pressing problem in New Mexico as well, where hunger and poverty rates closely mirror one another. Based on U.S. Census data, the New Mexico poverty rate was 15.8% in 2024 and the state SNAP-eligible food insecurity rate was 24% in 2023. *See: https://www.census.gov/data-tools/demo/saipe/#/?s_state=35* & https://map.feedingamerica.org/county/2023/overall/new-mexico. Economically disadvantaged New Mexicans are increasingly relying on TEFAP to meet their nutritional needs. From 2024 to 2025, the number of households served by TEFAP increased by 28%. Currently, more than 1 in 17 New Mexicans receive TEFAP food each month.

8.      Five regional food banks operate across New Mexico to address food insecurity and hunger. As explained below, these food banks each receive a portion of the allocation of food that New Mexico receives annually from USDA Food and Nutrition Service (FNS), to feed as many qualifying New Mexicans as possible.

| Food Bank | Number of Affiliated Food Pantries | Number of Households Served in SFY 2026 | Number of New Mexicans Fed in SFY 2026 |
|---|---|---|---|
| The Food Depot | 49 | 106,545 | 277,017 |
| Roadrunner Food Bank | 154 | 419,953 | 1,091,878 |
| The Community Pantry | 13 | 28,335 | 73,671 |
| Food Bank of Eastern New Mexico | 13 | 49,194 | 127,904 |
| Economic Council Helping Others, Inc (ECHO, Inc) | 4 | 55,509 | 144,323 |

2

9.      During the 2026 government shutdown, New Mexico's largest food bank—which serves 71% of the state—saw a 40% increase in demand. More recently, it has been experiencing a steady year-over-year increase of about 25%.

10.      New Mexico's regional food banks partner with local food pantries (Churches, non-profits, and other groups), to store and distribute food to eligible New Mexicans. The food pantry network is almost exclusively comprised of volunteer organizations that rely on a volunteer workforce to distribute foods throughout the state. Food pantries maintain public hours of operation during which New Mexicans, may come to the food pantry to pick up food. The state does not currently receive enough USDA food to support all food pantry requests.

11.      According to U.S. Census Year 2023 data, the five New Mexican counties with the highest rates of poverty and food insecurity were rural counties in New Mexico. The five counties are McKinley (35.7% poverty and 22.9% food insecurity), Luna (46.6% poverty and 22.8% food insecurity), Sierra (38.6% poverty and 21.9 % food insecurity), Socorro (37.7% poverty and 21.6 % food insecurity), and Catron (27.1 % poverty and 21.3 % food insecurity). Three of these counties, McKinley, Luna and Sierra, represent the state's highest poverty rates and the highest food insecurity rates.

12.      New Mexico spans more than 121,000 square miles, and many communities are separated by hundreds of miles. As a result, numerous areas—particularly small and rural communities—face significant barriers to consistent food access. These geographic barriers are compounded by persistent drivers of food insecurity, including poverty, unemployment, insufficient wages, lack of affordable housing, chronic health conditions, and limited access to health care. Together, these factors make it difficult for many New Mexicans to reliably access healthy food. TEFAP plays a critical role in this effort by providing New Mexicans with access

3

to healthy, minimally processed, American-grown foods while also supporting U.S. farmers and agricultural producers.

13.     Addressing food access across such a large and rural state requires not only an adequate supply of food, but also the infrastructure needed to store and distribute it effectively. Commercial-scale storage capacity—particularly cold storage—is critical for ensuring that perishable, nutritious foods can be stored and distributed within communities. When this infrastructure is lacking, communities must rely heavily on the timing of deliveries. This often results in a "feast or famine" cycle in which fresh, nutritious foods are available only for short periods before supplies are depleted. In many rural areas, residents must rely on convenience stores and dollar stores for the majority of their food purchases. These retailers typically offer a limited selection of fresh foods and instead stock predominantly highly processed items with few fruit and vegetable options. Supplemental foods provided through TEFAP and distributed by local food pantries, food banks, and soup kitchens help bridge this gap and stand between food-insecure New Mexicans and hunger.

