# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 55

## DECLARATION OF CHRISTOPHER TRICARICO

I, CHRISTOPHER TRICARICO, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am the Senior Executive Director of the Office of Food and Nutrition Services ("OFNS") at the Board of Education of the City School District of the City of New York, operating as New York City Public Schools ("NYC Public Schools" or "NYCPS"), and have served in this role since 2018. My job duties at OFNS include overseeing the New York City Public Schools School Food Authority ("NYCPS SFA," operating as "NYC School Food"), the entity that manages all aspects of the child nutrition programs, including menu planning, staffing, community engagement, financial management, and compliance with federal, state, and local regulations.

2.      I have been employed by NYC Public Schools since 1996 and have served in the following roles prior to my current position: Teacher (1996-2001), Assistant Principal (2001-2004), Principal (2004-2011), and Central Office Administration (2011-2018).  Prior to my tenure at NYC Public Schools, I worked in the food service/catering industry.

3.      I am familiar with the information set forth below through personal knowledge, consultation with NYC Public Schools' staff, or from my review of relevant documents and information. I submit this Declaration to put before the Court certain testimony and documents relevant to the relief requested in Plaintiffs' Motion, and, if called as a witness, I could and would testify competently to these matters.

### Background

4.      NYC Public Schools—the nation's largest school system—is comprised of more than 1600 early childhood programs, elementary schools, middle schools, high schools and vocational schools. NYC Public Schools educates close to 1 million students between the ages of 3 and 21 each year and employs more than 130,000 employees, the majority of whom are teachers

and other school-based staff. Its mission is to ensure that schools provide rigorous academic and real-world learning experiences so that students graduate with the knowledge, skills, and confidence to succeed in their careers and communities.

5.      In order to create a safe, welcoming, and nourishing environment for our students, to enhance their educational experience, and to contribute to their ability to succeed, OFNS is charged with providing healthy, nutritious and delicious breakfast, lunch, snacks, and after-school meals to *all* NYCPS students—from those enrolled in 3-K and pre-K to high school seniors—(as well as many students attending charter and non-public schools that participate in the NYCPS School Food program during the school year). NYCPS OFNS also provides snacks for after-school programs, and supports the summer meals program for children aged 18 years or younger in New York City. These supplemental meal programs fill a hunger gap by offering healthy food options to students in New York City after the school day, on the weekend, and over the summer.

6.      The meals and snacks provided to eligible students by NYCPS OFNS are almost entirely funded through child nutrition programs operated by the U.S. Department of Agriculture ("USDA"), and administered through the New York State Education Department ("NYSED"): (1) National School Lunch Program, which includes the Afterschool Snack Program; (2) National School Breakfast Program; (3) Child and Adult Care Food Program; (4) Summer Food Service Program; (5) Fresh Fruit and Vegetable Program; and (6) USDA Foods Program (together, referred to herein as "Child Nutrition Programs").

**NYC Public Schools' Participation in USDA's Child Nutrition Programs**

7.      The USDA administers its Child Nutrition Programs through its sub-agency, the Food Nutrition Service ("FNS"), in partnership with state agencies across the country, including NYSED. NYC Public Schools' participation in USDA's Child Nutrition Programs is administered

by NYSED and is governed by the Child Nutrition Program Single Permanent Agreement between NYSED and NYCPS OFNS. There are approximately 380 charter and non-public schools that also participate in Child Nutrition Programs as managed and operated by NYCPS OFNS. As a condition of participating in the Child Nutrition Programs, NYCPS OFNS is required to buy American products whenever possible, and to explain if products need to be sourced elsewhere (e.g., during the winter when certain fruits are not available in the United States).

8.     On a daily basis, NYCPS OFNS staff serve over 850,000 meals—free of charge—to NYC school children using USDA funds. The USDA funding also supports the salaries of the approximately 8,000 NYCPS OFNS staff, who work in over 1800 locations participating in Child Nutrition Programs.

