# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 56

### <u>DECLARATION OF JESSICA AMAYA HOFFMAN</u>

I, Jessica Amaya Hoffman, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am a resident of Oregon. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

### <u>Professional Background</u>

2.    I am the SNAP Director for the Oregon Department of Human Services (ODHS), which provides resources like cash and food assistance, employment support, and targeted services to help Oregonians move out of poverty. I have served in this role since 2025, following my time as ODHS Self Sufficiency Programs Deputy Director, Interim Deputy Director and Senior Operations Manager. My career spans over 21 years in human services, including leading large teams and building strong community partnerships across Oregon.

3.    Oregon Department of Human Services is responsible for the administration of public social services throughout Oregon.

4.    As SNAP Director for ODHS, I am responsible for overseeing the administration of several federal and State social service programs that provide critical financial, food, and employment and training support to individuals and families with limited income. This includes overseeing the administration of Oregon's Supplemental Nutrition Assistance Program (SNAP), the Emergency Food Assistance Program, commonly known as TEFAP, 7 C.F.R. §251.2(a)-(b), as well as Summer Electronic Benefit Transfer (S-EBT).

///

1

**Background on SNAP and Other Nutritional Programs**

5.      Oregon administers SNAP as authorized under the Food and Nutrition Act of 2008, 7 U.S.C. § 2011 et seq. SNAP is the nation's largest nutrition assistance program and is designed to "permit low-income households to obtain a more nutritious diet" through normal channels of trade. 7 U.S.C. § 2011. SNAP benefits are currently 100 percent federally funded, while administrative costs are shared between the federal government and the State. The program operates as an entitlement: eligible households that apply must receive benefits. *See* 7 U.S.C. § 2014(a), *see also* 7 U.S.C. § 2015(f). SNAP is the second largest social services program in Oregon after the Oregon Health Plan, Oregon's Medicaid program, and serves as a core component of Oregon's anti-poverty and public health infrastructure. SNAP helps stretch food budgets, allowing individuals and families to afford nutritious food, including more fruits, vegetables, and other healthy foods.

6.      SNAP is overseen by ODHS and is delivered by the State's 36 counties pursuant to a USDA-approved State Plan of Operation. For Federal Fiscal Year 2025, Oregon issued approximately $141 million in SNAP per month, totaling over $1.6 billion annually in federally funded food assistance. These benefits help over 723,000 recipients Oregonians each month. The majority of SNAP recipients in Oregon spend the majority if their benefits within the first two weeks of issuance. This rapid expenditure cycle means that any disruption in funding would immediately reverberate through local economies and food supply chains.

7.      SNAP serves more than one in six Oregonians and is Oregon's most effective anti-hunger intervention.[1]

---

[1] Center on Budget and Policy Priorities, *Oregon Supplemental Nutrition Assistance Program*, https://www.cbpp.org/sites/default/files/atoms/files/snap_factsheet_oregon.pdf (last visited Mar. 11, 2026).

8.      SNAP plays a particularly critical role in supporting children. Approximately 201,000 of monthly SNAP recipients in Oregon are children. The SNAP program is linked to key improvements for people's overall health and nutrition across all age groups but has the most meaningful impact with children, pregnant mothers, and older adults. Early access to SNAP among pregnant mothers and in early childhood improved birth outcomes and long-term health as adults. SNAP is linked with better access to preventive health care and reduced health care costs. Infants and children in families participating in SNAP are more likely to see a doctor for periodic check-ups.[2]

9.      Any disruption in benefits would therefore have not only immediate nutritional consequences but long-term developmental and economic consequences.

10.      In addition to improving access to healthier foods, SNAP serves as an anti-poverty program. SNAP payments are critical to Oregonians in need, particularly for low-income communities, those working low-wage jobs, and older adults on fixed incomes. Nutrition benefits allow Oregonians to use their limited financial resources to cover other necessary expenses including housing, healthcare, and childcare. The amount of SNAP a household receives depends on the household size, countable income, and monthly expenses, such as housing and utilities.

