**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 57

## DECLARATION OF IREM TUMER

I, Irem Tumer, declare as follows:

1.      I am a resident of Oregon I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2.      The facts set forth herein are based upon my personal knowledge and/or a review of the files in my possession, including knowledge based on my experience and information provided to me.

3.      I am Vice President for Research and Innovation at Oregon State University.

4.      Oregon State University is the land grant university of the State of Oregon, a Carnegie Classification of Institutions of Higher Education Research I designated institution, and one of three land, sea, space, and sun grant universities in the United States.

5.      Oregon State University is committed to teaching, research, and outreach and engagement. The university promotes economic, social, cultural and environmental progress for the people of Oregon, the nation, and the world.

6.      Oregon State University has approximately 38,460 students and approximately 5,608 faculty.

7.      Oregon State University maintains business records in the ordinary course of Oregon State University business which include, *inter alia*, records concerning federal research and training grants from the United States Department of Agriculture ("USDA").

8.      Oregon State University receives annual funding from USDA as part of the land-grant university system. Those funds include non-discretionary formula funding called "capacity grants" and smaller competitive research grants. Oregon State University has received USDA land-grant funding since 1868. In total, accounting for all funding across programs and

1

campuses, USDA has obligated the following grant amounts to Oregon State University in recent fiscal years:

|  | OSU FY 2022-23 | OSU FY 2023-24 | OSU FY 2024-25 |
|---|---|---|---|
| USDA Funding Awarded | $108,100,000 | $98,100,000 | $67,947,000 |

9. The programs funded by these grants are vital to educating the forest managers of the future; advancing agricultural research; improving the productivity of Oregon's food system; and helping farmers, ranchers, and foresters develop better tools and practices.

10. If these funds were withheld, Oregon State University would have to consider impacts to critical research programs, faculty/staff/researchers, and training opportunities for undergraduate students, and graduate students.

11. As an 1868 land-grant university, Oregon State University receives both capacity grants and competitive research grants. Those funds support the State Agricultural Experiment Stations, through which agricultural research is conducted, as well as the Cooperative Extension program, which provides support personnel to communities in need in critical areas such as family nutrition, commercial horticulture and landscape management, environmental stewardship, food safety and functionality, and positive youth development.

12. Oregon State University operates a network of: 11 branch agricultural experiment stations at 15 locations, 7 forestry research laboratory sites, and Extension service locations in all 36 counties across the state, conducting region-specific research on crops, livestock, and marine resources. The Oregon Agricultural Experiment Stations focus the power of science to support over 220 Oregon crops and commodities and help address Oregon's critical issues across landscapes, oceans, and food systems. Key locations include the North Willamette Research & Extension Center (Aurora), Mid-Columbia (Hood River), Hermiston, Malheur (Ontario),

Klamath Basin, Central Oregon (Madras/Powell Butte), Eastern Oregon (Burns/Union), and specialized labs in Astoria and Portland.

**Capacity Grants**

13.    I am familiar with the USDA Capacity Grant Program including Hatch, Hatch-Multi-State, McIntire-Stennis, Animal Health and Disease Research, Smith-Lever, Smith-Lever Special Needs, Expanded Food and Nutrition Education Program, and Renewable Resources Extension Act.

14.    Because Capacity Grants Program grants are formula funds and not competitive grants, each year land-grant university is entitled to a specific allocation in each fiscal year that Congress appropriates funding.

15.    Oregon State University has received Hatch Regular Research Funds $2,652,110 in FY25.

16.    Oregon State University has received Hatch Multi-State Research Fund of $1,381,363 in FY25.

17.    Oregon State University has received McIntire-Stennis funds of $1,268,665 in FY25.

18.    Oregon State University has received Animal Health and Disease Research funds of $69,260 in FY25.

19.    Oregon State University has received Smith-Lever funds of $4,241,999 in FY25.

20.    Oregon State University has received Smith-Lever Special Needs funds of $36,301 in FY25.

21.    Oregon State University has received Expanded Food and Nutrition Education Program of $618,783 in FY25.

22.    Oregon State University has received Renewable Resources Extension Act funds of $87,409 in FY25.

**Competitive Grants**

23.    I am familiar with the USDA Grant Program. USDA grants provide funding to assist public universities and our partners for a wide range of research and outreach activities.

