**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 58

**DECLARATION OF TIARE SANNA**

I, Tiare Sanna, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

**Background**

2. I am the Oregon State WIC Director and the Nutrition and Health Screening Section Manager at Oregon Health Authority (OHA). My job duties include the administration and management of the Oregon WIC program. This includes interpreting and enforcing federal regulations related to the WIC program through establishment of policy and procedures, ensuring the program follows standards for nutrition and program operations, oversight of routine compliance monitoring of WIC authorized Vendors and Local Agency WIC programs, and management of Oregon WIC state staff. Responsibilities also include assuring accurate and timely reporting to the USDA Western Region office and responding to all federal management evaluations and audits.

3. I have been employed by OHA since 2017, and I have served as the Oregon State WIC Director since April 2019. Before starting at OHA, I served in various roles at the Washington County WIC Program, including as a Public Health Dietitian, Sr. Public Health Dietitian, and the Washington County WIC Coordinator. I have over 25 years of experience working with the WIC program.

4. OHA is a state agency responsible for the public health and behavioral health duties and functions of the state, as well as the agency responsible for providing medical assistance programs, including administration of the state's Medicaid program, the Oregon

1

Health Plan. The mission of OHA is ensuring all people and communities can achieve optimum physical, mental, and social well-being through partnerships, prevention, and access to quality, affordable health care.

5.  OHA is the primary grantee of WIC funding for Oregon.

6.  I have reviewed past and present WIC award documents issued to OHA and am familiar with their contents.

**Oregon's Annual Receipt of WIC Funding**

7.  USDA has allocated the following amounts of WIC funding to OHA in recent fiscal years:

|  | FY 2023 | FY 2024 | FY 2025 | FY 2026 |
|---|---|---|---|---|
| NSA | $29,623,538 | $31,362,547 | $31,382,006 | $29,992,281 |
| Food Funds | $54,867,424 | $54,880,775 | $57,056,687 | $57,518,846 |
| Farmers Market | $3,065,648 | $2,475,743 | $1,685,312 | $1,344,600 |
| Breastfeeding Peer Counseling | $1,036,615 | $1,040,019 | $1,051,692 | To be granted |

8.  WIC funds are allocated by USDA quarterly but dispersed by actual cost reimbursement request drawn in Automated Standard Application for Payments (ASAP). OHA expects to receive award documents from USDA indicating the amount of its WIC Funding for FY2026 in May.

9.  These funds are used to support Oregon families from pregnancy through a child's fifth birthday through providing access to nutrition education, nutritious food, support for breastfeeding, connections and referrals to health care providers and resources for families with young children, and a caring community. WIC funds are used in Oregon to support state staffing

to administer the program statewide and authorize and monitor WIC vendors; cover costs associated with providing WIC services like EBT processing fees, Management Information System (MIS) maintenance, texting platforms, hemoglobin screening equipment, nutrition education materials, and breastfeeding supplies; provide funding to Local Public Health Departments, Tribes, or non-profit organizations across the state to provide direct WIC services to Oregonians, including screening and referrals for immunization, OHP participation, drug and alcohol use, and domestic violence; and cover the cost of  WIC food and farmers market benefits redeemed by WIC participants.

10.     Each year, Oregon has approximately 119,464 participants enrolled in WIC programs, further divided as follows: 68,284 children; 33,003 women; and 18,177 infants.

**Harms to the State Caused by USDA's New Funding Conditions**

11.     I am aware that USDA issued new General Terms and Conditions, with an effective date of December 31, 2025, that purport to apply to all of USDA's grants and cooperative agreements (the "Conditions"). The Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and *policies* for the duration of the Federal awards," including two of President Trump's Executive Orders. The Conditions do not define or identify the applicable "policies" to which the recipient must certify. Among other things, the Conditions also prohibit the recipient from directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The Conditions do not define what constitutes a "benefit" in this context.

12.     OHA does not understand what is required of it under the Conditions.

13.     In my years with OHA, I am not aware of OHA staff ever being required by USDA to certify OHA's compliance with unnamed Federal anti-discrimination *policies* as a

3

precondition of receiving WIC funding. I am also not aware of OHA staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefit" as a result of its WIC programs. I am aware that, under 7 CFR 246.7(c)(3), state agencies have the *option* to limit participation to United States citizens, nationals, and qualified aliens, but are not required to do so.

14.    OHA operates its programs in compliance with Federal anti-discrimination laws and regulations.

15.    If the Conditions apply to OHA's WIC funding, my understanding is that OHA may be unable to certify compliance with them.

16.    Moreover, compliance with "policies" that erase the existence of transgender people could violate civil rights laws in Oregon. *See, e.g.*, *Matter of Hollister*, 305 Or. App. 368, 377 (2020) (holding that Oregon's Constitution guarantees legal equality to all people, regardless of sex, and "sex" includes gender identity); Or. Rev. Stat. § 659.850(1)–(2) (prohibiting discrimination on the basis of gender identity in education); Or. Rev. Stat. § 659A.142(6) (prohibiting discrimination on the basis of gender identity in medical treatment).

17.    If OHA is unable to receive or spend FY2026 WIC funds, this would result in the state being unable to administer the WIC program, as it is almost entirely federally funded. This would mean almost 120,000 Oregonians would lose access to nutritious foods, nutrition education, breastfeeding support, and access to health professionals such as International Board-Certified Lactation Consultants (IBCLCs) and dietitians (RDN/RDs). Loss of these funds, could therefore, result in a loss of mitigations to some of the negative impacts experienced by the low- and moderate-income families WIC serves, such as nutrition insecurity due to limited access to foods that provide key nutrients during pregnancy and infant/child development such as

4

calcium/VitD in milk, folic acid in whole grains, iron in beans, choline in eggs, and various vitamins and minerals plus phytochemicals and other antioxidants found in fruits and vegetables; and reduced connection and referrals to other resources within the community. Loss of these resources could increase risk of short- and long-term health consequences and chronic disease, increasing the impact of individual harm incurred, costs to Medicaid, and strain on the local healthcare system. Additionally, loss of federal funds would impact the economic health of the state due to lost wages statewide and reduction in spending at grocers and farms across the state. Oregon WIC provides services in all 36 counties with over 100 clinic sites statewide, employing around 350 individuals across the state. WIC funds help to ensure strong Public Health Departments across the state and improve vaccine rates and connection to medical homes amongst WIC participants. Oregon WIC partners with 483 WIC authorized stores and 752 farmers, injecting over $67.5M into grocers and pharmacies and over $630,000 into farms and Farmers Markets across Oregon.

18.    OHA does not have any other appropriation in its budget that could immediately cover the loss of WIC funding. Oregon WIC is 100% federally funded, aside from a small state-match for the Farm Direct Nutrition Program, therefore, a loss or delay in WIC funding would cause a pause and/or termination in WIC services in Oregon.

19.    If OHA cannot access funds because it is not able to certify compliance with the new Conditions, there is an increasing risk that programs will be interrupted or terminated.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 12, 2026, in Beaverton, Oregon.

_Tiare T Sanna MS, RDN_
_____
Tiare T Sanna MS, RDN

5