**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 59

## DECLARATION OF TENNEAL WETHERELL

I, Tenneal Wetherell, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18 and have personal knowledge of all the facts stated herein, including knowledge based on my experience and based on my review of information and records gathered by my staff. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the Oregon Department of Education ("ODE") as Deputy Director to the Director of the Oregon Department of Education. I hold a doctorate in educational leadership, a master's degree in special education, a professional administrator license, and a professional teaching license. I have worked in the education field since 2001 and have been employed at ODE since 2021.

3.      As Deputy Director of Operations, I serve on the agency's executive leadership team and work with the Director and Assistant Superintendents to set strategic direction and implement agency initiatives. I provide coordination and oversight across agency offices, represent the Director in key meetings and partnerships, and ensure internal and external alignment of agency efforts.

### Background

4.      The mission of ODE is to foster equity and excellence for every learner through collaboration with educators, partners, and communities.

5.      As the primary grantee of the National School Lunch Program, School Breakfast Program, Child and Adult Care Food Program, Summer Food Service Program, Seamless Summer Option, Fresh Fruit and Vegetable Program, Special Milk Program and USDA Foods (together, the "Child Nutrition Programs" in Oregon), ODE administers a wide range of

programs meant to ensure Oregon's children are provided with adequate nutrition.

6.      As part of my regular job duties, I oversee federal grant managers who manage the Child Nutrition Programs. I have reviewed past and present award documents for these grants that were issued to ODE and am familiar with their contents.

### Oregon's Annual Receipt of Child Nutrition Programs Funds

7.      The U.S. Department of Agriculture (USDA) administers the Child Nutrition Programs through its sub-agency, the Food Nutrition Service (FNS).

8.      In total, FNS has obligated the following grant amounts to ODE in recent fiscal years:

| | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | 126,157,853.14 | 136,135,493.74 | 163,441,576.36 |
| School Breakfast Program | 39,698,753.60 | 44,432,325.02 | 53,151,056.59 |
| Special Milk Program | 59,895.42 | 55,646.94 | 44,779.04 |
| Child and Adult Care Food Program | 25,483,391.77 | 26,626,298.82 | 27,460,377.18 |
| Fresh Fruit and Vegetable Program | 2,676,288.80 | 2,594,268.96 | 2,631,985.88 |
| Summer Food Service Program | 5,627,710.91 | 6,941,819.78 | 7,778,776.99 |
| Seamless Summer Options (*represented in NSLP and SBP*) | - | - | - |
| Total Contributed from Federal Grants Listed Above | 199,703,893.64 | 216,785,853.26 | 254,508,552.04 |
| Total Contributed from State Funds | 30,857,432.94 | 35,668,281.05 | 50,526,894.42 |
| ODE's Total Budget | 253,694,180.39 | 325,552,768.62 | 288,207,003.94 |
| Percent of ODE's Budget from Federal Grants Listed Above | 78.72% | 65.60% | 88.31% |

9.      The programs funded by these grants are essential to fuel development and learning for children. The benefits associated with the food provided by these programs are many and include improved nutrition and health, improved long-term educational attainment, healthier eating habits, and decreased absenteeism, tardiness, and disruptions in class.

10.      Participation in these programs is widespread, benefitting hundreds of thousands of children in Oregon. The table below reflects average participation per day in each of the programs:

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | 247,670 | 262,041 | 278,953 |
| School Breakfast Program | 122,225 | 129,710 | 142,600 |
| Child and After Care Food Program | 29,998 | 32,500 | 30,613 |
| Summer Food Service Program | 27,752 | 30,288 | 39,835 |
|  |  |  |  |
|  |  |  |  |

11.      1305 schools in 237 districts participate in at least one of the Child Nutrition Programs in Oregon.

12.      Child Nutrition Programs provide food benefits to both children and adults in Oregon. As noted in the above chart, Oregon has seen an increase in the amount of average participation per day. In addition, CNP has seen an increase in the amount of reimbursement provided each year for the past three years, which translates into more meals provided. Further, CNP has participated in state funded programs to increase meal participation. Those programs include the Family Day Care Home Sponsorship Program, the Start Up and Expansion Grant and Breakfast After the Bell Grant. The Oregon Department of Education has also seen a large

increase in the number of schools that are operating the federal Community Eligibility Program. All of the previous are examples of how Oregon is supporting meal benefits to children and adults and helping to lower food insecurity.

