**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 60

## DECLARATION OF KACEY KC

I, Kacey KC, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

## Background

2. I am the State Forester at the Oregon Department of Forestry (ODF). My job duties include directing the Department, managing state forestlands, enforcing forest protection laws, and overseeing fire suppression across public and private lands. Key duties include promoting reforestation, advising on forest management, and managing timber sales and habitat conservation plans.

3. I have been employed by ODF since March 1, 2026, and I have served as State Forester since March 1, 2026. Before starting at ODF I served in Nevada as the State Forester.

4. ODF performs a number of duties under its mission to "provide stewardship for Oregon's forests." These obligations range from fire protection to overseeing forest products and reforestation practices. ODF oversees the management and protection of the state forest system throughout Oregon as well as the management of forest product harvesting on federal and private lands. The mission of ODF is to protect and promote resilient forests that benefit all Oregonians.

5. ODF receives substantial funding from the U.S. Department of Agriculture (USDA) to support a wide range of programs meant to promote the health and productivity of private forestlands, city and community trees and forests, and rural economies. Emphasis is on sustainable forests for timber and other forest products, watersheds, healthy urban and community ecosystems, wildlife habitat, and local economies. The goal is to continue providing economic, environmental, and social values and products.

6. I have reviewed past and present USDA award documents issued to ODF and am familiar with their contents.

7. In total, as of February 10, 2026, ODF has 137 open, active grants from USDA in the amount of $210,691,252. This total includes grants from USDA's subagency, the U.S. Forest Service (USFS).

### ODF's Receipt of USFS Grants

8. Each year ODF receives funding from USFS through several large, formula-funded grant programs. These are core grant programs that support essential services. They include the State Fire Capacity Program, Volunteer Fire Capacity Program, Forest Stewardship Program, Urban and Community Forestry Program, Cooperative Forest Health Protection Program, and Community Assistance Program.

9. In recent fiscal years, USFS has awarded the following grant amounts to ODF within these programs:

| | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| State Fire Capacity | $1,588,390 | $1,920,873 | $2,017,000 |
| Volunteer Fire Capacity | $906,790 | $892,520 | $881,000 |
| Forest Stewardship | $140,462 | $333,536 | $225,171 |
| Urban and Community Forestry | $4,384,099 | $23,469,136 | $643,000 |
| Cooperative Forest Health Protection | $110,500 | $556,202 | $586,573 |
| Community Assistance | $1,126,500 | $925,000 | $500,000 |
| **Total from USFS Grants Listed Above** | **$8,256,741** | **$28,097,267** | **$4,852,744** |

10. The programs funded by these grants are vital to improve forest health and wildfire protection efficiency and effectiveness on non-federal lands. Funding empowers landowners, cities, and communities to be good stewards of the land. It utilizes tools like the Good Neighbor Authority, cooperative agreements, grants, and partnerships with federal agencies and stakeholders to accelerate the pace, scale, and quality of

forest restoration to improve resilience in Oregon's federal forests and develops forest product markets to accelerate the restoration of state and federal forests in Oregon. **State Fire Capacity** improves protection efficiency and effectiveness on non-federal lands. **Volunteer Fire Capacity** effectively supports eligible rural fire departments and improves the fire protection district capabilities. **Forest Stewardship** helps governments and nonindustrial private landowners improve forest resource conditions. **Urban and Community Forestry** helps Oregonians improve quality of life by promoting investments in trees and green infrastructure in cities and towns. **Cooperative Forest Health Protection** strives to minimize damage from insects and disease. **Community Assistance** encourages communities to mitigate the wildland fire problem in the wildland-urban interface.

11. If these funds were withheld, ODF would have to shut down critical capabilities in fire protection and mitigation, delay strategic planning and cease supporting safety measures and critical fire response for our rural fire districts. Lack of funding would have a severe impact on private property owners that would lose technical forestry assistance and tools to minimize damage from insects and diseases. Our community forest program would struggle to improve life-threatening heat islands, water quality infrastructure, mental health, recreation and wildlife habitat in our urban centers. The programs funded by these specific grants are described further below.

### State Fire Capacity Grant

12. I am familiar with the **State Fire Capacity** Grant Program. **State Fire Capacity** grants provide funding to assist States to address critical preparedness needs for safety, increased initial attack capability, new and improved fire control technologies and intelligence, organizational improvement, and strategic planning

13. **State Fire Capacity** funding is administered in Oregon by ODF.

