**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 62

## DECLARATION OF DR. BETHANY D. JENKINS

I, Bethany D. Jenkins, Ph.D., pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I have personal knowledge of all facts stated herein or have knowledge of the matters based on my review of information and records gathered by my staff.

### Background

3. I am currently employed by the University of Rhode Island (URI) as the University's Vice President for Research and Economic Development (VPRED) and Professor of Cell and Molecular Biology. I have held the VPRED position since April 2023 and a faculty position at URI since May 2005.

4. In my role as VPRED, I am URI's senior research officer and oversee URI's research ecosystem, including our offices of sponsored projects, research integrity, and research security. For the past twenty years as a faculty member at URI, I have had extensive experience leading projects and managing funding from federal agencies.

5. URI is an 1862 land-grant university and receives annual funding from USDA both in the form of non-discretionary, formula "capacity grants" and competitive research grants.

6. Specifically, URI receives capacity funding grants from the Hatch Act of 1887 (Regular Hatch), the Hatch Act of 1887 (Multistate Hatch), Animal Health & Disease Research Program, McIntire-Stennis Cooperative Forestry Research Program, the Joint Cooperative Extension Programs (Smith-Lever), Renewable Resources Extension Act Program (RREA), and the Expanded Food and Nutrition Education Program (EFNEP). URI has received some form of USDA capacity funding since 1887.

7. The programs funded by USDA formula and competitive grants are critical to URI's efforts to

1

conduct groundbreaking research and educate future leaders in the fields of agriculture, forestry, urban planning, and environmental management. USDA funding also allows URI to expand its impact in the broader community through its youth programs in 4-H and K-12 education programs.

8. The benefits of USDA's investment in URI goes far beyond the campus walls, with recent data indicating that every $1 in land grants returns $20 to the American economy. Research and programming funded by USDA enable local farmers to improve output and stay competitive; teach local fisheries to sustainably grow profits; and empower families to eat well and adopt healthy habits.

9. For example, URI's Plant Diagnostic Laboratory and Integrated Pest Management program relies on USDA funding to provide workshops on pests and soil management for the Southside Community Land Trust (SCLT), which oversees 21 community gardens in Providence, Pawtucket, and Central Falls. Based on feedback from SCLT participants, URI is now conducting research trials on adapting okra and African eggplant, staples in West African cuisine, for Rhode Island farming initiatives.

10. Likewise, Boots2Bushels (a USDA-funded competitive grant) provides education and technical assistance to Veterans who want to start agricultural businesses in Rhode Island through workshops, tours, and one-on-one training.

11. Research funded from Hatch capacity dollars leads to a better understanding of how spinach root traits and root-released compounds interact with recirculating nutrient solutions can support future management practices that reduce the need for reactive interventions such as dumping nutrient solutions, over-correcting pH, or increasing chemical sanitizers without clear cause. Improving the ability to anticipate when problems are likely to occur and to target

2

interventions earlier can reduce nutrient discharge risk, lower costs, and improve the sustainability profile of controlled environment leafy green production. These improvements can translate into more consistent supply and quality for consumers and help local/regional producers remain competitive.

12. URI's Cooperative Extension, founded in 1904, has long provided an opportunity for researchers and community members to work towards common goals. Active in all 39 Rhode Island municipalities, URI's Cooperative Extension educates Rhode Islanders on everything from wastewater management and money-saving energy practices to home gardening techniques and food safety. In 2024 alone, URI's Cooperative Extension programming redirected 231,785 pounds of food from the landfill to hungry Rhode Islanders; monitored 220 fresh and marine bodies of water; and identified more than 500 plant, insect, and disease samples for farmers, the state of RI, and homeowners.

13. URI's Cooperative Extension also operates TickEncounter, a nationally recognized and utilized program run by URI that allows individuals across the United States to upload photos of ticks found on themselves, others, and pets. The URI team identifies the type of tick, identifies potential diseases it may transmit, and provides recommendations for care. The program also supports tick prevention and mitigation efforts by tracking the types of ticks reported across the country at different times of the year. In FY 2025 alone, more than 7,750 submissions from across the country were analyzed and responded to, helping people more accurately evaluate the risk of tick-borne disease and make informed decisions about seeking professional medical advice.

14. URI's Cooperative Extension also operates Rhode Island's 4-H Program, which offers hands-on education to K-12 children to develop life skills and inspire lifelong learning. Children

3

participating in the 4-H Program can learn the basics of veterinary medicine, practice horsemanship, raise poultry, plan and cook meals, exhibit artwork, and showcase science projects, all while finding support and mentorship in a national network of 4-H clubs.

