**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 63

**DECLARATION OF DEPUTY COMMISSIONER DREW ECHELSON, Ed.D.**

I, Drew Echelson, pursuant to 28 U.S.C. § 1746, hereby declare:

1.  I am a resident of the Commonwealth of Massachusetts. I am over the age of eighteen and understand the obligations of an oath.

2.  I have personal knowledge of all facts stated herein or have knowledge of the matters based on my review of information and records gathered by my staff.

## Background

3.  I serve as a Deputy Commissioner at the Rhode Island Department of Elementary and Secondary Education (RIDE), a position I have held since 2024. As Deputy Commissioner, I have oversight of the Division of System Transformation. This Division is composed of the Office of School and District Improvement, which includes federal Title programs and the Consolidated Resource Plan (CRP); the Office of Data and Technology Services, which includes federal data collections and reporting; and the Office of Finance and Accounting, which includes federal grant management, audit, and monitoring. Since June 2025, my portfolio has expanded to include oversight of the Office of College and Career Readiness, which includes Career and Technical Education and support for postsecondary pathways; the Teaching and Learning Unit, which includes the Offices of Instruction, Assessment, and Curriculum, and the Office of Educator Excellence and Certification Service; and the Office of School Health and Wellness, which includes health, physical education and School Nutrition Programs.

4.  Prior to holding this position at RIDE, I served in a number of senior roles in the Boston Public Schools including Chief of Schools and Accountability, Deputy Superintendent of Academics and Interim Superintendent of Schools. I've earned a Doctorate in Education

1

(Ed.D.) and multiple advanced degrees from Harvard University.

5. As Rhode Island's State Education Agency (SEA), RIDE is responsible for ensuring that every student has access to high-quality teaching and learning opportunities from pre-kindergarten through grade 12. RIDE's mission is threefold: to lead and support districts, schools, and communities through a unified, strategic direction for education in the state; to use policy, advocacy, and governance structures to create an environment that advances opportunities for all students; and to maintain collaboration and efficiency in the department that enables innovation, agility, and continuous learning.

6. RIDE is a department and the operating arm of the Rhode Island Council on Elementary and Secondary Education, which has been authorized by the Rhode Island Legislature "[t]o adopt standards and require enforcement and to exercise general supervision over all elementary and secondary public and nonpublic education in the State." R.I. Gen. Laws § 16-60-4(a)(2).

7. As of October 1, 2024, Rhode Island has sixty-six (66) public local education agencies (LEAs) in the State, which include thirty-two (32) traditional school districts (serving single municipalities), four (4) regional school districts (serving multiple municipalities), four (4) State-operated schools (serving students statewide), one (1) regional collaborative LEA, two (2) State Agencies serving youth in juvenile or adult correctional facilities, and twenty-three (23) charter schools. There are approximately three hundred and seven (307) public elementary and secondary schools in the State serving over 135,978 students.

8. I have reviewed past and present United States Department of Agriculture (USDA) award documents issued to RIDE and am familiar with their contents.

9. As the primary grantee of the National School Lunch Program, School Breakfast Program, Child and Adult Care Food Program, Summer Food Service Program, Fresh Fruit and

2

Vegetable Program, and Special Milk Program (together, the "Child Nutrition Programs") in Rhode Island, RIDE administers a wide range of programs meant to ensure Rhode Island's children are provided with adequate nutrition.

10. As part of my regular job duties, I oversee professional staff who manage the Child Nutrition Programs and associated grants. I have reviewed past and present award documents for these grants that were issued to RIDE and am familiar with their contents.

11. In total, as of October 1, 2025, RIDE has 12 open, active grants from USDA in the amount of $ 24.7 million.

## Rhode Island's Annual Receipt of Child Nutrition Programs Funds

12. The USDA administers the Child Nutrition Programs through its sub-agency, the Food Nutrition Service (FNS).

13. In total, FNS has obligated the following grant amounts to RIDE in recent federal fiscal years:

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | $41,552,783 | $35,609,811 | $43,034,181 |
| School Breakfast Program | $13,708,391 | $11,912,824 | $14,649,358 |
| Special Milk Program | $35,050 | $24,200 | $24,394 |
| Child and Adult Care Food Program | $8,543,079 | $8,206,364 | $8,324,119 |
| Fresh Fruit and Vegetable Program | $2,759,196 | $2,928,238 | $2,682,383 |
| Summer Food Service Program | $3,283,929 | $1,321,025 | $1,031,689 |
| Total Contributed from Federal Grants Listed Above | $69,882,428 | $60,002,462 | $69,745,124 |
| Total Contributed from State Funds | $150,000 | $150,000 | $150,000 |
| RIDE's Total Budget | $2,018,452,386 | $2,022,346,822 | $2,003,162,178 |

