# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 64

## DECLARATION OF DR. SCOTT MARSHALL, DVM

I, Scott Marshall, DVM, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I have personal knowledge of all facts stated herein or have knowledge of the matters based on my review of information and records gathered by my staff.

### Background

3. I am the State Veterinarian and Deputy Chief of the Division of Agriculture at the Rhode Island Department of Environmental Management ("DEM"). My job duties include administering animal health programs at DEM as well as providing administrative support for the Division of Agriculture branch of the Division of Agriculture and Forest Environment.

4. I have been employed by DEM since January 7, 2007, and I have served as the State Veterinarian since that date. Before starting at DEM, I served as a private sector veterinarian.

5. The DEM serves as the chief steward of the state's natural resources and is responsible for protecting, restoring, and promoting the environment to ensure Rhode Island remains a highly desirable place to live, visit, and raise a family.

6. DEM receives substantial funding from the U.S. Department of Agriculture (USDA) to support a wide range of programs meant to support farms, preserve forests, protect the public health, feed the vulnerable, and generally ensure the State's natural resources remain available to all for generations to come.

7. I have reviewed past and present USDA award documents issued to DEM and am familiar with their contents.

8. In total, as of March 13, 2026, DEM has 51 open, active grants from USDA in the amount of

1

$23,395,207.

## DEM's Receipt of USDA Grants

9. Each year DEM receives funding from USDA through several large, formula-funded grant programs. These are core grant programs that support essential services. They include the Specialty Crop Block Grant Program, New England & Pacific Block Grant, the Women, Infants, and Children (WIC) Farmers Market Nutrition Program (FMNP), the Senior Farmers Market Nutrition Program (SFMNP), the Senior Farmers Market Nutrition Program Administration (SFMNP Admin), the Forest Stewardship Program, the Urban and Community Forestry Program, the Cooperative Forest Health Protection Program, the State Fire Assistance Program, and the Volunteer Fire Assistance Program.

10. In recent fiscal years, USDA has awarded the following grant amounts to DEM within these programs:

| | FY 2024 | FY 2025 | FY 2026 |
|---|---|---|---|
| New England & Pacific Block Grant | N/A | N/A | $15,644,632.42 |
| Specialty Crop Block Grant Program | $270,658 | $280,427 | $280,000 (expected) |
| The Senior Farmers' Market Nutrition Program (SFMNP) | $268,293 | $278,856 | $262,809 |
| CAPS Infrastructure | $52,604 | $50,571 | $50,571 |
| CAPS Survey | $54,129 | $54,129 | $54,129 |
| Nursery and Ornamental Pest | $54,129 | $54,921 | $56,018 |
| Grape Commodity Pest Survey | N/A | N/A | $33,072 |
| Spotted Lanternfly Response | $181,000 | $166,408 | $166,408 |
| National Honeybee Survey | $13,800 | $13,800 | $13,800 |

2

| | | | |
|---|---|---|---|
| Animal Health National Surveillance and Response | $194,908 | $11,818 | $261,818 |
| Enhancing Animal Disease Traceability in RI | $25,815 | $25,815 | $25,815 |
| Egg Shell Surveillance | $4,479.97 | $4,479.97 | $4,479.97 |
| Organic Certification | $14,600 | N/A | N/A |
| Produce Safety | $400,500 | $400,500 | $400,500 |
| Sate Fire Assistance Program & IIJA Funding | $241,765 | $322,540 | $262,439 |
| Fire Assistance Program | $38,795 | $38,896 | $39,841 |
| Forest Stewardship Program, IIJA Funding & IRA | $239,034 | $614,012 | $71,440 |
| Urban Community Forestry Program, IIJA, IRA, & Congressional Directed Funding | $2,063,140 | $435,000 | $371,000 |
| Forest Legacy | $45,000 | $45,000 | $45,000 |
| **Total from USDA Grants Listed Above** | $4,165,590 | $2,797,173 | $18,043,772 |

11. The programs funded by these grants are vital to Rhode Islanders who rely on USDA funding to save their farms, protect their wildlife, enjoy their forests, preserve their property, and feed their families. A few of the most impactful USDA-funded programs are described in more detail below.

**New England & Pacific Block Grant**

12. I am familiar with the New England & Pacific Block Grant, which Congress appropriated to compensate crop, timber, and livestock losses, including on-farm infrastructure, resulting from adverse weather events in Rhode Island, and several other states, in 2023 and 2024.

13. Congress allocated $15,644,632.43 to Rhode Island under the New England & Pacific Block Grant to be allocated by the DEM.

3

14. The New England & Pacific Block Grant will be administered through a cooperative agreement between DEM and USDA. The draft agreement is currently pending final review by both parties.

