**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 65

### DECLARATION OF KRISTINE CAMPAGNA

I, Kristine Campagna, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I have personal knowledge of all facts stated herein or have knowledge of the matters based on my review of information and records gathered by my staff.

### Background

3.      I am the Associate Director for the Division of Community Health and Equity at the Rhode Island Department of Health ("RIDOH"). My job duties include directing, coordinating, overseeing, and evaluating the Division's programs, advising the Director and senior staff, serving as a subject matter expert on matters of community health and equity, and participating in statewide health initiatives.

4.      I have been employed by RIDOH since 4/12/2009, and I have served as Associate Director since 1/2022. Before starting at RIDOH, I served in a leadership position at the VNA of Care New England.

5.      The mission of the Division of Community Health and Equity is to further RIDOH's mission by preventing diseases and protecting and promoting the health and safety of the people of Rhode Island. The Division pursues that mission by working to eliminate health disparities and achieve health equity by addressing the social and environmental determinants of health; to plan and implement public health activities using evidence-based and promising practices across the life course; and to engage communities as key partners in public health.

6.      I have reviewed past and present USDA award documents issued to RIDOH and am familiar with their contents.

7.      In total, as of 3/13/2026, RIDOH has five open, active grants from USDA in the

amount of $13,777,559.00.

### RIDOH's Receipt of USDA Grants

8.      Each year, RIDOH receives funding from USDA through several large, formula-funded grant programs.

9.      In recent fiscal years, USDA has awarded the following grant amounts to RIDOH within these programs:

|  | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| Women, Infants, and Children (WIC) | $20,126,419 | $20,893,055 | $21,237,001 |
| Breastfeeding Peer Counselor Grant (BFPC) | $268,370 | $275,787 | $269,570 |
| Farmers Market Nutrition Program (FMNP) | $185,772 | $139,567 | $71,976 |
| **Total from USDA Grants Listed Above** | $20,580,561 | $21,308,409 | $21,578,547 |

10. The programs funded by these grants are vital to connecting vulnerable populations to nutritious and fresh local foods, in order to improve health outcomes during critical stages of growth and development. The goals include improved health outcomes of pregnancies (those on WIC have less premature and low birth-weight infants). Infants and children who take part in the program show improved readiness for beginning school than their peers. WIC funds are used for administering the program and providing nutritionally dense foods to support brain development and growth. Farmer's Market funds provide additional funds for locally grown fruits and vegetables during the summer months.to eligible WIC participants along with education, recipes, and food sanitation. Breastfeeding Peer Counselor Grants provide peer support to WIC participants who are pregnant, breastfeeding and postpartum women. Breastfeeding is considered the gold standard of infant feeding as it provides

nutrients formula cannot. Those who choose to breastfeed may need support and the BFPC support specially trained staff to assist WIC participants.

11.    If these funds were withheld, RIDOH would have to shut down the WIC Program, since all funds used are Federal funds. The WIC Program saves approximately $3.00 to $4.00 in Medicaid in the first 3 months of life for every dollar spent in WIC. Without a preventative program providing nutrient dense foods, the health outcomes will be diminished, and healthcare costs will increase. The financial welfare of the community will suffer. In RI, the WIC program provides $1.5 million dollars to RI communities each month. Not having WIC will affect the income of local and national businesses negatively. The programs funded by these specific grants are described further below.

**Special Supplemental Nutrition Program for Women, Infants, and Children (WIC)**

12.    I am familiar with the WIC program. WIC is a public health program that improves birth outcomes and children's long-term health outcomes by providing food, one-on-one nutrition counseling, health and social service referrals, and breastfeeding support to low-income families.

13.    WIC funding provides a lifeline to the State's most vulnerable mothers and children. As of September 2024, over 18,000 (a monthly average) individuals—approximately 53% of all mothers and children in Rhode Island—relied on WIC for nutritious food and essential support services. Even more families were eligible but not enrolled, and the data suggests that at least 38,000 Rhode Islanders could benefit from WIC but for limited resources and other practical constraints. In 2024, to maintain an average monthly participation rate of about 20,000 participants, yearly WIC saw 37,911 individuals walk through their doors (unduplicated). WIC is a short-term, very effective program that impacts an individual's life in a

3

positive way. Brain growth happens as a fetus develops until about the age of five years old.

