### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 74

**<u>DECLARATION OF PAULA TRAN</u>**

I, Paula Tran, pursuant to  28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

**<u>Background</u>**

2.      I am the State Health Officer for the State of Wisconsin and the Administrator of the Division of Public Health (DPH) at The Wisconsin Department of Health Services (DHS). DHS is the designated distributing agency in Wisconsin that administers the Emergency Food Assistance Program, commonly known as TEFAP, which is funded by the U.S. Department of Agriculture (USDA), Food and Nutrition Services (NFS). 7 C.F.R. § 251.2(a)-(b). My job duties include overseeing DHS programs that administer TEFAP in Wisconsin.

3.      DHS's mission is to protect and promote the health and safety of the people of Wisconsin. DPH specifically aims to prevent and protect against health problems, and create and support programs and services that promote positive health outcomes for current and future generations of Wisconsinites. To achieve these goals, DPH uses data, evidence, and research to support its solutions to improve outcomes, and it works with a variety of external partners to build coalitions that support programs and services that promote healthy communities.

4.      I have been employed by DHS since August 22, 2021, and I have served as the Administrator of DPH since August 22, 2021. Before starting at DHS, I served at the University of Wisconsin-Madison Population Health Institute as the Mobilizing Action Toward Community Health Director.

**Rising Food Insecurity in Wisconsin**

5.      An increasing number of U.S. residents lack the means to obtain adequate, nutritious food. At the end of 2025, the national food insecurity rate rose to 14.2%. *Food insecurity in the United States increased in 2025*, CTR. FOR FOOD DEMAND ANALYSIS & SUSTAINABILITY (Dec. 9, 2025). *https://ag.purdue.edu/cfdas/data/food-insecurity-in-the-united-states-increased-in-2025/*

6.      Chronic food insecurity is a pressing problem in Wisconsin as well, where hunger and poverty rates closely mirror one another. Based on U.S. Census data for 2023, the Wisconsin poverty rate was 10.3% and the state food insecurity rate was 11.8%.  *See:* *https://www.census.gov/programs-surveys/saipe.html* & *https://map.feedingamerica.org/county/2023/overall/illinois*

7.      Economically disadvantaged Wisconsinites rely on TEFAP in growing numbers to meet their nutritional needs. From FFY24 to FFY25 Wisconsin saw a 15.6% increase in TEFAP participation. Wisconsin also saw a 19.4% decrease in gross pounds of food available through TEFAP from FFY24 to FFY25 resulting in 15% more people receiving almost 20% less food.  This growth in TEFAP recipients shows that a greater percentage of the state's population relies on federal food assistance each year.

8.      Four regional food banks and 10 community action programs operate across Wisconsin to address food insecurity and hunger. As explained below, these food banks each receive a portion of the allocation of food that Wisconsin receives annually from USDA Food and Nutrition Service (FNS), to feed as many qualifying Wisconsinites as possible.

| ERA | TEFAP pantries/meal sites | TEFAP participants-food pantry | TEFAP participants-meal sites |
| --- | --- | --- | --- |
| ADVOCAP | 22 | 236,759 | 127,176 |

2

| | | | |
|---|---|---|---|
| CACSCW | 20 | 145,849 | 166,922 |
| CWCAC | 12 | 80,589 | N/A |
| Couleecap | 14 | 122,992 | 77,037 |
| FAEW | 46 | 419,606 | 289,358 |
| ICAA | 8 | 49,288 | N/A |
| HTF-Milwaukee | 63 | 371,095 | 582,441 |
| Lakeshore | 14 | 85,575 | 23,467 |
| Northwest | 11 | 30,602 | 20,724 |
| RKCAA | 25 | 148,167 | 261,968 |
| SouthwestCAP | 15 | 53,258 | 25,320 |
| Second Harvest | 45 | 900,905 | 95,380 |
| WestCAP | 39 | 244,849 | 119,207 |
| Western Dariyland | 5 | 24,842 | N/A |
| Total | 339 | 2,941,376 | 1,789,000 |

9.      Wisconsin' regional food banks and community action programs partner with local food pantries (Churches, non-profits, and other groups), to store and distribute food to eligible Wisconsinites. The food pantry network is almost exclusively comprised of volunteer organizations that rely on a volunteer workforce to distribute foods throughout the state. Food pantries maintain public hours of operation during which Wisconsinites, referred as "neighbors," may come to the food pantry to pick up food. The state does not currently receive enough USDA food to support all food pantry requests.

