**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 79

## DECLARATION OF JOHN MELVIN

I, John Melvin, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

## Background

2.      I am the Assistant Deputy Director for Resource Protection and Improvement at the California Department of Forestry and Fire Protection (CAL FIRE). My job duties include responsibility for oversight and management of the statewide programs: Forest Legacy, Forest Stewardship, Reforestation Services, California Forest Improvement, Forest Entomology and Pathology, Urban and Community Forestry, Vegetation Management, Prescribed Fire, Environmental Protection, Cultural Resource Protection, Forest Biometrics, and Demonstration State Forests.

3.      I have been employed by CAL FIRE since 2002, and I have served as Assistant Deputy Director for Resource Protection and Improvement since November 20, 2021. Before starting at CAL FIRE, I served in private sector forestry jobs.

4.      CAL FIRE serves and safeguards the people and protects the property and resources of California. It is a department within the California Natural Resources Agency, which protects, manages, and restores California's environment and its vast natural, cultural, and historical resources.

5.      CAL FIRE receives substantial funding from the U.S. Forest Service (USFS), a subagency of the U.S. Department of Agriculture (USDA), to support a wide range of programs meant to benefit public and private forest resources. Most of the productive forest land in the

United States is in private, State, and local governmental ownership, and the capacity of the United States to produce renewable forest resources is significantly dependent on such non-Federal forest lands. Nearly one-half of the wood supply in the United States comes from nonindustrial private timberlands. Managed forest lands provide habitats for fish and wildlife, as well as aesthetics, outdoor recreation opportunities, and other forest resources. Native and invasive insects and diseases, and invasive plants create negative conditions on all land, and require coordinated action among all land managers, private and public. Fires in rural areas threaten human lives, property, forests, and other resources. Trees and forests are of great environmental and economic value to urban areas and communities. Stewardship of privately held forest resources requires long-term commitment that can be fostered through private-public partnerships. The products and services resulting from nonindustrial private forest land stewardship provide income and employment that contribute to the economic health and diversity of rural communities.

6.   I have reviewed past and present USDA award documents issued to CAL FIRE and am familiar with their contents.

7.   In total, as of March 26, 2026, CAL FIRE has approximately 41 open, active grants from USDA in the amount of approximately $140 million.

**CAL FIRE'S Receipt of USFS Grants**

8.   Each year CAL FIRE receives funding from USFS through several large, formula-funded grants that support essential services that are performed by CAL FIRE and CAL FIRE's subgrantees. The CAL FIRE programs funded by USFS include the Urban and Community Forestry Program, Forest Legacy Program, California Forest Improvement Program, Good Neighbor Authority Program, Forest Entomology and Pathology, Forest Stewardship

Program, Reforestation Services Program, State Fire Capacity, State Fire Assistance, Volunteer

Fire Assistance, Volunteer Fire Capacity, and Wildland Urban Interface.

9.    USFS has awarded the following grant amounts to CAL FIRE within these CAL

FIRE programs that remain active:

| Grant Program | Active Grant Funding |
|---|---|
| Urban and Community Forestry Program | $47,586,638 |
| Forest Legacy Program | $33,546,400 |
| California Forest Improvement Program | $5,000,000 |
| Good Neighbor Authority Program | $11,309,400 |
| Forest Entomology and Pathology | $1,270,362 |
| Forest Stewardship Program | $527,692 |
| Reforestation Services Program | $33,230,000 |
| State Fire Capacity | $2,710,323 |
| Volunteer Fire Assistance | $672,780 |
| Volunteer Fire Capacity | $3,112,220 |
| Wildland Urban Interface | $299,998 |
| Combined Forest Health Protection/Urban Community Forestry/Forest Stewardship Program | $1,006,559 |
| **Total active USFS Grant Funding** | **$140,272,372** |

10.    The programs funded by these grants are vital to strengthen fire prevention

activities, improve forest health, and enhance community resilience. Additional benefits to

communities include workforce development, business innovation, and new recreation

opportunities.

11. If these funds were withheld, CAL FIRE would have to shut down critical capabilities to assist rural communities with fire preparedness and response and urban communities with tree planting, urban planning, workforce development, and education that improve public health. Some of the programs funded by these specific grants are described further below.

**Urban and Community Forestry Program**

12. I am familiar with the Urban and Community Forestry Program at CAL FIRE, which receives USFS funding for financial, technical, and educational assistance for urban forest management, tree planting, maintenance, utilization, and public outreach.[1]

13. USFS funding for Urban and Community Forestry is administered in California by CAL FIRE.

14. Most Urban and Community Forestry grants are formula grants through which each State is entitled to apply for a specific allocation. Each year, California's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point CAL FIRE submits an application to receive the funds.

