**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:26-cv-11396-MJJ |

**DECLARATION OF NITA K. KLUNDER**

Pursuant to 28 U.S.C. § 1746, I, Nita K. Klunder, do hereby state:

1.      I am an Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts.  I am admitted to the U.S. District of Massachusetts and I appear on behalf of the Commonwealth of Massachusetts in this action.

2.      I submit this declaration in support of Plaintiff States' Motion for a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65.

3.      I make the following statements of my own knowledge or a review of files in my possession.

4.      I have attached to this declaration true and correct copies of publicly promulgated or issued documents and factual declarations, as follows:

5.      Attached as **Exhibit 83** is a true and accurate copy of the Declaration of Scott Marshall, Rhode Island Department of Environmental Management.

6.      Attached as **Exhibit 84** is a true and accurate copy of an email dated April 10, 2026, from USDA concerning the CAPS Survey.

1

7.      Attached as **Exhibit 85** is a true and accurate copy of an email dated April 10, 2026, from USDA concerning CAPS Infrastructure.

8.      Attached as **Exhibit 86** is a true and accurate copy of the Declaration of Brian Kuhn, Wisconsin Department of Agriculture, Trade and Consumer Protection.

9.      Attached as **Exhibit 87** is a true and accurate copy of an email dated April 14, 2026, from USDA concerning Wisconsin's FY26 Executed CAPS.

10.     Attached as **Exhibit 88** is a true and accurate copy of the Declaration of Karl Doyle, Wisconsin Department of Agriculture, Trade and Consumer Protection.

11.     Attached as **Exhibit 89** is a true and accurate copy of the Notice of Funding Opportunity for the Wood Products Infrastructure Assistance Program.

12.     Pursuant to the Standing Order Regarding Motion Practice, a table of contents of the attached exhibits follows:

| Exhibit Number | Title |
|---|---|
| 83 | Declaration of Scott Marshall, Rhode Island Department of Environmental Management |
| 84 | Email dated April 10, 2026, from USDA concerning the CAPS Survey |
| 85 | Email dated April 10, 2026, from USDA concerning CAPS Infrastructure |
| 86 | Declaration of Brian Kuhn, Wisconsin Department of Agriculture, Trade and Consumer Protection |
| 87 | Email dated April 14, 2026, from USDA concerning Wisconsin's FY26 Executed CAPS |
| 88 | Declaration of Karl Doyle, Wisconsin Department of Agriculture, Trade and Consumer Protection |
| 89 | Notice of Funding Opportunity for the Wood Products Infrastructure Assistance Program |

Signed under the penalties of perjury on this 20th day of April, 2026 in Boston, Massachusetts.

*/s/ Nita K. Klunder*
Nita K. Klunder

2

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Nita K. Klunder*
Nita K. Klunder