**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 83

## <u>DECLARATION OF SCOTT MARSHALL</u>

I, Scott Marshall, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

2.      I am the State Veterinarian and Deputy Chief of the Division of Agriculture at the Rhode Island Department of Environmental Management ("DEM"). As part of my role, I oversee the State's Cooperative Agricultural Pest Survey ("CAPS") and associated awards.

3.      The CAPS funding for Fiscal Year 2025 expired on December 31, 2025.[1]

4.      CAPS is a collaborative federal-state effort to raise public awareness about invasive pests by means of surveillance, detection, and monitoring.

5.      On March 5, 2026, DEM submitted its Work Plans for the Fiscal Year 2026 PD CAPS Survey and PD CAPS Infrastructure Cooperative Agreements to the Animal and Plant Health Inspection Service ("APHIS") of the U.S. Department of Agriculture ("USDA").

6.      These Cooperative Agreements, totaling $104,700 for Fiscal Year 2026, fund the entirety of DEM's CAPS program. They pay for the staff, equipment, and supplies necessary to complete the surveys and share the results. DEM relies on this funding to pay for one full-time employee and seasonal staff to set traps, collect data, and report results to our partners at USDA and across the country. DEM also relies on CAPS funding to publicize the impact of invasive species and engage the public in efforts to control or eradicate their populations. In order to pay for one full-time employee, one contractor, five seasonal staff and partial time for a state apiary

---

[1] The March 31, 2026, expiration date mentioned in paragraph 50 of DEM's prior declaration, ECF No. 44-64, was an error.  The correct expiration date for the CAPS funding for Fiscal Year 2025 was December 31, 2025.

Page **1** of **3**

inspector to carry out agricultural pest programs including CAPS, Plant Protection Act 7721 Survey, Spotted Lanternfly Response and National Honeybee Survey, additional USDA grants will need to be applied for after the spending plans are announced for 2026-2027 to fund these programs, which normally occurs annually by April for grants and cooperative agreements that begin as early as May 1.

7.      On April 2, 2026, DEM submitted the completed Cooperative Agreements for the Fiscal Year 2026 PD CAPS Survey and PD CAPS Infrastructure awards, accompanied by a reservation of rights referencing this litigation.  On April 10, 2026, APHIS replied that they would not accept any reservation of rights.  A true and accurate copy of this correspondence is attached to this declaration as **Exhibits 84 and 85**.

8.      The deadline for the CAPS Cooperative Agreements was April 3, 2026, but DEM has a pre-award agreement with USDA to allow DEM to cover costs up to 20% of the award under each agreement. DEM has until June 30, 2026, to complete the award process in order to be able to submit a claim for reimbursement for work that was done under the pre-award beginning January 1, 2026. APHIS has informed DEM that no extensions beyond the June 30, 2026, date will be permitted for the pre-award.

9.      DEM has already spent the 20% pre-award amount and will not receive further federal CAPS funding unless and until USDA accepts DEM's submitted Cooperative Agreements.

10.     USDA's refusal to accept DEM's reservation of rights means that DEM is facing the imminent loss of $104,700 in critical funding protecting the State's economy and natural resources from invasive species. DEM has no state funding budgeted for CAPS and any reduction in federal funding would result in an increase to DEM's general revenue budget, which

would impair DEM's ability to meet its fiscal budget targets set by the State's Office of Management and Budget and may jeopardize the ability for DEM to maintain its current staff levels for its program.

11.     If DEM is forced to discontinue its CAPS work, the spread of invasive species would continue unchecked throughout Rhode Island and into neighboring states, threatening the health, safety, and livelihoods of countless residents of Rhode Island and beyond. Even a temporary loss of funding would severely impact DEM's efforts to control and/or eradicate these pests.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 17th day of April 2026 in Providence, Rhode Island.

Scott Marshall
State Veterinarian &
Deputy Chief of the Division of Agriculture