**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 85

 Outlook

---

**APHIS Application APP-115368 (RI FY26 PD CAPS Infrastructure) Return**

---

**From** USDA External Portal Workflow System <WF-Batch@FMS.USDA.GOV>
**Date** Fri 4/10/2026 10:29 AM
**To** ananda.fraser@dem.ri.gov <ananda.fraser@dem.ri.gov>

---

| | |
|---|---|
| **This Message Is From an External Sender**<br>This message came from outside your organization. | Report Suspicious |

Your Application has been returned by the Animal and Plant Health Inspection Service. Changes are required prior to resubmitting your application. The required changes are indicated in the Comments section. Please contact your Federal Award Agency Contact, if you have questions regarding the necessary changes.

Below are some details pertinent to the Application:

- **Application ID**:  APP-115368
- **Funding Opportunity Title**:  RI FY26 PD CAPS Infrastructure
- **Funding Opportunity ID**:  USDA-APHIS-10031-PPQFO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
- **Agency Administrative Contact**: DIANNE GIBSON
- **Agency Administrative Contact**: TANIKKA JONES
- **Agency Administrative Contact**: JAMIE SHULTZ
- **Agency Administrative Contact**: CARRIE CROY OWEN
- **Agency Programmatic Contact**: ERICA WILLEY
- **Period of Performance Proposed Start Date**: 1/1/26
- **Period of Performance Proposed End Date**: 12/31/26
- **CFDA#**:  10.031
- **Comments**: It is the position of the Department that the General Terms and Conditions are in accordance with law, and we plan to defend that position in the litigation. As a result, we will not accept edits to the GTCs, including reservation of rights statements. Oregon, for example, has already filed the litigation, including a motion for a preliminary injunction where they challenge our ability to enforce the terms against them anyway (even if already agreed to). We recommend that you reject any such reservation of rights statement. We'll keep you apprised if our position changes during the course of litigation or if we become subject to any court injunction that necessitates a different approach. Please remove the attachment.

ezFedGrants [grants.fms.usda.gov]

This notification does not authorize your organization to incur any costs associated with this application/proposal. APHIS assumes no legal liability to your organization for any costs, via a payment request or otherwise, associated with this application/proposal until funds are made available, APHIS issues a Federal Award to your organization, and your organization signs and returns the relevant Federal Award documentation. If you have any questions, please contact an agency representative.

Thank you for applying.