**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 86

## DECLARATION OF BRIAN KUHN

I, Brian Kuhn, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

2.      I am the Bureau of Plant Industry Director at the Wisconsin Department of Agriculture, Trade and Consumer Protection (DATCP).

3.      On March 24, 2026, DATCP applied for the Fiscal Year 2026 Cooperative Agricultural Pest Survey (CAPS) Infrastructure and Survey funding opportunity. In Wisconsin, CAPS Infrastructure and Survey funds are used for conducting early detection surveys aimed at protecting agriculture and natural resources from high-risk exotic plant pests, diseases, mollusks, and weeds that could be introduced into the state. The funds also support program development and infrastructure by funding Wisconsin's State Survey Coordinator position, which plays an important role in protecting local and national food supplies and agricultural systems from damaging plant pests. DATCP performs this work to the benefit of Wisconsin and all states, and has undertaken these critical pest detection, monitoring, and management efforts for several decades.

4.      On April 8, 2026, DATCP submitted a signed FY26 CAPS Infrastructure and Survey Award Face Sheet (Notice of Award) to the Animal and Plant Health Inspection Services (APHIS), accompanied by a statement reserving DATCP's right to contest the award terms and conditions being challenged in this litigation. On April 9, 2026, APHIS provided DATCP with a signed and fully executed copy of the CAPS Infrastructure and Survey Notice of Award. On April 14, 2026, APHIS informed DATCP that they would not accept any reservation of rights and that

DATCP must either rescind the request to include the reservation of rights or APHIS would cancel the Notice of Award. APHIS did not specify a deadline for accepting the Notice of Award without the reservation of rights to prevent cancelation of the WI FY26 CAPS Infrastructure and Survey cooperative agreement. A true and accurate copy of this correspondence is attached to this declaration as **Exhibit 87**.

5.      On April 16, 2026, I was informed by DATCP attorneys that USDA may agree to delay the deadline for rescinding the reservation of rights or accepting the Notice of Award without a reservation of rights until May 7, 2026.

6.      USDA's refusal to accept DATCP's reservation of rights means that DATCP is facing the imminent loss of $103,989.00 in funding for conducting annual pest survey and detection field survey activities and statewide survey program coordination activities. DATCP has insufficient funds to hire seasonal staff and perform the planned survey activities defined in the FY26 CAPS Infrastructure and Survey cooperative agreement without this funding. If DATCP is forced to discontinue these planned pest survey activities, it eliminates adequate pest detection efforts for 2026 and increases the risk for introduction of a plant pest to go unnoticed in Wisconsin's agricultural crops.   Alfalfa, corn, soybeans and wheat crops are significant contributors to the state's economy, together generating $4.4 billion annually in revenue (USDA NASS, 2024).  In addition, if these survey activities are not conducted, pest absence data will not be documented. Moreover, if DATCP cannot certify crops to be free of damaging pests and diseases, it may significantly and negatively impact Wisconsin agricultural producer's ability to access export markets valued at hundreds of millions of dollars.  Even a temporary loss of funding would severely impact DATCP's efforts to detect and eradicate damaging plant pests and preserve agricultural export markets.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 17, 2026, in Madison, Wisconsin.


_____
Brian D. Kuhn
Director, Bureau of Plant Industry