**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 87

Exhibit 87

| | |
|---|---|
| **From:** | Croy-Owen, Carrie - MRP-APHIS <carrie.v.croy-owen@usda.gov> |
| **Sent:** | Tuesday, April 14, 2026 6:43 PM |
| **To:** | Kuhn, Brian D - DATCP |
| **Cc:** | Deegan, Christopher  - APHIS; Jones, Tanikka - MRP-APHIS |
| **Subject:** | FY26 Executed CAPS |

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

 Brian,

This is all we can say if a state tries to submit an application with the reservation of rights:

*It is the position of the Department that the General Terms and Conditions are in accordance with law, and we plan to defend that position in the litigation.  As a result, we will not accept edits to the GTCs, including reservation of rights statements*

So our options are you rescind the request to include the addendum or we have to cancel the agreement that has been executed. Please let us know.

Thanks

*Carrie V. Croy-Owen*
Supervisory Agreements Specialist
Plant Protection and Quarantine| Field Operations

**Also servicing PPQ BES, EDP, IPMS, ODA and PEIP**

USDA
   U.S. DEPARTMENT OF AGRICULTURE
APHIS|PPQ|FO
920 Main Campus Dr,  Ste. 200

Raleigh, NC, 27606
p: (919)-855-7334 | c: (919)-338-4305