# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 88

## DECLARATION OF KARL DOYLE

I, Karl Doyle, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

2.      I am the Trade Practices Section Manager at the Wisconsin Department of Agriculture, Trade and Consumer Protection (DATCP).

3.      On April 10, 2026, DATCP applied to conduct Country of Origin Labeling for Retail Review Activities.  In Wisconsin, Country of Origin Labeling for Retail Review Activities funds are used to conduct reviews of retail establishments that are subject to licensing under the United States Department of Agriculture's (USDA) Perishable Agricultural Commodities Act and must comply with Country of Origin Labeling requirements.

4.      I am aware that on April 10, 2026, DATCP submitted a signed cooperative agreement  for the Country of Origin Labeling for Retail Review Activities to USDA - Agricultural Marketing Service's Food Disclosure and Labeling Division , accompanied by a reservation of rights referencing this litigation.  I am further aware that on April 14, 2026, USDA replied to inform DATCP that they would not accept any reservation of rights.

5.      I have reviewed the April 14, 2026, correspondence from USDA and am aware that the deadline to sign the cooperative agreement without a reservation of rights for Country of Origin Labeling for Retail Review Activities is April 22, 2026.

6.      On April 17, 2026, I was informed that USDA agreed to delay the deadline to sign the cooperative agreement without a reservation of rights regarding USDA's General Terms and Conditions until May 7, 2026.

7.    USDA's refusal to accept DATCP's reservation of rights means that DATCP is facing the imminent loss of approximately $250,000 in funding, over the next five years, for Country of Origin Labeling retail reviews. DATCP conducts such reviews on behalf of USDA under federal regulatory authority. Without a cooperative agreement, the USDA is responsible for Country of Origin Labeling Reviews. If Country of Origin Labeling Reviews are not conducted by DATCP or USDA, the consequence will be reduced transparency for consumers to make informed purchasing decisions regarding food safety, quality, and origin; and increased health risks from inability to trace products during recalls. Even a temporary loss of funding would severely impact DATCP's efforts to review Country of Origin Labeling retail reviews.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 16, 2026 in Madison, Wisconsin.

Karl Doyle
Digitally signed by Karl Doyle
Date: 2026.04.17 10:55:42
-05'00'

Karl Doyle
Trade Practices Section Manager