# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

Case No. 1:26-cv-11396-MJJ

# EXHIBIT 89



USDA
Forest Service
U.S. DEPARTMENT OF AGRICULTURE

# NOTICE OF FUNDING OPPORTUNITY

# Instructions and Guidelines

## Wood Products Infrastructure Assistance Program

Fiscal Year 2026

Tentative Announcement: February 18, 2026

# I. BASIC INFORMATION

**Funding Opportunity Title:** Wood Products Infrastructure Assistance

**Announcement Type:** Initial Announcement

**Funding Opportunity Number:** USDA-FS-WPIA-2026

**Assistance Listing Number:** 10.725— Infrastructure and Investment Jobs Act Financial Assistance to Facilities that Purchase and Process Byproducts for Ecosystem Restoration

**Funding**:

- **Estimated Total Program Funding:** Up to $50 million from the Infrastructure Investment and Jobs Act (IIJA).

- **Expected Number of Awards:** Up to 25

- **Individual Award Funding:** $50,000 to $2,000,000. The Agency reserves the right to award an applicant less than the funding requested based on funding availability and project eligibility.

**Key Dates:**

- **Application Due Date:** April 22, 2026

- **Anticipated Award Date:** June 2026

**Agency Contact Information:**

USDA Forest Service Regional Wood Innovations Coordinators are available for questions. Their contact information is provided  at the following weblink: USDA Forest Service Regional Wood Innovations Coordinator Contacts. Applicants are **strongly encouraged** to consult with designated Coordinators to determine whether a project will be competitive, and to help develop proposals that conform to requirements and respond to grant program goals and objectives.

**Executive Summary:**

The Wood Products Infrastructure Assistance (WPIA) program provides financial assistance to eligible entities to establish, reopen, retrofit, expand, or improve a sawmill or other wood-processing facility that will utilize byproducts from forest ecosystem restoration projects on federal or Tribal lands. Byproducts may include trees, logs, and woody biomass harvested through timber sales, thinning, hazardous fuels reduction treatments, or other management activities occurring in areas of high or very high need of ecosystem restoration at risk of unnaturally severe wildfire or insect/disease infestation and invest in surrounding communities.

Past awarded projects include facility or equipment upgrades supporting increased wood products manufacturing capacity and efficiency, leading to increased utilization of ecosystem restoration byproducts from federal or Tribal lands. More information on past awarded projects can be found at https://www.fs.usda.gov/science-technology/energy-forest-products/wood-innovation/grants.

**Applicants must obtain a Grants.gov account and be registered with the System for Award Management (SAM) to apply to this funding announcement.**

## II. APPLICANT ELIGIBILITY

### A. Eligible Applicants

- For-profit entities
- State and local governments
- Indian Tribes
- Not-for-profit organizations
- Higher education institutions
- Special purpose districts (e.g. public utilities districts, fire districts, school districts, conservation districts and ports)

Note: Indian Tribe (or Federally recognized Indian Tribe) includes: Any Indian Tribe, Band, Nation, or other organized group or community, including any Alaska Native village or regional or village corporation as defined in or established pursuant to the Alaska Native Claims Settlement Act (43 U.S.C. Chapter 33), which is recognized as eligible for the special programs and services provided by the United States to Indians because of their status as Indians (25 U.S.C. 450b(e)). See annually published Bureau of Indian Affairs list of "Indian Entities Recognized and Eligible to Receive Services." This also includes California Rancherias.

### B. Available Funding

- The minimum financial assistance request is $50,000. Maximum financial assistance request is $2,000,000. The Agency reserves the right to award an applicant less than the funding requested. Funding is provided as a cost reimbursement.

### C. Cost Sharing/Matching/Leveraging:

- Cost sharing or matching funds are not required.

