# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

Defendants.

CIVIL ACTION
NO. 1:26-cv-11396-MJJ

## DECLARATION OF NITA K. KLUNDER

Pursuant to 28 U.S.C. § 1746, I, Nita K. Klunder, do hereby state:

1.      I am an Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts.  I am admitted to the U.S. District of Massachusetts and I appear on behalf of the Commonwealth of Massachusetts in this action.

2.      I submit this declaration in support of Plaintiff States' Motion for a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65.

3.      I make the following statements of my own knowledge or a review of files in my possession.

4.      Since filing Plaintiffs' Motion for Preliminary Injunction on March 30, 2026, Defendant USDA has continued to impose the Challenged Conditions on new funding streams.

5.      Defendants initially agreed to extend the deadline to accept or reject any final awards containing the Challenged Conditions to May 7, 2026. When asked to extend that deadline beyond the date for the preliminary injunction hearing to allow the Court time to rule, they refused.

1

6.      Accordingly, agencies in Plaintiff States continue to be impacted by the imposition of the Challenged Conditions.

7.      I have attached to this declaration true and correct copies of publicly promulgated or issued documents and factual declarations, as follows:

8.      Attached as **Exhibit 90** is a true and accurate copy of the Declaration of Denise Barton, University of Massachusetts.

9.      Attached as **Exhibit 91** is a true and accurate copy of the Declaration of Nancy McBrady, Maine Department of Agriculture, Conservation and Forestry.

10.     Attached as **Exhibit 92** is a true and accurate copy of the Declaration of Kirk Dombrowski, University of Vermont.

11.     Attached as **Exhibit 93** is a true and accurate copy of the Declaration of Brian Kuhn, Wisconsin Department of Agriculture, Trade and Consumer Protection.

12.     Attached as **Exhibit 94** is a true and accurate copy of the Declaration of Mark Abrahamson, Minnesota Department of Agriculture.

13.     Attached as **Exhibit 95** is a true and accurate copy of the Declaration of Cassandra Moseley, Colorado State University.

14.     Pursuant to the Standing Order Regarding Motion Practice, a table of contents of the attached exhibits follows:

| Exhibit Number | Title |
|---|---|
| 90 | Declaration of Scott Marshall, Rhode Island Department of Environmental Management |
| 91 | Email dated April 10, 2026, from USDA concerning the CAPS Survey |
| 92 | Email dated April 10, 2026, from USDA concerning CAPS Infrastructure |
| 93 | Declaration of Brian Kuhn, Wisconsin Department of Agriculture, Trade and Consumer Protection |
| 94 | Declaration of Mark Abrahamson, Minnesota Department of Agriculture |
| 95 | Declaration of Cassandra Moseley, Colorado State University |

Signed under the penalties of perjury on this 21st day of May, 2026 in Boston, Massachusetts.


/s/ Nita K. Klunder
Nita K. Klunder


**CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).


/s/ Nita K. Klunder
Nita K. Klunder