**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 92

## DECLARATION OF KIRK DOMBROWSKI

I, Kirk Dombrowski, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as a witness, I could testify competently to the matters set forth below.

2.      I am the Vice President of Research and Economic Development at the University of Vermont and State Agricultural College ("University of Vermont" and "UVM"). My role involves the oversight and administration of all federal funding related to sponsored activity at the University of Vermont. This includes the setup and closeout of projects supported by federal funds, as well as the supervision of grant spending, compliance with federal spending requirements, ensuring grant terms and conditions are applied, and providing consent to those terms on behalf of the University of Vermont.

3.      The University of Vermont receives funding from USDA through both competitive grant applications and via National Institute for Agriculture (NIFA) Capacity Grants, as Vermont's federally designated Land Grant institution. In total, accounting for all UVM programs and campuses/locations, USDA has obligated the following award totals to the University of Vermont in recent fiscal years:

|  | FY23 | FY24 | FY25 |
|---|---|---|---|
| USDA "Capacity Grants" |  |  |  |
| Hatch Act | $ 1,505,271 | $ 1,498,898 | $1,490,871 |
| Hatch Multistate | $477,764 | $481,704 | $481,618 |
| McIntire Stennis Forestry Act | $510,990 | $510,623 | $530,700 |
| Smith -Lever Act | $ 2,056,756 | $2,052,225 | $2,047,694 |
| Smith Lever – Special Needs | $11,347 | $11,347 | $11,347 |

| | | | |
|---|---|---|---|
| Animal Health and Disease Research | $12,879 | $13,422 | $13,568 |
| Expanded Food Nutrition Program (EFNEP) | $322,302 | $322,302 | $322,307 |
| Renewable Resources Extension Act (RREA) | $46,449 | $46,368 | $46,368 |
| **Total Awarded from Federal Capacity Grants Listed Above** | *$4,943,758* | *$4,933,889* | *$4,944,473* |
| **Total Contributed From Other USDA Awards** | *$53,458,975* | *$33,642,092* | *$21,148,903* |

The programs funded by these grants involve research, education, and knowledge transfer to Vermont communities. Given the size of these programs and the fact that UVM is the state's only agricultural research university, the projects associated with USDA grants are vital to Vermont in areas such as: educating the food scientists of the future; helping farmers and foresters in Vermont develop better tools and harvesting practices; supporting horticultural and agricultural faculty and staff and their research at UVM and across its extension offices on specific challenges facing Vermont farmers; improving the efficiency and effectiveness of Vermont food systems; and addressing nutrition disparities across the state.

4.      This Declaration focuses on the significant negative impact; both immediate and longer term, caused by USDA's new 2025 conditions ("2025 Conditions") on UVM's new awards, existing awards, and its Capacity Grants.

**New USDA Awards**

5.      As of May 18, 2026, the University of Vermont has received a notice of award for two new USDA grants impacted by the inclusion of the 2025 Conditions: (1) "A Multi-Pronged Approach to Fostering Agroforestry Transitions Among Farmers in the Northeast" (Dr. Michelle

Nikfarjam, PI) and (2) "Role of Histone Modifications in Insecticide Resistance and Response of Insect Pests" (Dr. Blair Christenson, PI). These awards contain previously unseen conditions whose lack of clarity means that they are potentially related to activities across the university and beyond the activities funded by these awards. It is unclear how the federal government would interpret these 2025 Conditions or their applicability to UVM's operations.

6.      We fully expect other new awards for both research and education to continue to be issued to UVM. The ongoing uncertainty as to how USDA intends to construe the 2025 Conditions challenged in this litigation hinders UVM's ability to accept these awards.

7.      Unless the University of Vermont certifies compliance with USDA's 2025 Conditions, USDA has indicated it will not reimburse costs incurred by the projects supported by these and future new awards where such 2025 Conditions continue to appear. This will result in immediate harm to UVM's ability to advance critical research and educational activities. Ongoing disruption in the implementation of new USDA funding would have severe and far-reaching consequences not only for the University of Vermont, but also for the state of Vermont. The loss of funding would terminate research support for faculty and eliminate assistantships for graduate and undergraduate students.

**Existing Awards**

8.      The University of Vermont has many existing competitive awards issued by USDA. These awards were made prior to the announcement of the 2025 Conditions challenged in this litigation, but the USDA has recently asserted that for any significant changes to existing awards, such as a request for a no-cost extension, UVM must accept the  2025 Conditions, significantly altering the terms and conditions under which these awards were originally granted.

