**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 94

## DECLARATION OF MARK ABRAHAMSON

I, Mark Abrahamson, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a resident of the State of Minnesota. I am over the age of 18. I have personal knowledge of the matters set forth below.  If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the Minnesota Department of Agriculture ("MDA") as Division Director for Plant Protection and the State Plant Regulatory Official. I have served as Plant Protection Division Director for approximately eight years.  In that role, I oversee budgets and work activities of the Plant Protection Division, which includes the spongy moth program.

3.      On May 14, 2026, MDA received a notice of award letter from the Slow the Spread (STS) Foundation confirming that MDA is to receive $698,960 in federal funds from USDA Forest Service as a sub-award from the STS Foundation. A copy of the award letter is attached as Exhibit A, pp. 1-5.

4.      The award letter states that, pursuant to USDA's Secretarial Memorandum 1078-021, the USDA General Terms & Conditions for Federal Awards dated December 31, 2025, are incorporated into the award by reference and apply to MDA as a sub-awardee.

5.      MDA must accept the award and affirmatively agree to the USDA General Terms & Conditions within 30 days, or June 14, 2026.

6.      On May 18, 2026, the MDA signed the Award/Approval/Obligation/Acceptance letter but included a reservation-of-rights document. Exhibit A, pp. 5-6.

7.      On May 18, 2026, the STS Foundation responded to the MDA's inclusion of the reservation-of-rights document by stating that it could not accept the signed Notice of Award

1

with the attachment included. The STS Foundation further stated that, if the MDA returned the Notice of Award within 30 days without the attachment the STS Foundation can proceed with the subaward.

8.    I understand that Minnesota asserts that the Challenged Conditions included in the USDA General Terms & Conditions are illegal and present myriad legal issue as described in the litigation. Accordingly, MDA will not accept the Challenged Conditions at this time without preserving its reservation of rights.

9.    If the Challenged Conditions are not enjoined by June 14, 2026, and MDA cannot accept the award, MDA will lose the $698,960 in STS funding.  These funds are primarily used to fund 21.55 seasonal survey staff positions and associated vehicle, equipment, supply and travel expenses necessary to deploy approximately 11,087 insect traps throughout Minnesota. The funds also support approximately 1.5 full-time-equivalent permanent positions responsible for aerial application work, statewide survey coordination, and program oversight.

10.    Because this survey work is tied to the spongy moth lifecycle, survey activities must begin on or before June 1, 2026. To address this immediate operational need, MDA is currently using state funds to temporarily cover the loss of STS funding.

11.    If the federal STS funds are not received soon after June 1, 2026, survey work will have to cease and the approximately 21.55 seasonal staff positions funded through the program will be terminated. In addition, the interruption of survey activities would prevent effective treatment planning the following year and would increase the likelihood of deforestation that otherwise could have been prevented through timely survey and treatment efforts.

2

12.     Without the federal STS funding, MDA cannot fully carry out planned spongy moth survey activities as part of the National STS Program for the period January 1, 2026, through May 31, 2027. MDA lacks sufficient funds to hire seasonal staff and complete the survey activities as described in the award documents without federal funding. If MDA is forced to discontinue the planned survey activities, adequate pest detection efforts for 2026 will not occur. In particular, if spongy moth traps are not deployed or if the July 1 trap deployment deadline is missed, MDA will lack the data necessary to develop 2027 aerial treatment plans.  As a result, the loss of a single survey season is likely to result in preventable deforestation. Even a temporary interruption during the 2026 survey season would create data gaps that cannot later be recreated or remedied through subsequent funding.

13.     The loss of the federal STS funding may cause harm to Minnesota's forest products industry. Minnesota's forest products industry is a significant contributor to the state's economy, generating $25.6 billion annually in economic contributions. The loss of survey and treatment activities may significantly and negatively impact Minnesota timber producers' ability to access commodity export markets valued at $76 million annually. Even a temporary interruption in funding would significantly impair Minnesota's ongoing efforts to control the spread of spongy moth and protect agricultural and forest-products export markets.

