**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Case No. 1:26-cv-11396-MJJ |

# EXHIBIT 95

## DECLARATION OF CASSANDRA MOSELEY

I, Cassandra Moseley, pursuant to 28 U.S.C. § 1746, hereby declare:

1.     I am over the age of 18. I know the following facts based on my own personal knowledge and review of agency records. If called as witness, I could testify competently to the matters set forth below.

2.     I am the vice president for research at Colorado State University and chief research officer for the CSU System ("CSU").

3.     On March 19, 2026, CSU submitted an application for the Forest Health Protection grant (CFDA 10.680) to USDA Forest Service. In Colorado, these funds were to be used by CSU to assess the effects of White Pine Blister Rust on Western White Pine by studying the aerial movement of the spores released by this invasive fungal pathogen.

4.     On March 31, 2026, CSU received a partially executed cooperative agreement from the USDA Forest Service incorporating the USDA terms and conditions challenged in this litigation for counter signature. On April 30, 2026, CSU provided a fully executed copy of the cooperative agreement accompanied by a reservation of rights referencing this litigation. A true and accurate copy of this cooperative agreement is attached to this declaration as **Exhibit A**.

5.     On April 30, 2026, USDA Forest Service replied that they would not accept any reservation of rights.  A true and accurate copy of this correspondence is attached to this declaration as **Exhibit B**.

6.     As of May 19, 2026, CSU has not withdrawn its reservation of rights leaving CSU unable to access funds totaling $130,000.

7.     Our inability to access these funds has delayed the start of this time-sensitive research. CSU urgently needs this funding because the biological windows associated with White

1

Pine Blister Rust fungal spore migration, which ends in June, require decisions about this program be made now. CSU's continued inability to access funds will result in a total loss of the project, the imminent termination of two individuals employed to perform field work in Idaho from May 25, 2026, through August 15, 2026, and the additional termination of one research associate and one PhD student for the upcoming academic year.

8.      CSU has insufficient funds to undertake this research project without this funding, resulting in a total loss of valuable research data related to non-native, invasive fungus recognized by the USDA to be "[a] major threat to high elevation white pines and their ecosystem." [1]  CSU anticipates an immediate discontinuation of research and laid off personnel.

9.      On April 3, 2026, CSU submitted an application for the Agricultural Market and Economic Research grant (CFDA 10.290) to the USDA Office of the Chief Economist. In Colorado, these funds were to be used by CSU to improve and maintain the COMET-Farm model.

10.      The COMET-Farm model is an on-line decision support tool, developed by CSU and supported by the USDA since 2004, that assess improvements in soil health, ecosystem services, and sustainability from the implementation of agricultural conservation practices, such as reduced tillage, cover crops, improved crop rotations, managed grazing, improved nutrient management, etc., recommended by USDA and state and local land management agencies. The COMET-Farm model currently has a user base of over 7,000 individuals and organizations, including, but not limited to, federal, state and local government agencies, institutions of higher education, environmental non-governmental organizations, agricultural industry associations, and major American companies, such as Cargill, Caterpillar, Coca-Cola, Google, and many others

---

[1] *White Pine Blister Rust and Its Threat to High Elevation White Pines*, U.S. Forest Serv., Rocky Mountain Research Station, https://www.fs.usda.gov/rm/highelevationwhitepines/Threats/blister-rust-threat.htm (last visited May 19, 2026).

throughout the United States.

11.    On May 5, 2026, CSU received a partially executed cooperative agreement from the USDA Office of the Chief Economist incorporating the USDA terms and conditions challenged in this litigation for counter signature. On May 7, 2026, CSU provided a fully executed copy of the cooperative agreement accompanied by a reservation of rights referencing this litigation.  A true and accurate copy of this cooperative agreement is attached to this declaration as **Exhibit C.**

12.    On May 8, 2026, the USDA Office of the Chief Economist replied that they would not accept any reservation of rights, encouraging CSU to withdraw its reservation of rights and resubmit.  A true and accurate copy of this correspondence is attached to this declaration as **Exhibit D**.

13.    As of May 19, 2026, CSU has not withdrawn its reservation of rights leaving CSU unable to access funds totaling $2,850,000.

14.    Our inability to access these funds has already resulted in a reduction of work associated with the COMET-Farm model. All staff dedicated to the model have been reduced to 50% FTE in an effort to maintain the model with limited funding, and the uncertainty of future funding has resulted in the loss of three (3) full-time software developers who had been dedicated to maintaining the COMET-Farm model.

15.    CSU has insufficient funds to maintain the COMET-Farm model beyond June 30, 2026, without this funding. On July 1, 2026, CSU anticipates the termination of the remaining five (5) staff members dedicated to the COMET-Farm model, which will ultimately result in the tool "going dark" due to the absence of staff needed for tool maintenance and user support.

3

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 20, 2026, in Fort Collins, Colorado.

Cassandra Moseley
Vice President for Research

4

# EXHIBIT A

FS-1500-0100
OMB No. 0596-0217
EXP: 05/31/2027

# GRANT OR AGREEMENT AWARD COVER SHEET

## IDENTIFICATION INFORMATION

| | |
|---|---|
| 1. Federal Award Identification Number (FAIN): *(Agreement Number)* 26-DG-11010013-009 | 2. Cooperator Agreement/Instrument #: NA |

3. New ✓   Modification ☐   Mod. Number _____

FFA Award ✓   Master ☐   Stand-Alone ☐   SPA ☐

4. Instrument (Project) Title:
White Pine Blister Rust Effects on Western White Pine

| | |
|---|---|
| 5. Authority U.S.C and Title:<br>Cooperative Forestry Assistance Act, P.L. 95-313 as amended, 16 U.S.C. 2104 | 6. Assistance Listing Number and Title:<br>10.680, Forest Health Protection |
| 7. Cooperator/Recipient Information (Must match SAM.gov):<br>Name: Colorado State University<br>Address: 1177 Campus Delivery<br>City: Fort Collins    State CO    Zip: 80523-0000 | 8. U.S. Forest Service Unit Address (where the work is being managed):<br>Name: State, Private & Tribal Forestry, Northern Region<br>Address: 26 Fort Missoula Raod<br>City: Missoula    State MT    Zip: 59804-0000 |
| 9. Cooperator Unique Entity Identifier (UEI): LT9CXX8L19G1 | 10. Master Agreement Number if SPA: NA |
| 11. Period of Performance:<br>Start Date:              Expiration  Date: 03/31/2031 | 12. Master Agreement Expiration Date:<br>(SPA expiration date cannot exceed the Master) |
| 13. Cooperator Program Manager:<br>Name: Jane Stewart<br>Phone: (970) 491-8770    Email: jane.stewart@colostate.edu | 14. U.S. Forest Service Program Manager:<br>Name: Gina Davis<br>Phone: (208) 765-7342    Email: gina.davis@usda.gov |

## FINANCIAL INFORMATION

| | |
|---|---|
| 15. Federal Funding to be Obligated to Cooperator: $130,000.00 | 16. Cooperator Contribution Funds: $0.00 |
| 17. Payment Method:<br>No Funds ☐  Reimbursable ✓  Advance ✓  Advance Period ~3 DAYS | 18. Cooperator Match Percentage:  00.00% |
| 19. Program Income/Revenue:  No ✓  Yes ☐ | 20. Cooperator Indirect Cost Rate (approved rate charged to award):<br>De minimis ☐    NICRA ✓    Rate 35.00% |

