UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS,
et al,

          Plaintiffs,

   v.

U.S. DEPARTMENT OF AGRICULTURE,
et al,

          Defendants.

Case No. 26-cv-11396-MJJ

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants respectfully move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Plaintiffs' complaint for lack of jurisdiction and for failure to state a claim, as further described in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court allow this motion and dismiss the complaint.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated:  July 10, 2026

By:  */s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
michael.fitzgerald2@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I certify that I conferred with counsel for Plaintiffs, who oppose this motion.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney