UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, et al,

Plaintiffs,

v.

U.S. DEPARTMENT OF AGRICULTURE, et al,

Defendants.

Case No. 26-cv-11396-MJJ

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW**

Pursuant to Local Rule 83.5.2(c)(2), Defendants' undersigned counsel, Assistant United States Attorney Michael L. Fitzgerald, respectfully requests leave of Court to withdraw his appearance in this matter. Good cause exists because undersigned counsel is leaving the United States Attorney's Office, and successor counsel has now appeared and will represent Defendants moving forward. Defendants' counsel conferred with counsel for Plaintiffs, who do not oppose this motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: August 19, 2026

By: */s/ Michael L. Fitzgerald*

MICHAEL L. FITZGERALD
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3266
michael.fitzgerald2@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATION**

I certify that I conferred with counsel for Plaintiffs, who do not oppose this motion.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael L. Fitzgerald*
MICHAEL L. FITZGERALD
Assistant U.S. Attorney