AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Commonwealth of Massachusetts et al
*Plaintiff*
v.
U.S. Department of Agriculture et al
*Defendant*

Case No. 1:26-cv-11396-MJJ

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Rhode Island .

Date: 10/21/2026

Joshua P. Dunn
*Attorney's signature*

Joshua P. Dunn (685262)
*Printed name and bar number*

RI Office of the Attorney General
150 South Main Street
Providence, RI 02903
*Address*

jdunn@riag.ri.gov
*E-mail address*

(401) 274-4400
*Telephone number*

(401) 222-2995
*FAX number*

Print | Save As... | Reset