### The Emergency Food Assistance Program

14.     USDA's Food and Nutrition Service ("FNS") operates TEFAP, which is a critical tool in New Mexico's efforts to staunch growing food insecurity in vulnerable communities and among working families across the state. Congress created TEFAP in 1981 to repurpose domestic agricultural food surpluses to ensure adequate nutrition for economically disadvantaged individuals. Today, TEFAP supplies states like New Mexico domestically sourced fruits, vegetables, grains, legumes, dairy products, and other proteins (known as USDA foods), to supplement the diets of economically disadvantaged people including children, the elderly, and working families, for whom food insecurity is a daily challenge.

4

15.    TEFAP provides New Mexico a combination of food, which consists of USDA foods that FNS delivers directly to the state, and funds for administrative and food distribution costs incurred by the New Mexico HCA and the emergency food distribution organizations that partner with the New Mexico HCA. The New Mexico HCA and its partners disburse millions of pounds of TEFAP-funded USDA produce, dairy products, proteins, and legumes that put much needed food in the hands of economically disadvantaged New Mexico residents. The financial assistance New Mexico receives from FNS, together with the direct USDA foods that TEFAP ships to New Mexico annually, play a vital role in meeting the nutritional needs of economically disadvantaged New Mexico residents.

16.    Prior to October 1 of each calendar year, FNS notifies New Mexico of its annual TEFAP allocation, which includes food and funding for administrative operating costs. This amount is communicated to the New Mexico HCA through a notice of award.

17.    For the last three federal fiscal years, New Mexico received annual entitlement and administrative funding from TEFAP as follows:

| Federal Fiscal Year | Food Value | Administrative |
|---|---|---|
| 2023 | $2,992,501 | $1,484,141 |
| 2024 | $2,632,791 | $1,282,277 |
| 2025 | $2,899,597 | $1,307,583 |

18.    The TEFAP regulations require the New Mexico HCA to establish uniform, statewide criteria for determining household eligibility to receive USDA foods. 7 C.F.R. § 251.5(b). At a minimum, the regulations require the New Mexico HCA to include a requirement that the household members seeking USDA foods attest to being a New Mexico resident at the time of their application. Beyond these criteria, the TEFAP regulations prohibit the New Mexico

5

HCA from requiring an applicant to establish the length of their residency in the state, and from requesting their address or identification documents to establish eligibility. *Id.*

***TEFAP Supplies Food Award "Funds" to Purchase USDA Foods***

19.     USDA awards New Mexico food in two categories: entitlement food and bonus food. Funding for entitlement food is considered appropriated, mandatory spending that FNS awards New Mexico and all other states on an annual basis. The cash value of New Mexico's entitlement food accounts for most of the state's TEFAP funding.

20.     When FNS notifies New Mexico of the state's annual entitlement, the New Mexico HCA uses FNS's standard allocation to distribute a portion of the food to each of the food banks. the New Mexico HCA staff then work with each food bank to obtain their food ordering plan. Some food banks order annually, others quarterly, and others allow the New Mexico HCA to choose their food products. The New Mexico HCA places food orders in FNS's Web-Based Supply Chain Management and selects food delivery dates, which range from 30 days up to 1 year (12 calendar months) in the future. FNS delivers food directly to food banks, which store the food for distribution to partner food pantries on a monthly, weekly, or daily basis. Food pantries receive a portion of the USDA foods that is proportionate to the number of individuals they serve, and the food available in that food bank.

21.     In contrast to ordering entitlement food, which is predictable and available quarterly, FNS offers a variety of bonus foods to states on an ad hoc basis whenever FNS obtains specific surplus foods, such as seasonally available excess produce or food. Bonus foods serve two purposes—they support farmers and food producers through FNS's purchases of agricultural products to stabilize prices and reduce waste and bonus foods strengthen the emergency food

6

assistance program because these foods are redirected to food banks, pantries, and soup kitchens to help meet the increased demand for food.