9.     The *National School Lunch Program* **("NSLP")** is a USDA program that funds free school lunches and snacks that meet federal nutritional requirements and serves New York City students attending participating schools. This is by far the largest food program administered nationally and at NYCPS. The lunch program provides fruits, vegetables, grains, meat/meat alternative, and milk, all of which meet specific nutritional requirements outlined by the USDA. The vast majority—99 percent—of funding for the NYCPS OFNS NSLP program is federal, emanating from USDA.  NYCPS OFNS has received more than $438 million annually in USDA NSLP funds, which has reimbursed almost 100 million lunch meals per year.

10.     The *Afternoon Snacks Program* **("Snacks")**, which is a component of the NSLP, allows NYCPS OFNS to provide nutritional snacks to students enrolled in after-school activities, including tutoring, extended day programs, and after-school clubs. This program is entirely funded with federal USDA dollars. In recent years, NYCPS OFNS has also received more than $12.5 million annually in USDA reimbursement for Snacks, allowing it to provide over 10 million free

after-school snacks during the school year.

11.     The *National School Breakfast Program* **("NSBP")** allows NYCPS OFNS to also provide free school breakfasts daily to all students at participating schools. Breakfasts offer three main components: fruit, whole grain-rich foods, and milk. This program is predominantly funded by federal funds: 97 percent is federal USDA funding, and 3 percent is State funding. In recent years, NYCPS OFNS has received over $100 million annually in USDA NSBP funds to provide roughly 40 million breakfast meals during the school year.

12.     The *Child and Adult Food Care Program* **("CACFP")** provides funding to reimburse NYCPS OFNS for providing free nutritious meals, including suppers and snacks, to eligible children when schools are out of session during school breaks/holidays and weekends. This program is almost completely supported by federal funding, with limited City funding to pay certain expenses (e.g., fringe costs) for staff who support this program. In recent years, CACFP has supported the provision of approximately 7 million suppers and snacks per year, and NYCPS OFNS has received more than $34 million annually in USDA reimbursement.

13.     The *Summer Food Services Program* **("SFSP")** provides children 18 years of age and younger with free, healthy meals over the summer months when they no longer have access to school meals. Meal sites include schools and other community locations, such as parks and summer camps. NYCPS OFNS' "Free Summer Meals" program provides free breakfast and lunch at over 300 sites, including schools, libraries, and parks across the five boroughs. Students attending the NYC Public Schools summer programs can also receive breakfast and lunch. The program operates weekdays from late June through late August, with over 5.5 million breakfasts and lunches served in total each year. In recent years, NYCPS OFNS has received approximately $24 million in USDA SFSP annual funding, covering 98 percent of the cost of this program.

14.    The *Fresh Fruits and Vegetables Program* **("FFVP")** makes fresh fruits and vegetables available outside of mealtimes to approximately 50 elementary schools with a total student enrollment of approximately 20,000 students. These schools are encouraged to serve these healthy snacks at least twice a week after breakfast or lunch. There is an annual cap on the program. In recent years, NYCPS OFNS has received $1.2 million annually in USDA FFVP funding.

15.    The *USDA Foods Distribution Program* **("USDA Food")** is a donated food distribution program, whereby USDA purchases billions of pounds of food commodities from American farmers each year and makes them available to participants in Child Nutrition Programs. Among the items that NYC Public Schools receives through this program are cheese, flour, and tomatoes. Some of these products are given to vendors to create entrees, such as pizza and grilled cheese, from fresh ingredients. The program serves the dual purpose of supporting American farmers and making healthy food available for use in school meals and snacks.

16.    Each spring, NYCPS OFNS receives an entitlement to USDA Food and has the opportunity to spend its entitlement by selecting food items from the USDA Food catalogue to support NYCPS OFNS' Child Nutrition Program meal and snack offerings. NYCPS OFNS' entitlement to USDA Food is calculated based on a formula that multiplies the number of lunches claimed by OFNS during the previous year by a per-meal rate. NYCPS OFNS places orders for USDA Food products selected from the catalogue of available products, each with a dollar value, directly through the USDA's online food ordering system—until the dollar value in their entitlement balance is depleted. This year, the April deadline to place a catalogue order is quickly approaching. In recent years, NYC OFNS has been entitled to select over $45 million annually in donated food products from the USDA catalogue to use in school meals and snacks.