11.      SNAP functions not only as a nutrition benefit but as a public health intervention. Food insecurity is associated with: increased rates of diabetes, hypertension, cardiovascular disease, depression, and anxiety. For households participating in the Oregon Health Plan, loss of SNAP benefits would likely increase healthcare costs borne by the State and federal government.

---

[2]Steven Carlson and Joseph Llobrera, *SNAP is Linked With Improved Health Outcomes and Lower Health Costs,* Center on Budget and Policy Priorities (December 14, 2022), https://www.cbpp.org/research/food-assistance/snap-is-linked-with-improved-health-outcomes-and-lower-health-care-costs

3

Because SNAP allows families to redirect limited income toward rent, medications, and preventive care, the loss of SNAP benefits would increase financial instability and negatively affect medication adherence and chronic disease management, placing additional strain on Oregon's healthcare delivery systems.

12.     ODHS also administers related programs such as Oregon SNAP Outreach (known federally as SNAP Outreach), an optional federal-State program that Oregon has chosen to operate to promote awareness of and participation in SNAP amongst eligible Oregonians. Oregon SNAP Outreach seeks to ensure that all eligible individuals are aware of and receiving SNAP. Oregon SNAP Outreach oversees a network of statewide contractors conducting targeted outreach and application assistance.

13.     Another ODHS-administered nutrition benefit program, Disaster SNAP (D-SNAP), is available to eligible Oregonians when a major disaster is declared by the President and Individual Assistance is approved. In these types of emergencies, program eligibility criteria are simplified, providing households impacted by a disaster who would not normally be eligible for SNAP with one month of food benefits based on their residency, income, and disaster impact.

14.     In addition to the above-described programs, ODHS administers the Summer Electronic Benefit Transfer (SEBT) Program. SEBT is intended to reduce hunger and food insecurity for children who lose access to free and reduced-price meals through the National School Lunch Program (NSLP) and School Breakfast Program (SBP) during summer months when school is not in session. During this time, many families face increased food costs as children no longer have access to school meals. The program provides grocery benefits to eligible families to help cover the cost of food while school meals are unavailable. In Oregon, the SEBT program

provided food benefits to 360,926 children and distributed more than $43.3 million to families, helping households maintain access to nutritious food and reducing financial pressure.

15.    SNAP, Disaster SNAP, and SEBT all use the same Electronic Benefit Transfer (EBT) system, which provides participants with a card, similar to a debit card, used to purchase groceries at participating retail vendors. In Oregon, this card is commonly called the Oregon Trail Card or Oregon EBT card.

16.    As described more fully below, ODHS also oversees the Emergency Food Assistance Program, commonly known as TEFAP, for the state. 7 C.F.R. §251.2(a)-(b).

17.    I am aware that USDA has recently changed its general terms and conditions (hereinafter, USDA's Conditions or the Conditions).

18.    I am deeply concerned that USDA's Conditions, as applied to SNAP funding, would impose requirements unrelated to SNAP's statutory purpose of alleviating hunger and could create operational conflicts with Oregon law. The Conditions require Oregon to comply with federal "policies" and other conditions on federal funding, including (1) federal policies on anti-discrimination that differ dramatically from our long-standing interpretations of federal laws, (2) the Executive Order on diversity, equity, and inclusion programs, (3) the Executive Order on gender identity, as well as (4) the prohibition on using grant funds "towards educational programs that deprive women and girls of fair athletic opportunities" and "towards programs that allow illegal aliens to obtain taxpayer-funded benefits."

19.    The Conditions do not define or explain the terms used therein.

20.    SNAP is governed by detailed federal statutes and regulations that define eligibility, benefit calculation, and nondiscrimination requirements. Conditioning SNAP funding on compliance with executive orders or policy interpretations that alter eligibility, nondiscrimination

frameworks, or program operations risks directly conflicting with this statutory entitlement structure. *See* 7 U.S.C. § 2014(a), *see also* 7 U.S.C. § 2015(f) ("Assistance under [SNAP] *shall be furnished to all eligible households* who make application for such participation.") (emphasis added); *see also* 7 U.S.C. §§ 2011, 2024(d). The Conditions would require Oregon to modify eligibility systems, outreach efforts, or program administration to conform to such conditions, which would disrupt the uniform statewide administration required under federal SNAP regulations.