24.    Oregon State University has applied for and received funds from USDA for many decades.

25.    Oregon State University currently has 299 open/active USDA awards and 144 open/active subawards flowing through USDA funding to Oregon State University.

a.    Original awards of $223,143,170; balance of $119,284,500; and

b.    Subawards to Oregon State University: Original subaward of $45,924,933; balance of $16,215,608.

c.    Examples include:

(i) a grant that reduces wildfire risk to Oregon communities in USDA-Forest Service grant no. 25-CS-11221636-122, titled "Interrupting fire spread and enhancing suppression in and around the wildland-urban interface,"

(ii) a grant that protects Oregon crops from disease in USDA-Agricultural Research Service award no. 59-2072-5-006, titled "Northwest-Adapted Barleys for Resistance to Stem Rust (UG99)," and

(iii) a grant that improves seafood production in USDA-National Institute of Food and Agriculture grant no. 2025-70007-45031, titled "Development of scalable, predictive phenotyping tools to improve east/west coast oyster breeding."

4

26.     Oregon State University applied for USDA funding opportunities with 359 proposals submitted for FY 2026 totaling $151,898,071 in federal funding.

27.     In addition to using USDA funds themselves, recipients may pass USDA funds through to subrecipients for the same purposes. Oregon State University passes approximately 20% of USDA funds on to subrecipients that include other universities, private farms, for-profit companies, non-profit companies, community-based organizations, and other entities.

### Funding Conditions

28.     I am aware of the December 31, 2025 Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins stating that all USDA awards would be subject to the USDA General Terms and Conditions ("GT&Cs") and that the GT&Cs "implement several of USDA's policy priorities."

29.     Oregon State University is receiving USDA awards expressly incorporating the GT&Cs. For example,

   a. On 2/23/2026, Oregon State University received a Notice of Award NI26AHDRXXXXG041 expressly incorporating the GT&Cs.

   b. On 2/24/2026, Oregon State University received a Notice of Award NI26MSCFRXXXG036 expressly incorporating the GT&Cs.

   c. On 3/4/2026, Oregon State University received a Notice of Award NI26SLBCXXXXG021 expressly incorporating the GT&Cs.

30.     Condition 12.2 requires grant recipients to "comply, and certify[y] that [recipients] will comply, with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal award." ("Policy Condition").

31. Condition 13.5 states that "No funding shall be used to promote gender ideology." The GT&Cs do not further define the term "gender ideology" or what conduct would constitute "promotion." ("Gender Ideology Condition").

32. Condition 13.8 states that "No funding shall be directed towards educational programs that deprive women and girls of athletic opportunities. No funding shall be directed towards male competitive participation in women's sports." ("Sports Condition").

33. Condition 13.10 states that "No funding shall be directed towards programs that allow illegal aliens to obtain taxpayer-funded benefits, provide public resources to meet the needs of illegal aliens, or provide incentives for illegal immigration by demonstrating the availability of public benefits." ("Immigration Condition").

34. In my years with Oregon State University, I am not aware of Oregon State University staff ever being required to comply with substantially similar funding conditions.

35. Oregon State University operates its programs in compliance with applicable federal and state laws and regulations.

36. Oregon State University is interpreting and implementing the Challenged Conditions to the best of its ability. For example, compliance with "policies" that erase the existence of transgender people may violate civil rights laws in Oregon. *See, e.g.*, ORS 659A.001 *et. seq.*

37. If USDA determines that Oregon State University is unable to comply with USDA's new funding conditions, Oregon State University would be unable to receive FY2026 funds, depriving Oregon State University of $269,068,103 in USDA funding, impacting our ability to maintain the critical programs above.

6

38.     Alternatively, if Oregon State University adopts the broadest reading of the Challenged Conditions, the compliance burden would be significant. Oregon State University has adopted civil rights compliance processes, including maintaining Title VI and Title IX compliance offices. To the extent the Challenged Conditions require revised or additional processes, Oregon State University would bear the burden of developing that infrastructure. Moreover, the Immigration Condition imposes the likely impossible task of ensuring that Oregon State University—in every corner of its campus programs—does not confer a "benefit" on any "illegal alien," however obliquely. Where Oregon State University conducts research that improves public resources available to all, down to foods purchased from the local farmer's market, it would require immense resources to ensure that no "illegal alien" enjoyed those benefits. Oregon State University would better serve its commitment to teaching, research, and outreach and engagement by putting those resources to promoting economic, social, cultural, and environmental progress for the people of Oregon, the nation, and the world.

39.     Oregon State University does not have an alternative source of funding that could cover the loss of grants discussed above. If Oregon State University cannot access federal funds, Oregon State University will not have funds to immediately cover, at minimum, approximately 443 unique programs and research projects funded by the grants. This, in turn, would likely result in negative impacts to research projects, faculty, research staff, graduate students, undergraduate students, loss of economic stimulus, and harm to local farms and foresters,

40.     The longer Oregon State University cannot access USDA funding, the greater the risk that additional programs would be interrupted or terminated.

41.     Losing these USDA grants would severely obstruct and undermine Oregon State University's mission even if the funding were restored at a later date.

8

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 13, 2026 in Corvallis, Oregon.


Irem Tumer

8