13.     Beyond the benefits provided to children, the Child Nutrition Programs stimulate the local  economy. In fiscal year 2025, at least $10 million of the Child Nutrition Programs funds were spent locally in Oregon to support local food purchases and local nutrition education programs.

14.     In addition to the funds directly supporting the Child Nutrition Programs, which are primarily in the form of reimbursements, Oregon has also applied for and received other USDA grants that complement and support the Child Nutrition Programs.

15.     NSLP Equipment Grant - The NSLP Equipment Assistance Grant is a federal, competitive funding opportunity provided by USDA to eligible School Food Authorities (SFAs). It enables schools to purchase or renovate food service equipment (typically costing $1,000–$50,000+) to improve meal quality, enhance food safety, support scratch cooking, and boost participation in the NSLP. For the 2024-2026 biennium, ODE was provided with $90,501 from USDA to operate the NSLP Equipment Grants.

16.     Technology Improvement Grants - The Child Nutrition (CN) Non-Competitive Technology Innovation Grant (nTIG) is a USDA Food and Nutrition Service (FNS) initiative providing formula-based, non-competitive funding to state agencies. It supports developing, improving, or maintaining automated IT systems for CN programs like school meals. For the grant period of September 2023 – September 2026, ODE was provided with $373,134 in nTIG funds. For the grant period of September 2024 – September 2028, ODE was provided with $746,268 in nTIG funds.

4

17. ODE also receives funds from USDA to administer the Child Nutrition Programs. In fiscal year 2025, ODE received $4,020,387.50 from USDA. This money goes towards staff salaries, both direct and indirect, travel and training to administer the federal Programs.

18. On August 24, 2017, ODE entered into a Federal-State Agreement with FNS governing "Child Nutrition and Food Distribution Programs." FNS-74 ("Agreement"). The Agreement is effective until September 30, 2026. The Agreement provides: "The State agency will comply with [applicable] program statutes and program regulations…. The State agency also will comply with any FNS instructions, policy memoranda, guidance, and other written directives interpreting the program statutes and program regulations applicable to those programs." As to future changes, the Agreement stated, "[b]y continuing to operate the covered programs after the enactment or issuance of any [applicable] changed or new statutes, or regulations… changed or new instructions, policy memoranda, guidance and other written directives interpreting these statutes or regulations, the State agency agrees to comply with them."

19. If these funds were withheld, ODE would face an immediate budget shortfall which, if not remedied, would result in laying off staff and an inability to continue providing sufficient food to the children who rely on it., In addition, there may be  potential downstream impacts in the potential discontinuing of providing thousands of meals to children, students and adults each and every month.  The programs funded by these specific grants are described further below.

### National School Lunch Program

20. I am familiar with the National School Lunch Program (NSLP). The NSLP provides funding to assist States to provide school lunches that meet nutritional standards.

21.    NSLP funding is administered in Oregon by ODE.

22.    Because NSLP is a mandatory entitlement, each State is entitled to reimbursement based on the number of meals served. Schools receive federal aid in the form of cash reimbursements for every lunch they serve that meets federal nutritional requirements, with the formula providing higher reimbursement for free and reduced-price meals served to eligible students. Eligibility is based on income eligibility and categorical eligibility which is based on participation in other programs (e.g., Medicaid).

23.    Oregon has received NSLP funds for decades.

24.    In Oregon, NSLP is administered by school districts who operate the lunch program. ODE distributes federal funds to the school districts.

25.    The districts submit monthly claims for reimbursement to ODE based on the number and category of meals they serve each month.

26.    ODE receives funding from USDA in quarterly allotments which is then drawn down to pay the districts for their reimbursable monthly meal expenses. ODE received its last quarterly allotment on January 9, 2026 and is expecting its next quarterly allotment on April 26, 2026.

**School Breakfast Program**

27.    I am familiar with the School Breakfast Program (SBP). The SBP provides funding to assist States to provide school breakfast that meets nutritional standards.

28.    SBP funding is administered in Oregon by ODE.

29.    Like NSLP, SBP is a mandatory entitlement, and Oregon is entitled to reimbursement based on the number of meals served. SBP eligibility and reimbursement rates work the same as they do in NSLP.

30. Oregon has received SBP funds for decades.

31. In Oregon, SBP is administered by school districts who operate the breakfast program. ODE distributes federal funds to the school districts.