14. Because **State Fire Capacity** grants are formula grants and not competitive grants, each State is entitled to a specific allocation. Each year, Oregon's State Forester

receives a notification from USFS regarding its funding allocation, at which point ODF submits an application to receive the funds.

15. Oregon has applied for and received funds from **State Fire Capacity** for approximately 40 years.

16. As of February 10, 2026, ODF has 11 open **State Fire Capacity** awards from FYs 21-25:

   FY 21: Original award of $ 1,292,283; balance of $0.
   FY 22: Original award of $ 1,514,460; balance of $ 132,788.
   FY 23: Original award of $ 1,588,390; balance of $ 241,863.
   FY 24: Original award of $ 1,920,873; balance of $ 952,284.
   FY 25: Original award of $ 2,017,000; balance of $ 1,684,683.

17. The **State Fire Capacity** grant allows staff members to attend the Complex Incident Management Course (CIMC) to further the capacity of ODF Incident Management Teams, which are at the highest level of fire preparedness. The Oregon Department of Forestry and Oregon Department of Corrections have a long-standing joint venture at South Fork Forest Camp that utilizes Adults in Custody to provide a labor source for forestry activities (reforestation, recreation and other projects) in the winter months and firefighting capacity in the form of 10-member fire crews during fire season. Funds are used to support statewide positions such as Fire Behavior Analysts, Fire Planners and other technical specialists in ODF's Fire Environment Working Group.

18. ODF utilizes training funds for tuition expenses for employees to complete Incident Command System courses at the Central Oregon Community College. These courses are directly tied to National Wildfire Coordinating Group (NWCG) position qualifications in all functions of firefighting including operations, finance, and logistics. SFA funds are utilized to purchase fire prevention signs that are dispersed around the state and used to convey fire season restrictions and prevention messages. ODF also utilizes funding to support statewide severity resources including the Grants Pass hand crew and the John Day Helitack crew. Funds help outfit these resources with

Personal Protective Equipment (PPE), firefighting gear and other readiness and training supplies.

19. ODF intends to apply for FY 2026 **State Fire Capacity** funding as soon as Oregon's allocation is announced.

## Volunteer Fire Capacity

20. I am familiar with the **Volunteer Fire Capacity** Grant Program. **Volunteer Fire Capacity** grants provide funding to assist Rural Fire Departments and Fire Protection Districts for improved training, crucial safety equipment, and fire season preparedness capabilities.

21. **Volunteer Fire Capacity** funding is administered in Oregon by ODF.

22. Because **Volunteer Fire Capacity** grants are formula grants and not competitive grants, each State is entitled to a specific allocation. Each year, Oregon's State Forester receives a notification from USFS regarding its funding allocation, at which point ODF submits an application to receive the funds.

23. Oregon has applied for and received funds from **Volunteer Fire Capacity** for approximately 25 years.

24. As of February 10, 2026, ODF has 6 open **Volunteer Fire Capacity** awards from FYs 23-25:
    FY 23: Original award of $ 906,790; balance of $ 333,874.
    FY 24: Original award of $ 892,520; balance of $ 378,006.
    FY 25: Original award of $ 881,000; balance of $ 725,489.

25. In addition to using **Volunteer Fire Capacity** funds themselves, States pass **Volunteer Fire Capacity** funds through to subgrantees for the same purposes. ODF currently distributes **Volunteer Fire Capacity** funding to 125 Volunteer Fire Departments through subawards.

26. The purpose of the program is to organize, train, and equip rural fire departments. ODF passes funding through to local fire departments and fire-training academies. This program authorizes expenditure of federal funding to prevent and suppress rural fires

and enhance protection capabilities. Funds have been used for firefighter training such as S-130 and S-190, equipment purchases and upgrades such as fire radios, infrared cameras, slip on tank units, Personal Protective Equipment and hand tools. ODF intends to apply for FY 2026 **Volunteer Fire Capacity** funding as soon as Oregon's allocation is announced.

<u>**Forest Stewardship Grant**</u>

27. I am familiar with the **Forest Stewardship** Grant Program. **Forest Stewardship** grants provide funding to assist State's field foresters who provide one-on-one technical assistance to help landowners access state and federal financial programs and other resources.

28. **Forest Stewardship** funding is administered in Oregon by ODF.