15. Without USDA funding, URI and all of Rhode Island would suffer. Even a temporary delay in fundings could force faculty, staff, and students to abandon ongoing experiments and programming. URI would need to curtail its outreach efforts, severing the ties that put academic research into action; ceasing our support to the State's agricultural industry, which provides so much value for the families and communities URI serves.

16. In total, as of March 19, 2026, URI has 47 open, active grants from USDA in the approximate amount of $24,016,426.

## Capacity Grants

17. Each year, URI receives funding from USDA through capacity grants allocated by a formula set by Congressional appropriations.

18. In recent fiscal years, USDA has awarded the following capacity grant amounts to URI within these programs:

|                         | FY 2023     | FY 2024     | FY 2025     |
|-------------------------|-------------|-------------|-------------|
| Hatch                   | $1,072,820  | $1,076,187  | $1,072,765  |
| Multistate Hatch        | $557,788    | $568,867    | $568,766    |
| Animal Health & Disease | $29,403     | $36,318     | $29,288     |
| McIntire-Stennis        | $178,312    | $163,854    | $186,284    |
| Smith-Lever             | $1,226,219  | $1,223,489  | $1,220,759  |
| RREA                    | $46,449     | $46,368     | $46,368     |

4

| EFNEP | $390,366 | $390,366 | $390,366 |
| **Total Capacity Grants** | $3,501,357 | $3,505,449 | $3,514,560 |

19. In January 2026, URI began receiving notices of award for capacity grants for FY26, and URI anticipates receiving similar amounts of total capacity grant funding in FY26 relative to recent years.

### Competitive Grants

20. URI also receives funding through USDA competitive grants that support a vast array of research efforts that help Rhode Islanders compete in the economy, preserve and enjoy the State's natural resources, and lead healthier lives.

21. URI has approximately over $12,509,624 in active competitive grant funding from USDA. To date, approximately over $ 5,615,291has been expended with approximately over $6,894,333 in outstanding funds.

22. URI anticipates receiving more competitive grant funding, and URI currently has 36 USDA grant funding proposals pending that were submitted in the last twelve months. Based on past experience, URI reasonably expects that many of these proposals would be highly competitive for award funding.

23. USDA competitive grants fund research on food safety, infectious disease, pest management, community education, ecological preservation, resource conservation, and agricultural development, among other topics.

24. For example, novel microbial-based tools were developed and deployed to address critical disease issues impacting commercial aquaculture species important to Rhode Island. A USDA-funded project led to the development of bacterial probionts that improve bivalve larval resilience in shellfish hatcheries and minimize losses due to unknown pathogens and toxic-

5

producing microorganisms. USDA-funded research in integrated pest management also reduces pest-related losses in Rhode Island specialty crops and landscape plants, while minimizing pesticide use. Funds have also enabled URI to start an effective plant diagnostic lab that serves Rhode Island growers, landowners, landscape industry professionals, and homeowners.

**Harms to the State Caused by USDA's New Funding Conditions**

25. On December 31, 2025, URI received an email announcing the USDA's new General Terms and Conditions ("2026 Conditions"). On their face, the 2026 Conditions apply to all "[r]ecipients and cooperators who receive USDA grants, cooperative agreements, and similar arrangements." It is my understanding that the 2026 Conditions would apply to all active USDA grants, not just new grants.

26. I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and mutual interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

27. In my years with URI, I am not aware of URI staff ever being required by USDA to certify

6

URI's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am also not aware of URI staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

28. URI operates its programs in compliance with Federal anti-discrimination laws and regulations and recently completed a successful USDA-NIFA Civil Rights compliance review for our Cooperative Extension programs in March 2026.

29. I understand that URI is uncertain what is required by the 2026 Conditions.

30. In order to comply with any understanding of the 2026 Conditions that differs from existing Federal anti-discrimination laws and regulations, URI would require additional resources, both time and money, to establish new guidelines and train employees on how to comply with the 2026 Conditions.

31. Moreover, compliance with "policies" that erase the existence of transgender people would violate Rhode Island law as "all educational programs and activities of state agencies, or in which state agencies participate" must be "conducted to encourage the fullest development of the interests, aptitudes, skills, and capacities of all participants" without bias towards "gender identity or expression." R.I.G.L. § 28-5.1-8.

32. If URI is unable to comply with USDA's new funding conditions, the State would be unable to receive FY2026 USDA funds.

33. URI does not have the funding to replace the capacity grants URI has relied on for over 125 years nor the competitive grants that allow URI to be the high-impact research institution that it is today. Research projects would die on the vine, wasting millions in funding and countless hours of study. Staff would be laid off and students would lose access to the labs, fieldwork,

7

programming, and mentorship underpinning their education. State agency and community partners would no longer benefit from the information and training URI has provided for more than a century.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 28, 2026, in Kingston, Rhode Island.

_____

Bethany Jenkins, Ph.D.

8