3

| Percent of RIDE Budget from Federal Grants Listed Above | 3.4% | 3.0% | 3.5% |
|---|---|---|---|

14. The programs funded by these grants are essential to fuel development and learning for children. The benefits associated with the food provided by these programs are many and include improved nutrition and health, improved long-term educational attainment, healthier eating habits, and decreased absenteeism, tardiness, and disruptions in class.

15. Participation in these programs is widespread, benefitting over 65,000 children in Rhode Island schools on a daily basis, as well as many other children attending daycares and receiving meals at summer meals sites. The table below reflects approximate average daily participation (ADP) in the school lunch and breakfast programs, and total meals served per state fiscal year (July 1 to June 30) in the Child and Adult Care Food Program and Summer Food Service Programs:

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| National School Lunch Program | ~ADP = 64,208 (Total meals for year = 11,557,373) | ~ADP = 66,372 (Total meals for year = 11,946,876) | ~ADP = 68,111 (Total meals for year = 12,259,901) |
| School Breakfast Program | ~ADP = 28,211 (Total meals for year = 5,078,001) | ~ADP = 31,678 (Total meals for year = 5,702,079) | ~ADP = 32,082 (Total meals for year = 5,774,844) |
| Child and Adult Care Food Program (Federal Fiscal Year) | Total Meals = 2,752,738 | Total Meals = 2,769,676 | Total Meals = 2,745,685 |
| Summer Food Service Program; | Total SFSP Meals | Total SFSP Meals | Total SFSP Meals |

4

| | = 324,331 | = 263,661 | = 241,685 |
| --- | --- | --- | --- |

16. 309 schools in 60 LEAs participate in at least one of the Child Nutrition Programs in Rhode Island. An additional 33 non-public schools and residential child care institutions, 109 family daycare homes, and more than 250 childcare centers also participate in at least one of the Child Nutrition Programs.

17. Approximately 57% of Rhode Island students are eligible for free or reduced-price meals meaning that more than half of Rhode Island's students come from low-income families. The steady increase in School Lunch (5.7%) and Breakfast (12%) meals served over the last 3 years could be an indication of increased need. Over the last 3 years there has also been a 42% increase in the number of schools participating in the Community Eligibility Program where meals are served at no charge to all students, so this could be an example of how participation increases when meals are universally free.

18. Beyond the benefits provided to children, the Child Nutrition Programs stimulate the local food economy. In fiscal year 2025, at least/approximately $68.9 million of the Child Nutrition Programs funds were spent locally in Rhode Island.

19. In addition to the funds directly supporting the Child Nutrition Programs, which are primarily in the form of reimbursements, RIDE has also applied for and received other USDA grants that complement and support the Child Nutrition Programs.

20. In 2022, RIDE received $681,901 in a noncompetitive Farm to School State Agency Formula grant/cooperative agreement to improve food and agricultural supply chain resiliency. Since 2023, RIDE has been awarded $1,661,326 in funding through the Child Nutrition Non-Competitive Technology Innovation Grant (nTIG) to leverage technology to improve program efficiency, customer service, and our ability to maintain program integrity.

In 2023, RIDE received $858,088 in a competitive USDA Team Nutrition Training Grant Award for a statewide project that provides nutrition education to students and training for school nutrition staff with a goal to improve the quality of school meals.

21. RIDE also receives funds from USDA to administer the Child Nutrition Programs. In fiscal year 2025, RIDE received $1,674,033 from USDA. This money goes towards staff salaries to administer the program oversee the reimbursement system, conduct compliance monitoring, training, and software vendor contracts.

22. On or about March 13, 2017, RIDE entered into a Federal-State Agreement with FNS governing "Child Nutrition and Food Distribution Programs." FNS-74 (Agreement). The Agreement provides: "The State agency will comply with [applicable] program statutes and program regulations…. The State agency also will comply with any FNS instructions, policy memoranda, guidance, and other written directives interpreting the program statutes and program regulations applicable to those programs." As to future changes, the Agreement stated, "[b]y continuing to operate the covered programs after the enactment or issuance of any [applicable] changed or new statutes, or regulations… changed or new instructions, policy memoranda, guidance and other written directives interpreting these statutes or regulations, the State agency agrees to comply with them."