15. On February 5, 2026, DEM received a draft agreement that expressly incorporated the USDA's new General Terms and Conditions ("2026 Conditions").

16. Funding from the New England & Pacific Block Grant is critical for Rhode Islanders whose livelihoods depend on the bounty—and caprices—of the State's natural environment.

17. In 2023 and 2024, Rhode Islanders suffered an estimated $24,620,500 in total damage to their farms, fisheries, flocks, and forests due to weather events. Rhode Island experienced multiple severe storm events throughout 2023, including heavy rainfall, high winds, tornadoes, and flooding. In late 2023 and early 2024, additional storms brought intense winds and prolonged rainfall that inundated the state and caused widespread damage to public and private infrastructure, including roadways. These extreme conditions followed periods of drought in fall 2024, further stressing the state's infrastructure. In response to the severity of the damage, Joe Biden declared a major disaster for Rhode Island related to the severe storms and flooding that occurred from December 17–19, 2023, and January 9–12, 2024.

18. DEM is responsible for redistributing the grant's funding to eligible producers who need the money to rebuild key infrastructure, such as barns, greenhouses, irrigation systems, docks, and breeding grounds, reestablish crops, flocks, and forests lost to the storms, and restoring the lands that feed thousands across the State and beyond.

**Specialty Crop Grant Block Program (SCBPG)**

19. I am familiar with the Specialty Crop Grant Block Program (SCBPG), which invests hundreds of thousands of dollars into projects enhancing the competitiveness of Rhode Island

4

specialty crops such as fruits, vegetables, nursery crops, cut flowers, and berries.

20. Because SCBPG is a formula grant, the DEM receives a notification from USDA regarding its funding allocation each year, at which point DEM submits an application to receive the funds.

21. In FY 2024 and FY2025, Rhode Island received $270,657.79 and $280,426.70, respectively, under the SCBPG to be allocated through DEM's competitive solicitation process. For FY2026, Rhode Island applied for and expects approximately $270,000 in SCBPG funding.

22. SCBPG funding is invested in projects designed to increase crop production and consumption, improve food safety and disease/pest control, develop innovative varieties and techniques, and enhance environmental sustainability. SCBPG funding is critical to the State's continuing competitiveness and long-term viability in the agricultural sector.

23. For example, for the past 17 years, SCBPG funding has supported DEM's RI Grown Program, an initiative encouraging farmers, markets, and stores to sell and promote crops produced in the State. The program now supports 71 local farms and 15 farmers markets, and in summer 2025, RI Grown's social media channels reached more than 2 million interactions, significantly amplifying the visibility of local agriculture.

24. SCBPG funding has also fueled innovation at the University of Rhode Island, which has launched projects aiming to improve crop yields of tropical specialty vegetables and design heat-resistant broccoli to help State farmers to adapt to warming temperatures.

25. SCBPG funding also goes towards Farm Fresh Rhode Island's efforts to educate and inspire students to adopt and promote healthy habits, public health awareness, and relationships with local farmers.

26. In sum, since its inception in 2004, SCBPG funding has invested approximately $5.5 Million

5

in over 120 projects advancing the agricultural future of Rhode Island.

27. On February 26, 2026, DEM received notice from the USDA that the SCBPG would be subject to USDA's new General Terms and Conditions ("2026 Conditions").

**Senior Farmers Market Nutrition Program (SFMNP)**

28. I am familiar with the Senior Farmers Market Nutrition Program (SFMNP), which provides low-income seniors access to locally grown produce via preloaded benefit cards that can be used at eligible farmers markets and farm stands. The SFMNP funds also support produce boxes delivered to homebound seniors.

29. Because SFMNP is a formula grant, the DEM receives a notification from USDA regarding its funding allocation each year, at which point DEM submits an application to receive the funds.

30. Fresh fruits and vegetables are vital for maintaining a healthy lifestyle, yet it is estimated that fewer than one-third of senior citizens in the United States eat the recommended amount of either.

31. DEM is responsible for distributing the SFMNP benefit cards to seniors throughout the State. In FY2025, DEM distributed $209,801 in SFMNP benefits to 6,600 Rhode Islanders. Of those recipients, 270 homebound seniors received delivered boxes of fresh produce to ensure they could also access the program's benefits. In FY2026, DEM expects to distribute another $250,000 to 7,000 seniors who depend on these funds to access the foods they need for a nutritious diet.

32. The SFMNP program also supports local farmers markets and farm stands, many of which run on thin margins and rely on SFMNP recipients to stay afloat. In 2025, the average Rhode Island farmer received $2,742 from SFMNP recipients.