14. WIC's impact has been well-documented in its 50+ years of implementation, with studies showing improvements in the rates of full-term births, healthy birth weights, fetal and infant mortality, low-iron anemia, access to prenatal care, maternal consumption of key nutrients such as protein, calcium, and Vitamins A and C, immunization rates, and access to regular health care.

15. WIC funding is administered in Rhode Island by the RIDOH Division of Community Health and Equity.

16. WIC grants are formula grants, guaranteeing each State a specific allocation based on predefined criteria. Each year, the RIDOH Division of Community Health and Equity receives a notification from the USDA Regional Office regarding the State's funding allocation, at which point the Division submits an application to receive the funds.

17. Rhode Island has applied for and received WIC funds every year since the program's inception in 1973.

18. In addition to the annual appropriation, RIDOH applies for and receives special supplemental WIC grants as well as cooperative agreements. These grants and agreements provide additional funding to RIDOH in order to expand the reach of WIC and better meet the nutritional needs of low-income families.

19. The WIC Modernization Grant provides funding to RIDOH.

20. As of March 2026, RIDOH has the following open Grant awards from FYs 2023-2027:

   a. WIC Modernization 2023-2027: $835,984

   b. Women, Infants, and Children (WIC) 2026: $12,321,218

4

c. Breastfeeding Peer Counselor Grant (BFPC) 2024 & 2025: $275,787 & $269,570

d. Farmers Market Nutrition Program (FMNP) 2026: $75,000 (est.)

21. On 12/6/2025, RIDOH received a notice expressly incorporating the USDA's new General Terms and Conditions ("2026 Conditions")

22. RIDOH received for FY 2026 Appropriated WIC funds until 9/30/2026 funding on 12/6/2025.

## Harms to the State Caused by USDA's New Funding Conditions

23. I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and mutual interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

24. In my years with RIDOH, I am not aware of RIDOH staff ever being required by USDA to certify RIDOH's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am also not aware of RIDOH staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as

5

a result of its USDA-funded programs.

25.    RIDOH operates its programs in compliance with Federal anti-discrimination laws and regulations.

26.    I understand that RIDOH is uncertain what is required by the 2026 Conditions and therefore may be unable to certify compliance with USDA's 2026 Conditions.

27.    In order to comply with any understanding of the 2026 Conditions that differs from existing Federal anti-discrimination laws and regulations, RIDOH would require additional resources, both time and money, to establish new guidelines and train employees on how to comply with the 2026 Conditions.

28.    For example, RIDOH does not know, and is not able to verify, whether any undocumented immigrants in Rhode Island benefit from WIC. To certify compliance with the immigration condition, if required to do so, RIDOH would need to invest substantial time and money into changing its entire data collection system before educating both the staff and the public on those changes.

29.    Moreover, compliance with "policies" that erase the existence of transgender people would violate Rhode Island law as State agencies are statutorily required to provide services, R.I. Gen. Laws § 28-5.1-7, and licenses, R.I. Gen. Laws § 28-5.1-14, without discrimination based on "gender identity or expression." RIDOH is also required to respect an individual's gender identity in vital records kept by the State. *See* R.I. Gen. Laws § 23-3-16.

30.    If RIDOH is unable to comply with USDA's new funding conditions, the State would be unable to receive FY2026 USDA funds.

31.    Rhode Island does not appropriate any money to the WIC program, and without USDA funding, thousands of mothers, infants, and young children would go hungry. Even a

6

temporary disruption to the diets of pregnant and nursing women and their children could have lifelong impact on well-being of both mother and child. WIC participants are some of the most vulnerable populations in Rhode Island, an infant cannot be without nutrients even for a short period of time. The calories and nutrients that WIC provides are key to learning and development.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 03/16/2026 in Providence, RI.

Kristine Campagna

_____

Kristine L. Campagna

7