10. According to U.S. Census Year 2023 data, four of the five Wisconsin counties with the highest rates of poverty and food insecurity were rural and were dispersed across the state. The five counties are Menominee-rural (24.4% poverty and 17.3% food insecurity), Milwaukee-urban (16.8% poverty and 14.9% food insecurity), Ashland-rural (13.2% poverty and 14.8% food insecurity), Adams-rural (12.1% poverty and 14.7 % food insecurity), and Sawyer-rural (13.3 % poverty and 14.5 % food insecurity). These counties fall in the northwest, central and southeast portion of the state.

11. The four rural Wisconsin counties with the highest food insecurity rates listed above also have the lowest density of grocery stores, farmers markets, and other food retail locations. These agricultural communities struggle not only with insufficient resources to purchase enough food to meet their household needs but also have few local options to purchase food with their own funds. In these Wisconsin communities, supplemental TEFAP foods provided by local food pantries, food banks, and meal sites, stand between food insecure Wisconsinites and hunger.

<u>**The Emergency Food Assistance Program**</u>

12. FNS operates TEFAP, which is a critical tool in Wisconsin efforts to staunch growing food insecurity in vulnerable communities and among working families across the state. Congress created TEFAP in 1981 to repurpose domestic agricultural food surpluses to ensure adequate nutrition for economically disadvantaged individuals. Today, TEFAP supplies states like Wisconsin with domestically sourced fruits, vegetables, grains, legumes, dairy products, and other proteins (known as USDA foods), to supplement the diets of economically disadvantaged people including children, the elderly, and working families, for whom food insecurity is a daily challenge.

13.     Through TEFAP, FNS delivers USDA foods directly to the state, and provides funds for administrative and food distribution costs incurred by DHS and the emergency food distribution organizations that partner with DHS. Through its partners, DHS disburses millions of pounds of TEFAP-funded USDA produce, dairy products, proteins, and legumes that put much needed food in the hands of economically disadvantaged Wisconsinites. The financial assistance Wisconsin receives from FNS, together with the direct USDA foods that TEFAP ships to Wisconsin annually, play a vital role in meeting the nutritional needs of economically disadvantaged Wisconsinites.

14.     Prior to October 1 of each calendar year, FNS notifies Wisconsin of its annual TEFAP allocation, which includes food and funding for administrative operating costs. This amount is communicated to DHS through a notice of award.

15.     For the last three state fiscal years, Wisconsin received annual entitlement and administrative funding from TEFAP as follows:

| State Fiscal Year | Food Value | Administrative |
|---|---|---|
| 2022 | $18,603,145.00 | $2,623,471.00 |
| 2023 | $14,616,454.00 | $2,467,583.00 |
| 2024 | $11,660,435.00 | $1,998,933.00 |

16.     The TEFAP regulations require DHS to establish uniform, statewide criteria for determining household eligibility to receive USDA foods. 7 C.F.R. § 251.5(b). At a minimum, the regulations require DHS to include a requirement that the household members seeking USDA foods attest to being a Wisconsin resident at the time of their application. Beyond these criteria, the TEFAP regulations prohibit DHS from requiring an applicant to establish the length of their

residency in the state, and from requesting their address or identification documents to establish eligibility. *Id.*

***TEFAP Supplies Food Award "Funds" to Purchase USDA Foods***

17.    USDA awards Wisconsin food in two categories: entitlement food and bonus food. Funding for entitlement food is considered appropriated, mandatory spending that FNS awards Wisconsin and all other states on an annual basis. The cash value of Wisconsin's entitlement food accounts for most of the state's TEFAP funding.