15. In addition to the formula grants, CAL FIRE's Urban and Community Forestry Program was awarded a competitive grant via the Inflation Reduction Act in the amount of $43,200,000 in 2023.

16. California has applied for and received funds for CAL FIRE's Urban and Community Forestry Program since 1991.

17. As of March 27, 2026, CAL FIRE's Urban and Community Forestry Program has five open USFS awards from Fiscal Years 2022-2025, with a total original award amount of

---

[1] System for Award Management, *Urban and Community Forestry Program*, https://sam.gov/fal/5aa074bb77d141abab342749f691e395/view (last visited Mar. 26, 2026).

$47,586,638 and a remaining balance of $42,517,674.92.

18.     States receiving USFS funding for urban and community forestry are able to pass these funds through to subgrantees for the same purposes. CAL FIRE currently distributes more than $30 million in urban and community forestry funding to over two dozen subgrantees.

19.     Active local projects in total propose to plant more than 12,000 trees, create 6 new urban forest management plans, provide workforce development training to more than 50 individuals, and transform at least 6 school campuses with added tree shade and site modifications. Regional or statewide projects will offer information and expertise to local jurisdictions, connect practitioners with experts to create outdoor spaces at schools that enhance student health and learning, and plant water efficient trees to reduce the impacts of extreme heat while reducing outdoor water use.

20.     CAL FIRE applied for FY 2026 Urban and Community Forestry funding on March 18, 2026.

### Forest Legacy Program

21.     I am familiar with the USFS Forest Legacy Program. The USFS Forest Legacy Program grants provide funding to assist States to effectively identify and protect environmentally important forest areas threatened by conversion to non-forest uses.[2]

22.     The USFS Forest Legacy Program grant funding is administered in California by CAL FIRE.

23.     USFS Forest Legacy Program grants are formula grants through which each State is entitled to apply for a specific allocation. Each year, California's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point CAL FIRE submits an

---

[2] System for Award Management, *Forest Legacy Program*, https://sam.gov/fal/2e14d211673d4c28a76dd58f70513707/view (last visited Mar. 26, 2026).

application to receive the funds.

24.    California has applied for and received funds from the Forest Legacy Program for approximately 29 years.

25.    As of March 27, 2026, CAL FIRE has nine open Forest Legacy Program awards from FYs 2021-2025, with a total original award amount of $33,546,400 and a remaining balance of $28,997,207.

26.    Through the USFS Forest Legacy Program, CAL FIRE has purchased 30 Conservation Easements, protecting over 74,000 acres of forestland from conversion to non-forest uses in perpetuity.

27.    In addition to using USFS Forest Legacy Program funds themselves, States are able to pass Forest Legacy administration funds through to subgrantees for the purpose of administering the Forest Legacy Program. CAL FIRE currently distributes Forest Legacy administration funding through two subawards to nonprofit land trusts engaged in Forest Legacy work. CAL FIRE is in the process of releasing another solicitation in this fiscal year to direct Forest Legacy administration funds as capacity-building grants to land trusts and other nonprofits engaged in Forest Legacy work.

28.    These capacity-building subawards allow land trusts and nonprofits to continue funding staffing in support of bringing Forest Legacy project proposals forward. Funds can also be applied to due diligence costs associated with closing transactions for conservation easement projects already in the Forest Legacy Program.

29.    CAL FIRE intends to apply for FY 2028 USFS Forest Legacy Program funding in September after California is invited to submit proposals for FY 2028.

**Reforestation Services Program**

30. I am familiar with the Reforestation Services Program at CAL FIRE. The Reforestation Services Program receives USFS funding to provide assistance to private and public forest landowners in California, especially for post-wildfire recovery.

31. This reforestation funding is administered in California by CAL FIRE.

32. Some funding for the Reforestation Services Program comes from formula grants through which each State is entitled to apply for a specific allocation. Each year, CAL FIRE's Chief State Forester receives a notification from USFS regarding its funding allocation, at which point CAL FIRE submits an application to receive the funds.

33. California has applied for and received funds from USFS for its Reforestation Services Program for at least 5 years.

34. As of March 27, 2026, CAL FIRE's Reforestation Services Program has four open USFS awards from FYs 2022-2025, with a total original award amount of $33,230,000 and a remaining balance of $23,002,910.

35. CAL FIRE's Reforestation Services Program has utilized federal funding to both assist forest landowners with post-wildfire recovery strategies at a landscape level while also improving its own operational efficiencies for procurement and distribution of raw materials.