## III. PROGRAM DESCRIPTION

### A. Funding Purpose:

The purpose of the Wood Products Infrastructure Assistance funding program is to support facilities that purchase and process byproducts from ecosystem restoration projects in areas at risk of unnaturally severe wildfire or insect or disease infestation. These ecosystem restoration byproducts could include trees and woody biomass harvested through timber sales, thinning, hazardous fuels reduction treatments, or other restoration management activities. The intent is to substantially decrease the cost of conducting restoration projects involving vegetation removal on federal lands and Tribal lands while investing in surrounding community economies.

### B. Funding Priorities:

- The facility procures a substantial quantity (approximately 50%) of raw materials from Federal or Tribal lands.
- Federal or Tribal land sources of feedstock have been identified as at risk for fire, insect,

or disease and a high priority for ecological restoration.

- The project facility must be in close proximity to the Federal or Tribal lands from which byproducts are procured.
- The project demonstrates how facility investment outcomes will reduce the cost (increase revenue) of ecological restoration/land management projects on Federal or Tribal lands through market opportunities for restoration byproducts (timber and biomass).

This program supports agency priorities to reduce commodity loss to wildfire, increase timber production, retain American energy production, and expand rural economies in accordance with all laws and policies including:

- Executive Order (EO) 14223 "Addressing the Threat to National Security From Imports of Timber, Lumber, and Their Derivative Products"
- EO 14225 "Immediate Expansion of American Timber Production"
- EO 14154 "Unleashing American Energy"
- EO 14308 "Empowering Commonsense Wildfire Prevention And Response"
- Secretarial Memos 1078-006 and 1078-011
- Forest Service Active Forest Management Strategy

### C. Program Goals and Objectives:

- Support active forest management, improved forest health, and reduced wildfire risk on federal and Tribal lands
- Substantially decrease the cost of ecosystem restoration projects on federal and Tribal lands
- Strengthen forest products manufacturing and wood bioenergy production facilities

### D. Unallowable Costs:

- Construction or improvements of buildings (facilities), land improvements, or site preparation
- Leasing equipment
- Purchasing mobile equipment, unless the applicant is an Indian Tribe.
- Labor for day-to-day facility operation or production expenses
- Purchasing ecosystem restoration byproducts or raw material feedstock
- Funding federal involvement in the project activities.

### E. Program Citations:

The grants and agreements awarded under this announcement will support the Infrastructure Investment and Jobs Act (Pub. L. 117-58, Sec. 40804b3 and Div. J Title VI).

## IV. OTHER INFORMATION

### A. Eligible Use of Funding:

- Project funding may be used for personnel (salary and fringe benefits), travel, equipment (see below for more information), supplies, contractual costs, and appropriate other expenses associated with projects to establish, reopen, retrofit, expand, or improve a

4

sawmill or other wood-processing facility in close proximity to federal or Tribal lands that need ecosystem restoration and will generate byproducts from the restoration activities.

- **Equipment Costs***:* Stationary or permanently installed wood processing and manufacturing equipment are eligible for purchase with federal funds. Purchase of mobile equipment and attachments for mobile equipment (*e.g., forklifts, skidders, feller bunchers, self-propelled in-woods chipping units*) is not allowed except for Indian Tribes.

  - Applicants should be aware that the purchase of equipment greater than $10,000 (per unit) with federal funds creates a federal interest in the equipment until the fair market value of the proportionate federal share of the per-unit value falls below $10,000.
  - Purchase of equipment with cooperator funds does not create a federal interest. Applicants are encouraged to use non-federal funding to purchase equipment and use federal funds to cover other relevant project associated costs, which include but are not limited to the engineering, design, transportation, and installation of the equipment.
  - For equipment procured with federal funding, there is a preference for the purchase, acquisition, or use of goods, products, or materials produced in the United States pursuant to 2 CFR § 200.322.
  - The successful applicant will be required to complete additional paperwork before and after receiving Forest Service funds for the equipment purchase and is subject to the regulations at 2 CFR § 200.310, 2 CFR § 200.313, and 2 CFR § 200.316. The entirety of the 2 CFR § 200 regulations are available for viewing: eCFR :: 2 CFR Part 200 Subpart D - Property Standards.