3

9.      By way of example, UVM was awarded the following grants over the past few years: (1) "Training and High-Impact Research Internships through Vermont Extension" (Dr. Emily Hoyler, PI), and (2) "Enhancing the Viability of Grass-Fed Dairy Production in the U.S. through Comprehensive Research and Extension", led by Dr. Heather Darby.  Dr. Hoyer and Dr. Darby recently sought No Cost Extensions for their awards, but as a condition of such extensions, UVM was notified that the university is required to agree to the  2025 Conditions before spending on these extensions can begin. Given our ongoing uncertainty as to how USDA intends to construe the 2025 Conditions challenged in this litigation, we have stopped drawing down funds on these awards.

10.      UVM was recently notified that it must accept the 2025 Conditions by May 29, 2026, in order to receive an award with a total value of $5,619,875 to support UVM's Food System Research Institute (Dr. Polly Ericksen, PI).  UVM's Food System Research Institute uses interdisciplinary approaches to solve complex food system issues in the context of global environmental change and works across disciplines to link science with development policy and resource mobilization. UVM has a pending request for an extension of time to accept the renewal, but it is unclear whether an extension will be granted.

11.      Unless the University of Vermont certifies compliance with the 2025 Conditions, UVM will not be able to draw federal reimbursement funding to support the work of these existing awards, each of which support important and critical research areas. A disruption in USDA funding to existing and ongoing projects will have severe and far-reaching consequences not only for the University of Vermont but also for the state of Vermont, where these projects are currently taking place. Without recourse to federal reimbursement, UVM will be forced to stop vital agricultural research projects and lay off  staff who support the terminated projects . The

4

loss of funding would effectively terminate needed and impactful research support for faculty, eliminate assistantships for graduate and undergraduate students, and significantly diminish research capacity and experiential learning.

**Capacity Grants**

12.    Over many years, the University of Vermont has received the following National Institute for Food and Agriculture (NIFA) Capacity Grants from USDA: Hatch Act, Hatch Multistate, McIntire Stennis Forestry Act, Smith -Lever Act, Anima l Health and Disease Research, Expanded Food Nutrition Program (EFNEP) and Renewable Resources Extension Act (RREA). NIFA Capacity Grants provide annual funding that enables universities to assist their state jurisdictions via vital agricultural research and education outreach programs that promote "the health and welfare of our peoples and to promote a sound and prosperous agriculture and rural life," 7 U.S.C. § 361b; "to develop[] and utiliz[e] the resources of the Nation's forest and related rangelands," 16 U.S.C. § 582a; to allow the dissemination of "important and practical information related to agriculture" 7 U.S.C. § 341; to promote the health, welfare, and productivity of farm animals, 7 U.S.C. § 3191. These grants have funded agricultural research and extension activities in Vermont over many decades, some for more than a century and a half.

13.    Because Capacity Grants are formula-based support mechanisms and not competitive grants, the University of Vermont is entitled to a specific allocation in each fiscal year that Congress appropriates funding to these national programs. The 2025 Conditions will eventually impact all of the congressionally-appropriated Capacity Grants,  thus establishing a roadblock to acceptance and use of this congressionally-appropriated funding.

14.    For example, on March 18, 2026, the University of Vermont received a modification from USDA/NIFA indicating that the 2025 Conditions would now apply to the

5

Capacity Grant entitled "The Hatch Act of 1887 Multistate Research Fund" (Dr. Eric von Wettberg, PI), and that the drawdown of funds allocated for the support of this Capacity Grant would be considered acceptance of these 2025 Conditions. This grant supports research across a range of faculty projects appropriate to agriculture in Vermont and provides salary support for ten (10) UVM faculty members, one (1) staff member, and ten (10) UVM students.

15.    As another example, on March 4, 2026, the University of Vermont received a modification from USDA/NIFA indicating that the 2025 Conditions would now apply to the Capacity Grant entitled: "Joint Cooperative Extension Programs at 1862 Land-Grant Institutions and University of the District of Columbia Public Postsecondary Education Reorganization Act Program" led by Dr. Chris Callahan, PI.

16.    In both of these cases, the lack of clarity around the 2025 Conditions for acceptance of the award hinders UVM's ability to  meaningfully consent to these terms. As such, we have not accepted the award, resulting in delayed work, uncompensated staff time, and hindrance of our ability to meet our land grant obligations to the State of Vermont.