14.     The impacts of interrupted survey activities would extend beyond Minnesota. Neighboring states rely in part on Minnesota survey data to support their own 2027 treatment planning and response efforts. Participation in the Nationa STS Program also provides benefits beyond forestry, including reducing adverse impacts on human health, tourism, recreation, and community well-being by keeping spongy moth populations below outbreak levels.

3

15.     Minnesota's survey activities are an integral component of the national U.S. Forest Service STS Program, which is the nation's largest and most successful integrated pest barrier-zone management program for spongy moth containment. The effectiveness of the STS Program depends upon coordinated, uninterrupted participation and annual survey activities across all ten partner states comprising the interstate barrier zone. Without continued federal funding, Minnesota will be unable to fully conduct required survey and detection activities, thereby jeopardizing not only Minnesota's program operations but also the effectiveness and integrity of the national STS containment strategy

16.     The STS Program functions as an interconnected, science-based management system. The absence or interruption of survey and detection activities in even one or two participating states creates substantial gaps in the barrier zone, undermines long-term suppression and containment efforts, and significantly increases the risk of spongy moth spread into currently uninfested areas. The STS Program currently protects approximately two-thirds of the United States from established spongy moth populations. A lapse in coordinated survey operations within the barrier zone would impair the program's ability to detect and respond to advancing infestations and would result in long-term ecological, economic, and forest-health impacts extending far beyond Minnesota.

17.     Because the STS Program is designed and funded as a long-term interstate management strategy, uninterrupted federal support and full participation by partner states are essential to maintaining the effectiveness, reliability, and credibility of the nation's spongy moth containment efforts.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 19, 2026, in Saint Paul, Minnesota.

_Mark Abrahamson_

Mark Abrahamson

# EXHIBIT A



125 Colonade Court<br>
Benson, NC 27504<br>
919-625-2684<br>
www.slowthespread.org

May 14, 2026

Ms. Andea Vaubel, Depty Commissionner
Minnesota Department of Agriculture
625 Rober Street, North
St. Paul MN 55155-2538

Dear Ms. Vaubel:

**Subject: Subaward for Minnesota STS Program Activities**
**USDA Forest Service Award No. 26-DG-11083150-103**

The Slow the Spread Foundation, Inc.("the Foundation"), is pleased to inform you that the State of Minnesota's request for funding to conduct trapping and treatment activities under the national Slow the Spread (STS) Program has been approved. This reimbursement-based subaward is issued under the Foundation's federal grant with the USDA Forest Service. All expenditures must follow 2 CFR 200 subpart E and occur within the Subaward Period of Performance (POP).

It is mutually understood and agreed by and between the parties that:

**U.S. Department Of Agriculture General Terms and Conditions.** In accordance with Secretarial Memorandum 1078-021, the USDA General Terms & Conditions, Federal Awards dated December 31, 2025, and its implementing regulations, 2CFR 400, apply to the Cooperator and any sub-awardees and/or sub-contractors under this agreement. These Departmental policies and regulatory requirements are incorporated by reference into this agreement as if fully set forth in this agreement and located at: **https://www.usda.gov/about-usda/general-information/staff-offices/office-chief-financial-officer/federal-financial-assistance-policy/usda-general-terms-and-conditions?utm_medium=email&utm_source=govdelivery**

**Forest Service General Terms and Conditions**. The Forest Service General Terms & Conditions for Federal Financial Assistance dated February 14, 2026, and its implementing regulations, apply to the Cooperator and any sub-awardees and/or sub-contractors under this agreement. These federal policies and regulatory requirements are incorporated by reference into this agreement as if fully set forth in this agreement, located at **https://www.fs.usda.gov/working-with-us/grants/terms-conditions**

---

## 1. Federal Award Information

- **Awarding Agency:** USDA Forest Service

| Minnesota | Wisconsin | Kentucky |
|---|---|---|
| Kimberly Thielen Cremers - President | Renee Pinski – Vice President/Treasurer | Carl Harper - Secretary |
| 651-201-6329 | 608-513-8630 | 859-218-3376 |

| Illinois | Indiana | Iowa | North Carolina | Ohio | Virginia | West Virginia |
|---|---|---|---|---|---|---|
| Scott Schirmer | Phil Marshall | Tivon Feeley | Joy Goforth | Jonathan Shields | David Gianino | Tim Brown |
| 815-787-5481 | 812-358-3621 | 515-725-8453 | 919-707-3753 | 614-381-8006 | 804-786-5525 | 304-558-2212 |