## REPORTING REQUIREMENTS

| | |
|---|---|
| 21. Performance Report Frequency:<br>Quarterly ☐  Semi-Annual ☐  Annual ✓  N/A ☐ | 22. Financial Report Frequency:<br>Quarterly ☐  Semi-Annual ☐  Annual ✓  N/A ☐ |

## ATTACHMENTS

The attachments listed below are hereby incorporated and made a part of this instrument.

| 23. REQUIRED FOR ALL INSTRUMENTS: | 24. REQUIRED DEPENDENT ON INSTRUMENT TYPE: |
|---|---|
| ✓ USDA FFA/MIA General Terms and Conditions | ☐ Statement of Mutual Benefit and Interest |
| ✓ FS FFA/MIA/R&D General Terms and Conditions | ✓ Federal Financial Assistance Forms/Assurances |
| ✓ Purpose/Scope of Work Narrative | ☐ TFPA/638 Project Proposals |
| ✓ Budget/Financial Plan | ☐ Modification Purpose and/or Description |
| ☐ Other (specify): _____ | ☐ Other (specify): _____ |

25. By signing this instrument, the signer certifies that they are vested with the authority to enter into this instrument.

| Cooperator Signature: Lori Ann Schultz  *Digitally signed by Lori Ann Schultz Date: 2026.04.28 09:18:36 -07'00'* | Name and Title: Catherine Douras, Senior Research Administrator | Date: |
|---|---|---|

26. This instrument, subject to the provisions above, is executed by The U.S. Forest Service Authorized Signatory:

| Signature: | U.S. Forest Service Signatory Official (SO) Name and Title:<br>Daniel McBride, Director<br>State, Private & Tribal Forestry Region 1 & 4 | Date: |
|---|---|---|

27. The authority and format of this instrument have been reviewed and approved for signature.

| Signature: Sarah Fusselman  *Digitally signed by Sarah Fusselman Date: 2026.03.31 06:02:03 -06'00'* | U.S. Forest Service Grants Management Specialist Name:<br>Sarah Fusselman | Date: |
|---|---|---|

FS-1500-0100 (REV. 03/2026)

**Additional Contacts (if applicable):**

| 28. Cooperator Program Manager: | 29. U.S. Forest Service Program Manager: |
|---|---|
| Name: | Name: |
| Phone:                Email: | Phone:                Email: |
| 30. Cooperator Program Manager: | 31. U.S. Forest Service Program Manager: |
| Name: | Name: |
| Phone:                Email: | Phone:                Email: |

Any additional contacts shall be included in an attachment to this instrument.

**Additional Signatories (if applicable):**

By signing this instrument, the signer certifies that they are vested with the authority to enter into this instrument.

| 32. Cooperator Signature: | Name and Title: | Date: |
|---|---|---|

| 33. Cooperator Signature: | Name and Title: | Date: |
|---|---|---|

This instrument, subject to the provisions above, is executed by The U.S. Forest Service Authorized Signatory:

| 34. Signature: | U.S. Forest Service Signatory Official (SO) Name and Title: | Date: |
|---|---|---|

| 35. Signature: | U.S. Forest Service Grants Management Specialist Name: | Date: |
|---|---|---|

Any additional signatories shall be included in an attachment to this instrument.

## PAPERWORK REDUCTION ACT STATEMENT

According to the Paperwork Reduction Act of 1995, a Federal agency may not conduct or sponsor, and a person is not required to respond to, an information collection request unless it displays a valid Office of Management and Budget (OMB) control number. The valid OMB control number for this information collection request is 0596-0217.  Response to this information collection request is mandatory to obtain or retain benefits. The authority for this information collection request is Paperwork Reduction Act (Pub. L. No. 96-511, 94 Stat. 2812, as amended by Pub. L. 104-13) 44 U.S.C. §§ 3501–3521. The time required to complete this information collection request is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, collecting and maintaining the data needed, and completing and reviewing the information collection request. Send comments regarding this burden estimate or any other aspect of this information collection request, including suggestions for reducing the burden, to Forest Service Information Collections Officer, SM.FS.InfoCollect@usda.gov, with OMB control number 0596-0217 in the subject line.

## NONDISCRIMINATION STATEMENT

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at How to File a Program Discrimination Complaint and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email:  program.intake@usda.gov.

USDA is an equal opportunity provider, employer, and lender.

# EXHIBIT B

| | |
|---|---|
| **From:** | Fusselman, Sarah - FS, ID |
| **To:** | Douras,Catherine |
| **Cc:** | Davis, Gina - FS, ID; Stewart,Jane; Schulenberg,Cliff; White,Paula |
| **Subject:** | Re: [External Email]FW: 26-009 CSU White Pine Blister Rust Effects on Western White Pine award for signature |
| **Date:** | Thursday, April 30, 2026 10:49:32 AM |
| **Attachments:** | image001.png |
| | image002.png |

**\*\* Caution: EXTERNAL Sender \*\***

Good afternoon,

In response to: In addition, I have attached a Reservation of Rights document our Office of General Counsel is requiring us to send along with all USDA agreements that incorporate the new General Terms and Conditions.

*It is the position of the Department that the General Terms and Conditions are in accordance with law, and we plan to defend that position in the litigation. As a result, we will not accept edits to the General Terms and Conditions, including reservation of rights statements, in the award.*



**Sarah Fusselman**

**Grants Management Specialist**

**Forest Service**

**State, Private & Tribal Forestry,**

**Region 1 & 4**

**c: 208-479-3095**

**sarah.fusselman@usda.gov**

---

**From:** Douras,Catherine <Catherine.Douras@colostate.edu>
**Sent:** Thursday, April 30, 2026 9:33 AM
**To:** Fusselman, Sarah - FS, ID <Sarah.Fusselman@usda.gov>
**Subject:** [External Email]FW: 26-009 CSU White Pine Blister Rust Effects on Western White Pine award for signature

You don't often get email from catherine.douras@colostate.edu. Learn why this is important

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;** Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hello Sarah,

Please see attached the partially executed copy of the agreement and the financial capabilities checklist. The civil rights form says it is internal and appears to need USFS signature, so I don't

believe that is for us to fill out.

In addition, I have attached a Reservation of Rights document our Office of General Counsel is requiring us to send along with all USDA agreements that incorporate the new General Terms and Conditions.

Thanks,
Catherine

*Catherine Douras*

Senior Research Administrator
Office of Sponsored Programs
970-491-2375
She, her, hers
[Chat with me on Teams](#) (CSU internal only)



---

**From:** Fusselman, Sarah - FS, ID <[Sarah.Fusselman@usda.gov](mailto:Sarah.Fusselman@usda.gov)>
**Sent:** Tuesday, March 31, 2026 6:10 AM
**To:** Stewart,Jane <[Jane.Stewart@colostate.edu](mailto:Jane.Stewart@colostate.edu)>; White,Paula <[Paula.White@colostate.edu](mailto:Paula.White@colostate.edu)>; Schulenberg,Cliff <[Cliff.Schulenberg@colostate.edu](mailto:Cliff.Schulenberg@colostate.edu)>; Guinnou-Dossou,Suzy <[suzy.guinnou-dossou@colostate.edu](mailto:suzy.guinnou-dossou@colostate.edu)>
**Cc:** Davis, Gina - FS, ID <[gina.davis@usda.gov](mailto:gina.davis@usda.gov)>
**Subject:** 26-009 CSU White Pine Blister Rust Effects on Western White Pine award for signature

==**\*\* Caution: EXTERNAL Sender \*\***==

Good morning,
Please see attached 26-DG-11010013-009 Colorado State University- White Pine Blister Rust Effects on Western White Pine, sign on page 1.
Attachments are in PDF, select the paperclip icon on the right side:
SF424 application
General Terms & Conditions FFA
Fully signed waiver for match

**Please fill out the Civil Rights form and Financial Capabilities 22A attached and return with signed award.**
Let me know if you have any questions.
Thank you,

Sarah

**<mark>IMPORTANT GRANT INFORMATION</mark>**

On Dec. 31, 2025, the Secretary of Agriculture signed Secretary's Memorandum SM 1078-021, SM 1078-021 Establishment of USDA General Terms and Conditions for Grants, Cooperative Agreements, and Similar Arrangements.