22.     In New Mexico, the New Mexico HCA regularly receives notice from FNS's Agricultural Marketing Service ("AMS") of excess produce, such as strawberries and grapes, pears, and beans, and is awarded an allotment of additional food. These bonus foods, which are in excess of the state's annual entitlement foods, must be selected quickly and are typically delivered in a narrow window. In Federal Fiscal Year 2024, the bonus food FNS provided the New Mexico Health Care Authority was valued at $ 7,541,523 and in Federal Fiscal Year 2025, the New Mexico HCA received bonus food valued at $16,416,574

***TEFAP Administrative Funds***

23.     TEFAP administrative funding is used to support the state's five regional food banks' distribution of TEFAP foods. Funding helps offset some of their administrative expenses, including personnel costs, food shipping/delivery costs to distribute food within their geographic regions to partnering food pantries, utilities (rent, gas, electric, water), storage, equipment (forklifts, garage doors, truck bay repairs), and other costs of operating food banks.

### The loss of TEFAP Food and Administrative Funding Will Impose Great Costs on the State of New Mexico and its Residents

24.     I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and mutual interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being

7

"used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

25.    On February 6, 2026, I received a copy of a memorandum that USDA sent the Regional Directors, Supplemental Nutrition Programs, and State Directors of all TEFAP State Agencies, including HCA, titled "Information for the Emergency Food Assistance Program (TEFAP) State Agencies on Executive Order 14218" ("February 2026 TEFAP Memo"). The February 2026 TEFAP Memo states that USDA was "reviewing federally funded programs to ensure that illegal aliens cannot obtain taxpayer-funded benefits, and, consistent with applicable law, taking appropriate actions to end this." The February 2026 TEFAP Memo also states that Secretary Rollins is "taking swift action to …clarify statutory, regulatory, and administrative requirements." In the context of this review, USDA advised HCA and other TEFAP State agencies to implement Executive Order 14218 by "protect[ing] benefits for American citizens in need."

26.    Although PWRORA does not require TEFAP agencies to deny supplemental foods to undocumented individuals, and as noted above, TEFAP regulations prohibit states from requesting identification documents to establish eligibility, the February 2026 TEFAP Memo states that "PWRORA permits TEFAP State agencies to provide program services only to otherwise eligible individuals who are U.S. citizens and/or qualified aliens," and offers technical assistance to state agencies "in effectively and efficiently administering TEFAP and preventing access by illegal or other ineligible aliens." Without citing to any legal authority, the memo

8

suggests that HCA should take steps to prevent undocumented individuals in New Mexico who rely on TEFAP foods for household nutrition from accessing much needed food.

27.    USDA now threatens to leverage TEFAP funding to force the New Mexico HCA to implement the 2026 Conditions, the meaning of which is unclear to New Mexico. And some of these conditions place New Mexico in the untenable position of choosing between ensuring that emergency food reaches as many New Mexico residents living with food insecurity as possible and complying with the federal government's demands to include terms and conditions that impede the state's efforts to do so.

28.    The threatened loss of funding because of New Mexico's inability to certify compliance with the 2026 Conditions could not come at a worse time for the state's efforts to address growing food insecurity. New Mexico relies heavily on USDA food to stock the shelves of its statewide network of food banks and food pantries and on FNS's administrative funding to keep these vital emergency food distribution resources operational. Even with full TEFAP funding, New Mexico lacks sufficient resources to meet the unmet nutritional needs of millions of New Mexico residents who live with chronic food insecurity.

29.    Funding for TEFAP is provided entirely by the Federal government.

30.    Were FNS to terminate TEFAP funding, New Mexico lacks the fiscal capacity to replace lost USDA foods and administrative funding with state general funds. Even short-term disruption would create immediate budgetary shortfalls across the state. Food banks rely on approximately $1,358,000 in annual administrative funds to cover operating costs. The sudden loss of these funds would result in layoffs, contract terminations, and elimination of USDA foods from the food safety infrastructure.

9

31.    The loss of TEFAP funding in New Mexico would inflict severe harm statewide and threaten the survival of 2,1 million New Mexico residents who rely on TEFAP for daily food and nutrition. Across rural and urban areas of New Mexico, working families, farmers, agricultural workers, employed and underemployed individuals, parents, seniors, and our most vulnerable children, depend on USDA foods delivered by TEFAP straight to America's heartland to slow the spread of food insecurity and hunger.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of March 2026.

Niki Kozlowski
Acting Deputy Secretary
Health Care Authority

10