**Child Nutrition Program Funding and Reimbursement**

17.    In total, FNS has obligated the following grant amounts to NYCPS OFNS in recent fiscal years (through reimbursements or food donations):

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | $437,900,000 | $448,200,000 | $438,000,000 |
| Afterschool Snack Program | $10,300,000 | $12,000,000 | $12,500,000 |
| National School Breakfast Program | $105,100,000 | $107,900,000 | $110,900,000 |
| Child and Adult Care Food Program | $29,500,000 | $30,900,000 | $ 34,200,000 |
| Fresh Fruit and Vegetable Program | $1,500,000 | $1,200,000 | $ 1,300,000 |
| Summer Food Service Program | $20,700,000 | $23,700,000 | $ 25,000,000 |
| **Total Cash Reimbursement by USDA for Child Nutrition Programs** | $605,000,000 | $623,900,000 | $621,900,000 |
| USDA Food (Donated Food Distribution) Program | $57,000,000 | $46,000,000 | $48,000,000 |
| **Total Value of USDA Funding for Child Nutrition Programs** | **$662,000,000** | **$669,900,000** | **$669,900,000** |

18.    In the past year, NYCPS OFNS has served over 150 million meals and snacks to children in New York City. Notably, because of the high poverty rate in New York City, most of the meals provided under the Child Nutrition Programs are for low-income students, for whom school meals often provide their most, if not their only, nutritious meals of the day.

19.    Participation in these Programs is widespread, benefitting hundreds of thousands of students whose schools participate in NYCPS OFNS. The table below reflects the number of meals or snacks delivered by NYCPS OFNS in recent fiscal years through each Child Nutrition Program that provides meals and snacks:

| Program | Meal | FY23 | FY24 | FY25 |
|---|---|---|---|---|
| National School Lunch Program | Lunch | 92,365,582 | 97,133,720 | 96,493,553 |
| National School Breakfast Program | Breakfast | 40,325,031 | 40,139,643 | 38,989,492 |
| Afternoon Snack Program | After-school Snack | 9,510,920 | 10,270,760 | 10,354,550 |
| Summer Food Services Program | Breakfast | 2,005,435 | 2,044,796 | 2,021,687 |
| | Lunch | 3,369,896 | 3,580,642 | 3,590,642 |
| Child and Adult Care Food Program | Weekend and Holiday Snack | 337,404 | 348,280 | 379,940 |
| | Supper | 6,268,646 | 6,831,182 | 7,065,481 |
| Total Meals | | 154,182,914 | 160,349,023 | 158,895,345 |

20.     NYC Public Schools has participated in the Child Nutrition Programs for many decades, since some time shortly after their inception. In 2017, NYCPS OFNS qualified to join the Community Eligibility Program ("CEP"), which allows it to provide meals to all students free of charge without requiring submission of meals applications, because the number of low-income students in in the city served by the district exceeds the required threshold percentage of students who directly certify for need based programs. If the school district's number of low-income students exceeds the threshold, the district is eligible to provide free meals to all students and receive reimbursement for the provision of all such meals, regardless of the income status of a particular student.

21.     Notably, by offering free breakfast and lunch to all students, not simply those who are income eligible, the CEP helped to increase student participation in Child Nutrition Programs

by reducing the stigma on children who would otherwise be identified as eligible for free meals.

22.    NSLP, NSBP, Snacks, SFSP and CACFP all provide NYCPS OFNS with a formula-based reimbursement from USDA, through NYSED, based on the number of meals and snacks served that meet federal nutritional requirements. NYCPS OFNS submits monthly claims to NYSED reflecting the number of meals and snacks served monthly, NYSED submits those claims for reimbursement to FNS, and when reimbursement is received, remits the cost of the meals to NYCPS OFNS. For FFVP, NYCPS OFNS submits monthly claims for reimbursement to New York State based on eligible program costs such as food, labor, and fringe costs. Reimbursement is then remitted to NYCPS OFNS.