21.    In my years with ODHS, I am not aware of ODHS staff ever being required by USDA to certify ODHS's compliance with unnamed Federal anti-discrimination policies as a precondition of receiving USDA funding. I am also not aware of ODHS staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

22.    ODHS operates its programs in compliance with Federal anti-discrimination laws and regulations.

23.    My understanding is ODHS is uncertain what is required by the 2026 Conditions and therefore may be unable to certify compliance with USDA's Conditions.

24.    In order to comply with any understanding of the Conditions that differs from existing Federal anti-discrimination laws and regulations, ODHS would require additional resources, both time and money, to establish new guidelines and train employees on how to comply with the Conditions.

25.    Moreover, compliance with "policies" that erase the existence of transgender people could violate civil rights laws in Oregon. *See, e.g., Matter of Hollister*, 305 Or. App. 368, 377 (2020) (holding that Oregon's Constitution guarantees legal equality to all people, regardless

of sex, and "sex" includes gender identity); Or. Rev. Stat. § 659A.030 (a)–(b), (d)–(e) (prohibiting discrimination on the basis of gender identity in employment); Or. Rev. Stat. § 659.850(1)–(2) (prohibiting discrimination on the basis of gender identity in education); Or. Rev. Stat. § 659A.142(6) (prohibiting discrimination on the basis of gender identity in medical treatment).

**Human Costs of Potential Termination of SNAP Benefits**

26.     If ODHS is unable to comply with USDA's new funding conditions, the State would be unable to receive entire funding streams to which USDA now claims the Conditions apply.  If USDA were to terminate or reduce its federal funding for SNAP based on these conditions or based on Oregon's inability to certify compliance with them, this would cause direct, immediate, and irreparable harm across Oregon, both at the State and local level.

27.     Oregon relies heavily on federal funding to operate SNAP. Currently, SNAP benefits are entirely federally funded, and the federal government reimburses approximately 50 percent of allowable administrative costs. USDA's longstanding federal funding has shaped Oregon's SNAP program design and funding expectations for decades. Because benefit costs alone exceed $1.6 billion annually, Oregon does not possess the fiscal capacity to replace lost federal SNAP funding with State general funds. Even short-term disruption would create immediate budgetary shortfalls at both the State and county levels. Counties rely on federal administrative reimbursements to fund eligibility workers, call centers, fraud prevention systems, and EBT infrastructure. The sudden withdrawal of these funds would necessitate layoffs, contract terminations, and system shutdowns.

28.     SNAP is a significant economic driver in Oregon. With over $141 million distributed monthly in Oregon,  SNAP supports billions in downstream economic activity across grocery retailers, agricultural producers, transportation providers, and food manufacturers. Over

7

3,500 of Oregon retailers and farmers markets are authorized SNAP vendors.[3] Failure to fund SNAP benefits will harm these businesses as well as nonprofits and social services agencies that support already-overwhelmed food banks and other community-based organizations that will simply not be able to meet the significant surge in need, nor make up for the loss of over $141 million in benefits issued monthly. SNAP is the largest anti-hunger program in Oregon. Abrupt cessation of benefits would result in immediate revenue losses to these businesses and would disproportionately affect rural and low-income urban communities where SNAP spending constitutes a meaningful share of grocery sales.

29.     Termination of SNAP benefits would produce immediate food insecurity for approximately 723,000 Oregonians. Children in food-insecure households are more likely to experience developmental delays and behavioral challenges. Families would be forced to ration any remaining benefits, turn to lower cost, but less nutritious, alternatives, and in many cases, skip meals entirely. Termination of SNAP benefits will force individuals and families to scramble for alternatives, including possibly going into debt or failing to meet other financial commitments, like the cost of rent, utilities, and medications, to continue meeting their basic needs. Accordingly, a sudden loss of SNAP benefits would have cascading health consequences that extend beyond hunger alone.

30.     SNAP is also an economic driver for Oregon local businesses. If hundreds of thousands of Oregonians are forced to cut back on food spending at once, this will immediately and drastically affect the economic well-being of over 3,500 retailers and farmers markets across Oregon. The negative impact extends to the agriculture industry, including farmers, growers, and producers.