32. The districts submit monthly claims for reimbursement to ODE based on the number and category of meals they serve each month.

33. The quarterly allotments ODE receives from USDA cover SBP reimbursement.

### Special Milk Program

34. I am familiar with the Special Milk (SMP). The SMP provides funding to reimburse States that provide milk to children in schools and childcare institutions that do not participate in other child nutrition meal service programs, or children in half-day programs that do not have access to the school meal programs.

35. SMP funding is administered in Oregon by ODE.

36. Like NSLP, SMP is a mandatory entitlement, and Oregon is entitled to reimbursement based on the number of half-pints of milk served. SMP eligibility and reimbursement works the same as it does for NSLP.

37. Oregon has received SMP funds for decades.

38. In Oregon, ODE distributes SBP federal funds to participating schools and institutions.

39. Participating districts submit monthly claims for reimbursement to ODE based on the number and category of half-pints of milk served each month.

40. The quarterly allotments ODE receives from USDA cover SMP reimbursement.

**Child and Adult Care Food Program**

41.     I am familiar with the Child and Adult Care Food Program (CACFP). The CACFP provides funding to reimburse States that provide nutritious meals and snacks to eligible children and adults. CACFP provides nutrition to child care centers, family day care homes, "at-risk" after school care programs, emergency shelters, and adult day health care centers.

42.     CACFP funding is administered in Oregon by ODE.

43.     CACFP funds are a formula reimbursement based on the number of meals and snacks served. CACFP eligibility and reimbursement rates work the same as they do in NSLP.

44.     CACFP Family Day Care Home Sponsors receive administrative reimbursement on a formula based on the number of homes that claimed meal reimbursement.

45.     Oregon has received CACFP funds for decades.

46.     In Oregon, CACFP is administered by ODE which distributes federal funds to qualifying programs.

47.     Qualifying programs submit monthly claims for reimbursement to ODE based on the number and category of meals and snacks they serve each month.

48.     The quarterly allotments ODE receives from USDA cover CACFP reimbursement.

**Summer Food Service Program**

49.     I am familiar with the Summer Food Service Program (SFSP). SFSP provides children 18 years of age and younger with free, healthy meals over the summer months when they no longer have access to school meals. Meal sites include schools and other community locations, from parks to summer camps.

50.     Last summer, there were 105 sponsoring organizations supporting more than 736

meal sites across the state. On average, 39,885 children received a meal daily, with 1,618,434 meals being served in total.

51. SFSP funding is administered in Oregon by USDA.

52. SFSP meals are reimbursed by USDA based on the source of the meals (prepared by the organizations, or purchased from a vendor), as well as the location of the site.

53. Oregon has received SFSP funds for decades.

54. In Oregon, SFSP is administered by Oregon Department of Education which distributes federal funds to SFPSP sponsors.

55. Sponsoring organizations submit monthly claims for reimbursement to Oregon Department of Education based on the number and category of meals and snacks they serve each month.

56. The quarterly allotments Oregon Department of Education receives from USDA cover SFSP reimbursement.

57. The Oregon Department of Education receives administrative funding to support staffing costs, fringe benefits, outreach, technical assistance to sponsors, and conducting administrative reviews.

<strong>Seamless Summer Option</strong>

58. I am familiar with the Seamless Summer Option (SSO). SSO allows schools to continue operating under the NSLP and SBP requirements into the summer.

59. SSO funding is administered in Oregon by Oregon Department of Education.

60. SSO meals are reimbursed by USDA under the same criteria and rates as NSLP.

61. Oregon has received SSO funds for decades.

62. In Oregon, SSO is administered by Oregon Department of Education which

distributes federal funds to qualifying programs.

63.    Qualifying programs submit monthly claims for reimbursement to Oregon Department of Education based on the number and category of meals they serve each month.

64.    The quarterly allotments Oregon Department of Education receives from USDA cover SSO reimbursement.

## Fresh Fruit and Vegetable Program

65.    I am familiar with Fresh Fruit and Vegetable Program (FFVP). FFVP provides funding to make fresh fruits and vegetables available in elementary schools.

66.    FFVP funding is administered in Oregon-by-Oregon Department of Education.

67.    FFVP funds are provided to the states based on a percent of overall FFVP funds available.

68.    Oregon has received FFVP funds for decades.

69.    In Oregon, FFVP is administered by [Oregon Department of Education] which distributes federal funds to school districts.