29. Because **Forest Stewardship** grants are formula grants and not competitive grants, each State is entitled to a specific allocation. Each year, Oregon's State Forester receives a notification from USFS regarding its funding allocation, at which point ODF submits an application to receive the funds.

30. Oregon has applied for and received funds from **Forest Stewardship** for approximately 35 years.

31. As of February 10, 2026, ODF has 8 open Forest Stewardship awards from FYs 21-25:

   FY 21: Original award of $ 258,151; balance of $ 116,350.
   FY 22: Original award of $ 132,416; balance of $ 2,093.
   FY 23: Original award of $ 814,862; balance of $ 265,292.
   FY 24: Original award of $ 333,536; balance of $ 289,549.
   FY 25: Original award of $ 225,171; balance of $ 190,339.

32. Funds are utilized for Stewardship Plan development obligated for landowner projects. In 2025, ODF foresters assisted about 1,000 family forest owners, impacting 357,729 acres. Foresters dedicated roughly 10,036 hours to technical assistance and educational programs, including multiple Tree Schools hosted by Oregon State University

Extension, and participated in watershed council meetings, local advisory groups, and other outreach forums.

33. In addition to using **Forest Stewardship** funds themselves, States may pass **Forest Stewardship** funds through to subgrantees for the same purposes. ODF currently distributes **Forest Stewardship** funding to 2 unique local government entities and community-based organizations through subawards. This grant also supports the Woodland Fish & Wildlife Group and the Oregon Tree Farm System's annual recognition, which includes development of videos highlighting Outstanding Tree Farmers of the Year. ODF intends to apply for FY 2026 **Forest Stewardship** funding as soon as Oregon's allocation is announced.

<u>**Urban and Community Forestry Grant**</u>

34. I am familiar with the **Urban and Community Forestry** Grant Program. **Urban and Community Forestry** grants provide funding to assist States and other eligible entities to educate cities about the public safety, economic development, environmental quality, and community livability benefits that result from the proper planting and management of their urban trees. Additionally, strengthens efforts to develop tree inventories, management plans, trains local staff, supports tree advisory committees, and develops comprehensive municipal urban forestry programs.

35. **Urban and Community Forestry** funding is administered in Oregon by ODF.

36. Because **Urban and Community Forestry** grants are formula grants and not competitive grants, each State is entitled to a specific allocation. Each year, Oregon's State Forester receives a notification from USFS regarding its funding allocation, at which point ODF submits an application to receive the funds.

37. Oregon has applied for and received funds from **Urban and Community Forestry** for approximately 45 years.

38. As of February 10, 2026, ODF has 12 open **Urban and Community Forestry** awards from FYs 21-25:

FY 21: Original award of $ 319,000; balance of $ 636; and
FY 22: Original award of $ 325,484; balance of $ 65.
FY 23: Original award of $ 5,058,499; balance of $ 3,718,979.
FY 24: Original award of $ 23,469,136; balance of $ 21,103,111.
FY 25: Original award of $ 643,000; balance of $ 517,238.

39. ODF's **Urban & Community** staff expanded its community assistance activities to include wildfire planning and prevention, as well as other types of natural hazard mitigation and response. Over the next several years we are working to increase the number of "Developing" communities who meet the requirements of building a Community Wildfire Protection Plan (CWPP) or a Natural Hazards Mitigation Plan (NHMP). This year 68 communities will achieve recognition through the Arbor Day Foundation's Tree City USA Program. Our state also has 6 Tree Campus 'Higher Education' universities recognized for their accomplishments in 2024. PacifiCorp has once again retained its Tree Line USA certification. UCF staff worked closely with our state's urban forestry advisory council, Oregon Community Trees (OCT), to plan and host its annual conference which focused on the intersection of urban & community forestry and housing issues. ODF contributed hundreds of hours of staff time to support OCT, especially with the planning and execution of the conference which was held in Eugene. The program made well over 500 assists to a wide variety of community partners including municipalities, counties, intergovernmental entities, special districts, Tribal governments, watershed councils, non-profit organizations, educational institutions, and businesses.

40. In addition to using **Urban and Community Forestry** funds themselves, States may pass **Urban and Community Forestry** funds through to subgrantees for the same purposes. ODF currently distributes **Urban and Community Forestry** funding to 38 unique local government entities, Indian Tribes, municipalities, universities and community-based organizations through subawards.