23. If these funds were withheld, RIDE would face an immediate budget shortfall which if not remedied would result in laying off staff, and an inability for our state to continue providing critical nutrition to students in Rhode Island's public schools and daycare facilities. Job losses would also occur in every RI LEA as it takes many individuals to operate these federal nutrition programs across the state. The programs funded by these specific grants are described further below.

## National School Lunch Program

24. I am familiar with the National School Lunch Program (NSLP). The NSLP provides funding to assist States to provide school lunches that meet nutritional standards.

25. NSLP funding is administered in Rhode Island by RIDE.

26. Because NSLP is a mandatory entitlement, each State is entitled to reimbursement based on the number of meals served. Schools receive federal aid in the form of cash reimbursements for every lunch they serve that meets federal nutritional requirements, with the formula providing higher reimbursement for free and reduced-price meals served to eligible students. Eligibility is based on income eligibility and categorical eligibility which is based on participation in other programs (e.g., Medicaid).

27. Rhode Island has received NSLP funds for decades.

28. In Rhode Island, NSLP is administered by LEAs who operate the lunch program. RIDE distributes federal funds to the LEAs.

29. The LEAs submit monthly claims for reimbursement to RIDE based on the number and category of meals they serve each month.

30. RIDE receives funding from USDA in quarterly allotments which is then drawn down to pay the LEAs for their reimbursable monthly meal expenses. RIDE received its last quarterly allotment on February 20, 2026, and is expecting its next quarterly allotment on or about May 20, 2026.

## School Breakfast Program

31. I am familiar with the School Breakfast Program (SBP). The SBP provides funding to assist States to provide school breakfast that meet nutritional standards.

32. SBP funding is administered in Rhode Island by RIDE.

7

33. Like NSLP, SBP is a mandatory entitlement, and Rhode Island is entitled to reimbursement based on the number of meals served. SBP eligibility and reimbursement rates work the same as they do in NSLP.

34. Rhode Island has received SBP funds since 1966.

35. In Rhode Island, SBP is administered by LEAs who operate the breakfast program. RIDE distributes federal funds to the LEAs.

36. The LEAs submit monthly claims for reimbursement to RIDE based on the number and category of meals they serve each month.

37. The quarterly allotments RIDE receives from USDA cover SBP reimbursement.

### Special Milk Program

38. I am familiar with the Special Milk Program (SMP). The SMP provides funding to assist States to provide milk to children in schools and childcare institutions that do not participate in other child nutrition meal service programs, or children in half-day programs that do not have access to the school meal programs.

39. SMP funding is administered in Rhode Island by RIDE.

40. Like NSLP, SMP is a mandatory entitlement, and Rhode Island is entitled to reimbursement based on the number of half-pints of milk served. SMP eligibility and reimbursement works the same as it does for NSLP.

41. Rhode Island has received SMP funds since 1955.

42. In Rhode Island, RIDE distributes SBP federal funds to participating schools and institutions.

43. Participating districts submit monthly claims for reimbursement to RIDE based on the number and category of half-pints of milk served each month.

44. The quarterly allotments RIDE receives from USDA cover SMP reimbursement.

8

## Child and Adult Care Food Program

45. I am familiar with the Child and Adult Care Food Program (CACFP). The CACFP provides funding to assist States to provide nutritious meals and snacks to children and adults in participating child and adult daycare organizations. The CACFP allows for nutritious meals to be provided at child care centers, family day care homes, "at-risk" after school care programs, emergency shelters, and adult day health care centers.

46. CACFP funding is administered in Rhode Island by RIDE.

47. CACFP funds are a formula reimbursement based on the number of meals and snacks served. CACFP eligibility and reimbursement rates work the same as they do in NSLP

48. Rhode Island has received CACFP funds since 1968.

49. In Rhode Island, CACFP is administered by RIDE which distributes federal funds to qualifying organizations.

50. Qualifying organizations submit monthly claims for reimbursement to RIDE based on the number and category of meals and snacks they serve each month.

51. The quarterly allotments RIDE receives from USDA cover CACFP reimbursement.

## Summer Food Service Program

52. I am familiar with the Summer Food Service Program (SFSP). SFSP provides children 18 years of age and younger with free, healthy meals over the summer months when they no longer have access to school meals. Meal sites include schools and other community locations, from parks to summer camps.