6

**Animal Disease Traceability (ADT) Cooperative Agreement**

33. I am familiar with the Animal Disease Traceability (ADT) Cooperative Agreement, which provides critical funding to rapidly detect and trace disease in animal populations to mitigate the risk to both the public health and national and international food markets.

34. Disease is a constant threat to livestock populations across the country, and without proper management, a localized incident can quickly explode into a pandemic threatening the lives of countless animals, the livelihoods of hundreds of thousands of farmers and food industry workers, and the food supply for millions of consumers.

35. In 2024, the USDA passed the Animal Traceability (ADT) Rule, 9 CFR §§ 86.1-86.8, requiring States to distribute official identification devices and keep records of those devices to ensure covered livestock, including cattle, horses, poultry, swine, goats, among other species, can safely cross state lines.

36. Rhode Island depends on the ADT Cooperative Agreement for the staff necessary to comply with the Rule.

37. Without federal funding, Rhode Island would not be able to meet its legal obligations under the USDA ADT Rule, and furthermore, DEM would be unable to continue the level of monitoring necessary to prevent and contain disease outbreaks in the State's animal populations.

38. DEM contracts with the Northern RI Conservation District (NRICD) to meet DEM's legal obligations by performing outreach to livestock producers, distributing animal ID tags to producers, and enter movement and testing data into the USDA-provided database.

39. In FY 2024 and FY 2025, Rhode Island received $25,815 and $25,815, respectively, from the ADT Cooperative Agreements between DEM and USDA. In FY 2026, DEM and USDA

7

have finalized an ADT Cooperative Agreement for $25,815.

40. The entire staff of the Rhode Island Animal Health Unit consists of two part-time field personnel and two full-time veterinarians. The Unit relies on contractors to implement the ADT plan.

41. The current ADT Cooperative Agreement expires on March 31, 2026, and DEM needs federal funding guaranteed in advance of that deadline to continue contracting with NRICD without a potentially devastating interruption to State disease management efforts.

**Cooperative Agricultural Pest Survey (CAPS) and Associated Awards**

42. I am familiar with the Cooperative Agricultural Pest Survey (CAPS), which is a collaborative federal-state effort to raise public awareness about pests introduced from abroad by means of surveillance, detection, and monitoring of invasive exotic pests.

43. Invasive pests, including insects, fungi, weeds, diseases, and other organisms, can threaten entire ecosystems as well as entire segments of the economy, including timber, staple and specialty crops, fisheries, livestock, tourism, and more. A 2021 study estimated that invasive species have cost North America over $26 billion a year since 2010 in addition to the untold damage they cause to the biomes we call home, driving native organisms to extinction, destabilizing food and water supplies, decimating livelihoods, and threatening the public health.

44. CAPS serves as a critical line of defense against the introduction of potentially devastating pests, allowing the UDA and its state partners to target high-risk hosts and commodities, gather data about relevant pests, and direct efforts to eradicate or contain the pest to protect our nation's natural resources.

45. As a CAPS participant, DEM conducts insect surveys at both agricultural establishments,

8

businesses, and forested areas such as parks, wooded areas, and other sites where pests could be introduced into the environment. DEM also relies on CAPS funding to publicize the impact of invasive species and engage the public in efforts to control or eradicate their spread.

46. In addition to standard CAPS funding, DEM receives various targeted awards to manage specific pests and protect specific populations, such as the Spotted Lanternfly Response award, which primarily involves surveillance and mitigation efforts to control this exotic pest that can devastate orchards and vineyards, and the Honey Bee Survey award, which monitors honeybees, the primary pollinators responsible for agricultural production.

47. All told, in FY 2024 and FY 2025, Rhode Island received $358,602.00 and $339,829.00, respectively, from the CAPS Cooperative Agreements and associated USDA awards. In FY 2026, DEM and USDA have finalized two CAPS Cooperative Agreements for a total of $104,700 to pay for the staff, field equipment, and supplies necessary to complete the surveys and share the results.

48. DEM's CAPS program is entirely funded by the federal CAPS agreement. Specifically, federal funding supports one full-time employee and one contractor as well as the seasonal staff necessary to set traps, collect data, and report results to our partners at USDA and across the country.

49. Without federal funding, Rhode Island would not be able to continue the CAPS program, depriving the state and its national partners of the data necessary to locate and handle invasive species.

50. The current CAPS Cooperative Agreements expire on March 31, 2026, and DEM needs federal funding guaranteed in advance of that deadline to continue paying its staff and

9

contractors without a potentially devastating interruption to the State's pest management efforts. Rhode Island farms and forests are already threatened by several invasive species, including the Emerald Ash Borer, which is eating through the State's forests, the Spotted Lanternfly, which is wrecking the State's vineyards, orchards, and nursery crops, and Giant Hogweed, which can cause second-degree burns and even blindness when its sap contacts human skin and eyes.