18.    When FNS notifies Wisconsin of the state's annual entitlement, DHS uses FNS's standard allocation to distribute a portion of the food to each of the food banks and community action programs. DHS staff then work with each food bank and community action program to obtain their food ordering plan.  DHS places food orders in FNS's Web-Based Supply Chain Management and selects food delivery dates, which range from 30 days up to 1 year (12 calendar months) in the future. Food pantries receive a portion of the USDA foods that is proportionate to the number of individuals they serve, and the food available in that food bank.

19.    In contrast to ordering entitlement food, which is predictable and available quarterly, FNS offers a variety of bonus foods to states on an ad hoc basis whenever FNS obtains specific surplus foods, such as seasonally available excess produce or food. Bonus foods serve two purposes—they support farmers and food producers through FNS's purchases of agricultural products to stabilize prices and reduce waste and bonus foods strengthen the emergency food assistance program because these foods are redirected to food banks, pantries, and meal sites to help meet the increased demand for food.

20.    In Wisconsin, DHS receives notice from FNS's Agricultural Marketing Service (AMS) of excess produce, such as strawberries and grapes, pears, and beans, and is awarded an

allotment of additional food. These bonus foods, which are provided in addition to the state's annual entitlement foods, must be selected quickly and are typically delivered in a narrow window. In Federal Fiscal Year 2024, the bonus food FNS provided to DHS was valued at $9,436,426 and in Federal Fiscal Year 2025, DHS received bonus food valued at $7,873,841.

*TEFAP Administrative Funds*

21.    TEFAP administrative funding is used to support the state's four regional food banks' and 10 community action programs' distribution of TEFAP foods. Funding helps offset some of their administrative expenses, including personnel costs, food shipping/delivery costs to distribute food within their geographic regions to partnering food pantries, utilities (rent, gas, electric, water), storage, equipment (forklifts, garage doors, truck bay repairs), and other costs of operating food banks and community action programs.

<u>**The loss of TEFAP Food and Administrative Funding Will Impose<br>Great Costs on the State of Wisconsin and its Residents**</u>

22.    I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and mutual interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being "used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

7

23. USDA now threatens to leverage TEFAP funding to force DHS to implement the 2026 Conditions, the meaning of which are unclear to Wisconsin. And some of these conditions place Wisconsin in the untenable position of choosing between ensuring that emergency food reaches as many Wisconsinites living with food insecurity as possible and complying with the federal government's broad demands to include terms and conditions that impede the state's efforts to do so.

24. The threatened loss of funding because of Wisconsin's inability to certify compliance with the 2026 Conditions could not come at a worse time for the state's efforts to address growing food insecurity. Wisconsin relies heavily on USDA food to stock the shelves of its statewide network of food banks and food pantries, and on FNS's administrative funding to keep these vital emergency food distribution resources operational. Even with full TEFAP funding, Wisconsin lacks sufficient resources to meet the unmet nutritional needs of millions of Wisconsinites who live with chronic food insecurity.

25. Funding for TEFAP is provided entirely by the Federal government.

26. Were FNS to terminate TEFAP funding, Wisconsin lacks the fiscal capacity to replace lost USDA foods and administrative funding with state general funds. Even short-term disruption would create immediate budgetary shortfalls across the state. Food banks rely on approximately $902,300 in annual administrative funds to cover operating costs. In fiscal year 2025, food bank personnel expenses totaled $582,881; occupancy and utility costs totaled $96,476, and supplies totaled $11,930. The sudden loss of these funds would result in layoffs, contract terminations, and elimination of vital USDA foods from Wisconsin's food safety infrastructure.

27. The loss of TEFAP funding in Wisconsin would inflict severe harm statewide and threaten the survival of 2.5 million Wisconsinites who rely on TEFAP for daily food and

nutrition. Across rural and urban areas of Wisconsin families, farmers, agricultural workers, employed and underemployed individuals, parents, seniors, and our most vulnerable children, depend on USDA foods delivered by TEFAP straight to America's heartland to slow the spread of food insecurity and hunger.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2026, in Madison, Wisconsin.

_____
Declarant

9