36. Landowner assistance has been accomplished through fee waiving for hundreds of thousands of conifer seedlings propagated at the State's Lewis A. Moran Reforestation Center for landscapes impacted by wildfires occurring between the years 2019-2021.

37. Regarding internal improvements, federal funding has allowed for the development of multiple forest stands of mature mixed conifer species for improved production of high-demand seed crops. Those seed crops are then utilized by the State's Reforestation

Center for processing, banking, and distributing to forest landowners in need. These stands have been identified and managed at both Miller Demonstration State Forest in Shasta County, as well as at North Fork Mokelumne Demonstration State Forest in Amador County. Activities involve road improvements, mastication of undesirable shrub competition, tree thinning, environmental analysis, archaeological surveys, cone surveying and collection, fuels reduction adjacent to neighborhoods, and public education.

38. In addition to using USFS funds themselves, States may pass those funds through to subgrantees for the same purposes. CAL FIRE currently distributes this funding via the Reforestation Services Program to one subgrantee—the California Forestry Association—through one subaward.

39. Through the subaward, California Forestry Association has collaborated with several industrial forestry companies to provide services relative to post-fire fuels removal (including mechanical, chemical and burning applications), salvage logging operations, replanting and vegetation control across hundreds of acres of productive timberlands.

40. CAL FIRE applied for FY 2026 funding on March 18, 2026.

**Harms to the State Caused by USDA's New Funding Conditions**

41. I am aware that USDA issued new General Terms and Conditions, effective December 31, 2025, that purport to apply to all of USDA's grants, cooperative agreements, and mutual interest agreements (the "2026 Conditions"). The 2026 Conditions require funding recipients to certify compliance "with all applicable Federal anti-discrimination laws, regulations, and policies for the duration of the Federal awards," including two of President Trump's Executive Orders. The 2026 Conditions do not define or identify the applicable federal policies to which the recipient must certify. The 2026 Conditions prohibit funding from being

"used to promote gender ideology" without explanation. The 2026 Conditions also prohibit the recipient from, among other things, directing funding "towards programs that allow illegal aliens to obtain taxpayer-funded benefits." The 2026 Conditions do not define what constitutes "benefits" in this context, or what it means to direct funding "towards" a program.

42.     In my years with CAL FIRE, I am not aware of CAL FIRE staff ever being required by USDA to certify CAL FIRE's compliance with unnamed Federal anti-discrimination *policies* as a precondition of receiving USDA funding. I am also not aware of CAL FIRE staff ever being required by USDA to verify that no "illegal aliens" will obtain any "taxpayer-funded benefits" as a result of its USDA-funded programs.

43.     CAL FIRE operates its programs in compliance with Federal anti-discrimination laws and regulations.

44.     My understanding is CAL FIRE is uncertain what is required by the 2026 Conditions and therefore may be unable to certify compliance with USDA's 2026 Conditions.

45.     In order to comply with any understanding of the 2026 Conditions that differs from existing Federal anti-discrimination laws and regulations, CAL FIRE would require additional resources, both time and money, to establish new guidelines and train employees on how to comply with the 2026 Conditions.

46.     For example, CAL FIRE does not know, and is not able to verify, whether any "illegal aliens" in California "benefit" from its USFS-funded programs, including in the areas of wildfire protection, urban forestry improvements, and forest health. It is difficult for me to fathom how CAL FIRE could even make that determination, given the myriad but diffuse benefits of many of the programs described above.

47.     Moreover, compliance with "policies" that deny the existence of transgender

people would be inconsistent with mandates CAL FIRE is required to follow in California. *See,*
*e.g.*, Cal. Educ. Code § 221.5(f), Cal. Civ. Code § 51, Cal. Civ. Code § 1798.301, Cal. Gov.
Code § 11135.

48.     If CAL FIRE is unable to comply with USDA's new funding conditions, the State
may be unable to receive FY2026 USFS funds, frustrating its ability to maintain the critical
programs described above.

49.     CAL FIRE does not have any other appropriation in its budget that could cover
the loss of the grants discussed above. If CAL FIRE cannot access USFS funds, CAL FIRE will
not have funds to immediately cover the grant programs listed above. This, in turn, will result in
the suspension of programs to improve forest health and wildfire resilience, urban forestry, and
the conservation of forestlands that are threatened with conversion, which could result in
increased risks of wildfires and a reduced capacity of the urban forest to combat health and
safety risks.

50.     Losing these USFS grants would severely obstruct and undermine CAL FIRE's
mission even if the funding were restored at a later date.


I declare under penalty of perjury that the foregoing is true and correct and that this
declaration was executed on March 27, 2026, in Sacramento, California.

_____

John Melvin