- **Indirect Costs:** Applicants may request reimbursement for indirect costs using their established Negotiated Indirect Cost Rate Agreement (NICRA, if applicable) or the de minimis rate of 15% of Modified Total Direct Costs (MTDC) per 2 CFR § 200.414.

  - MTDC are calculated as defined in 2 CFR § 200.1 "Modified Total Direct Cost (MTDC)".
  - If applying using a NICRA, a copy of the NICRA is required to be provided as an Appendix.

## V. APPLICATION CONTENTS AND FORMAT

### A. Required Contents:

- Project Narrative consisting of the Application Form (FS-1500-0049 **AND** attached appendices **combined** into one PDF file

- Required Federal Forms:

  - SF-424: Application for Federal Assistance
  - SF-424A: Budget Information for Non-Construction Programs
  - SF-424B: Assurances for Non-Construction Programs
  - Project Narrative Attachment Form (*for submitting the above Project Narrative consisting of FS-1500-0049 and appendices*)

Applicants will access and submit the required application materials (Items above) in Grants.gov. See Section VI. Submission Requirements and Deadlines for more information and detailed instructions. Emailed, mailed or faxed proposals will not be accepted.

**B. Application Form (FS-1500-0049) Overview and Guidance:**

Below is an outline of the Wood Products Infrastructure Assistance application form (FS-1500-0049). Address each item under the Cooperator Contact Information on page 1 of the application form and under each subheading:

- **Project Questionnaire** *(See application form for explanatory information)*

- **Description of Project and Financial Plan**
  - Describe the intended project activities and financial need of the project facility. Described the planned project activities that will 1.) Utilize meaningful volumes of byproducts from ecosystem restoration activities on federal lands or Tribal lands and/or 2) Improve manufacturing efficiencies to ensure continued operations at the project facility.
  - In addition, describe how the financial assistance will play a role in creating long-term wood utilization that will support continued ecosystem restoration work on federal or Tribal lands. Identify the following:
    - What are the project's goals and objectives?
    - How will the financial assistance be used to increase wood utilization capacity or manufacturing efficiencies at the project facility?
    - What is the anticipated impact of the financial assistance on the ability of federal or Tribal land managers to reduce wildfire risk or insect and disease infestation?
    - Describe how the facility investments proposed in the project reduces the cost by increasing revenue of ecological restoration/land management projects (timber sales, stewardship contracts and agreements, and third-party contracts) on Federal or Tribal lands. Address how facility investments positively impact the utilization and value of restoration byproducts (timber and biomass). Where possible, include quantifiable numbers or documentation.
      - Increases utilization of low value logs, of species/product groups, biomass, mill residuals, etc.
      - Increases the volume and/or value for byproducts (timber and biomass) from ecological restoration projects on federal or Tribal lands.
      - Procures and uses timber subject to agreement or optional removal wood that would otherwise be left in the forest to directly reduce costs or provide revenue.
      - Increases efficiency of the facility, reduces costs, or increases product values, allowing the facility to bid more competitively on restoration projects.
      - Creates an increased procurement distance that opens up

additional sourcing from restoration projects, thereby opening up or improving markets for materials removed from the forest.

- Creates market opportunities for federal and Tribal ecological restoration projects where markets were not viable before the project.

  - Describe how the project will address Administration priorities including relevant Executive Orders (EOs), Secretarial Memos, and Agency guidance (see Section III.B for a complete list)

- **Budget Tables and Justification**

  - The Project Budget Table and Justifications are required in the application form. **No match is required.** The budget tables should support the Description of Financial Need and mirror data entered in the required financial form SF-424A (Budget Information for Non-Construction Programs).