17.    Unless the University of Vermont certifies compliance with the 2025 Conditions across these Capacity Grant programs, USDA will not fund these Capacity Grants (and eventually all of the other UVM Capacity Grants) that support these and other critical and long-standing programs. The University of Vermont is already experiencing substantial negative impacts on research and Extension programming, and this impact will grow as each of the Capacity Grants reaches its annual renewal date. A disruption in USDA NIFA Capacity Grant funding has severe and far-reaching consequences not only for the University of Vermont, but for the state of Vermont as a whole. The lost in funding will  terminate research support for many faculty and eliminate assistantships for graduate and undergraduate students, significantly

6

diminishing research capacity and experiential learning. It will also curtail important agricultural experiment station assistance to Vermont farmers, including work in areas like pest control, pollution and runoff containment, crop yield and cover crop science, soil health, food market technical assistance, and a range of workforce development programs.

18.    In particular, the loss of Extension funding through the Capacity Grants would substantially impair services to communities statewide. Farmers would lose access to critical research that informs safe, efficient, and sustainable production practices.

19.    Similarly, the termination of nutrition education programming that is supported through Capacity Grants would, at minimum, substantially reduce the impact, if not force the closure, of the Extension Nutrition Education Program, diminishing nutrition and household support for low-income individuals and families.

20.    Similarly, Capacity Grants fund well known, nationally significant farm workforce and community development programs, such as the 4-H school-based programs. Absent Capacity Grant funding, these and similar rural community programming would also be eliminated and agricultural capacity in Vermont would be significantly diminished.

21.    A detailed list of all UVM awards that are currently impacted by the 2025 Conditions is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 18, 2026, in the City of Burlington, in the State of Vermont.

Kirk Dombrowski
Vice President for Research and Economic Development
University of Vermont and State Agricultural College

7

# EXHIBIT A

| USDA Award Number | Type | PI | Full Title | Total Budget |
|---|---|---|---|---|
| NI26AHDRXXXXG061 | Capacity | Eric von Wettberg | Animal Health and Disease Research Program (AHDR) | 5,234 |
| NI26MSCFRXXXXG054 | Capacity | Polly Erickson | McIntire-Stennis Cooperative Forestry Research Program | 275,447 |
| 20216801443751 | PI Change | Eric von Wettberg | Sustainable precision dairy farming: Bridging animal welfare and stakeholder concerns about the use of precision dairy technologies | 634,651 |
| 59-0206-2-104 | NCE | Heather Darby | Management of Fusarium Head Blight (FHB) and DON in New England | 116,575 |
| 20235130040985 | Amendment | Heather Darby | Enhancing the Viability of Grass-Fed Dairy Production in the U.S. through Comprehensive Research and Extension | 2,397,596 |
| 20247000642851 | Amendment | Heather Darby | Developing an ecosystem level Grazed Pasture IPM assessment tool | 313,917 |
| 5830122002 | NCE | Joshua Faulkner | Lake Champlain Legacy Phosphorous Assessment - Phases 1 and 2 | 180,000 |
| 2026-67011-46229 | Initial | Blair Christensen | Role of Histone Modifications in Insecticide Resistance and Response of Insect Pests | 120,000 |
| 2021-67037-34637 | NCE | Emily Hoyler | Training and High-Impact Research Internships through Vermont Extension | 500,000 |
| 2026-67011-46309 | Initial | Michelle Nikfarjam | A Multi-Pronged Approach to Fostering Agroforestry Transitions Among Farmers in the Northeast | 120,000 |
| NI26HMFPXXXXG012 | Capacity | Eric von Wettberg | The Hatch Act of 1887 Multistate Research Fund | 477,315 |
| NI26SLBCXXXXG012 | Capacity | Christopher Callahan | Joint Cooperative Extension Programs at 1862 Land-Grant Institutions and University of the District of Columbia Public Postsecondary Education Reorganization Act Program | 2,043,163 |
| NI26HFPXXXXG037 | Capacity | Eric von Wettberg | The Hatch Act of 1887 - Regular Research Fund | 1,486,977 |
| NI26RREAFXXXG042 | Capacity | Mark Isselhardt | Renewable Resources Extension Act Program | 46,368 |

8

| NI26EFNEPXXXG024 | Capacity | Maire Folan | Expanded Food and Nutrition Education Program (EFNEP) | 322,307 |
|---|---|---|---|---|
| NI26SLSNXXXXG005 | Capacity | Christopher Callahan | Cooperative Extension Programs at 1862 Land-Grant Institutions (Smith-Lever Special Needs) | 11,347 |
| 59-8090-5-001 | Continuation | Polly Erickson | Improving the Performance of Food Systems in the Northeastern United States | 5,619,875 |
| | | | | **14,670,772** |

9