125 Colonade Court
Benson, NC 27504
919-625-2684
www.slowthespread.org

- **Federal Award Number:** 26-DG-11083150-103

- **Federal Award Date:** April 28, 2026

- **Award Type:** Reimbursement subaward

- **Total Federal Award:** $4,709,103.00

- **Required Match:** $1,569,701

- **Total Funding:** $6,278,804

- **Federal POP:** January 1, 2026 – April 23, 2031

## 2. Subaward to the State of Minnesota

- **Subaward ID:** 26-01-05

- **Approved Funding:**

  o   Federal: $698,960

  o   Match: $297,944

  o   Total: $996,904

- **Subaward POP:** January 1, 2026 – May 31, 2027
  Extensions must be requested in writing before the POP end date.

## 3. Reimbursement (SF-270)

Monthly reimbursement requests must include itemized documentation broken down as (salaries, fringe, travel, supplies, etc.) per 2 CFR 200.302–303. In addition, state cost-share for the reporting periods listed below must also be submitted broken down by salaries, fringe, travel, supplies, etc. Monthly requests strongly encouraged, quarterly required.

**Note additional requirement for state cost-share documentation.

Deadlines:

- Costs January 1–June 30, 2026 → **Due August 15, 2026 (covers two quarters)**

- Costs July 1–September 30, 2026 → **Due October 15, 2026**

Minnesota
Kimberly Thielen Cremers - President
651-201-6329

Wisconsin
Renee Pinski – Vice President/Treasurer
608-513-8630

Kentucky
Carl Harper - Secretary
859-218-3376

Illinois
Scott Schirmer
815-787-5481

Indiana
Phil Marshall
812-358-3621

Iowa
Tivon Feeley
515-725-8453

North Carolina
Joy Goforth
919-707-3753

Ohio
Jonathan Shields
614-381-8006

Virginia
David Gianino
804-786-5525

West Virginia
Tim Brown
304-558-2212



125 Colonade Court
Benson, NC  27504
919-625-2684
www.slowthespread.org

- Costs October 1–December 31, 2026 → **Due January 15, 2027**

- Costs January 1–March 31, 2027 → **Due April 15, 2027**

- Costs April 1–May 31, 2027 → **Due July 15, 2027**

Late or incomplete requests may delay payment.

---

## 4. Reporting Requirements

### A. Annual Reports

- Due: On or before **January 15, 2027**

- Period: January 1–December 31, 2026

- Required: SF-425 and Annual Performance Report

### B. Final Reports

- Due: **July 15, 2027** (or with final reimbursement; no later than 45 days after POP end)

- Period: January 1, 2026 – May 31, 2027

- Required: Final SF-425 and Final Performance Report

Reports must reflect actual activities and expenditures consistent with the approved project.

---

## 5. Subrecipient Responsibilities

The subrecipient must:

- Complete all approved activities.

- Ensure costs are allowable, allocable, reasonable, and documented (2 CFR 200.403–405).

- Retain records for three years after closeout (2 CFR 200.334).

- Submit reports on time and comply with all applicable federal, USFS, and Foundation requirements.  In accordance with 2 CFR 200.339–341, the Foundation may impose additional conditions, reduce funding, or deobligate any portion of this award in the event of noncompliance with federal requirements, subaward terms, or failure to meet reporting or performance obligations.

| Minnesota | Wisconsin | Kentucky |
| --- | --- | --- |
| Kimberly Thielen Cremers - President | Renee Pinski – Vice President/Treasurer | Carl Harper - Secretary |
| 651-201-6329 | 608-513-8630 | 859-218-3376 |

| Illinois | Indiana | Iowa | North Carolina | Ohio | Virginia | West Virginia |
| --- | --- | --- | --- | --- | --- | --- |
| Scott Schirmer | Phil Marshall | Tivon Feeley | Joy Goforth | Jonathan Shields | David Gianino | Tim Brown |
| 815-787-5481 | 812-358-3621 | 515-725-8453 | 919-707-3753 | 614-381-8006 | 804-786-5525 | 304-558-2212 |