As of February 14, 2026, the Forest Service has adopted the General Terms and Conditions (GT&C's)

The memorandum establishes the first-ever USDA General Terms and Conditions (GT&Cs), which will be applicable to all grants and cooperative agreements.

The USDA GT&C's establish uniform requirements and expectations across the 22 grant making USDA agencies. All applicable grants and agreements must incorporate the USDA GT&C's by reference.

**The grant award and modification form will look different**:

Forest Service grants and agreements will incorporate the USDA GT&C's and Forest Service GT&Cs by reference on the FS-1500-0100 form. There is no duplication between the USDA and FS GT&Cs.

The award document will now be the FS-1500-0100 form, the General Terms & Conditions Attachment and SF424 application package    FS-1500-0100

The FS-1500-0100 form will now be used for all Modifications.

**Highlights of some of the changes**-

Advance requests will now need to be liquidated in 3 days after funds are received.

All Sub-awards and Contractors require written pre-approval from the Forest Service before the recipient/cooperator may execute a sub-award. – *More information to come on what this process looks like.*

<mark>**Please be sure to read the Forest Service Federal Financial Assistance General Terms and Conditions & USDA General Terms and Conditions.**</mark>

<mark>**Link:**</mark> Forest Service General Terms and Conditions & USDA General Terms and Conditions



**Sarah Fusselman**
**Grants Management Specialist**
**Forest Service**
**State, Private & Tribal Forestry R1 & R4**

p: 208-479-3095
sarah.fusselman@usda.gov

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

# EXHIBIT C

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**OFFICE OF THE CHIEF ECONOMIST**
**COOPERATIVE AGREEMENT**

This Agreement, which includes any referenced attachments, for the Project and Amount described below and for the Program identified below, is between the Recipient (you) and the United States of America acting through The Office of the Chief Economist (OCE or we). Recipients must comply with the USDA General Terms and Conditions for Federal Awards, which are incorporated by reference herein and are found here: https://www.usda.gov/about-usda/general-information/staff-offices/office-chief-financial-officer/federal-financial-assistance-policy/usda-general-terms-and-conditions.

## I.  GENERAL AWARD INFORMATION

| | |
|---|---|
| **1. Federal Award Identification Number**<br>58-0111-26-002 | **2. Period of Performance**<br>5/4/2026 to 4/30/2030 |
| **3. Recipient Legal Name and Address**<br><br>Colorado State University<br>601 S Howes St<br>Fort Collins CO 80523-2002 | **4. Assistance Listing and Program Name**<br>■ 10.290 Agricultural Market and Economic Research<br>(see authority 7 U.S.C 3318 (b))<br>☐ 10.291 Agricultural and Food Policy Research<br>Centers (see authority 7 U.S.C 3155) |
| **5. Unique Entity Identifier (UEI)**<br>LT9CXX8L19G1 | **6. Total Federal Award Amount**<br>$2,850,000 |
| **7. Amendment Amount (if applicable)** | **8. Indirect Cost Rate (if applicable)**<br>10% |
| **9.  Recipient Contacts** (name, title, telephone, email)<br>Program Contact:<br><br>Keith Paustian, Professor<br>Email:Keith.Paustian@colostate.edu<br><br><br>Administrative Contact:<br><br>Catherine Douras, Senior Research Administrator<br>Email: Catherine.Douras@colostate.edu | **10.  Agency Contacts**<br>Program Contact:<br><br>Mindy Selman, Senior Analyst<br>Email: mindy.selman@usda.gov<br><br><br>Administrative Contact:<br><br>Celia Hernandez, Program Specialist<br>Email: sm.oce.agreements@usda.gov |

**11. Project Description**

This cooperative agreement directly benefits U.S. farmers by reducing barriers to entry or improving access to conservation value-added markets, labels and certifications and claims programs. The office of the Chief Economist will collaborate with Colorado State University to improve the COMET-Farm model, which provides nitrous oxide, soil organic carbon and water holding capacity estimates to facilitate management decisions to improve soil health, and the COMET-Planner model, which evaluates the benefits of using conservation practices on farms. This work is necessary to further USDA's Strategic Plan to combat climate change to support working lands and ensure an equitable, resilient, and prosperous agricultural system (Goal 1 & 2, respectively). This cooperative agreement will continue efforts to incentivize the adoption of conservation practices and reinforce U.S. agricultural systems.  The main objective of this award is to enhance the conservation parameters behind the COMET- Farm and COMET-Planner models to include additional soil health and regenerative agriculture outcomes such as  metrics related to nutrient use efficiency, nutrient cycling, yield, and profitability that will allow farmers, ranchers and forest landowners to make more informed management decisions as well as position them to participate in new and emerging environmental markets and certification and labeling programs.

1

**APPROVED BY AN AUTHORIZED REPRESENTATIVE OF:**

Colorado State University
_____
Authorized Representative (Please Print)

Lori Schultz
_____
Name (Please Print)

Assistance Vice President for Research Administrator.
_____
Title (Please Print)

_____     05/06/2026
                                      _____
Signature                             Date

**APPROVED BY THE UNITED STATES DEPARTMENT OF AGRICULTURE, OFFICE OF THE CHIEF ECONOMIST:**

Justin Benavidez
_____
Name (Please Print)

U.S. Department of Agriculture, Chief Economist
_____
Title (Please Print)

_____*Justin Benavidez*_____     ____5/5/2026____
Signature                             Date

2

# PROJECT WORKPLAN

| | |
|---|---|
| Recipient Institution/Organization | Colorado State University |
| Project Title | Expanding COMET tools to Assess Regenerative Agriculture Outcomes |
| OCE Principal Investigator (PI) | Mindy Selman |
| Agreement Number | 58-0111-26-002 |
| Agreement Total | $2,850,000 |
| Period of Performance | 5/1/2026 to 4/30/2030 |
| Project Objective | 1. Develop and implement regenerative agriculture and soil health metrics into the COMET tools.<br>2. Develop COMET-Regen tool for rapid assessment of regenerative agriculture metrics given limited user inputs<br>3. Evaluate and implement AI and other tools that can be used to reduce user input burdens and processing time for the COMET tools.<br>4. Ongoing maintenance, updates and user support for suite of COMET tools, including updated documentation and support and maintenance of cloud services and databases. |
| Key Personnel | For the Recipient:<br>Prof. Keith Paustian<br>Colorado State University<br><br>For OCE:<br>Mindy Selman<br>Office of the Chief Economist, Office of Energy and Environmental Policy<br>Tel: 202-304-5154<br>Email: mindy.selman@usda.gov |

**Results and Public Benefit Expected**

A wide range of stakeholders, including farmers, ranchers, forest landowners, commodity groups/corporations, and state agencies use and rely on USDA and the suite of COMET products to provide them with up-to-date information about the impacts of their agricultural management decisions. The agreement will allow the CSU team to expand COMET to report on additional soil health and regenerative agriculture metrics, develop a new tool that maintains minimal user inputs like COMET-Planner but provides greater precision and flexibility, and explore how AI technologies, machine learning algorithms, and remote sensing products can be incorporated into COMET to reduce user input burdens and speed processing. Collectively these tasks will result in a greatly improved suite of COMET tools that provide users with an expanded range of soil health and regenerative agricultural metrics, while also improving the user experience.