**Impacts of Child Nutrition Programs**

23.    The Child Nutrition Programs funded by USDA are essential to fuel development and learning for children. The benefits associated with the food provided by these Programs include improved nutrition and health, improved long-term educational attainment, and healthier eating habits, as well as decreased absenteeism, tardiness, and disruptions in class. Child Nutrition Programs improve students' physical and mental health. Children who participate in the programs are more likely to consume fresh fruits and vegetables and milk at meals, which has a positive impact on nutrient intake and supports a healthy diet. The School Nutrition Association reports that "School meals are ... proven to support obesity prevention, student health and academic achievement by improving children's diets and combatting hunger. In schools that offer free meals to all students through CEP, all children are nourished for success, [and] students face less stigma."[1] The USDA's own study into the FFVP, for example, concluded that students in

---

[1]    *Position Paper 2025*, SCH. NUTRITION ASS'N (2025), available at https://schoolnutrition.org/resource/position-paper-2025/.

participating schools consumed more fresh fruits and vegetables than in non-participating schools.[2] Participation in Child Nutrition Programs is also linked to "lower body mass index (BMI)," "[l]ower probability of being overweight or obese," and "improved diet quality."[3]

24.    The Child Nutrition Programs also reduce food insecurity, which is linked to negative educational outcomes, such as slower progress in math and reading development and a higher likelihood of repeating a grade.[4] For example, NSBP ensures that students do not start the day hungry. Free breakfast programs have been shown to "[b]oost[] students' academic performance, grades and test scores," "[i]ncrease[] concentration, alertness, comprehension and memory," "[i]mprove[] classroom behavior," and "[r]educe[] absenteeism and tardiness." [5]

25.    Child Nutrition Programs increase student success in the classroom. Nutritious school meals ensure that children are not distracted by hunger during class. And researchers have found statistically significant improvements in students' reading and math state test scores once students attended schools with universal free lunch.[6]

26.    Child Nutrition Programs also lessen financial burdens on families. Free school meals, like those provided by NYCPS OFNS, are estimated to save families $165 per child per month in grocery bills. Many families face food insecurity and schools serve as the most reliable source of daily nutrition for children.[7]

---

[2] *Evaluation of the Fresh Fruit and Vegetable Program – Summary*, FOOD & NUTRITION SERV. (Mar. 2013), available at https://www.fns.usda.gov/research/ffvp/evaluation.

[3] *The School Breakfast Program: A Smart Investment for Student Success*, SCH. NUTRITION ASS'N (2022), available at https://schoolnutrition.org/wp-content/uploads/2022/06/Breakfast-Benefits-final.pdf.

[4] *The National School Lunch Program: Supporting Healthy, Well-Nourished Students*, SCH. NUTRITION ASS'N (2022), available at https://schoolnutrition.org/wp-content/uploads/2022/06/Lunch-Benefits.pdf

[5] *School Breakfast Program*, *supra* note 3.

[6] Amy Ellen Schwartz & Michah Rothbart, *Let Them Eat Lunch: The Impact of Universal Free Meals on Student Performance*, SYRACUSE UNIV. MAXWELL SCH. OF CITIZENSHIP & PUB. AFFS. (Nov. 2017), available at https://www.maxwell.syr.edu/research/center-for-policy-research/research-publications/working-papers/wp-203-let-them-eat-lunch-the-impact-of-universal-free-meals-on-student-performance.

[7] Felix Day, *New York schools serve over 150 million free meals to students*, CBS ALBANY (Dec. 12, 2025), available at https://cbs6albany.com/news/local/new-york-schools-serve-over-150-million-free-meals-governor-

27.     These Programs can become especially important in times of crisis. For example, during the COVID-19 pandemic, NYCPS OFNS expanded the SFSP program to provide breakfasts, lunches, and snacks for children across New York City to pick up and bring home during the school year, since they were not attending school in person. Using USDA funds, NYCPS OFNS was able to support children and families during a public health and economic emergency.

### Harms Caused by USDA's Funding Conditions

28.     The NYSED Child Nutrition Program Single Permanent Agreement between NYSED and NYCPS OFNS that governs OFNS' participation in the USDA-funded Child Nutrition Programs ("the Agreement") requires OFNS to certify compliance with all laws and regulations applicable to the Programs, including "all USDA instructions, policy memoranda, guidance and other written directives interpreting the laws and regulations applicable to the Program(s) … and all other federal, state or local laws applicable to [Programs] administered by NYSED and fully incorporated herein by reference." *See Agreement*, B.1.