---

[3] U.S. Dep't of Agric., *SNAP Retailer Management Year End Summary FY 2024*, https://www.fns.usda.gov/data-research/data-visualization/snap-retailer-management-dashboard-fy24 (last visited Mar. 11, 2026).

**Fiscal Impacts on Oregon from the Loss of SNAP Benefits**

31.     In addition to direct harm to families, the loss of SNAP benefit funding would have a significant fiscal impact on Oregon itself. For example, the loss of these benefits will result in greater need and requests for state-funded assistance programs, such as the Oregon Hunger Relief Fund (OHRF), that allocates some State general funds to food banks in Oregon.

32.     The loss of SNAP benefit funding will cause significant strain on Oregon's emergency food safety net, forcing Oregon to dedicate State resources to supporting community organizations, such as food banks, that will see sharply increased demand.

33.     Publicly available research has consistently demonstrated that food insecurity increases healthcare expenditures. Because many SNAP recipients are also Oregon Health Plan beneficiaries, increased healthcare utilization would directly increase public expenditures. Thus, termination or disruption of SNAP benefits would not only harm beneficiaries but would likely increase costs within Oregon's healthcare system, including the Oregon Health Plan.

34.     Upon information and belief, Oregon does not readily have the fiscal resources available to replace federally funded SNAP benefits with equivalent state-funded benefits, nor could it do so without creating other downstream fiscal impacts.

**Administrative and Operational Burdens on ODHS**

35.     If ODHS is unable to certify compliance with the Conditions, and unable to receive funding for SNAP benefits, that would significantly erode trust between Oregon and its residents built over many years and through the dedication of significant resources.

36.     To properly effectuate its safety net programs, ODHS has devoted years of work to overcome stigma, misinformation, and other barriers to access. If households experience a disruption in benefits at this scale, they are likely to feel that the government has failed in fulfilling

their responsibilities. ODHS, along with the 36 counties, have fostered trust with ODHS residents and stakeholders by representing to them that SNAP eligibility and compliance with programmatic requirements will lead to the receipt of benefits. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust. If USDA terminates or withholds funding based on its novel imposition of these radical restrictions, it will have acted in disregard of those reliance interests of Oregon.

37.     ODHS anticipates that any disruption of SNAP funding would unduly burden its already limited administrative resources. ODHS would have to take significant steps to prepare for a disruption in SNAP benefits for an indefinite period. A disruption of any length will burden ODHS and the extent of this burden increases in relation to the duration of the disruption, as the scale of resources required to manage the disruption mount over time.

38.     The potential indefinite disruption to SNAP benefit issuances would result in additional administrative burden for ODHS as a result of the need for extensive consultation with the State's eligibility system and EBT vendor, system enhancements, additional policy guidance to counties, and communications to recipients.

39.     ODHS anticipates it would have to spend significant administrative resources managing communications and inquiries regarding the availability of SNAP benefits. A significant number of staff across multiple Divisions would have to redirect their attention to this effort, in lieu of other important initiatives.

40.     If ODHS were unable to receive SNAP funding it would experience higher call volume, foot traffic and disruptions at Oregon's county SNAP offices as hungry individuals and families learn they cannot access their benefits. Local staff would need to explain to recipients that

10

they will not receive the SNAP funds needed to feed their children and put food on the table. These local office staff will face significant burdens on their time and will likely need to divert their attention from other critical work.

**Impact on Oregon's Provision of Other Public Benefits**

41.    SNAP eligibility is integrated into Oregon's broader public benefits eligibility systems, including Oregon Health Plan and Oregon's administration of Temporary Assistance for Needy Famlies (TANF). Counties often determine eligibility for multiple programs simultaneously using shared technology platforms and caseworkers. A disruption in SNAP funding would therefore destabilize integrated eligibility operations, requiring system reprogramming, retraining of staff, and reissuance of public communications. This would divert resources from the administration of other safety net programs.

42.    ODHS will be required to reallocate significant operational resources to crisis management, including emergency policy development, coordination with USDA, legislative engagement, vendor contract renegotiation, and public communication strategies.