70.    School districts submit monthly claims for reimbursement to [Oregon Department of Education] based on their expenses to operate FFVP.

71.    The annual allotment Oregon Department of Education receives from USDA covers FFVP reimbursement.

## USDA Foods Distribution Program

72.    USDA provides entitlement and cash to support purchases of food used by Sponsors in the Child Nutrition Programs.

73.    Entitlement value is determined by eligible meals served in NSLP and SFSP. Entitlement is used to purchase domestic food products available through the USDA Foods

program. In SY 2026 Oregon's entitlement was $21,500,000. Entitlement is available annually.

74.    Cash in lieu, rather than entitlement, is available for CACFP sponsors. Cash in lieu rates are established by USDA annually and added to the per meal reimbursement rate for payment. In FY 2025 Oregon paid $902,000 in Cash in Leiu. The quarterly allotments Oregon Department of Education receives from USDA covers Cash in lieu payments.

75.    USDA Foods are intended to contribute approximately 20% to overall food purchases.

### Harms to the State Caused by USDA's Funding Condition

76.    I am aware of the December 31, 2025 Secretarial Memorandum issued by Secretary of Agriculture Brooke L. Rollins stating that all USDA awards would be subject to the December 31, 2025 USDA General Terms and Conditions (the "2026 Conditions") and that the 2026 Conditions "implement several of USDA's policy priorities."

77.    On January 16, 2026, the Oregon Department of Education received an email from USDA Western Region Office requesting the Oregon Department of Education to sign a new Federal-State agreement. Unlike prior versions there is no specific end date, so the Agreement will be permanent unless terminated by either party. The Federal-State agreement does not inlcude the new Grant Terms and Conditions.

78.    The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding

"towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026

Conditions do not define what constitutes "benefits" in this context.

79.     In my years with ODE, I am not aware of ODE staff ever being required by

USDA to certify ODE's compliance with unnamed Federal anti-discrimination *policies* as a

precondition of receiving USDA funding. I am unaware of ODE staff ever being required by

USDA to certify that funds were not "used to promote gender ideology." I am also not aware of

ODE staff ever being required by USDA to verify that no "illegal aliens" will obtain any

"taxpayer-funded benefits" as a result of its USDA-funded programs.

80.     ODE does not understand what is required of it under the 2026 Conditions.

81.     ODE operates its programs in compliance with Federal anti-discrimination laws

and regulations.

82.     If the Conditions apply to ODE's federal child nutrition funding, my

understanding is that ODE may be unable to certify compliance with them.

83.     If ODE is unable to certify compliance to USDA's new funding conditions, it

would be unable to receive all FY2026 funds, depriving ODE of ~$254,509,000 (the amount of

funding ODE has received to date) in USDA funding, frustrating its ability to maintain the

critical programs above.

84.     Alternatively, in order to comply with any understanding of the 2026 Conditions

that differs from existing Federal anti-discrimination laws and regulations, the compliance

burden would be significant. ODE has adopted civil rights compliance processes, including

maintaining Title VI and Title IX compliance offices. To the extent the Challenged Conditions

require revised or additional processes, ODE would bear the burden of developing guidelines,

training employees, and building that infrastructure. Moreover, the Immigration Condition

imposes the likely impossible task of ensuring that ODE does not confer a "benefit" on any "illegal alien," however obliquely.

85.     ODE does not have an alternative source of funding that could immediately cover the loss of grants discussed above.

86.     If ODE cannot cover the loss of federal funds, ODE will not have funds to continue the Child Nutrition Programs. Children in schools and childcare centers would be denied the nutritional snacks and meals on which they have been able to rely for years. The loss of these meals would harm our students' health and ability to learn. According to The Effects of Nutritional Interventions on the Cognitive Development of Preschool-Age Children: A Systematic Review article in *Nutrients*, children who do not receive adequate nutrition and psychosocial stimulation are likely to underperform in school and to have poor levels of cognition and education, which are linked to low-income earnings later in life. The loss of federal Child Nutrition Programs could present impossible choices for families to make, between paying for food and rent, food and health care, and food and other basic needs. Further, the loss of federal funding would create a substantial downstream impact in that the majority of the Oregon Department of Education team dedicated to these Programs would have to be let go. The loss of funds would also negatively impact our local economy.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 13 of March in Salem, Oregon.

Tenneal Wetherell

13