41. The U&CF Program is administering proposals for the Tribal Government Subaward Program and for the General Entities Subaward Program, executing foundational

agreements with a number of community partners, consultants, and contractors and meeting with over one hundred U&CF network partners and potential grant applicants. Staff are meeting with all nine Federally Recognized Tribes of Oregon and setting up a comprehensive website and grant application and management portal. One initiative focuses on forest landscape treatments of over 500 acres of Tribal land, aimed at reducing wildfire threats, improving forest health, and developing trails for community and visitor access while maintaining the area's visual appeal and cultural values. ODF intends to apply for FY 2026 **Urban and Community Forestry** funding as soon as Oregon's allocation is announced.

### Cooperative Forest Health Protection Grant

42. I am familiar with the **Cooperative Forest Health Protection** Grant Program. **Cooperative Forest Health Protection** grants provide funding to assist States and any other eligible entities to minimize insect and disease damage which often result from overly dense stands, management history, or low species diversity. The Program responds to introductions of non-native insects, pathogens, and invasive plants on state and private lands using early detection and rapid response practices for new introductions and management and suppression practices for established populations.

43. **Cooperative Forest Health Protection** funding is administered in Oregon by ODF.

44. Because **Cooperative Forest Health Protection** grants are formula grants and not competitive grants, each State is entitled to a specific allocation. Each year, Oregon's State Forester receives a notification from USFS regarding its funding allocation, at which point ODF submits an application to receive the funds.

45. Oregon has applied for and received funds from **Cooperative Forest Health Protection** for approximately 60 years.

46. As of February 10, 2026, ODF has 8 open **Cooperative Forest Health Protection** awards from FYs 21-25:
    FY 21: Original award of $ 185,500; balance of $ 0; and

FY 22: Original award of $ 110,500; balance of $ 352.
FY 23: Original award of $ 804,700; balance of $ 67,024.
FY 24: Original award of $ 556,202; balance of $ 347,154.
FY 25: Original award of $ 586,573; balance of $ 519,064.

47. Grant funds enabled staff to participate in the interagency Emerald Ash Borer (EAB) Task Force and steering committees including leadership of EAB survey and monitoring, public information, funding, research, Integrated Pest Management (IPM) and training. Staff also provided technical guidance on EAB-infested tree removal and surveys to residents of Forest Grove and Washington County. ODF coordinated statewide trapping for EAB placing 229 traps and visiting 48 sites providing guidance on Slowing Ash Mortality (SLAM) management strategy for emerald ash borer in Oregon. ODF provided technical assistance and media interviews for spring test burn of air curtain incinerator and presented on invasive species to several local groups. Staff also held radio and press interviews and participated in several film sessions of news feature stories on EAB. ODF developed and revised numerous fact sheets on EAB, such as "Don't Move Firewood". Funds also enabled staff to develop surveys, presentations and outreach materials for recent detection of Mediterranean Oak Borer (MOB), a new pest in Oregon. ODF intends to apply for FY 2026 **Cooperative Forest Health Protection** funding as soon as Oregon's allocation is announced.

## Community Assistance Grant

48. I am familiar with the **Community Assistance** Grant Program. The **Community Assistance** grants provide funding to assist States to support communities fire mitigation efforts especially in the wildland-urban interface.

49. **Community Assistance** funding is administered in Oregon by ODF.

50. Because **Community Assistance** grants are formula grants and not competitive grants, each State is entitled to a specific allocation. Each year, Oregon's State Forester receives a notification from USFS regarding its funding allocation, at which point ODF submits an application to receive the funds.

51. Oregon has applied for and received funds from **Community Assistance** for approximately 25 years.

52. As of February 10, 2026, ODF has 5 open **Community Assistance** awards from FYs 21-25:
    FY 21: Original award of $ 1,038,860; balance of $ 229,503.
    FY 22: Original award of $ 1,018,922; balance of $ 499,309.
    FY 23: Original award of $ 1,126,500; balance of $ 302,361.
    FY 24: Original award of $ 925,000; balance of $ 753,696.
    FY 25: Original award of $ 500,000; balance of $ 472,480.

53. For example, the 2021 **Community Assistance** award includes three projects, The Jackson County, Spring Creek and Oakridge/McKenzie projects. The combined goal of the three projects is to treat 1000 acres of hazardous fuels, reducing the potential impact of wildfire in the respective project areas. To date 825.1 acres have been accomplished which is 82.5% of the goal.