53. Last summer, there were 22 sponsoring organizations supporting 275 meal sites across the state. In total, 241,685 meals were served through the SFSP in 2025.

54. SFSP funding is administered in Rhode Island by RIDE.

9

55. SFSP meals are reimbursed by USDA based on the source of the meals (prepared by the organizations, or purchased from a vendor), as well as the location of the site.

56. Rhode Island has received SFSP funds since 1968.

57. In Rhode Island, SFSP is administered by RIDE which distributes federal funds to SFPSP sponsors.

58. Sponsoring organizations submit monthly claims for reimbursement to RIDE based on the number and category of meals and snacks they serve each month.

59. The quarterly allotments RIDE receives from USDA cover SFSP reimbursement.

### Fresh Fruit and Vegetable Program

60. I am familiar with the Fresh Fruit and Vegetable Program (FFVP). FFVP provides funding to make fresh fruits and vegetable samples available in eligible elementary schools.

61. FFVP funding is administered in Rhode Island by RIDE.

62. FFVP funds are provided to the states based on a percent of overall FFVP funds available.

63. Rhode Island has received FFVP funds since 2008.

64. In Rhode Island, FFVP is administered by RIDE which awards federal funds to LEAs that meet eligibility criteria.

65. LEAs submit monthly claims for reimbursement to RIDE based on the number of fresh fruit and vegetable samples purchased each month.

66. The FFVP grant award RIDE receives from USDA covers FFVP reimbursement.

### Harms to the State Caused by USDA's New Funding Conditions

67. I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and mutual interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients

to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

68. I am not aware of RIDE staff ever being required by USDA to certify RIDE's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am also not aware of RIDE staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

69. RIDE operates its programs in compliance with Federal anti-discrimination laws and regulations.

70. RIDE is uncertain what is required by the 2026 Conditions and therefore may be unable to certify compliance with USDA's 2026 Conditions.

71. For example, RIDE does not know, and is not able to verify, whether any undocumented immigrants in Rhode Island benefit from the Child Nutrition Program. To certify compliance with the immigration condition, if required to do so, RIDE would need to invest substantial time and money into changing its entire data collection system before educating both the staff and the public on those changes.

72. Moreover, compliance with "policies" that erase the existence of transgender people would

violate Rhode Island law as State agencies are statutorily required to provide services, R.I. Gen. Laws § 28-5.1-7, and licenses, R.I. Gen. Laws § 28-5.1-14, without discrimination based on "gender identity or expression."

73. In order to comply with any understanding of the 2026 Conditions that differs from existing Federal anti-discrimination laws and regulations, RIDE would require additional resources, both time and money, to establish new guidelines and train employees on how to comply with the 2026 Conditions.

74. If RIDE is unable to comply with USDA's new funding conditions, the State would be unable to receive FY2026 USDA funds, frustrating its ability to maintain the critical programs described above.

75. RIDE does not have any other appropriation in its budget that could cover the loss of the grants discussed above. If RIDE cannot access USDA funds, RIDE will not have funds to immediately cover the programs described above.

76. Children would go hungry, and hungry children will suffer both in terms of their health and their ability to learn. Schools can expect more disruptive behavior and greater absenteeism, and summer learning loss will be exacerbated without the nutrition programs keeping kids stable when school is out of session. Even a temporary delay in Child Nutrition Program funding could have devastating effects as families suffer the consequences of food insecurity and lose their trust in the schools that have provided for them for so long. Abraham Maslow's hierarchy of needs, introduced in the 1940s, emphasized that basic physiological needs such as food, water, and shelter must be met for individuals to achieve self-actualization. This same decade saw the creation of the National School Lunch Act, reflecting a national recognition that students cannot reach their full potential without having

their most fundamental needs met.

77. Furthermore, RIDE would lose the money it requires to maintain staff and vendor contracts, and the supply chains and infrastructure supporting the program would need to be reestablished at significant cost and inconvenience for the State.

78. The State's economy would also suffer as families deplete their limited resources to replace the food that was once available through the schools, taking money out of the hands of local retailers who would otherwise benefit from the disposable income freed up by the Child Nutrition Program.

79. Thus, for all the reasons above, losing these USDA grants would severely obstruct and undermine RIDE's mission even if the funding were restored at a later date.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 12, 2026, in Providence, Rhode Island.

Drew Echelson