**Forest Fire Program**

51. I am familiar with the Forest Fire Program, through which USDA provides funding via cooperative agreements to support forest fire prevention, planning, and response efforts across Rhode Island.

52. Rhode Island averages 69 wildfires a year. Wildfires are increasingly threatening property and lives in Rhode Island as the State faces more and more fires over longer periods of time, increasing in size and intensity, and requiring more training and resources to combat. In April 2023, Rhode Island experienced two of the largest wildfires in the State's history, forcing 200 families to evacuate their homes, destroying 450 acres of forest, and resulting in approximately $63,000 in damages and response efforts excluding additional costs for response efforts from law enforcement, mutual aid, or helicopter use.

53. DEM's Division of Forest Environment (DFE) is entrusted with conserving and managing the State's forests, including 40,000 acres of state-owned land, as a valued environmental, economic, and recreational resource for all.

54. DFE is also responsible for reporting on the condition of the State's forests to USDA once every 10 years as required by the federal 2008 Farm Bill. The Rhode Island 2020 Forest Action Plan specifically identified the growing fire threat as a crucial concern and identified

10

the DFE's Forest Fire Program as the key strategy for addressing that concern.

55. The Forest Fire Program is funded by two federally supported programs: the State Fire Assistance (SFA) and Volunteer Fire Assistance (VFA) Grant Programs.

56. The Forest Fire Program provides financial support for prevention, control, suppression, and prescribed use of fires as well as for training, equipping, and otherwise enabling state and local firefighters to respond to forest fires. The Program also supports public education initiatives and regional coordination efforts with neighboring states.

57. Without federal funding, DFE would not be able to provide the support, resources, or coordination necessary to protect Rhode Island and its neighbors from the growing forest fire threat.

58. In FY 2024 and FY 2025, Rhode Island received $241,765 and $262,439, respectively, in cooperative agreements to support DEM's State Fire Assistance Program Forest Fire Program.

59. Cooperative agreements are multiple-year agreements permitting DEM to spend down the funds over the length of the agreement. DEM applies for funding under these cooperative agreements every year as it typically spends the allotted amount in said agreements within the first fiscal year. DEM needs federal funding to prepare for the spring wildfire season, which typically begins on April 1, 2026, but could begin sooner.

**Harms to the State Caused by USDA's New Funding Conditions**

60. On December 31, 2025, DEM received email notice from the USDA that all USDA funding would be subject to USDA's new General Terms and Conditions ("2026 Conditions").

61. I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and mutual

11

interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

62. In my years with DEM, I am not aware of DEM staff ever being required by USDA to certify DEM's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am also not aware of DEM staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

63. DEM operates its programs in compliance with Federal anti-discrimination laws and regulations.

64. My understanding is DEM is uncertain what is required by the 2026 Conditions and therefore may be unable to certify compliance with USDA's 2026 Conditions.

65. In order to comply with any understanding of the 2026 Conditions that differs from existing Federal anti-discrimination laws and regulations, DEM would require additional resources, both time and money, to establish new guidelines and train employees on how to comply with the 2026 Conditions.

66. For example, DEM does not know, and is not able to verify, whether any illegal aliens in

12

Rhode Island benefit from its USDA-funded programs, including in the areas of disease management, wildfire protection, urban forestry improvements, and forest health. By their very nature, such programs benefit individuals throughout the community, the region, and the country regardless of their immigration status.

67. Moreover, compliance with "policies" that erase the existence of transgender people would violate Rhode Island law as State agencies are statutorily required to provide services, R.I. Gen. Laws § 28-5.1-7, and licenses, R.I. Gen. Laws § 28-5.1-14, without discrimination based on "gender identity or expression."

68. If DEM is unable to comply with USDA's new funding conditions, the State would be unable to receive FY2026 USDA funds, frustrating its ability to maintain the critical programs described above.

69. DEM does not have any other appropriation in its budget that could cover the loss of the grants discussed above. If DEM cannot access USFS funds, DEM will not have funds to immediately cover the programs described above. For example, DEM would need to abandon its partnership with NRICD, severely inhibiting the State's ability to track diseased animals, stop providing low-income seniors with the fruits and vegetables they need to stay healthy, and curtail fire-fighting efforts on the brink of fire season.

**[INTENTIONALLY LEFT BLANK ]**

13

70. Losing these USDA grants would severely obstruct and undermine DEM's mission even if the funding were restored at a later date.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 27, 2026 in Providence, Rhode Island.

_____

Scott Marshall, DVM

14