- **Required Appendices**

  - Appendices must be attached to the Wood Products Infrastructure Assistance Application Form (FS-1500-0049) and combined into one PDF file.
  - Appendices should be well organized with an index so reviewers can readily find information of interest.
  - Letters of support specifying commitment of non-federal funding contributions (cash or in-kind) to the project.
  - List of all other funds (Federal, State, private) received for this project and closely related projects within the last 5 years (include agency, program name, and dollar amount).
  - Short resume or curriculum vitae for key team members.
  - If applicable, a copy of organization's approved NICRA is required if requesting indirect costs

- **Optional Appendices**

  - Copies of current contracts or supply agreements for byproducts (timber and biomass) procured from federal, Tribal, state, county, city, or private lands.
  - Woody Biomass Resource Supply Assessment (recommended for larger wood energy proposals).
  - Cost quotes from equipment manufacturers or firms for items or services directly related to this financial request for assistance.
  - Feedstock supply studies related to the project facility.
  - Letters of support for the project from land management agencies, Tribal governments, private landowners, timber suppliers, trade associations, or other project partners.

# VI. SUBMISSION REQUIREMENTS AND DEADLINES

## A. Accessing the Application Package and Materials

Application materials, including required forms and a copy of this Notice of Funding Opportunity, can be accessed at www.grants.gov. Click on the "Search Grants" tab and enter the Funding Opportunity number or Assistance Listing number below and click the search button.

- o Funding Opportunity Number: USDA-FS-WPIA-2026
- o Assistance Listing: 10.725

**B. System for Award Management (SAM.gov)**

- **Each applicant must register in SAM.gov before applying – An active SAM registration is required prior to starting the application process. This process can take some time so early registration is highly recommended.**
- The System for Award Management (SAM.gov) is a government-wide registry for organizations doing business with the Federal government. There is no fee for registering with SAM.gov.
- Applicants must maintain an active SAM.gov registration with current information at all times during the application period and while the Federal award is active.
- The entity name and business address registered in SAM **must** exactly match the applicant's name and address provided on the Wood Products Infrastructure Assistance application and the SF-424 form.
- Helpful resources:
  - o SAM.gov new registration: https://sam.gov/entity-registration
  - o SAM.gov self-help: https://sam.gov/help
  - o SAM entity registration video: https://www.youtube.com/watch?v=ZJju__0bNCY&t=63s
  - o For further assistance with SAM registration, contact an APEX Accelerator organization near you: https://www.apexaccelerators.us

**C. Submission Instructions**

- Applicants must apply for this funding opportunity at www.grants.gov. **No emailed, mailed, or faxed applications will be accepted.**
- An online Grants.gov account is required to view, create and submit a grant application package. The point of contact for an application will need to create an account using the same email address as used in the SAM.gov registration.
- An applicant's Unique Entity Identifier (UEI) obtained during the SAM registration must be added to their Grants.gov profile
- Apply by using the Workspace function in Grants.gov. Workspace is the standard way for organizations or individuals to apply for federal grants in Grants.gov. Workspace allows a grant team to simultaneously access and edit different forms within an application.
- **Note that the Wood Products Infrastructure Assistance application form (FS-1500-0049) combined with appendices must be uploaded as an attachment under the "Project Narrative Attachment Form" in the Grants.gov Workspace.**
- Helpful resources:
  - o Grants.gov Frequently Asked Questions (FAQs): https://www.grants.gov/applicants/applicant-faqs

o For assistance related to Grants.gov registration and accessing the forms, contact the Grants.gov helpdesk at 1-800-518-4726 or support@grants.gov.

## D. Submission Dates and Times

- Applications must be submitted through Grants.gov by **11:59PM Eastern Standard Time (EST), Wednesday, April 22, 2026** with NO EXCEPTIONS.

## E. Intergovernmental Review

- This funding opportunity is not subject to Executive Order 12372, "Intergovernmental Review of Federal Programs."

# VII. APPLICATION REVIEW

## A. Responsiveness Review

- Incomplete submissions will disqualify an application from the review process. Late or emailed, faxed, or mailed proposals will not be accepted.