125 Colonade Court
Benson, NC 27504
919-625-2684
www.slowthespread.org

## 6. Award Administration Contact

**Georgia Brock**
Slow the Spread Foundation, Inc.
125 Colonade Court, Benson, NC 27504
(919) 625-2684
gbrock0615@gmail.com

## 7. Acceptance of Subaward

A signed Approval, Obligation, and Acceptance page is enclosed. After your review and approval of the award document, please sign and return the subaward acceptance page within 30 days.

Sincerely,

Renee Pinski
Vice President/Treasurer
Slow the Spread Foundation, Inc.

| Minnesota | | Wisconsin | | Kentucky | | |
| --- | --- | --- | --- | --- | --- | --- |
| Kimberly Thielen Cremers - President | | Renee Pinski – Vice President/Treasurer | | Carl Harper - Secretary | | |
| 651-201-6329 | | 608-513-8630 | | 859-218-3376 | | |
| Illinois | Indiana | Iowa | North Carolina | Ohio | Virginia | West Virginia |
| Scott Schirmer | Phil Marshall | Tivon Feeley | Joy Goforth | Jonathan Shields | David Gianino | Tim Brown |
| 815-787-5481 | 812-358-3621 | 515-725-8453 | 919-707-3753 | 614-381-8006 | 804-786-5525 | 304-558-2212 |



125 Colonade Court
Benson, NC  27504
919-625-2684
www.slowthespread.org

### Award/Approval/Obligation/Acceptance

Title:        Slow the Spread Trapping & Treatment Program

Action:      Awarded

CFDA:        10.680 Forest Health Protection

Specific information pertaining to the subaward for State of Minnesota includes:

### STS Foundation Subaward ID:  26-01-05

| Subaward Funding: | Federal Funds | $698,960 |
| | Applicant | $297,944 |
| | Total Funding | $996,904 |

| Period of Performance: | Start Date | January 1, 2026 |
| | End Date | May 31, 2027 |

APPROVAL:

_____       5-15-2026
Renee Pinski                              Date
Vice President/Treasurer
Slow the Spread Foundation, Inc.

ACCEPTANCE:

DocuSigned by:
*Andrea Vaubel*
A052B92710EE430...
_____       5/18/2026
Name of Authorized Representative       Date

Deputy Commissioner
_____
Title

| Minnesota | Wisconsin | Kentucky |
| Kimberly Thielen Cremers - President | Renee Pinski – Vice President/Treasurer | Carl Harper - Secretary |
| 651-201-6329 | 608-513-8630 | 859-218-3376 |

| Illinois | Indiana | Iowa | North Carolina | Ohio | Virginia | West Virginia |
| Scott Schirmer | Phil Marshall | Tivon Feeley | Joy Goforth | Jonathan Shields | David Gianino | Tim Brown |
| 815-787-5481 | 812-358-3621 | 515-725-8453 | 919-707-3753 | 614-381-8006 | 804-786-5525 | 304-558-2212 |

 **DEPARTMENT OF AGRICULTURE**

MDA is in compliance with the applicable terms and conditions of the "Spongy Moth Slow the Spread Trapping and Treatment Program" grant, including federal civil rights laws and other statutory requirements, to the extent those terms and conditions are consistent with applicable law and are not enjoined by court order. MDA also states that it is not aware of any lawful executive orders that they apply to it' its certification is therefore made with that understanding. The USDA General Terms and Conditions include multiple terms and conditions that are the subject of ongoing litigation in *Massachusetts v. USDA*, Case No. 26-cv-11396 (D. Mass), including Sections 12.2, 13.5, 13.8 and 13.10 of the USDA General Terms and Conditions for Federal Awards and MDA reserves its rights pursuant to the pending legal challenge. Thus, MDA's signature does not constitute an acceptance of the challenged provisions' legality or their applicability to work already performed by MDA and does not waive or concede any arguments concerning the USDA General Terms and Conditions.