**Background and Approach**

COMET-Farm and COMET-Planner, and other associated COMET tools, represent a suite of decision-support tools that provide value to agricultural producers, conservation planners, policy makers, market-based initiatives and numerous other parties, including farmers, ranchers and private forestland owners. Agricultural producers and the public rely on the COMET tools to provide science-based assessments of ecosystem services.

Over the past fourteen years, the COMET-Farm tool and the COMET-Planner tool have been developed through a partnership between USDA and Colorado State University (CSU). These tools have been integrated into the conservation planning priorities of USDA, NRCS, state-level initiatives (i.e., California Healthy Soils Program), and numerous corporate initiatives. The COMET tools allow users to estimate the environmental impacts of adoption of wide variety conservation practices, including soil health practices, manure management, nutrient management, forestry, and rangeland practices. The COMET tools are user-friendly, web-based tools that utilize the DayCent ecosystem biogeochemical model as well as estimation methods outlined in the USDA Methods report. The suite of COMET tools includes COMET-Farm and COMET-Planner (other COMET tools, including COMET-Global, and COMET-Explorer are not included in this agreement).

- COMET-Farm is a site-specific tool that allows users to estimate the nitrous oxide, methane, soil carbon and water holding capacity benefits various management scenarios, based on their site-specific weather, soils and management practices. The tool allows users to specify baseline management activities over the past 30 years, as well as generate alternative management scenarios to compare environmental impacts. COMET-Farm estimates environmental impacts of cropping systems, managed grazing lands including animal agriculture, and forestry practices.
- COMET-Planner is an evaluation tool designed to provide generalized estimates of the nitrous oxide, methane and soil carbon benefits of adopting conservation practices. It is intended for initial conservation planning purposes but also has many uses in policy evaluation and generating regional environmental impact estimates. COMET-Planner uses a series of look-up tables generated through batch DayCent modeling runs to estimated impacts of conservation adoption on a regional scale.

The purpose of the proposed work is to expand the COMET-Farm and COMET-Planner tools to assess and report on outcomes from adoption of regenerative agriculture practices. These tools currently report on soil organic carbon, fluxes of nitrous oxide and methane, and water holding capacity. Through this agreement, these tools will expand their ability to assess outcomes from regenerative agriculture and soil health practices, including additional metrics for soil health, nutrient cycling, water cycling, yield and profitability. Secondly, under this agreement CSU will develop a new COMET-Regen tool that provides more detail than COMET-Planner in terms of crop rotations, nutrient management, tillage and other farming practices, but still minimizes the time and effort required of the user and provides regionalized results on outcomes of regenerative agriculture practice adoption. The improved specificity of this tool (compared to COMET-Planner) will allow for more customized metrics for nutrient cycling, water cycling, soil health and yield, though these results will continue to be regionalized. Third, this agreement will explore the role of AI and other emerging tools and products that can be incorporated into COMET tools to limit user input burdens and speed processing time. Finally, this agreement provides ongoing support for the maintenance, updates and user support for the suite of COMET tools.

This work aligns with USDA authorities under section 2807 of the 2008 Farm Bill, where USDA is required to establish guidelines to quantify environmental services and to facilitate participation by farmers, ranchers, and forest landowners in emerging environmental services markets. Expanding the COMET tools will enable farmers, ranchers and forest landowners to take advantage of emerging markets for regenerative agriculture outcomes.

**Reporting**

The Recipient Project Administrator will <u>provide to the OCE Principal Investigator semi-annual accomplishments and financial reports</u> on program activities outlined in this work plan. The reports will be used by OCE to verify compliance with provisions of this Agreement. Any requests for an extension of time to submit reports must be made in writing to OCE's Principal Investigator. Extensions of time to submit reports are subject to the discretion of OCE's Principal Investigator and, if allowed, shall be provided in writing.

**Work Plan**

**<u>Task 1. Meetings and Project Management:</u>** The COMET team will provide technical support and administer the requirements of this cooperative agreement amendment by organizing and attending project meetings, including weekly internal meetings for all COMET staff and monthly project meetings with USDA.  Additionally, selected CSU staff will attend monthly meetings with USDA on project leadership discussions. Project management time covers coordination of the team, overall project leadership, tracking deliverables, and preparing quarterly progress reports.

CSU will work with USDA at the beginning of each year covered by the agreement to develop and adjust the workplan to meet ongoing needs and priorities within the scope of this agreement.

**<u>Task 2. Develop soil health and regenerative agriculture metrics and reports for the COMET tools.</u>**
The COMET-Farm and COMET-Planner tools will be expanded to report on additional soil health and regenerative agriculture metrics, including nutrient cycling (e.g., nitrogen runoff and leaching, nitrogen retention, nitrogen use efficiency), water cycling (e.g., water use efficiency, irrigation water use and efficacy), soil health (e.g., soil organic carbon, water holding capacity, soil loss), yield, and, to the extent feasible, profitability. CSU will work with USDA to determine metrics that are feasible and appropriate to report on for each tool. CSU will revise user reports and will identify and make updates, as needed, to the user inputs if revisions are necessary to generate critical regenerative agriculture metrics.

Task 2a.        Update COMET-Farm and COMET-Planner to report on soil health/regenerative agriculture metrics that can easily be implemented in year 1. These may include metrics such as soil organic carbon, nutrient use efficiency, yield, nitrogen retention, and water use efficiency. It is understood that the regionalized and crop-agnostic nature of COMET-Planner may limit the number of soil health/regenerative agriculture metrics that can be incorporated. (year 1)

Task 2b.        Identify and implement, where feasible, longer-term strategies for incorporating additional soil health/regenerative agriculture metrics such as profitability, soil loss, irrigation water use/efficiency, as well as additional metrics relating to forestry, agroforestry and animal agriculture operations. CSU will work with USDA to identify priority metrics, methodologies and report design. (years 2 through 4)

**<u>Task 3. Develop the COMET-Regen tool</u>**. USDA has identified a need to develop a tool that maintains minimal user inputs like COMET-Planner but provides greater precision based on user location (including soil type and region), current crop rotation, and current management (nutrient management, tillage and cover crop adoption), similar to COMET-Farm. Because of its greater precision, the COMET-Regen tool will allow for reporting on a larger suite of regenerative agriculture/soil health metrics. The COMET-Regen tool will capitalize on the extensive database of model farm runs used in COMET-Planner, but will further categorize these runs by crop rotation and/or soil type, etc. To maintain statistical significance, these existing runs may need to be expanded over multiple rotations and soils. These runs will form the basis of lookup tables that will allow the user to select their crop rotation, soil class and current practices (e.g., nutrient management, tillage type, cover crop adoption and irrigation). The result will be greater precision in estimating environmental impacts, as well as ability to report on a greater number of soil

health and regenerative agriculture metrics that depend on nutrient management practices, crop yields, and soil types. (years 1 and 2). Maintenance, bug fixes, and feature updates will continue in Years 3-4.