29.     It also provides that, "[b]y continuing to operate covered programs after the enactment or issuance of any changed or new laws or regulations applicable to the programs covered by this Agreement, and any changed or new instructions, policy memoranda, guidance, and other written directives interpreting these laws or regulations," NYCPS OFNS "agrees to comply with them." *Id.*, M.1.

30.     Among the terms of the Agreement is a requirement that NYCPS OFNS "comply with the provisions of Sections 291-299 of the Executive Law and Civil Rights Law," failing which the Agreement could be canceled, terminated or suspended, in whole or in part by NYSED. *Id.*,

---

hochul-state-education-commissioner-betty-a-rosa-lawmakers-shelley-b-mayer-michelle-hinchey-assemblymember-jessica-gonzalez-rojas-universal-school-meals-student.

H.11.e-g.

31.     Prior to the beginning of each school year, to maintain its entitlement to reimbursement from FNS for school meals and snacks served to students under the Child Nutrition Programs for the upcoming year, NYCPS OFNS is required to enter into an Annual Renewal of its participation in the Agreement with NYSED. The language of the Annual Renewal requires NYCPS OFNS to "certify that [it] … and participating schools under its jurisdiction will comply with all applicable Federal and State laws and regulations, including 7 CFR parts 210, 215, 220 and 245, FNS Instruction 223-2, and policies prescribed by the US Department of Agriculture.…"

32.     I am aware of the December 31, 2025 Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins stating that all USDA awards would be subject to the new USDA General Terms and Conditions issued on December 31, 2025 (the "2026 Conditions"), and that the 2026 Conditions "implement several of USDA's policy priorities."

33.     I have been advised that the 2026 Conditions require many funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipients must certify. I have been advised that the 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation and that the 2026 Conditions prohibit certain recipients from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context.

34.     I learned that FNS updated its standard terms and conditions on Monday March 23, 2026. FNS' revised terms and conditions now note "the Recipient agrees to comply with all

11

provisions of the [2026 Conditions]." If USDA's new funding conditions were construed to apply to NYCPS OFNS, and if OFNS were unable to certify compliance, it would be unable to receive remaining FY2026 or FY2027 funds and would lose hundreds of millions of dollars in funding, threatening the critical programs described above. NYCPS would face a budget shortfall which, if not remedied, would threaten NYCPS OFNS' ability to provide adequate food to the children who rely on it.

35.    Without USDA funding, NYC Public Schools would not have sufficient funds to operate the Child Nutrition Programs, and the consequences could be devastating. The absence of funding for the Programs would cause significant harm to the children and students whom we serve. A funding loss could leave hundreds of thousands of children across the City facing hunger and malnutrition, and could place enormous additional financial pressures on their families. Children in schools may be denied the nutritional snacks and meals they depend on to fuel their academic success, physical health, and social engagement. The loss of these meals would harm our students' physical and mental health as well as their ability to learn and succeed in school.

36.    A loss of funding could even impact some of the approximately 8,000 NYCPS OFNS staff whose roles are funded by USDA. Ultimately, the loss of federal resources would widen existing inequities, undermining both student well-being and academic achievement while making it harder for schools to provide the stable, supportive environment every child deserves. According to the School Nutrition Association, "School districts that must charge for meals confront a wide range of consequences: 89.3% report challenges with families in need not receiving free or reduced-price meals, and 73.5% cite that students are going hungry or choosing not to eat."[8]

---

[8] *Position Paper* 2025, *supra* note 1.

37.    The loss of funds would also negatively impact our local economy. It could have a significant financial impact on the vendors who daily supply NYCPS with healthy food for meals and snacks. Food for school meals and snacks are procured from a large and diverse network of contracted vendors, including urban and rural growers from throughout New York City and State, with a focus on obtaining local and seasonal ingredients and supporting our students and our communities as a whole. Our procurements are guided by the Mayor's Office of Food Policy's Good Food Purchasing initiative, which prioritizes aligning food spending with six core values: nutrition supporting local economies, environmental sustainability, animal welfare, a valued workforce, and transparency.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 26, 2026 in Long Island City, New York.

CHRISTOPHER TRICARICO

13