**Oregon's Administration of TEFAP**

43.    In addition to SNAP, Disaster SNAP, and S-EBT, ODHS administers the USDA grant program commonly referred to as TEFAP.

44.    Economically disadvantaged Oregonians rely on TEFAP in growing numbers to meet their nutritional needs. Across the whole state of Oregon, 2.6 million duplicated households and 7.6 million duplicated individuals[4] received free food assistance in State Fiscal Year (SFY) 2025 (7/1/24 to 6/30/25). This represents an increase of 15 percent for households served and 11

---

[4] The term "duplicated households" or "duplicated individuals" for purposes of this declaration means a household or individual that may receive more than one benefit, or visit a site more than one time in a given period.

11

percent increase for individuals compared to the previous fiscal year. While service numbers increased by over 10 percent for both, available food for distribution only increased by 3 percent, not enough to match the increase in demand. This growth in TEFAP recipients signifies that a greater percentage of the state's population rely on federal food assistance each year.

45. Twenty regional food banks operate across Oregon to address food insecurity and hunger. As explained below, these food banks each receive a portion of the allocation of food that Oregon receives annually from USDA Food and Nutrition Service (FNS), to feed as many qualifying Oregonians as possible.

| Food Bank | Oregon Counties Served | Households Served (Duplicated) in SFY 2025 | Individuals Served (Duplicated) in SFY 2025 | Pounds of Food Distributed |
|---|---|---|---|---|
| ACCESS Food Share | Jackson | 107,600 (13% increase from SFY 2024) | 253,000 (12% increase from SFY 2024) | 4.9 million (5% decrease from SFY 2024) |
| CAPECO Food Share | Gilliam, Morrow, Wheeler, Umatilla | 45,300 (11% increase from SFY 2024) | 118,900 (2% increase from SFY 2024) | 1.8 million (8% increase from SFY 2024) |
| CCA Regional Food Bank | Clatsop | 30,200 (9% increase from SFY 2024) | 90,400 (8% increase from SFY 2024) | 1.8 million (10% increase from SFY 2024) |
| Columbia Gorge Food Bank | Hood River, Wasco, Sherman | 40,600 (31% increase from SFY 2024) | 98,900 (19% increase from SFY 2024) | 1.8 million (25% increase from SFY 2024) |
| Columbia Pacific Food Bank | Columbia | 24,700 (62% increase from SFY 2024) | 60,100 (40% increase from SFY 2024) | 1.6 million (14% decrease from SFY 2024) |
| Community Connection of Northeast Oregon (CCNO) | Grant, Baker, Wallowa, Union | 47,400 (18% increase from SFY 2024) | 112,700 (43% increase from SFY 2024) | 1.2 million (10% increase from SFY 2024) |

| Food for Lane County | Lane, Linn | 287,900 (54% increase from SFY 2024) | 651,800 (45% increase from SFY 2024) | 9.2 million (1% increase from SFY 2024) |
|---|---|---|---|---|
| Feeding Umpqua | Douglas | 60,300 (16% increase from SFY 2024) | 161,200 (21% increase from SFY 2024) | 2.6 million (2% increase from SFY 2024) |
| Food Share of Lincoln County | Lincoln | 27,500 (12% increase from SFY 2024) | 60,400 (15% increase from SFY 2024) | 1.2 million (22% increase from SFY 2024) |
| Joesphine County Food Bank | Josephine | 88,000 (9% increase from SFY 2024) | 240,500 (13% increase from SFY 2024) | 2.9 million (5% increase from SFY 2024) |
| Klamath/Lake Counties Food Bank | Klamath, Lake | 48,100 (4% increase from SFY 2024) | 133,900 (17% increase from SFY 2024) | 2.1 million (3% decrease from SFY 2024) |
| Linn Benton Food Share | Linn, Benton | 66,200 (11% increase from SFY 2024) | 195,700 (13% increase from SFY 2024) | 5.4 million (10% increase from SFY 2024) |
| Marion Polk Food Share | Marion, Polk, Benton | 224,400 (3% increase from SFY 2024) | 790,700 (no change from SFY 2024) | 9.6 million (2% decrease from SFY 2024) |
| NeighborImpact Food Bank | Crook, Deschutes, Jefferson | 163,900 (4% increase from SFY 2024) | 417,500 (3% increase from SFY 2024) | 6.7 million (6% increase from SFY 2024) |
| Oregon Food Bank (OFB) Metro Services | Multnomah, Clackamas | 914,200 (16% increase from SFY 2024) | 2.7 million (10% increase from SFY 2024) | 33.2 million (11% increase from SFY 2024) |
| OFB Southeast Oregon Services | Harney, Malheur | 28,900 (3% increase from SFY 2024) | 76,200 (6% decrease from SFY 2024) | 1.2 million (19% increase from SFY 2024) |
| OFB Tillamook County Services | Tillamook | 27,700 (16% decrease from SFY 2024) | 98,800 (3% decrease from SFY 2024) | 1.1 million (14% increase from SFY 2024) |