54. The Oakridge/McKenzie project focuses hazardous fuels mitigation efforts in the Lane County communities of Blue River, Hazeldell, Oakridge and Upper McKenzie. The goal of this project is to treat 160 acres in the communities at risk and currently 84.1 acres have been treated or 52.5% of the goal. To date, 56 homesite assessments have been completed, 8 community meetings conducted and ODF completed education/outreach at 6 community events. These communities have been threatened by several recent large wildfires including the 2022 Cedar Creek fire and the 2020 Holiday Farm fire. Several planned projects are scheduled to be completed by an ODF fuels crew prior to closing out.

55. The 2022 **Community Assistance** award includes three projects, The Crescent All Lands, Umatilla South, and the Agate Lake projects. The combined goal of the three projects is to treat 1,185 acres of hazardous fuels, reducing the potential impact of wildfire in the respective project areas. To date 699 acres have been accomplished, which is 58.9% of the goal.

56. The Umatilla South project seeks to complete hazardous fuels mitigation efforts in the Umatilla County communities of Battle Mountain, Lehman Springs and Ukiah. The goal of this project is to treat 350-acres, and 163 acres of fuels mitigation efforts have been accomplished to date, or 46.5% of the goal. Additional projects are being identified and planned, which should bring project closer to the 350-acre goal. These rural communities were threatened by the 2024 Battle Mtn fire that burned 183,000 acres, ODF is heavily involved with landowners in recovery (utilizing other funds) and interest remains high in completing fuels mitigation where fire risks remain.

57. In addition to using **Community Assistance** funds themselves, States may pass **Community Assistance** funds through to subgrantees for the same purposes. ODF currently distributes **Community Assistance** funding to 1 community-based organization through 1 subaward.

58. ODF has established a pass-through agreement with Sustainable Northwest who oversees Oregon's Prescribed Fire Council (OPFC). With this funding, Sustainable Northwest held the 2024 Oregon Prescribed Fire Council meeting on June 17-18th in Grants Pass Oregon; focusing on promoting the safe and responsible use of prescribed fire as a forest management and fuels mitigation tool. Funding also supports capacity to hold regular Prescribed Fire Council meetings in 2024, and a student intern focused on strengthening internal communications tools and strategies. Additional funding will be utilized to support live fire training opportunities and coordination of OPFC efforts. ODF intends to apply for FY 2026 **Community Assistance** funding as soon as Oregon's allocation is announced.

## Harms to the State Caused by USDA's New Funding Conditions

59. I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and mutual interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-

discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

60. On February 23, 2026, ODF received a Modification Request (8-GN-11061000-031 Mod 4) expressly incorporating the 2026 Conditions. On about March 2, 2026, ODF received Modification Requests for two additional grants (23-GN-11061800-019 and 19-GN-11061800-003) attempting to incorporate the 2026 Conditions.

61. In my time with ODF, I am not aware of ODF staff ever being required by USDA to certify ODF's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am also not aware of ODF staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

62. ODF operates its programs in compliance with Federal anti-discrimination laws and regulations.

63. My understanding is ODF is uncertain what is required by the 2026 Conditions and therefore may be unable to certify compliance with USDA's 2026 Conditions.

64. In order to comply with any understanding of the 2026 Conditions that differ from existing Federal anti-discrimination laws and regulations, ODF would require additional resources, both time and money, to establish new guidelines and train employees on how to comply with the 2026 Conditions.

65. For example, ODF does not know, and is not able to verify, whether any illegal aliens in Oregon benefit from its USFS-funded programs, including in the areas of wildfire protection, urban forestry improvements, and forest health.

66. If ODF is unable to comply with USDA's new funding conditions, the State would be unable to receive FY2026 USFS funds, frustrating its ability to maintain the critical programs described above.

67. ODF does not have any other appropriation in its budget that could cover the loss of the grants discussed above. If ODF cannot access USFS funds, ODF will not have funds to immediately cover State Fire Capacity, Volunteer Fire Capacity, Forest Stewardship, Urban and Community Forestry, Cooperative Forest Health Protection, and Community Assistance. This, in turn, will result in interruptions in service, terminations of subrecipient awards, reductions in strategy planning, public and firefighter safety and maintenance of crucial fire response infrastructure.

68. Losing these USFS grants would severely obstruct and undermine ODF's mission even if the funding were restored at a later date.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 13, 2026, in Salem, Oregon.

_____
Kacey KC, State Forester