## B. Evaluation Criteria:

Awarded projects must meet the following requirements to be selected:

- Utilize a significant amount of ecosystem restoration byproducts from federal or Tribal lands
- Source byproducts from federal or Tribal lands in need of ecosystem restoration
- Demonstrate how the byproducts sourcing area meets the criteria of high to very high need of ecosystem restoration
- Support facilities which manufacture or utilize wood products
- Demonstrate how the project reduces the cost of ecological restoration/land management projects on Federal or Tribal lands.

Each proposal will be evaluated based on its ability to meet the following criteria. Each proposal can earn a maximum of 85 total points.

- ***Impact that the financial assistance will have on pace and scale of ecosystem restoration projects on federal or Tribal lands by reducing the risk of unnaturally severe wildfire or insect and disease infestation. (45 points total)***

  o Significant increase in the volumes of byproducts that will be removed/utilized and/or acres that will be restored because of the federal financial assistance. (10 points)
  o Project facility procures a significant percentage of their feedstock from ecosystem restoration projects on federal or Tribal lands. (10 points)
  o Project contributes substantially to the development of market-based solutions to increase the pace and scale of ecological restoration. (10 points)
  o Project reduces the cost of ecological restoration/land management projects on Federal or Tribal lands. (10 points)
  o Project facility is within close proximity to the planned federal or Tribal lands. (5 points)

- *Technical and financial readiness and capacity of project facility to meet the goals of the grant program. (35 total points)*
  - Planned forest restoration byproduct utilization strategy and project plan is aligned with area federal or Tribal forest restoration needs. (10 points)
  - Plan clearly identifies the actions that will be implemented for the processing facility to increase the utilization of forest restoration byproducts. (10 points)
  - Project will have significant and near-term impacts on the utilization of byproducts from federal or Tribal lands. (10 points)
  - Proposed project financial plan is complete and demonstrates how the requested funding will move the project towards achieving the program goals. (5 points)

- *History of the applicant in processing wood products from federal or Tribal lands as either a primary contract holder, subcontractor (holds supply agreements), or customer (sources). (5 points)*

C. **Review and Selection Process**

- Proposals will initially be evaluated based on whether they meet the program intent and the program requirements as identified in the "Review Criteria" section of this Notice of Funding Opportunity. Proposals which do not meet program requirements will not be included in the national review process.

- The national review process includes:

  1. Review and prioritization by Forest Service regional leadership
  2. Evaluation scoring by the national technical review panel based on the evaluation criteria described in this Notice of Funding Opportunity
  3. Review and prioritization by national Forest Service and program leadership

- Responses and feedback from the national review process will be considered when selecting projects for award.
- In addition, the Forest Service may consider performance and status of previous or ongoing Wood Innovations grants and other Federal grants and awards in making awards under this program and authority.
- The Agency also reserves the right to consider proposals for other Wood Innovations funding programs after the application deadline.

D. **Risk Review**

- Prior to making a Federal award, the Federal agency is required to review eligibility information for applicants and financial integrity information for applicants available in OMB-designated databases per the Payment Integrity Information Act of 2019 (Pub. L. 116-117), the "Do Not Pay Initiative" (31 U.S.C. 3354), and 41 U.S.C. 2313.
- Before making a Federal award with a total amount of Federal share greater than the simplified acquisition threshold ($250,000), the Federal agency must review and consider any information about the applicant that is in the responsibility/qualification records available in SAM.gov (see 41 U.S.C. 2313).
- Applicants can review and comment on any information in the responsibility and qualification records available in SAM.gov. Before making decisions in the risk review

10

required by § 200.206 the Federal agency will consider any comments by the applicant, along with information available in the responsibility/qualification records in SAM.gov.

- The Forest Service will also consider the following items when evaluating project risk:
    - Financial stability. The applicant's record of effectively managing financial risks, assets, and resources.
    - Management systems and standards. Quality of management systems and ability to meet the management standards prescribed in this part.
    - History of performance. The applicant's record of managing previous and current Federal awards, including compliance with reporting requirements and conformance to the terms and conditions of Federal awards, if applicable.
    - Audit reports and findings. Reports and findings from audits performed under subpart F or the reports and findings of any other available audits, if applicable.
    - Ability to effectively implement requirements. The applicant's ability to effectively implement statutory, regulatory, or other requirements imposed on recipients of Federal awards.