Task 3a.        CSU will work with USDA to develop an initial scope and functionality of the tool, including the variables that user can select (e.g., soil type, crop type), methods for capturing nutrient management, and reporting metrics.

Task 3b.        Development and testing of the tool. CSU will develop the tool, including aggregating existing model runs and/or developing additional model runs that will be used to populate the database, and developing the user interface and reporting metrics. Once completed, CSU will work with USDA to test and de-bug the tool.

Task 3c.        Tool release. Once ready for release, CSU will work with USDA to release the tool and notify stakeholders. CSU will provide documentation, training and user support as needed.

**Task 4. Identify and incorporate AI tools and other tools that can be used to reduce user input burdens and improve model processing times.** The emergence of artificial intelligence (AI) as well as other products, such as the Crop Data Layers (CDL) remote sensing product, provide opportunities for the COMET tools to reduce user input burdens (for example, by using machine learning to anticipate crop management) and improve model processing speeds. Under this agreement, CSU will explore how ongoing work to improve DayCent through AI technologies, machine learning algorithms, and remote sensing products can be leveraged to reduce user input burdens and speed processing. CSU will also explore how AI may ultimately be used as the foundation for a tool that is able to develop on-the-fly estimates based on a very limited number of user inputs.

Task 4a.        Identify the recent and near-future AI tools and/or remote sensing products that can be used to improve the COMET tools. CSU will work with USDA to identify these opportunities and feasibility of incorporating these into existing tools. As deemed appropriate, these improvements will be incorporated into future work plans developed under this agreement (years 1-4).

Task 4b.        Explore feasibility of developing a stand-alone COMET-AI tool that can generate environmental impact estimates on the fly given a limited number of user inputs. CSU will work with USDA to determine feasibility of such a tool, and the minimum number of user inputs that would be required. If such a tool is deemed feasible given current technologies and resources on this agreement, CSU will work with USDA to develop and implement a work plan under this agreement (years 1-4).

**Task 5. COMET tool updates, user support and O&M.** Under this task, CSU will continue annual updates to the COMET tools to ensure that soils and weather databases are updated, methods continue to adhere to gold standard science, and that it uses the most up-to-date version of DayCent. For COMET-Planner this may include updating runs to reflect critical updates to the model or methods. This task also supports ongoing user support and help desk and general operations and maintenance as well as support for hosting services for COMET-Farm and the DayCent service on Google Cloud. User support includes updating and maintaining current documentation, as well as training and call support to users.

### *Task 1. Meetings and Project Management*

| Description | Responsible Parties | Time Period | OCE Involvement | Deliverables | Budget |
|---|---|---|---|---|---|
| CSU will organize regular project meetings with USDA.<br><br>CSU will provide semi-annual written progress reports as well as regular monthly invoices.<br><br>CSU will prepare workplans within the first 2 months of each agreement year that reflects agreed-upon priorities between CSU and USDA | CSU- Amy Swan<br>OEEP- Mindy Selman | 5/4/26 to 4/30/30 | OEEP will attend project meetings with CSU to discuss progress, decision points, and administrative items.<br><br>OEEP Twill work with CSU to develop annual work plans. | • Meeting invites and agendas.<br>• Semi-annual progress reports and monthly invoices.<br>• Annual work plan developed within first 2 months of each agreement year. | $226,710<br><br>Includes $48,467 fringe and $5210 travel costs |

Task 2. Soil health and regenerative agriculture metrics

| Description | Responsible Parties | Time Period | OCE Involvement | Deliverables | Budget |
|---|---|---|---|---|---|
| 2a. Develop near term soil health and regenerative agriculture metrics/reports that can be deployed using existing DayCent/COMET outputs.<br><br>2b. Develop and implement additional soil health and regenerative agriculture metrics (e.g. profitability, soil erosion, water use efficiency) that may require capture of additional user data and/or integration of additional models or tools (e.g., economic models, RUSLE) | CSU – Amy Swan<br>OEEP – Mindy Selman | 5/4/26 to 4/30/27<br><br><br>5/4/26 to 4/30/30 | OEEP will work with CSU to identify appropriate soil health and RA metrics to be implemented in year 1, as well as report formats.<br><br>OEEP will work with CSU to identify high priority metrics for evaluation and implementation in years 2 and 3, including helping to identify appropriate models and tools that can be incorporated to facilitate development of priority metrics. | • Updated soil health and RA metrics and reports for COMET-Farm and COMET-Planner<br>• Identification and implementation of additional soil health and RA metrics that can be generated for cropland, forestry, agroforestry and animal ag.<br>• Identify and implement additional inputs, models and methods needed to generate additional metrics identified by OEEP as priority metrics. | $664,038<br>-------------<br>Includes $143,530 fringe and $7500 travel costs |

.

Task 3. COMET-Regen tool

| Description | Responsible Parties | Time Period | OCE Involvement | Deliverables | Budget |
|---|---|---|---|---|---|
| Develop scope and technical specifications for the COMET-Regen tool.<br><br>Develop lookup tables that allow users to specify region, soil type, crop rotation type, baseline practices, and baseline nutrient management.<br><br>Implement user interface and reports.<br><br>Test and release tool in addition to user guides, methodologies and trainings if necessary. | CSU – Amy Swan<br>OEEP – Mindy Selman | 5/4/26 to 4/30/30 | OEEP will work with CSU to develop the scope of the tool, model scenarios, the necessary variables for aggregating results, report metrics and GUI design. OEEP will also provide testing and UX feedback for the tool. OEEP will work with CSU on release of the tool. | • Scoping and technical specifications for the tool.<br>• Additional model runs and updated lookup tables. Depending on methods for estimating nutrient management impacts, CSU may need to implement methods for capturing nitrogen and SOC impacts from applied fertilizer and manure.<br>• GUI design and documentation. | $511,612<br>-------------<br>Includes $111,908 Fringe and $0 travel costs |

Task 4. Improve COMET tools using AI and other tools

| Description | Responsible Parties | Time Period | OCE Involvement | Deliverables | Budget |
|---|---|---|---|---|---|
| Identify recent and upcoming AI technologies and/or other products that can be used to reduce user inputs and/or speed COMET processing times.<br><br>Work with OEEP to develop a scope of work for incorporating promising technologies into COMET and/or a new COMET-AI tool that can develop on-the-fly estimates using minimal user inputs. | CSU – Amy Swan<br>OEEP – Mindy Selman | 5/4/26 to 4/30/30 | OEEP will work with CSU to identify priorities for incorporation of AI technologies and/or other tools to reduce user input burdens and speed processing times. In addition, OEEP will work with CSU to determine feasibility and scope of a COMET-AI tool. | • Scoping and technical specifications for a COMET-AI tool and/or how to incorporate AI and other technologies into existing COMET tools to reduce user input burdens and speed processing times.<br>• Development and implementation of AI and other tools into COMET and/or development of a prototype COMET-AI tool. | $861,298<br>-------------<br>Includes $188,604 Fringe and $0 travel costs |