13

| OFB Washington County Services | Washington, Clackamas | 269,300 (2% increase from SFY 2024) | 957,800 (no change from SFY 2024) | 10.9 million (13% decrease from SFY 2024) |
|---|---|---|---|---|

46.     USDA's Food and Nutrition Service ("FNS") operates TEFAP, which is a critical tool in Oregon's efforts to staunch growing food insecurity in vulnerable communities and among working families across the state. Congress created TEFAP in 1981 to repurpose domestic agricultural food surpluses to ensure adequate nutrition for economically disadvantaged individuals. Today, TEFAP supplies states like Oregon domestically sourced fruits, vegetables, grains, legumes, dairy products, and other proteins (known as USDA foods), to supplement the diets of economically disadvantaged people including children, the elderly, and working families, for whom food insecurity is a daily challenge.

47.     TEFAP provides Oregon a combination of food, which consists of USDA foods that FNS delivers directly to the state, and funds for administrative and food distribution costs incurred by Oregon and the emergency food distribution organizations that partner with ODHS. ODHS and its partners disburse millions of pounds of TEFAP-funded USDA produce, dairy products, proteins, and legumes that put much needed food in the hands of economically disadvantaged Oregonians. The financial assistance Oregon receives from FNS, together with the direct USDA foods that TEFAP ships to Oregon annually, play a vital role in meeting the nutritional needs of economically disadvantaged Oregonians.

48.     Prior to October 1 of each calendar year, FNS notifies Oregon of its annual TEFAP allocation, which includes food and funding for administrative operating costs. This amount is communicated to ODHS through a notice of award.

//

14

//

49.     For the last three federal fiscal years, Oregon received annual entitlement and administrative funding from TEFAP as follows:

| Federal Fiscal Year | Food Value | Administrative |
|---|---|---|
| 2023 | $4,458,783 | $2,208,666 |
| 2024 | $5,167,677 | $2,301310 |
| 2025 | $6,562,218 | $2,195,989 |

50.     The TEFAP regulations require ODHS to establish uniform, statewide criteria for determining household eligibility to receive USDA foods. 7 C.F.R. § 251.5(b). At a minimum, the regulations require ODHS to include a requirement that the household members seeking USDA foods attest to being an Oregon resident at the time of their application. Beyond these criteria, the TEFAP regulations prohibit ODHS from requiring an applicant to establish the length of their residency in the state, and from requesting their address or identification documents to establish eligibility. *Id.*

***TEFAP Supplies Food Award "Funds" to Purchase USDA Foods***

51.     USDA awards Oregon food in two categories: entitlement food and bonus food. Funding for entitlement food is considered appropriated, mandatory spending that FNS awards Oregon and all other states on an annual basis. The cash value of Oregon's entitlement food accounts for most of the state's TEFAP funding.

52.     When FNS notifies Oregon of the state's annual entitlement, ODHS uses FNS's standard allocation to distribute a portion of the food to each of the food banks. ODHS's staff then work with each food bank to obtain their food ordering plan. Some food banks order annually, others quarterly, and others allow ODHS to choose their food products. ODHS places

15

food orders in FNS's Web-Based Supply Chain Management and selects food delivery dates, which range from 30 days up to 1 year (12 calendar months) in the future. FNS delivers food directly to food banks, which store the food for distribution to partner food pantries on a monthly, weekly, or daily basis. Food pantries receive a portion of the USDA foods that is proportionate to the number of individuals they serve, and the food available in that food bank.