## VIII. AWARD NOTICES

**Award of Funding Notice:** Award announcements expected in June 2026. All applicants will be notified via email about the success of their application. Successful applicants will receive notification from the Forest Service.

- The notification of award is not an authorization to begin project performance. The completed Federal award documentation is the authorizing document.
- If pre-award costs are allowed, approval will be provided by Forest Service program staff, but beginning performance is done at the applicant's own risk.
- Project costs and expenses incurred prior to the award announcement date will not be reimbursable with Forest Service funds and are not eligible for consideration as match.
- Awarded applicants must have an active SAM.gov registration before announcement and finalizing award agreements.
- Recipients and subrecipients of USDA Federal financial assistance must comply with the USDA's General Terms and Conditions for Federal Awards. Applicants are strongly encouraged to review these terms and conditions. Additional agency and/or program conditions may also be included in awards.

## IX. POST-AWARD REQUIREMENTS AND ADMINISTRATION

### A. Progress and Financial Reports

- Quarterly interim financial reports (Form SF-425) and progress reports are required for awarded projects. Submission instructions and templates for submitting these reports will be provided as part of the execution of the grant agreement.
- In addition to project accomplishments, progress reports must include the following quantified information as it occurs, if as applicable. For any information that is not available/applicable, progress reports should note why such information is not available/applicable.
    - Increase in production or processing capacity, product recovery, product value

11

added, increase in timber utilization, and/or other production improvements.
  - o Impact to markets for wood raw materials.
  - o Increase in utilization and adoption of wood products.
  - o Increase in energy production and/or energy cost savings.
  - o Jobs retained or created.
  - o List and patents resulting from projects, if applicable
- Additional reporting requirements are included in 2 CFR § 180.335, § 180.350, and Appendix XII.

# X. OTHER INFORMATION

## A. Confidentiality:

Materials submitted to the Forest Service, such as funded grant applications and progress reports, are subject to the Freedom of Information Act (FOIA). Upon request, the Forest Service may be obligated to disclose such records. However, documents or portions of documents will be protected if they satisfy the requirements of one or more FOIA exemptions.

- FOIA Exemption 4 protects commercial and financial information that constitutes a trade secret, or whose release would cause competitive harm to the organization that provided the information.
- FOIA Exemption 6 protects information whose release "would reasonably be expected to constitute an unwarranted invasion of personal privacy."

In the event that the Forest Service receives a FOIA request seeking information provided by your organization, Executive Order 12600 requires the Forest Service to consult with you regarding the potential release of this information. When assembling your application, you may wish to highlight any information that constitutes a trade secret, whose release would cause you competitive harm, or whose release would impact personal privacy. For more information about the FOIA and its exemptions, please consult the Department of Justice Guide to the Freedom of Information Act.

## B. Contacts for Assistance:

- **SAM.gov entity registration:**
  - o SAM Help Desk https://sam.gov/help
  - o SAM assistance for Federal applicants (APEX Accelerators): https://www.apexaccelerators.us/#/service-area-locator

- **Grants.gov registration and functions:**
  - o All questions regarding Grants.gov technical assistance must be directed to Applicant Support. Applicants may also call the 24/7 toll-free support number 1-800-518-4726 or email support@grants.gov.

- **For questions related to the Application content development process and Wood Innovations Grant program goals:**
  - o Wood Innovations Coordinators by state: https://www.fs.usda.gov/science-

technology/energy-forest-products/wood-innovation-contacts

- o Wood Innovations Program website: https://www.fs.usda.gov/science-technology/energy-forest-products/wood-innovation.

- o Past Wood Innovations Grant awarded projects: https://www.fs.usda.gov/science-technology/energy-forest-products/wood-innovation/grants

- **Program email:** sm.fs.wood.innovations@usda.gov