Task 5. Updates, User Support and O&M

| Description | Responsible Parties | Time Period | OCE Involvement | Deliverables | Budget |
|---|---|---|---|---|---|
| CSU will continue to offer user support and needed updates for the COMET tools and associated databases. In addition, CSU will continue hosting and maintenance of servers and databases for COMET tools and the DayCent service. | CSU – Amy Swan OEEP- Mindy Selman | 5/4/26 to 4/30/30 | OEEP will work with stakeholders and direct them to CSU if issues cannot be resolved by the OEEP technical expert. OEEP will work CSU to identify priorities for updates/changes to COMET. | • Provide user support, outreach and training as needed<br>• Perform bug fixes or updates as necessary<br>• Maintain cloud services as well as on-site hardware<br>• Update and maintain soils and weather databases as necessary.<br>• Maintain and update user support logs<br>• update release notes as needed<br>• update technical and user documentation as needed | $586,342 ---------- Includes $48,000 internet data storage and $116,718 fringe |

## Budget Justification

**Personnel**
Keith Paustian, Principal Investigator (1.7 months), will be responsible for overall project supervision, staffing decisions, planning, and liason with USDA-OCE.
Amy Swan, Project Coordinator (36 months), will lead project management and provide scientific guidance to the project, assisting software engineers with implementing and testing new metrics and analyses.
Software engineers (Sobha Velayudhan (24 months), Software Engineer TBD (39.86 months), Ryan Jones (43.15 months)) will maintain COMET-Farm and COMET-Planner and address issues/bugs, develop new soil health and regenerative agriculture elements, and build the new COMET-Regen tool.
Adriane Pietz, Software Team Coordinator (20 months), will delegate tasks among the software team and serve as main point of contact to project management.
Research Associate (TBD), Science Support (24 months), will support incorporation of new science into the COMET tools and lead testing and verification of the tools.
Miranda Conlon, Outreach Specialist (40 months), will serve as the main point of contact for COMET tools users, provide trainings and user support, develop help documents and other guidance, and assist with designing new software elements with a focus on usability.
Senior software engineers (Benjamin Sutton (6 months), Chris Ingham (6 months)) will advise the software team on AI integrations, assist with DayCent service updates, and incorporate new processes for regular weather and soil data updates.
Mu Hong, Research Scientist (6 months) will lead large-scale modeling efforts to generate data for the new COMET-Regen tool, as well as assist in AI integrations in modeling.

Total Personnel Salary: $1,915,953

**Fringe Benefits**

Fringe is budgeted into salaries at CSU's FY26 and FY27 federally proposed fringe rates.  From 04/01/2026 through 6/30/2026 fringe is budgeted at 28% of salary for faculty and research professionals.  From 7/1/2026 through the end of the project fringe is budgeted at 32.1% of salary for faculty and research professionals.  Fringe will be charged at the rate in effect when salary is incurred.

Total fringe benefits: $609,227
-
**Materials and Supplies**

The project requests 2 new laptops to support software development and replace outdated machines at an approximate cost of $2,000/laptop (1 in year 1 and 1 in year 2), as well as funds for software licenses to support the outreach efforts, the software team, and scientific analyses ($1,020). Total Materials and Supplies = $5,020.

**IT Related Items**

Cloud computing and data storage estimated cost of $48,000. The COMET tools rely on high-powered and scalable cloud computing and data storage to support on-the-fly model runs and map services. The estimated costs over 4 years, were projected from the current monthly costs of approximately $1000/month.

**Travel Needs**

Travel is estimated for 3 CSU personnel to meet with USDA in Washington, D.C. to coordinate project activities ($5210). Additional travel is estimated for one CSU staff to attend and participate in soil health conferences or workshops ($2,500/year in Years 2 - 4).  Total travel - $12,710.

| DIA to Washington, DC 3 days, 2 nights, 3 travelers | | |
|---|---|---|
| Category | Rate/description | total |
| Mileage | 107.5 miles x 2 = 215 x $.65/mile | $140.00 |
| Airport parking | 3 days @ $30 | 90.00 |
| Airfare | $600 x 3 | 1800 |
| Baggage | 3 bags @ $40 | 120.00 |
| Hotel | 2 nights @ $276 x 3 | 1,656.00 |
| Hotel tax | 2 nights @ $40 x 3 | 240.00 |
| Meal Per Diem | 3 days @ $96 x 3 | 864.00 |
| Local travel to hotel and meetings (i.e., taxi, Uber, metro) | | 300.00 |
| | TOTAL | $5,210 |

| Soil Health Conference/Workshop 3 days, 2 nights, 1 traveler | | | | |
|---|---|---|---|---|
| Category | Rate/description | Year 2 Total | Year 3 Total | Year 4 Total |
| Mileage | 2x airport shuttle @ $30/trip OR mileage | 60.00 | 60.00 | 60.00 |
| Airport parking | | 60.00 | 60.00 | 60.00 |
| Airfare | $650 | 650.00 | 650.00 | 650.00 |
| Baggage | 1 bag @ $50 | 50.00 | 50.00 | 50.00 |
| Hotel | 2 nights @ $300 | 600.00 | 600.00 | 600.00 |
| Hotel tax | | 40.00 | 40.00 | 40.00 |
| Meal Per Diem | 3 days @ $80 | 240.00 | 240.00 | 240.00 |
| Local travel to hotel and meetings (i.e., taxi, Uber, metro) | | 100.00 | 100.00 | 100.00 |
| Registration fees | | 700.00 | 700.00 | 700.00 |
| | TOTAL | $2,500 | $2,500 | $2,500 |

**Other Costs to Consider**

Indirect costs: Indirect costs are calculated at 10% TDC per USDA Office of the Chief Financial Officer (OCFO), departmental regulations.  Indirect costs are estimated at $259,090 for the entire project.

# BUDGET INFORMATION - Non-Construction Programs

## SECTION A - BUDGET SUMMARY

| Grant Program Function or Activity (a) | Assistance Listing Number (b) | Estimated Unobligated Funds — Federal (c) | Estimated Unobligated Funds — Non-Federal (d) | New or Revised Budget — Federal (e) | New or Revised Budget — Non-Federal (f) | New or Revised Budget — Total (g) |
|---|---|---|---|---|---|---|
| 1. Agricultural Market and Economic Research - Year 1 | 10.290 | $ | $ | $ 855,155.00 | $ | $ 855,155.00 |
| 2. Agricultural Market and Economic Research - Year 2 | | | | 719,611.00 | | 719,611.00 |
| 3. Agricultural Market and Economic Research - Year 3 | | | | 633,647.00 | | 633,647.00 |
| 4. Agricultural Market and Economic Research - Year 4 | | | | 641,587.00 | | 641,587.00 |
| 5. Totals | | $ | $ | $ 2,850,000.00 | $ | $ 2,850,000.00 |