53.     In contrast to ordering entitlement food, which is predictable and available quarterly, FNS offers a variety of bonus foods to states on an ad hoc basis whenever FNS obtains specific surplus foods, such as seasonally available excess produce or food. Bonus foods serve two purposes—they support farmers and food producers through FNS's purchases of agricultural products to stabilize prices and reduce waste and bonus foods strengthen the emergency food assistance program because these foods are redirected to food banks, pantries, and soup kitchens to help meet the increased demand for food.

54.     In Oregon, ODHS regularly receives notice from FNS's Agricultural Marketing Service ("AMS") of excess produce, such as strawberries and grapes, pears, and beans, and is awarded an allotment of additional food. These bonus foods, which are in excess of the state's annual entitlement foods, must be selected quickly and are typically delivered in a narrow window. In Federal Fiscal Year 2024, the bonus food FNS provided ODHS was valued at $11,541,560.54 and in Federal Fiscal Year 2025, Oregon Food Bank received bonus food valued at $9,444,457.78.

***TEFAP Administrative Funds***

55.     TEFAP administrative funding is used to support the state's 20 regional food banks' distribution of TEFAP foods. Funding helps offset some of their administrative expenses, including personnel costs, food shipping/delivery costs to distribute food within their geographic

regions to partnering food pantries, utilities (rent, gas, electric, water), storage, equipment (forklifts, garage doors, truck bay repairs), and other costs of operating food banks.

**The loss of TEFAP Food and Administrative Funding Will Impose Great Costs on the State of Oregon and its Residents**

56.     Like SNAP programs, described above, USDA now threatens to leverage TEFAP funding to force ODHS to implement the 2026 Conditions, the meaning of which is unclear to Oregon. And some of these conditions place Oregon in the untenable position of choosing between ensuring that emergency food reaches as many Oregonians living with food insecurity as possible and complying with the federal government's demands to include terms and conditions that impede the state's efforts to do so.

57.     The threatened loss of funding because of Oregon's potential inability to certify compliance with the 2026 Conditions could not come at a worse time for the state's efforts to address growing food insecurity. Oregon relies heavily on USDA food to stock the shelves of its statewide network of food banks and food pantries and on FNS's administrative funding to keep these vital emergency food distribution resources operational. Even with full TEFAP funding, Oregon lacks sufficient resources to meet the unmet nutritional needs of millions of Oregonians who live with chronic food insecurity.

58.     Funding for TEFAP is provided entirely by the Federal government.

59.     Were FNS to terminate TEFAP funding, Oregon lacks the fiscal capacity to replace lost USDA foods and administrative funding with state general funds. Even short-term disruption would create immediate budgetary shortfalls across the state. Food Banks rely on an intricate combination of federal, state and private donations to continue essential operations. Any reduction in funding poses significant risk to the delivery and maintenance of vital food resources throughout the state. In 2025, due to loss of TEFAP federal funding Oregon experienced financial hardships

17

that the food bank system was not able to replace through state or private funding alternatives, however the demand and need for services increased. In State Fiscal Year (SFY) 2024, Oregon Food Bank and the network had total expenses of $130,616,314 and in FY 2025 the total expenses were $126,241,276. The sudden loss of these funds would result in more permanent disruptions including layoffs, contract terminations, and elimination of USDA foods from the food safety infrastructure.

60.    The loss of TEFAP funding in Oregon would inflict severe harm statewide and threaten the survival of millions of Oregonians who rely on TEFAP for daily food and nutrition by visiting food banks throughout the state more than 2.5 million times in SFY 2024-2025. Nearly 37 percent of all food distributed was fresh produce and dairy, much of which was sourced locally in Oregon. Across rural and urban areas of Oregon, working families, farmers, agricultural workers, employed and underemployed individuals, parents, seniors, and our most vulnerable children, depend on USDA foods delivered by TEFAP straight to Oregon's communities to slow the spread of food insecurity and hunger.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed this 12th day of March 2026

Jessica Amaya Hoffman
Self-Sufficiency Programs Deputy Director
Oregon Department of Human Services

18