Standard Form 424A (Rev. 7- 97)
Prescribed by OMB (Circular A -102) Page 1

## SECTION B - BUDGET CATEGORIES

| 6. Object Class Categories | GRANT PROGRAM, FUNCTION OR ACTIVITY | | | | Total |
| --- | --- | --- | --- | --- | --- |
| | (1) Agricultural Market and Economic Research – Year 1 | (2) Agricultural Market and Economic Research – Year 2 | (3) Agricultural Market and Economic Research – Year 3 | (4) Agricultural Market and Economic Research – Year 4 | (5) |
| a. Personnel | $ 578,156.00 | $ 482,541.00 | $ 424,896.00 | $ 430,360.00 | $ 1,915,953.00 |
| b. Fringe Benefits | 179,793.00 | 154,896.00 | 136,392.00 | 138,146.00 | 609,227.00 |
| c. Travel | 5,210.00 | 2,500.00 | 2,500.00 | 2,500.00 | 12,710.00 |
| d. Equipment | | | | | |
| e. Supplies | 2,255.00 | 2,255.00 | 255.00 | 255.00 | 5,020.00 |
| f. Contractual | | | | | |
| g. Construction | | | | | |
| h. Other | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 48,000.00 |
| i. Total Direct Charges (sum of 6a-6h) | 777,414.00 | 654,192.00 | 576,043.00 | $ 583,261.00 | $ 2,590,910.00 |
| j. Indirect Charges | 77,741.00 | 65,419.00 | 57,604.00 | $ 58,326.00 | $ 259,090.00 |
| k. TOTALS (sum of 6i and 6j) | $ 855,155.00 | $ 719,611.00 | $ 633,647.00 | $ 641,587.00 | $ 2,850,000.00 |
| | | | | | |
| 7. Program Income | $ | $ | $ | $ | $ |

**Authorized for Local Reproduction**

Standard Form 424A (Rev. 7- 97) Page 1A
Prescribed by OMB (Circular A -102) Page 1A

Case 1:26-cv-11396-MJJ   Document 59-6   Filed 05/21/26   Page 28 of 40

## SECTION C - NON-FEDERAL RESOURCES

| | (a) Grant Program | (b) Applicant | (c) State | (d) Other Sources | (e)TOTALS |
|---|---|---|---|---|---|
| 8. | Agricultural Market and Economic Research - Year 1 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 9. | Agricultural Market and Economic Research - Year 2 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. | Agricultural Market and Economic Research - Year 3 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. | Agricultural Market and Economic Research - Year 4 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. TOTAL (sum of lines 8-11) | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## SECTION D - FORECASTED CASH NEEDS

| | Total for 1st Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
|---|---|---|---|---|---|
| 13. Federal | $ 855,155.00 | $ 213,788.00 | $ 213,789.00 | $ 213,789.00 | $ 213,789.00 |
| 14. Non-Federal | $ | | | | |
| 15. TOTAL (sum of lines 13 and 14) | $ 855,155.00 | $ 213,788.00 | $ 213,789.00 | $ 213,789.00 | $ 213,789.00 |

## SECTION E - BUDGET ESTIMATES OF FEDERAL FUNDS NEEDED FOR BALANCE OF THE PROJECT

| | (a) Grant Program | FUTURE FUNDING PERIODS (YEARS) | | | |
|---|---|---|---|---|---|
| | | (b)First | (c) Second | (d) Third | (e) Fourth |
| 16. | Agricultural Market and Economic Research - Year 1 | $ | $ | $ | $ |
| 17. | Agricultural Market and Economic Research - Year 2 | | | | |
| 18. | Agricultural Market and Economic Research - Year 3 | | | | |
| 19. | Agricultural Market and Economic Research - Year 4 | | | | |
| 20. TOTAL (sum of lines 16 - 19) | | $ | $ | $ | $ |

## SECTION F - OTHER BUDGET INFORMATION

| 21. Direct Charges: | $2,590,910 | 22. Indirect Charges: | $259,090 |
|---|---|---|---|

**23. Remarks:** Indirect costs calculated at 10% of Total Direct Costs. 10% * $2,590,910 = $259,090

**Authorized for Local Reproduction**

# EXHIBIT D

**From:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Sent:** Friday, May 8, 2026 12:38 PM
**To:** Douras,Catherine <Catherine.Douras@colostate.edu>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>; Radtke, Meghan - OCE, DC <Meghan.Radtke@usda.gov>
**Subject:** RE: [External Email]RE: USDA OCE CSU award - mandatory forms

**\*\* Caution: EXTERNAL Sender \*\***

Hi Catherine –

The Office of the Chief Economist cannot accept your executed award at this time as the accompanying Reservation of Rights letter suggests that you do not accept the applicability of certain sections of the USDA General Terms and Conditions to this award, and that such applicability will be disclaimed on a rolling basis as you execute future awards with the Department. We encourage you to withdraw those limitations and resubmit.

Sincerely,
Celia

**From:** Douras,Catherine <Catherine.Douras@colostate.edu>
**Sent:** Thursday, May 7, 2026 4:58 PM
**To:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>
**Subject:** [External Email]RE: USDA OCE CSU award - mandatory forms

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Celia,
Apologies for the second email, I meant to include this attachment when I sent the fully executed. Office of General Counsel is requiring us to send this along with all USDA agreements that incorporate the new General Terms and Conditions.

Catherine

*Catherine Douras*

Senior Research Administrator

Office of Sponsored Programs

970-491-2375

She, her, hers

Chat with me on Teams (CSU internal only)



---

**From:** Douras,Catherine

**Sent:** Thursday, May 7, 2026 1:42 PM

**To:** 'Hernandez, Celia - OCE, PA' <celia.hernandez@usda.gov>

**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>

**Subject:** RE: USDA OCE CSU award - mandatory forms

Hi Celia,

Yes!  I just got the signed back from Lori near the end of the day yesterday.  See attached.

Catherine

*Catherine Douras*

Senior Research Administrator

Office of Sponsored Programs

970-491-2375

She, her, hers

Chat with me on Teams (CSU internal only)



---

**From:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>

**Sent:** Thursday, May 7, 2026 12:07 PM

**To:** Douras,Catherine <Catherine.Douras@colostate.edu>

**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>

**Subject:** RE: USDA OCE CSU award - mandatory forms

**\*\* Caution: EXTERNAL Sender \*\***

Hi Catherine –

Will CSU be returning a countersigned package by end of week?

Celia

---

**From:** Hernandez, Celia - OCE, PA
**Sent:** Tuesday, May 5, 2026 2:27 PM
**To:** Douras,Catherine <Catherine.Douras@colostate.edu>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>
**Subject:** RE: USDA OCE CSU award - mandatory forms

Thanks Catherine.

---

**From:** Douras,Catherine <Catherine.Douras@colostate.edu>
**Sent:** Tuesday, May 5, 2026 2:26 PM
**To:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>
**Subject:** RE: USDA OCE CSU award - mandatory forms

Hi Celia,
I have sent this on to Lori to sign, I will return it as soon as I get it back from her.

Catherine

*Catherine Douras*
Senior Research Administrator
Office of Sponsored Programs
970-491-2375
She, her, hers
Chat with me on Teams (CSU internal only)


OFFICE OF SPONSORED PROGRAMS
COLORADO STATE UNIVERSITY

---

**From:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Sent:** Tuesday, May 5, 2026 9:16 AM
**To:** Douras,Catherine <Catherine.Douras@colostate.edu>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>
**Subject:** RE: USDA OCE CSU award - mandatory forms

**\*\* Caution: EXTERNAL Sender \*\***

Catherine –

Here is the partially signed award. Please sign and return as soon as possible.

Thank you,
Celia

---

**From:** Douras,Catherine <Catherine.Douras@colostate.edu>
**Sent:** Friday, May 1, 2026 2:49 PM
**To:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Subject:** RE: USDA OCE CSU award - mandatory forms

Thank you!  If you send that partially signed copy to me, I will get Lori's signature and send the fully executed back to you.

Thank you,
Catherine

*Catherine Douras*

Senior Research Administrator
Office of Sponsored Programs
970-491-2375
She, her, hers
Chat with me on Teams (CSU internal only)

 OFFICE OF SPONSORED PROGRAMS
COLORADO STATE UNIVERSITY

---

**From:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Sent:** Friday, May 1, 2026 9:41 AM
**To:** Douras,Catherine <Catherine.Douras@colostate.edu>
**Subject:** RE: USDA OCE CSU award - mandatory forms

**\*\* Caution: EXTERNAL Sender \*\***

Catherine –

Thank you for your clearance, I will be routing this for OCE signature, once that is complete (likely Monday) I will route for a digital CSU countersignature. Thank you.

For billing, CSU should submit the standard FF-270 forms via email at the following address: SM.OCE.Agreements@usda.gov .


Have a great weekend,

Celia

**From:** Douras,Catherine <Catherine.Douras@colostate.edu>
**Sent:** Thursday, April 30, 2026 6:29 PM
**To:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Subject:** RE: USDA OCE CSU award - mandatory forms

Hello Celia,

I have reviewed and have no requested edits, this looks fine and can be routed for signatures.  I will be assisting Lori with the CSU signature – will we be signing the PDF, or will it be an electronic signature service like DocuSign?

I do need to know who we should send our monthly invoices to, if you can let me know, that would be great.

Thanks,

Catherine

*Catherine Douras*

Senior Research Administrator

Office of Sponsored Programs

970-491-2375

She, her, hers

Chat with me on Teams (CSU internal only)



**OFFICE OF SPONSORED PROGRAMS**
**COLORADO STATE UNIVERSITY**

---

**From:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Sent:** Wednesday, April 29, 2026 6:53 AM
**To:** Douras,Catherine <Catherine.Douras@colostate.edu>; Schulenberg,Cliff <Cliff.Schulenberg@colostate.edu>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>
**Subject:** RE: USDA OCE CSU award - mandatory forms


** Caution: EXTERNAL Sender **

Catherine –

The suggested changes have been made, attached. The Chief Economist will be on travel in the days that follow, so, I am hoping to get an OCE signature today. Do you anticipate having revisions? The period of performance start day is this Friday.


Thank you,
Celia

**From:** Douras,Catherine <Catherine.Douras@colostate.edu>
**Sent:** Tuesday, April 28, 2026 6:16 PM
**To:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>; Schulenberg,Cliff <Cliff.Schulenberg@colostate.edu>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>
**Subject:** RE: USDA OCE CSU award - mandatory forms

Hello Celia,
A couple small changes – I should be listed as the Administrative Contact on page 1 instead of Cliff. Normally I would be signatory as well, but currently one of our Assistant Vice Presidents is signing new USDA agreements so the signatory should be listed as Lori Schultz, Assistance Vice President for Research Administrator.

I have added this to my queue, should I just let you know when I have completed that review and if it is OK to route for signature?

Catherine

*Catherine Douras*
Senior Research Administrator
Office of Sponsored Programs
970-491-2375
She, her, hers
Chat with me on Teams (CSU internal only)



**From:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Sent:** Tuesday, April 28, 2026 1:56 PM
**To:** Schulenberg,Cliff <Cliff.Schulenberg@colostate.edu>; Douras,Catherine <Catherine.Douras@colostate.edu>

**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>
**Subject:** RE: USDA OCE CSU award - mandatory forms

**\*\* Caution: EXTERNAL Sender \*\***

Thanks, Cliff.

This is now with the Chief Economist for signature. I listed Catherine as the authorized signatory for CSU. Please let me know if that is not correct.

Best,
Celia

**From:** Schulenberg,Cliff <Cliff.Schulenberg@colostate.edu>
**Sent:** Tuesday, April 28, 2026 3:51 PM
**To:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>; Douras,Catherine <Catherine.Douras@colostate.edu>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>
**Subject:** FW: USDA OCE CSU award - mandatory forms

Hi Celia,  I'm forwarding your email to Catherine Douras.  She will advise on the remainder of the award process for CSU.

Hi Catherine, Attached please find a draft award package related to KR 165580.  Please let me know if you have any questions.

Cliff

**From:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Sent:** Tuesday, April 28, 2026 11:47 AM
**To:** Schulenberg,Cliff <Cliff.Schulenberg@colostate.edu>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>
**Subject:** RE: USDA OCE CSU award - mandatory forms

**\*\* Caution: EXTERNAL Sender \*\***

Hi Cliff,

Attached is the draft award package for pre-review. **Please do not sign**.

Who is the authorized representative for CSU? Will you be signing off?

Thanks,

Celia

---

**From:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Sent:** Friday, April 3, 2026 1:57 PM
**To:** Schulenberg,Cliff <Cliff.Schulenberg@colostate.edu>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>; Paustian,Keith
<Keith.Paustian@colostate.edu>
**Subject:** Re: USDA OCE CSU award - mandatory forms

Hi Cliff,

Thank you, received.

---

**From:** Schulenberg,Cliff <Cliff.Schulenberg@colostate.edu>
**Sent:** Friday, April 3, 2026 1:43 PM
**To:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>; Paustian,Keith
<Keith.Paustian@colostate.edu>
**Subject:** RE: USDA OCE CSU award - mandatory forms

Hi Celia,

Attached please find the following approved documents:

1. SF424 – Signed;
2. CSU Sponsor Programs approved workplan with budget and budget narrative; and
3. SF424A.

I've asked Dr. Paustian to send his SciENcv Biographical Sketch and Current & Pending
Support documents directly to you and Mindy.

Please let me know if you have any questions or concerns regarding the attached documents.

Best Regards,

Cliff

---

**From:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Sent:** Wednesday, April 1, 2026 2:11 PM
**To:** Schulenberg,Cliff <Cliff.Schulenberg@colostate.edu>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>
**Subject:** Re: USDA OCE CSU award - mandatory forms

**** Caution: EXTERNAL Sender ****

The CFDA is 10.290.

**From:** Schulenberg,Cliff <Cliff.Schulenberg@colostate.edu>
**Sent:** Wednesday, April 1, 2026 3:16 PM
**To:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>
**Subject:** Re: USDA OCE CSU award - mandatory forms

Hi Celia,

Thanks for the information.  This is exactly what I need.

I have a follow up question regrading the SF424A.  Can you provide the Grant Program Function or Activity and Assistance Listing Number for the form?

Thanks,

Cliff

---

**From:** Hernandez, Celia - OCE, PA <celia.hernandez@usda.gov>
**Sent:** Wednesday, April 1, 2026 12:47 PM
**To:** Schulenberg,Cliff <Cliff.Schulenberg@colostate.edu>
**Cc:** Selman, Mindy - OCE, DC <mindy.selman@usda.gov>
**Subject:** USDA OCE CSU award - mandatory forms

**== Caution: EXTERNAL Sender ==**

Hi Cliff—

I am working with Mindy on the OCE/CSU award package. Attached are the mandatory forms, and guidance on the common forms, I will need before execution.

Please note, the USDA/OCE General Terms and Conditions have been updated and have new requirements for OCE recipients. The GT&Cs are found here.

*Action required.* The recipient of this research award, and all employees of the recipient working on the project activity, must complete the Common Forms for Biographical Sketch and Current and Pending (Other) Support, implementation guidance is found here.

The portal for the system is here: https://www.ncbi.nlm.nih.gov/sciencv/.

Respectfully,

Celia

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.